MINUTES – MISCELLANEOUS WITH SETTING
## 2018-CR-000674
DIVISION: DIVISION 14

STATE OF KANSAS                                                                CHRISTOPHER M GREEN
VS.

JOSHUA C JONES                                                                 PATRICK M LEWIS

PO: _____

DATE: 3/22/19

**APPEARANCES:**

☒ STATE BY            ☒ CHRISTOPHER M GREEN
                      ☐ _____
☒ DEFENDANT           ☒ IN PERSON
                      ☐ NOT _____
☒ ATTORNEY            ☒ PATRICK M LEWIS
                      ☐ _____
☒ COURT REPORTER      ☐ DIGITAL
                      ☒ Tracy Woodward
☐ OTHER/INTERPRETER   _____

Ct. grants ∆'s Motion to Suppress Evidence.

Ct grants State's Motion to Dismiss case.

NEF

CR – Setup Minute Sheets                                                       2018-CR-000674

EXHIBIT 3