

122 S.W. 7th Street
Topeka, KS 66603

**Kansas Highway Patrol**

phone: 785-296-6800
fax: 785-296-5956
www.KansasHighwayPatrol.org

Herman T. Jones, Superintendent

Laura Kelly, Governor

August 9, 2019

RE:  Internal Investigation – PSU Case # 2019-0130

Joshua Bosire
999 N Silver Springs Blvd Apt 0503
Wichita, KS 67212

Dear Mr. Bosire,

Thank you for contacting the Kansas Highway Patrol to express your concerns regarding your contact with Technical Trooper (TECHTRP) McMillan and Master Trooper (MSTRP) Schulte on February 10, 2019. The contact was during a traffic enforcement stop on I-70 Highway in Ellis County. In an email to myself, Governor Laura Kelly, and others titled "DWB - Driving while black", you alleged racial profiling and civil rights violations. The email stated you had contact with a Trooper at a gas station and were then stopped for speeding after you had returned to Interstate 70. You wrote you were searched, and it was a "prolonged unjustified detention." You alleged you were not provided any written documentation for the speed violation and you felt that you were targeted, and the detainment and search were unjust.

In a later email dated May 31, 2019, to the Professional Standards Unit, you provided additional information and allegations of misconduct. You also cited Kansas Highway Patrol policies and what you felt were violations of those policies.

We also had access to the videos you produced and supported that were posted online. In these videos, our dashcam video was utilized that had been provided to you under your various Kansas Open Records Act Requests. You outlined your concerns, perceptions, and observations throughout the posts.

Lieutenant (LT) Bullock was assigned to investigate the allegations of misconduct. After careful review of this case, there are multiple things I had to consider in reaching my decisions on these issues. In doing this, I had the benefit of LT Bullock's completed investigation which included written statements, telephone and in person interviews, audio/video of the entire contact with you roadside, state statutes, our policies and procedures, as well as the information you provided us for consideration.

Our personnel are tasked with enforcing state laws and providing services to the public. The mission and goals of our agency have the result of making the motoring public safer and reducing the criminal element that utilize the public roadways of our state for illegal enterprises. To accomplish these goals, law enforcement officers must be observant and vigilant to detect and deter crime. Your contact with our officers stemmed from their observations. The investigation revealed that our officers did observe you at a Love's Travel Plaza in Ellis, Kansas. You did not have any direct contact with TECHTRP McMillan or MSTRP Schulte at the service station and we have no reason to believe you were observed as you were leaving Love's.

The video of the traffic stop TECHTRP McMillan performed with you occurred on Interstate 70. McMillan stated he stopped you for speeding more than the posted maximum. This is a violation of law under KSA 08-1558 and he chose to warn you for it. During the contact with you, TECHTRP McMillan attempted to investigate for possible criminal activity based on what he believed were suspicious activities and conduct on your part. Reasonable suspicion of a crime is subjective and must be viewed through the lens of what the officer on scene knew and observed while dealing with the totality of the circumstances. As law enforcement, we are also aware that our actions are many times, and rightfully so, scrutinized after the fact. In this case, after considering everything we had access to, and comparing what we know with what occurred during your traffic contact, we have determined some of your concerns had merit.

EXHIBIT 13

# Kansas
## Highway Patrol

122 S.W. 7th Street
Topeka, KS 66603

phone: 785-296-6800
fax: 785-296-5956
www.KansasHighwayPatrol.org

Herman T. Jones, Superintendent

Laura Kelly, Governor

May 9, 2019

RE:     **Kansas Open Records Act Request**

Joshua Bosire
Incident Date: 02/10/2019
Citation Number: E001939286
Call For Service Number: 3415613
KHP Case Number: A number was not assigned

Joshua Bosire
999 N Silver Springs Blvd, Apt 503
Wichita, KS 67212

Mr. Bosire:

This letter is in response to your records request pursuant to the **Kansas Open Records Act (KORA)** request which was received in our office via email on May 8, 2019.

Your request states you are seeking a copy of the following Kansas Highway Patrol Policy & Procedures.

1. ADM-02 – Policies and procedures
   I would like to request a copy of ADM-02 policy.

2. ADM-07 – Employee conduct complaints
   I would like to request a copy of the ADM-07 policy

3. ADM-15 – Public Information and Media Relations
   I would like to request a copy of the ADM-15 policy

4. ADM-29 – Kansas Law Enforcement Reporting (KLER)
   I would like to request a copy of the ADM-29 policy

5. ADM-37 – Employee Identification
   I would like to request a copy of the ADM-37 policy

6. ENF-01 – Enforcement Guidelines
   I would like to request a copy of the ENF-01 policy

7. ENF-03 – Stopping and Approaching the Violator
   I would like to request a copy of the ENF-03 policy

8. FOR-14 – Miranda Warning/Waiver
   I would like to request a copy of the FOR-14 policy

9. FOR-14 – Miranda Warning/Waiver
   I would like to request a copy of the FOR-14 policy

RE: Freedom of Information Act Request
Joshua Bosire
Incident Date: 02/10/2019
Citation Number: E001939286
Call For Service Number: 34156
May 9, 2019
Page 2

10. FOR-23– Employee conduct complaint investigation file checklist
    I would like to request a copy of the FOR-23 policy

11. FOR-27– Electronic Citations with digiTicket
    I would like to request a copy of the FOR-27 policy

12. FOR-40– Employee conduct complaint
    I would like to request a copy of the FOR-40 policy

13. FOR-52– Consent to Search
    I would like to request a copy of the FOR-52 policy

14. ROC-03 – Customs, Courtesies, and public Appearances
    I would like to request a copy of the ROC-03 policy

15. ROC-04 – General Conduct
    I would like to request a copy of the ROC-04 policy

16. ROC-10 – Bias-Based Policing
    I would like to request a copy of the ROC-10 policy

17. ROC-12 – Code of Ethics
    **I received page 2 of the code of ethics but page 1 was missing**

18. PER-25 – Employment Criminal History Record Check
    I would like to request a copy of the PER-25 policy

19. **Request - ALL Disciplinary investigations records, reprimands, counseling's, write-ups, suspensions, and complaints against Master Trooper Doug Schulte (Badge 411) and Technical Trooper Brandon McMillan Badge (253).**

We are reviewing your request. We will contact you as soon a possible to advise you of any applicable cost for filling this request.

If we can be of further assistance, please contact us.

Sincerely,

HERMAN T. JONES, Colonel
Superintendent

*Cheryl Bukacek*

CHERYL BUKACEK
Records Manager