IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Blaine Franklin Shaw, *et al.*<br><br>     Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>     Defendants. | Case No. 6:19-CV-01343 |
| Mark Erich, *et al.*<br><br>     Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>     Defendants. | Case No. 20-CV-01067 |

### MOTION FOR SUMMARY JUDGMENT
### AGAINST THE PLAINTIFF SHAWS' CLAIMS

Pursuant to Fed. R. Civ. P. 56, Defendant Douglas Schulte moves the Court for entry of summary judgment against the claims of Plaintiffs Blaine Shaw and Samuel Shaw.

Defendant Douglas Schulte is entitled to summary judgment under the doctrine of qualified immunity. He had the constitutionally required consent and then reasonable suspicion to detain the Shaw plaintiffs, and then probable cause

1

to search the involved vehicle after the drug-detention dog alerted. Moreover, Schulte's conducted was not improper under any pre-existing Supreme Court or Tenth Circuit decision on point, or clearly established weight of authority. Alternatively, summary judgment should be entered against the plaintiffs' punitive damage claims because there are no evidence of reckless or callous indifference to the plaintiffs' federally protected rights.

A "Memorandum in Support of Motion for Summary Judgment Against the Plaintiff Shaws' Claims" was filed contemporaneously with this motion and is incorporated here.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Arthur S. Chalmers
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-8426
Fax: (785) 291-3707
Email: art.chalmers@ag.ks.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2021, I electronically filed the foregoing with the Clerk by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Arthur S. Chalmers