EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Blaine Franklin Shaw, *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Herman Jones in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al*.,<br><br>*Defendants*. | **Case No. 6:19-cv-01343** |

## DECLARATION OF ESMIE TSENG

I, Esmie Tseng, declare:

1. I am a citizen of the United States, over the age of eighteen, and not a party to this action. My place of employment and business address is American Civil Liberties Union of Kansas, P.O. Box 917, Mission, Kansas 66201. I have been working for the ACLU of Kansas since April of 2020. I have personal knowledge of the matters stated in this affidavit.

2. I am a Legal Assistant for the ACLU of Kansas. In that role, I have been working on the above-captioned case and am familiar with it.

3. The ACLU of Kansas has tracked persons who have contacted it regarding this case. One of my duties has been to conduct interviews of those persons.

4. To date, and separate from the three named plaintiffs in this case, I have identified at least 14 other persons who have experienced stops and detention situations with the KHP similar to those described by the named plaintiffs. The ACLU continues to

be contacted by others who claim similar experiences with the KHP. As such, it is possible that this number will rise as I continue to conduct interviews.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2021.

Esmie Tseng

ESMIE TSENG