EXHIBIT C



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BLAINE FRANKLIN SHAW, et al.,

Plaintiffs,

Case No. 6:19-cv-01343

vs.

HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, et al.,

Defendants.

VIDEOTAPED DEPOSITION OF TROOPER BRANDON McMILLAN

TAKEN ON BEHALF OF THE PLAINTIFFS

February 17, 2021

INDEX


| TROOPER BRANDON McMILLAN | PAGE |
|---|---|
| Examination by Mr. McInerney | 7 |
| Examination by Mr. Chalmers | 236 |


EXHIBITS


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1-A | Excerpt from personnel file OAG010507 | 17 |
| Exhibit 1-B | Excerpt from personnel file OAG010505 | 32 |
| Exhibit 1-C | Excerpt from personnel file OAG010571 | 40 |
| Exhibit 1-D | Excerpt from personnel file OAG010448 | 44 |
| Exhibit 1-E | Excerpt from personnel file OAG010580 | 58 |
| Exhibit 1-F | Excerpt from personnel file OAG010559 | 63 |
| Exhibit 2 | Criminal procedures, arrests, search and seizure | 135 |
| Exhibit 3 | Letter dated 8/5/19 OAG008501 | 227 |
| Exhibit 4 | Letter dated 7/25/19 OAG008503 | 226 |
| Exhibit 6 | Report Writing-One of the most important parts of the job OAG001307-001338 | 95 |
| Exhibit 7 | Love's video | 185 |

| | | |
|---|---|---|
| Exhibit 9 | Letter dated 5/17/19 OAG000019-OAG000022 | 158 |
| Exhibit 10 | Dash cam video | 202 |
| Exhibit 14 | CAD Incident Report OAG010429-010432 | 99 |
| Exhibit 16 | Exceptions to the Warrant Requirement; an Introduction for Kansas Law Enforcement Officers OAG011000-011029 | 142 |
| Exhibit 17 | E-mail with PowerPoint presentation OAG020738-020778 | 143 |
| Exhibit 18 | Slides OAG011030-011045 | 140 |
| Exhibit 19 | Legal Issues in Car Stops 2020 OAG000174 & 000223-000227 | 145 |
| Exhibit 20 | Vasquez v. Lewis | 238 |

NOTE: Deposition Exhibits except 7 and 10 were attached to the original transcript.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BLAINE FRANKLIN SHAW, et al.,
Plaintiffs,

Case No. 6:19-cv-01343

vs.

HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, et al.,

Defendants.

VIDEOTAPED DEPOSITION OF TROOPER BRANDON McMILLAN, produced, sworn and examined on February 17, 2021, between the hours of 8:45 a.m. and 3:16 p.m., at 120 Southwest 10th Avenue, Third Floor, Topeka, Kansas 66612, before Sarah A. Davison, a Certified Court Reporter in a certain cause now pending in the United States District Court for the District of Kansas, between BLAINE FRANKLIN SHAW, et al., Plaintiffs, vs. HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, et al., Defendants; on behalf of the Plaintiffs.

A P P E A R A N C E S

For the Plaintiffs:

MR. PATRICK A. McINERNEY
SPENCER FANE, LLP
1000 Walnut Street
Suite 1400
Kansas City, Missouri 64106
Pmcinerney@spencerfane.com

MS. SHARON BRETT
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF KANSAS
6701 West 64th Street
Suite 210
Overland Park, Kansas 66202
Sbrett@aclukansas.org

For the Defendants:

MR. ARTHUR S. CHALMERS
ATTORNEY GENERAL'S OFFICE
120 Southwest 10th Avenue
Topeka, Kansas 66612
Arthur.chalmers@ag.ks.gov

VIDEOGRAPHER: DEDRIC MOORE

ALSO PRESENT: Plaintiffs (by videoconference)

Court Reporter:
Sarah A. Davison, RPR
CCR #1397-MO #1589-KS
Alaris Litigation Services
1608 Locust Street
Kansas City, Missouri 64108
1-816-221-1160
1-800-280-DEPO

**the duration of a stop after a traffic -- after the person's been pulled over in a traffic stop on the basis that they are an out-of-state resident and shown to be an out-of-state resident because of their out-of-state license plate?**

A. No.

**Q. Or just because of their out-of-state residence?**

A. No.

**Q. And when you said that the Vasquez decision was an important decision in response to some questions by counsel, did it -- did this decision, once you were aware of it -- I mean, any decision of course from the 10th Circuit is important -- did it change how you conducted any of your traffic stops and investigations?**

A. No.

**Q. I don't have anything else. Thanks.**

MR. McINERNEY: No questions.

THE VIDEOGRAPHER: Do you want to do read and sign?

MR. CHALMERS: He will read and sign, yes.

THE VIDEOGRAPHER: All right. This will conclude the deposition at 3:16.