IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Blaine Franklin Shaw, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>    Defendants. | Case No. 6:19-CV-01343 |
| Mark Erich, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol,<br><br>    Defendant. | Case No. 6:20-cv-01067 |

### MOTION TO STRIKE SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

On May 10, 2021, the plaintiffs filed a Supplemental Memorandum of Law in Support of Plaintiffs' Motion for Class Certification ("Supplement"). Dtk. Doc. 154. This responds to the supplement.

The supplement appears to apply to the "Reply Memorandum of Law in Support of Plaintiffs' Motion for Class Certification," filed December 21, 2020. Dkt. Doc. 92.

1

However, a supplement is not a pleading or other document that can be filed unilaterally, as a matter of right. See D.Kan. R. 7.1; 7.4; 15.1(b). See also *Rhoten v. Dickson,* No. 04-4160 SAC, 2006 WL 2414057, at *1 (D. Kan. July 25, 2006). Plaintiffs did not seek permission to file the supplement.

*Requested Relief:*

Defendant Jones asks that the Court strike or ignore the Supplement. In the alternative, Defendant Jones asks leave to file a response to the supplement within 14 days of the Court's ruling on this motion. If not mooted before then, a response is necessary because the plaintiffs have raised new arguments, attempted to identify new evidence and have not materially misstated the discovery record.

    Respectfully submitted,

    OFFICE OF ATTORNEY GENERAL
    DEREK SCHMIDT
    s/ Arthur S. Chalmers
    Arthur S. Chalmers, KS S. Ct. #11088
    Assistant Attorney General
    120 SW 10th Ave., 2nd Floor
    Topeka, Kansas 66612
    Ph: (785) 368-8426
    Fax: (785) 291-3707
    Email:  art.chalmers@ag.ks.gov
    *Attorney for Defendant Jones*

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of May, 2021, the above was filed and served via the Court's Electronic Filing System, which sent notification of the same to all counsel of record.

3

<u>s/ Arthur S. Chalmers</u>