IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Blaine Franklin Shaw, *et al*.<br><br>      Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.,*<br><br>      Defendants. | Case No. 6:19-CV-01343 |
| Mark Erich, *et al*.<br><br>      Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.,*<br><br>      Defendants. | Case No. 20-CV-01067 |

## MOTION TO ALTER AND AMEND

Defendants Brandon Millan and Douglas Schulte move the Court to Alter and Amend its Order (ECF No. 187) denying his motion for summary judgment. They request the following relief:

  1. That the Court review and consider the reply in support of summary judgment filed on their behalf on June 23, 2021.

1

2. That the Court reconsider the arguments presented, and hold that summary judgment is proper against the Mr. Bosire's claims under the doctrine of qualified immunity.

3. Alternatively, that the Court make findings and conclusions of law.

The following is presented in support of this motion:

1. This motion is made under Fed. R. Civ. P. 59(e) and/or D. Kan. Local Rule 7.3(b) for the need to correct clear error or prevent manifest injustice.

2. The Court entered the following order:

ORDER overruling [143] Motion For Summary Judgment Against The Plaintiff Shaws' Claims for substantially the reasons stated in [178] Memorandum In Opposition To Defendant's Motion For Summary Judgment Against B. Shaw and S. Shaw's Claims. Signed by District Judge Kathryn H. Vratil on 6/22/2021.

ECF No. 187.

3. McMillan 's and Schulte's motions for summary judgment were filed on April 23, 2021. ECF No. 143. Plaintiffs' filed a response on June 4, 2021. ECF No. 178.

4. Under D. Kan. Local Rule 6.1(d)(2), McMillan and Schulte were to file any reply on or before June 18, 2021. However, by counsel's error, the reply was not filed on that date, and no extension for of the deadline was requested until after the deadline expired. Counsel misremembered that the federal deadline for a reply was 21 days [the state court rule], not 14 days. The Court's order came to counsel's attention on June 23, 2021. He filed the

2

reply in support of summary judgment on that date. A motion the reply to file out-of-time was also filed on June 23, 2021.

5.      It appears that McMillan's and Schulte's motions for summary judgment may have been denied because of their counsel's failure to timely file a reply in support of the motion.

6.      Otherwise, as the authorities and information in the reply filed today shows, denial of the motion was, respectfully, improper.

7.      In any event, the Court should exercise its discretion to make findings and conclusions of law. While findings and conclusions of law are not required when summary judgment is denied, *see* Fed.R.Civ.P. Rule 52(a)(3), the Court's findings and conclusions would be helpful here for two reasons. First, they would be helpful to the appellate court in making clear the basis for the trial court's decision if an interlocutory appeal is sought. Second, the Court's conclusions of law and identification of any jury question will be needed to properly instruct the jury at trial. See *Cavanaugh v. Woods Cross City*, 718 F.3d 1244, 1256 (10th Cir. 2013).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Arthur S. Chalmers
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-8426
Fax: (785) 291-3707
Email:  art.chalmers@ag.ks.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2021, I electronically filed the foregoing with the Clerk by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Arthur S. Chalmers

4