**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Blaine Franklin Shaw, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>*Defendants*. | **Case No. 6:19-CV-1343-KHV-GEB** |
| Mark Erich and Shawna Maloney, i*ndividually and as mother and natural guardian of minors D.M and M.M,*<br><br>*Plaintiffs,*<br><br>v.<br><br>HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol*,*<br><br>*Defendant.* | **Case No. 20-CV-01067-KHV-GEB** |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AGAINST DEFENDANT HERMAN JONES**

Plaintiffs Blaine Shaw, Samuel Shaw, Joshua Bosire, Mark Erich, and Shawna Maloney hereby move the Court to enter summary judgment in their favor on their claims against Defendant Jones for injunctive and declaratory relief (Counts I and II in Case No. 19-1343; Count II in Case No. 20-1067). Plaintiffs seek injunctive and declaratory relief against Defendant Jones, in his official capacity, based on the Kansas Highway Patrol's ongoing practice, policy, or custom of

1

violating motorists' Fourth Amendment and Fourteenth Amendment rights by prolonging roadside detentions without adequate reasonable suspicion.

Plaintiffs are contemporaneously filings a Memorandum in Support of this Motion. As further detailed in that Memorandum, there is no genuine dispute as to any material fact, and Plaintiffs are entitled to judgment as a matter of law.

For the reasons contained therein, Plaintiffs respectfully request that the Court grant their motion for summary judgment on their claims for injunctive and declaratory relief against Defendant Jones.

3

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
s/ Sharon Brett
Sharon Brett             KS # 28696
Kayla DeLoach            KS # 29242
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kdeloach@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss             *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org

**SPENCER FANE LLP**
Leslie A. Greathouse       KS # 18656
Patrick McInerney          KS # 22561
Madison A. Perry           KS # 27144
Olawale O. Akinmoladun     KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 8th day of September, 2022, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

                                        s/ Madison A. Perry
                                        Attorney for Plaintiffs