IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Blaine Franklin Shaw, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> Herman Jones in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*, <br><br> *Defendants*. | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al.*, <br><br> *Plaintiffs,* <br> v. <br><br> HERMAN JONES, *KHP Superintendent,* <br><br> *Defendant.* | **Case No. 20-1067-KHV-GEB** |

**EXHIBITS CONTINUED**

19208694v.1