# Exhibit 13

| SUBJECT | POLICY NUMBER |
|---|---|
| | ROC-12 |
| CODE OF ETHICS | EFFECTIVE DATE |
| | 11/04/16 |
| APPLICABLE CALEA STANDARDS | RESCINDS |
| | ROC-12 |
| 1.1.2 | DATE |
| | NEW POLICY |

## I. PURPOSE

This policy provides the Kansas Highway Patrol Code of Ethics and describes minimum ethics requirements for all members.

## II. POLICY (1.1.2)

Dedication to the rule of law, discretion in enforcing the law, and a high degree of public trust places employees of the Kansas Highway Patrol in positions of extreme importance in our society. It is the policy of the Kansas Highway Patrol that all personnel adhere and abide by the following code of ethics as it concerns their position, dilemmas, temptations, responsibilities and duties:

As a member of the Kansas Highway Patrol, my fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violation or disorder, and to respect the Constitutional rights of all to liberty, equality and justice. I will keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life. I will be exemplary in obeying the laws of the land and the regulations of the Kansas Highway Patrol. Whatever I see or hear of a confidential nature or whatever is confided in me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty. I will never act officiously or permit personal feelings, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities. I recognize that the badge of the Kansas Highway Patrol is a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself to my chosen profession.

## III. DEFINITIONS

Not applicable to this policy.

## IV. OPERATIONAL PROCEDURES

A. Ethics training shall be provided to all members at least once every two years. Ethics training may be in the form of classroom, zone/troop briefings, computer based training and bulletins, or any combination of methods as determined by the agency. (1.1.2)

B. A copy of the Kansas Highway Patrol Code of Ethics shall be provided to each member's office, and shall be posted in a location that is readily available to all members.

## V. ADMINISTRATIVE PROCEDURES (1.1.2)

A. The Training Academy shall provide ethics training for all members, at a minimum, every two years. Ethics training may be in the form of classroom, zone/troop briefings, computer based training and bulletins, or any combination of methods as determined by the agency.

P000289



# CODE OF ETHICS

As a member of the *Kansas Highway Patrol*, my fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violation or disorder, and to respect the Constitutional rights of all to liberty, equality and justice. I will keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life. I will be exemplary in obeying the laws of the land and the regulations of the Kansas Highway Patrol. Whatever I see or hear of a confidential nature or whatever is confided in me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty. I will never act officiously or permit personal feelings, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities. I recognize that the badge of the *Kansas Highway Patrol* is a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself to my chosen profession.