# Exhibit 14

(Subject to Motion to Seal)