# Exhibit 16

(Subject to Motion to Seal)