# Exhibit 17

(Subject to Motion to Seal)