# Exhibit 18

(Subject to Motion to Seal)