# Exhibit 19




| SUBJECT | POLICY NUMBER |
|---|---|
| COMPLAINT REPORTING AND ADMINISTRATIVE INVESTIGATIONS | ADM-07 |
| | EFFECTIVE DATE |
| | 10/01/19 |
| | RESCINDS |
| | ADM-07 |
| APPLICABLE CALEA STANDARDS | DATE |
| 26.2.1, 26.2.2, 26.3.3, A 2.3.1, A 2.3.2, A 2.3.3, A 2.3.4, A 2.3.5, A 2.3.6, C 1.4.1, C 1.4.2, C 1.4.3, C 1.4.4, C 1.4.5, C 1.4.6, C 1.4.7, C 1.4.8, C 1.4.9, C 1.4.10, C 1.4.11, C 1.4.12 | 06/21/19 |

## I. PURPOSE

To outline responsibilities, authority, policies, and procedures relating to complaints of employee misconduct, and administrative investigations.

## II. POLICY

To protect the public trust and the integrity of the agency by ensuring the professional conduct of all employees through systematic, uniform, administrative procedures, and the prompt, objective investigation of all complaints of employee misconduct. (26.2.1)

## III. DEFINITIONS

**Complaint** - An allegation of misconduct made by any person against a Patrol employee. Expressions of discontent with policies, procedures, Patrol operations or statutes are not conduct complaints and may be addressed at the troop level, by a regional commander, or at General Headquarters. When any doubt exists whether the expressed discontent concerns allegations of misconduct by Patrol personnel or a policy, operation, or statute, the Professional Standards Unit will be consulted for guidance regarding appropriate action to address the person's concerns.

**Misconduct** - Unacceptable or improper behavior, including but not limited to, any action performed by an agency employee that is unethical, immoral, against established agency guidelines, prohibited by statute, unconstitutional, or criminal in nature.

**Administrative Investigation** - A full range of information-gathering activities that an investigator engages in after a complaint of misconduct has been received against an employee of the Patrol.

**Investigator** - A member specifically assigned to conduct or assist in conducting an administrative investigation.

**Preliminary Inquiry** - A limited scope inquiry which may be conducted to verify the identity of the involved employee, reliability of the source, authenticity of the complaint, or to clarify the allegations. Preliminary inquiries are conducted prior to initiating an administrative investigation and notification of the affected employee.

**IAPro** – Is a conduct complaint records management software system utilized by the Professional Standards Unit.

**BlueTeam** – Is the data entry point for IAPro. BlueTeam is accessible via the Kansas Highway Patrol Intranet for authorized agency employees to record, input, document and distribute information regarding incidents brought to the attention of the agency which fit the definition of a complaint.

## IV. PROCEDURES

A. When in Contact with a Potential Complainant

1. Employees who encounter a person who indicates a desire to file a complaint of misconduct against the employee, will upon request, courteously provide the person with:

    a. One of their current Patrol business cards or give the person their name, badge or identification number (if applicable), troop, and name and business telephone number of their commander.

    b. A current Complaint Procedures pamphlet, or a brief, accurate summary of proper complaint procedures.

B. Receiving Complaints

Complaints alleging misconduct:

1. May be received by any employee and will be summarized and documented on a Citizen Report Form (FOR-41) or BlueTeam entry. Employees will not interfere with, discourage, or delay the making or investigation of a complaint. When possible, complainants appearing in person or making contact by telephone will be referred to a supervisor. Employee Conduct Complaint forms and/or the BlueTeam entry will be completed by the employee receiving the complaint, and promptly forwarded to the Professional Standards Unit. Citizen Report Forms will be completed by the complainant when applicable and forwarded to the Professional Standards Unit by the employee receiving the complaint.

C. Employee Obligation to Report Misconduct

1. When an employee of the agency has knowledge of known or reasonably suspected misconduct of another employee, it will be promptly reported on an Employee Conduct Complaint form (FOR-40) and/or BlueTeam entry and forwarded without delay through the chain of command to the Professional Standards Unit when one or more of the following criteria is met. Conduct which appears to:

    a. Constitute a felony, criminal misdemeanor, or a violation of a person's constitutional rights.

    b. Have potentially dangerous consequences or subject an employee or the Patrol to civil liability.

    c. Constitute discrimination or sexual harassment.

    d. Interfere with the proper administration of justice.

    e. Tarnish the reputation of the Patrol or undermine public confidence in the Patrol.

    f. Adversely affect the operation, efficiency, or morale within the workplace.

2. If any doubt exists as to whether an incident meets the above listed criteria, the employee will report the incident by the most appropriate means to the Professional Standards Unit.

3. These reporting requirements do not prevent supervisors from fulfilling their responsibility to take authorized corrective action.

D. Discontent with Policies - Not a Complaint

Expressions of discontent with policies, procedures, Patrol operations, or statutes are not conduct complaints and may be addressed at the troop level, by a regional commander or at General Headquarters. When any doubt exists whether the expressed discontent concerns allegations of misconduct by Patrol personnel or a policy, operation, or statute, the Professional Standards Unit will be consulted for guidance regarding appropriate action to address the person's concerns.

E Grievances Not to be Duplicated as Complaints

Employees should not submit complaints on issues which have been or are being submitted as grievances as outlined in PER-23 and any employee/employer contractual agreements. Only upon the advice of the Superintendent, after a review of the grievance and consultation with the commander of the Professional Standards Unit, could a complaint of misconduct be submitted.

F.  **May Go Outside Normal Chain of Command**

    If extreme circumstances warrant, an employee initiating a complaint may contact (anonymously if deemed necessary) any supervisor up to and including the Superintendent or any member of the Professional Standards Unit by the most appropriate means of communication available without regard to the normal chain of command.

G.  **Incidents of Possible Discrimination**

    1. The reporting requirements regarding misconduct as stated in this policy will not prevent employees who have questions or concerns about incidents of possible discrimination in the workplace from consulting the Equal Employment Opportunity (EEO) officer. Such consultation is encouraged to provide clarification or reassurance, but will not be used in lieu of the formal complaint process when misconduct is apparent.

    2. If, after consultation with the EEO officer, the incident appears to warrant further information concerning possible discrimination in the workplace, the EEO officer will confer with the director of the Human Resources Division who may submit a request to the Superintendent to conduct a preliminary inquiry.

    3. Preliminary inquiries of possible discrimination in the workplace will be conducted by the Human Resources Division or as otherwise directed by the Superintendent.

    4. If, after consultation with the EEO officer, the incident appears to be one of discrimination, the EEO officer will confer with the director of the Human Resources Division who will determine if an Employee Conduct Complaint should be submitted. In those cases where a complaint would be required, the director of the Human Resources Division will submit the Employee Conduct Complaint to the Professional Standards Unit.

    5. Investigation of allegations of discrimination in the workplace will be conducted by the Professional Standards Unit in coordination with the EEO officer, or the Professional Standards Unit may refer the investigation to the EEO officer.

H.  **Reporting by Supervisors and Commanders**

    The affected supervisor or commander or the commander of the Professional Standards Unit will initiate a complaint in cases where sufficient information exists to create a reasonable suspicion of misconduct meeting one of the criteria listed in C.1., when no one outside the Patrol is willing or able to submit the complaint, or when a report of employee misconduct is made or forwarded to the Patrol by a governmental official or other similar situation. A Citizen Report form (FOR-41) and/or BlueTeam entry will be completed and forwarded without delay through the chain of command to the Professional Standards Unit.

I.  **Form and Content**

    1. The employee taking the complaint will attempt to obtain the full name, address, and telephone number of the complainant and assist in recording that and other necessary information on a BlueTeam entry or the Citizen Report Form (FOR-41) when the complaint is made in person.

    2. The narrative description of the complaint should be as specific as possible.

    3. Additional pages, photos, or other documents may be attached.

J.  **Complaints Made in Person**

    When the complaint is made in person, the complainant will be asked to sign (not required) the completed handwritten Citizen Report Form (FOR-41) and will be provided a copy of the completed form upon request. A copy of the Complaint Procedures pamphlet should be given to the complainant. The completed Citizen Report Form shall be forwarded to the Professional Standards Unit as soon as practicable.

KHP POLICY MANUAL                                                                                             POLICY ADM-07

K. Letters of Complaint

   Complaints received in letter form will be forwarded to the Professional Standards Unit as soon as practicable. The Professional Standards Unit will prepare and send a letter to the complainant acknowledging receipt of their complaint.

L. Email/Social Media Complaints

   Complaints received via email or social media will be forwarded to the Professional Standards Unit.

M. Telephone Complaints

   Telephone complaints will be properly documented on a Citizen Report form (FOR-41) and/or BlueTeam entry and forwarded to the Professional Standards Unit as soon as practicable.

N. Third Party Complaints

   2. Employees receiving third party complaints, other than parents or guardians of minor children or other persons who are unable to represent themselves, will make a reasonable effort to determine if the person who is reportedly aggrieved by the alleged misconduct wishes to make a complaint.

   3. Because a citizen may reasonably expect Patrol personnel to be accountable for compliance with prescribed rules and regulations, third party complaints will be accepted.

   4. Action taken on third party complaints may be limited to a preliminary inquiry, or the scope of the investigation may be limited to the alleged conduct which most directly affected the third-party complainant.

   5. Third party complaints will be reported to the Professional Standards Unit as soon as practicable on a Citizen Report form (FOR-41) and/or BlueTeam entry.

O. Anonymous Complaints

   1. Anonymous complaints will be investigated regardless of how they are received. Anonymous complaints will be reported on a Citizen Report form (FOR-41) and/or BlueTeam entry and forwarded to the Professional Standards Unit. **(26.2.1)**

   2. The Professional Standards Unit will review anonymous complaints and ensure appropriate action is taken as dictated by the seriousness of the allegations, apparent credibility of the complainant, and any relevant facts which are known at that time.

   3. A preliminary inquiry may be conducted and if further investigation is necessary, the Professional Standards Unit will complete a BlueTeam entry and assign for investigation.

P. Cases Involving Multiple Complainants

   When more than one person wishes to file a complaint against an employee, a single Citizen Report form (FOR-41) and/or BlueTeam entry should be completed by the person most directly affected by the alleged misconduct. The other possible complainants should be listed on the form as witnesses.

Q. Withdrawal of Complaints

   1. Complaints may be withdrawn after a case number has been assigned to the complaint by the Professional Standards Unit only when the complainant indicates a desire to forego a complete investigation. Employees will avoid soliciting or encouraging the withdrawal of a complaint.

   2. Withdrawal of a complaint will be properly verified and documented. The Professional Standards Unit will be notified of circumstances surrounding the withdrawal as soon as practicable, and all supporting documentation will be forwarded to the Professional Standards Unit to be included in the case file.

   3. Unless facts known at that time, including anticipation of a possible civil suit, indicate a need to fully investigate the allegations, or unless the accused employee requests the investigation be completed, the case will be closed and filed in a miscellaneous file.

## V. INVESTIGATION OF COMPLAINTS

A. Overview

All administrative investigations will be conducted in accordance with this policy and specific policies and procedures established by the Professional Standards Unit. No employee will conduct an administrative investigation of another Patrol employee except as specifically provided by policy and procedure.

B. Preliminary Inquiries

The Professional Standards Unit will review each complaint to determine its gravity. Prior to initiating an administrative investigation and notification of the affected employee, a preliminary inquiry may be made to identify the involved employee to verify the reliability of the source or authenticity of the complaint, or to clarify the allegations.

C. Assignment for Investigation

1. The commander of the Professional Standards Unit will assign the complaint for an administrative investigation based upon the seriousness or sensitivity of the allegation.

2. Normally, the Professional Standards Unit will conduct an administrative investigation of complaints which concern allegations against command officers, employees in General Headquarters, and personnel from more than one troop. Additionally, unless specific circumstances dictate otherwise, the Professional Standards Unit will conduct an administrative investigation of complaints which concern:

    a. excessive force or any use of a firearm which results in an injury or death.
    b. discrimination or sexual harassment.
    c. civil rights violations such as false arrest, improper search and seizure, etc.
    d. ethics violations.
    e. criminal activity.

3. The Professional Standards Unit may, after consultation with the affected regional commanders, assign an investigator from a troop other than that of the accused employee to conduct an administrative investigation.

4. Any administrative investigation involving a member of the Professional Standards Unit or in which a conflict of interest (or appearance of) may exist concerning a member of PSU, will be conducted by an investigator designated by the Superintendent.

5. Complaints of relatively less serious misconduct may be referred to the accused employee's commander for an administrative investigation conducted by command or supervisory personnel from a zone or unit other than that of the accused employee.

6. Cases referred for investigation at the troop or regional level will be coordinated, reviewed, and endorsed by the commander of the Professional Standards Unit.

D. Case Management

The Professional Standards Unit will assign a case number to each complaint investigation, create a case file, and maintain a record of each case by its unique number in BlueTeam/IAPro.

E. Notification of the Complainant

1. Unless the complaint was filed directly with the Professional Standards Unit, internally by a supervisor in the chain of command of the accused employee, or the complainant has expressly indicated a desire not to be contacted, the Professional Standards Unit will notify the complainant in writing:

    a. within ten calendar days to acknowledge initial receipt of the complaint.
    b. to inform the complainant of the status of an investigation that has exceeded 45 calendar days.

c. notification that the investigation has concluded and the outcome.

F. Notification of the Affected Employee

Notifying an employee of a complaint will be conducted in accordance with applicable employee/employer contractual agreements in coordination with the affected commander/section head by providing a copy of the complaint and a statement regarding the employee's rights and responsibilities related to the investigation.

1. Except as provided in this policy, notification will be accomplished by either formal correspondence, email with return notification, or by allowing the affected employee(s) to review, take notes and sign the Employee Conduct Complaint form (FOR-40).

2. If such notice could seriously interfere with the investigation of the complaint or another investigation, the commander of the Professional Standards Unit may request or the Superintendent may order that notification be postponed. Any such request or order will be documented and maintained in the case file.

G. Interviews and Written Statements

1. Unless the accused employee consents in writing to an earlier time, the employee will not be interviewed or directed to respond in writing, in connection with a complaint until all applicable notification time requirements in accordance with employee/employer contractual agreements have been satisfied.

2. Employee interviews shall be conducted in compliance with all employer/employee contractual agreements.

H. Investigator Duties

The assigned administrative investigator will:

1. Oversee the investigation and will be responsible for collecting all necessary data and submitting a complete, written report in a timely manner. Reports shall contain all relevant facts, aggravating circumstances, mitigating circumstances, and any instances where laws, agency policies or procedures, or other rules/regulations applicable to the accused employee were violated and/or deemed deficient or improper. Each report will be completed with a finding of fact(s) and conclusions. Investigators will also note in their report discrepancies in policy, training, and/or equipment when applicable. (C 1.4.9)

2. Respect the rights, privacy, and dignity of all persons associated with the investigation consistent with existing statutes, case law, policy and procedure and Employee/Employer Contractual Agreements.

3. Adhere to applicable investigative procedures or directives as established by the commander of the Professional Standards Unit. Investigations will be conducted in a complete, thorough, and impartial manner so the complaint can be properly classified and concluded.

I. Employee Obligations

Employees will:

1. **Cooperate fully** with investigators assigned to conduct administrative investigations.

2. When they are the subject of an administrative investigation, not contact the Superintendent, assistant Superintendent, or any member of the Superintendent's staff concerning the matter. Employees who are the subject of an administrative investigation will also not contact or discuss the situation with the complainant, witnesses, or anyone connected with the case unless specifically directed to do so by a superior, the assigned investigator, a member of the Professional Standards Unit, or other authorized official.

3. When they are the subject of an administrative investigation, ensure that no person acting on their behalf pursuant to the investigation (except their legal representative) contacts witnesses connected with the case until after the employee has been notified of the investigations

conclusion unless such contact is specifically directed by the employee's superior, the assigned investigator, a member of the Professional Standards Unit, or other authorized official.

4. When they have initiated the complaint or were witnesses, refrain from contact or discussing the situation except as required by their superiors, investigative personnel, or other authorized official. This requirement should not be construed to prohibit contact or conversation between employees which is necessary to conduct Patrol business, but to limit the circulation of damaging rumors, gossip, and speculation.

5. Answer questions specifically related to the performance of duty or fitness for duty and may be ordered by a superior or the investigator to relate in writing the facts and circumstances as directed unless the employee's statement is to be used in any contemplated criminal prosecution. Any incriminating statements obtained from an employee under such an order will not be admissible in any criminal prosecution of the employee; nor will the employee be forced to waive the privilege against self-incrimination in criminal cases under threat of dismissal.

J. Complaints of Criminal Misconduct

1. If allegations of criminal activity are made, the commander of the Professional Unit will be notified as soon as practicable. Any investigation conducted for the purpose of possible criminal prosecution will be assigned to an investigator designated by the Superintendent, or another law enforcement agency having jurisdiction may conduct the criminal investigation.

2. The Professional Standards Unit will proceed as appropriate with the administrative investigation. When a criminal investigation is being conducted, any evidence gained by the Professional Standards Unit in connection with a Garrity warning, will not be shared with persons conducting the criminal investigation; however, information obtained by criminal investigators may be shared with and used by the Professional Standards Unit.

3. Criminal investigations by Patrol employees of persons known to be employed by the Patrol will be conducted only with the approval and at the direction of the Superintendent and will be conducted like any other criminal investigation with the Miranda warnings being provided to the accused employee prior to any interrogation. Any incriminating statements by employees who waive their Miranda rights may be used against them in both administrative and criminal actions.

K. Employee Status During Investigation

Employees who are the subject of an administrative investigation may be placed on administrative leave with pay pending the outcome of the investigation in accordance with and subject to the requirements contained in K.S.A. 75-2949(i), KAR 1-9-19 and KHP Policy ROC-05.

L. Examinations or Procedures May Be Required

1. An employee who is reasonably believed to be involved in an incident which is the subject of an administrative investigation may be directed by a superior or the investigator to submit to certain examinations or procedures related to issues being investigated. Any tests or procedures required of an employee during an administrative investigation will be conducted within a reasonable time by individuals trained and qualified to perform such tests and will be performed in a professionally accepted manner and in compliance with applicable statutes and existing case law. Unless exigent circumstances exist, approval of the Superintendent or designee should be obtained prior to the application of any tests or procedures.

   a. The employee may be required to submit to DNA tests, lineups, being photographed, photographic lineups, fingerprinting, voice printing, and handwriting samples.

   b. When truthfulness is an issue or needs to be verified, the employee may be required to submit to a polygraph test.

   c. Breath, blood, and urine tests (pursuant to K.S.A. 75-4362) may be required when

  reasonable suspicion exists of prohibited use of alcohol or involvement with drugs.

 d. Psychological testing may be required to determine fitness for duty.

M. Records

1. Employees may be required to provide written authorization to release records, when information pertaining to medical treatment would tend to prove or disprove relevant, job-related issues in an administrative investigation or an inquiry regarding their fitness for duty. Releases may be limited to a specific time period or condition.

2. When financial matters are at issue or need to be verified, an employee may be required to provide financial disclosure statements which are specifically directed and narrowly related to the investigation.

3. In addition to the records noted elsewhere in this policy, an employee may be required to provide other records or items which are specifically directed and narrowly related to the investigation.

N. Agency/State-owned or Leased Property/Facilities

All agency/state-owned or leased lockers, desks, cabinets, vehicles, computer files, telephones and other agency/state-owned or leased property and containers therein are subject to entry and inspection without notice by a supervisor or investigator. This applies even if the employee has placed a personally owned lock on the agency/state property. The results of such entry and inspection may be used as evidence in any proceeding.

O. Time Limits and Extensions (26.3.3)

1. Every reasonable effort will be made to ensure that administrative investigations and the processing of related reports and correspondence through the chain of command be completed within 45 calendar days.

 a. If an investigation is expected to exceed 45 calendar days:

  1) If the assigned investigator is not a member the Professional Standards Unit, the Professional Standards Unit will review the circumstances, and if warranted, grant an extension;

  2) If the Professional Standards Unit is conducting the investigation, the Professional Standards Unit Commander will review the circumstances, and if warranted, grant an extension.

 b. Any additional time extensions may be granted only by the Superintendent upon the written request of the commander of the Professional Standards Unit stating the reason the additional time is needed. The employee who is the subject of the investigation and the complainant will be notified when an extension has been granted by the Superintendent (unless permission to withhold notification of the employee has been previously granted by the Superintendent).

 c. All extensions will be recorded in the Professional Standards Unit case file.

P. Submission of Completed Investigations

1. Completed investigations will be submitted to the commander of the Professional Standards Unit. Investigations conducted at a troop or regional level will include a recommendation by the commander of the assigned investigator as to the classification of the complaint.

Q. Review, Classification, and Endorsement

1. The commander of the Professional Standards Unit will review the completed investigation and endorsements and add appropriate recommendations prior to forwarding the case to the Superintendent's office for review. The commander's endorsement will contain:

 a. A determination as to whether the complaint should be classified as:

  1) **Unfounded** – The allegation is not supported by the facts or is a false allegation.

KHP POLICY MANUAL

POLICY ADM-07

2) **Exonerated** – The allegation is factual and did occur; however, the involved employee acted lawfully and properly within the bounds of policy and acceptable conduct.

3) **Not Sustained** - Insufficient evidence exists to prove or disprove the allegation. This disposition shall also be assigned to any anonymous complaint, which, after investigation, lacks corroborative information or evidence.

4) **Sustained** - The allegation is found to be factual and is substantiated by competent evidence.

5) **Misconduct Not Based On Complaint (MBOC)** – Misconduct not alleged in complaint but supported by facts during the investigation.

6) **Closed** – Investigation of the allegation was terminated.

b. A summary of the reasoning used as the basis for the classification.

c. An explanation of any deficiency identified in any law, agency policy or procedure, or other rule/regulation which is applicable to an employee. Recommended measures to correct the deficiency should be included, if known.

R. Employee Notification of Disposition

1. The commander of the Professional Standards Unit will ensure the accused employee is properly notified in writing of the resolution of the investigation.

2. The commander of the accused employee will ensure the employee is properly notified in writing of any corrective action required because of the disposition of the complaint in non-disciplinary incidents. The Superintendent will notify the accused employee in cases where suspension, demotion or termination are proposed.

S. Complainant Notified of Final Outcome

1. The commander of the Professional Standards Unit will prepare correspondence to the complainant for the Superintendent's signature within ten calendar days of the case being fully concluded. Prepared correspondence should include a summary of the results of the investigation and the classification of the complaint. A copy of the correspondence will be forwarded to the affected commander and the employee. The complainant will not be notified as described above when the complaint was initiated by a superior in the accused employee's chain of command or when the complainant has expressed a desire not to be contacted.

2. In cases where the complainant is an employee who is not a superior in the accused employee's chain of command, the complainant will normally be notified through their troop commander/section head concerning the completion and classification of their complaint.

VI.  **AUTHORITY AND QUALIFICATIONS**

A. Commander of Professional Standards Unit

The Commander of the Professional Standards Unit will:

1. Have the authority, consistent with applicable statutes and case law, to give lawful orders to any employee relating to any matter which is the subject of an administrative investigation.

2. Retain operational control over all administrative investigations of alleged misconduct whether the investigation is assigned to a member of the Professional Standards Unit or to other Patrol personnel, except that the assistant Superintendent will maintain operational control over any administrative investigation in which the Superintendent is required to assign an investigator.

3. Successfully complete training in conducting administrative investigations as soon as practicable after being assigned as commander.

4. Possess a commendable record of personal conduct as an administrator.

B. Full-time Investigators

Members assigned as investigators on a full-time basis in the Professional Standard Unit will:

1. Be of the rank of Lieutenant or above.
2. Successfully complete training in conducting administrative investigations prior to being assigned or as soon as possible after being assigned to administrative investigation duties.
   a. Initial training may be conducted within the Professional Standards Unit and include supervised on-the-job training.
   b. Investigators not having previously done so will receive formal, specialized training in Police Internal Affairs from a recognized law enforcement training center as soon as practicable after being assigned to the unit.
3. Possess a commendable record of personal conduct. Any disciplinary action which has been assessed against a member being considered for an investigator will be weighed as to the seriousness of the misconduct, when the misconduct occurred, and any mitigating/aggravating circumstances.

C. Authority in Administrative Investigations

Members of the Professional Standards Unit and other persons specifically assigned by the Professional Standards Unit commander to perform or assist in administrative investigations will operate through the direct authority of the Superintendent. They may give lawful orders to any employee as necessary to facilitate an investigation, but will exercise no operational command authority over line components or personnel except as required to conduct the investigation.

## VII. INVESTIGATIVE DUTIES AND RESPONSIBILITIES

The commander of the Professional Standards Unit will:

A. Supervise the receipt, processing, and investigation of complaints.
B. Conduct or coordinate administrative investigations pertaining to complaints and other special investigations as directed by the Superintendent.
C. Assign the investigation of complaints to the appropriate commander or investigator.
D. Ensure all administrative investigations are complete, objective, impartial, and thorough.
E. Prepares, or supervises the preparation of, reports and documentation on administrative investigations.
F. Develops investigative policy and procedure consistent with current administrative case law. If major changes occur in administrative case law related to administrative investigations, the commander of the Professional Standards Unit will promptly disseminate this information to commanders and investigators as necessary.
G. Maintains a system to record, register, supervise, and control the receipt of complaints and special investigations.
H. Maintain administrative investigation records and files in an orderly, secure, and confidential manner to document, store, separate, and retrieve necessary operational information.
I. Ensures the Superintendent is notified of complaints against the Patrol and the Patrol's employees.
   a. The Superintendent is notified immediately of all complaints containing serious allegations of misconduct. Notification methods vary and may include a phone call, an email, or person to person contact.
   b. The Professional Standards Unit submits a weekly report to the Superintendent on the status of active administrative investigations. (26.3.2)
K. Review the Complaint Procedures Pamphlet and Patrol website content, in January of each even numbered year to ensure it contains current information for the public on how to report complaints.
L. Serves as liaison with Patrol legal counsel and the Attorney General in matters involving administrative investigations.

M. Publish annual statistical summaries of administrative investigations for dissemination to employees and the public in the Annual Report or other appropriate publications.

N. Prepares an annual administrative review of all complaints to try to identify:

1. Employees receiving a relatively high number of complaints so appropriate remedial steps may be taken.
2. Common causes of complaints which could be addressed through public information, policy, training, equipment or disciplinary issues.
3. Other significant trends or concerns.

O. Take appropriate action upon being notified of any death, serious injury, or other serious incident resulting from the actions of an employee.

## VIII. ADMINISTRATIVE INVESTIGATION AND CASE FILES

The Professional Standards Unit will be the official repository for files relating to complaints and administrative investigations. Portions of related files may be stored in secure internal files when necessary to conduct business associated with complaints and administrative investigations, i.e., Patrol legal counsel, Human Resources Division, Budget and Procurement Division when preparing for hearing boards or implementing/documenting related personnel/payroll actions. Retention of such files by other components is prohibited. (26.2.2)

A. Contents Type and Confidentiality

Information will be placed in BlueTeam/IAPro on an employee only as the result of:

1. An official investigation,
2. Preliminary inquiry,
3. Findings/disciplinary action because of any review board or supervisory action as established by policy, statute or regulation,
4. Pursuit,
5. Response to Resistance,
6. Vehicle/aircraft crash or incident,
7. Compliments or commendations.

B. Release of Internal Files - General Provisions

1. Internal files are closed records
2. Administrative investigation reports may be given to a review board established by Patrol policy, statute or regulation, to review the use of force, a Patrol vehicle or aircraft crash, or a Patrol pursuit when the report is associated with an incident being reviewed by the board.
3. Release to protect the Patrol or employees

Information in the internal files of the Professional Standards Unit will not be released, nor will copies of any item which is part of a file be disseminated except as provided by this policy, statute, or court order.

a. The Superintendent may release in any manner any part of any administrative investigation file to rebut malicious, false, or misleading allegations or innuendoes, dispel rumors, or defend the integrity of the Patrol, a Patrol program, Professional Standards Unit employees, or any Patrol employee.

b. The Superintendent may authorize commanders to discuss the general nature and information concerning a misconduct issue with an employee's immediate supervisor, so that appropriate supervision and guidance may be provided to the employee.

C. Release of Internal Files to Accused Employee

1. Investigation files or copies thereof shall not be released without written authorization of the Superintendent.

2. Use restricted to formal defense

   In all cases, employees being allowed to receive copies of documents contained in an administrative investigation file will not disseminate the information contained in the documents in whole or in part except to an attorney representing the employee in the case or to officials hearing any appeal of the matter.

3. Information to be withheld

   a. Notwithstanding the provisions listed in this section, no information which tends to mitigate circumstances, or clear, justify or excuse an employee of alleged misconduct will be withheld from the employee.

   b. Information contained in the investigation file which is not related to the charges may be withheld.

   c. Information which the Superintendent determines will seriously interfere with any Patrol investigation will be withheld.

   d. In cases involving allegations of misconduct by more than one employee, information which is not directly related to the employee receiving the information will be withheld.

   e. In cases where the release of information contained in the administrative investigation file could reasonably be expected to endanger the health or safety of any person, that specific information may be withheld from the accused employee.

D. Access Restricted

   Access to administrative investigation files is restricted to the commander, investigators, and staff of the Professional Standards Unit, legal counsel assigned to represent the Patrol, the Superintendent and Assistant Superintendent, and any other person pursuant to a court order or properly issued subpoena.

E. Miscellaneous File

   A miscellaneous file will be maintained in IAPro by the Professional Standards Unit to file anonymous complaints which have been determined by a preliminary inquiry to warrant no further action, and complaints which were withdrawn by the complainant.

F. Troop and Regional Internal Files

   Records maintained at the troop or regional level relating to administrative investigations or disciplinary action (other than counseling reports) will be maintained in a separate internal file. Information contained in troop or regional internal files will not be released to the employee or any other person other than a member of the troop or region command staff, the Professional Standards Unit, the affected regional commander, the Assistant Superintendent, or the Superintendent.

**Kansas Highway Patrol**
**CITIZEN REPORT FORM**

| DATE | CASE NUMBER |
|---|---|
| COMPLAINTANT'S NAME | ADDRESS | TELEPHONE NUMBER |
| CITY | STATE | ZIP |

The Kansas Highway Patrol endeavors to impartially adjudicate complaints involving its employees. To expedite this process and gather the facts involved as accurately as possible, you are asked to provide a written statement regarding your complaint. In the space below, specifically identify the basis for your complaint and provide as much detail as possible concerning the incident. Upon receipt of your statement, the Patrol acknowledges it will investigate the complaint to the fullest extent possible.

Any questions you may have in the interim should be directed to the following person:

_____     _____
PATROL SUPERVISOR                    TELEPHONE NUMBER

**DETAILS OF COMPLAINT:**
Please print legibly or type. Use additional sheet if necessary

TIME AND DATE OF INCIDENT

~~CLICK TO PRINT~~

I hereby certify the statements given by me herein are true and accurate to the best of my knowledge. Further, I understand making false statements that an officer has committed a crime or committed misconduct in the performance of such officer's duties, may constitute a violation of Kansas State Statute 21-5904 (Interference with Law Enforcement).

SIGNATURE OF COMPLAINANT _____  DATE _____

**KHP USE ONLY**

FORWARDED TO _____ ON _____ BY _____
                                              (DATE)

FOR-41/HP-161A
Rev. 03/2016