# Exhibit 20

CAPT. MITCHELL CLARK  1/27/2022

## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF KANSAS
 2
 3   BLAINE FRANKLIN SHAW,
     et al.,
 4
                Plaintiffs,
 5
         v.          Case No. 19-1343-KHV-GEB
 6
     HERMAN JONES in his official
 7   capacity as the
     Superintendent of the Kansas
 8   Highway Patrol, et al.,
 9                Defendants.
10        - - -
11   MARK ERICH, SHAWNA MALONEY,
     individually and as mother
12   and natural guardian of
     minors D.M. and M.M.,
13   et al.,
14                Plaintiffs,
15       v.        Case No. 20-1067-KHV-GEB
16   HERMAN JONES, KHP
     Superintendent,
17
                  Defendants.
18
19
20        VIDEO-RECORDED DEPOSITION OF
21           CAPT. MITCHELL CLARK
22             January 27, 2022
23
24
25
```

## Page 2

```
 1              I N D E X
 2   WITNESS:                    PAGE
 3   CAPT. MITCHELL CLARK:
 4   Examination by Ms. Greathouse        7
 5   Reporter's Certificate          158
 6   Read and Sign Letter           159
 7   Errata Sheet               160
 8   Signature Page              161
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1         E X H I B I T S
 2   NO.  DESCRIPTION              PAGE
 3   118  Plaintiff's Notice of Rule 30 (b)(6) Video
          Deposition (7 pgs.)          8
 4
     119  1/27/20 Employee's Requested Information
 5        OAG008766 (1 pg.)          20
 6   120  Expanded Information on Exhibit 119
          (12 pgs.)              25
 7
     121  10/1/19 Complaint Reporting &
 8        Administrative Investigation, ADM-07
          (13 pgs.)              30
 9
     122  6/21/19 Complaint Reporting &
10        Administrative Investigation, ADM-07
          (13 pgs.)             100
11
     123  5/16/17 Complaint Reporting &
12        Administrative Investigation, ADM-07
          (13 pgs.)             100
13
     124  Employee Conduct Complaints, ADM-07
14        (8 pgs.)             101
15   125  2020 Annual Report (2 pgs.)     92
16   126  Employee Conduct Complaint Investigation
          File Checklist, FOR-23 (HP-160)    134
17
18   127  Employee Conduct Complaint, ADM-40
          (5 pgs.)             137
19   128  Discipline and/or Corrective Actions,
          ROC-05 (6 pgs.)          144
20
21
          (Reporter's Note:  The original
22        exhibits are attached to the original
          transcript.)
23
24
25
```

## Page 4

```
 1       IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF KANSAS
 2
 3   BLAINE FRANKLIN SHAW,
     et al.,
 4          Plaintiffs,
 5       v.     Case No. 19-11343-KHV-GEB
 6   HERMAN JONES in his official
     capacity as the
 7   Superintendent of the Kansas
     Highway Patrol, et al.,
 8
            Defendants.
 9        - - -
10   MARK ERICH, SHAWNA MALONEY,
     individually and as mother
11   and natural guardian of
     minors D.M. and M.M.,
12   et al.,
13          Plaintiffs,
14       v.     Case No. 20-1067-KHV-GEB
15   HERMAN JONES, KHP
     Superintendent,
16
            Defendants.
17
18    VIDEO-RECORDED DEPOSITION OF CAPTAIN MITCHELL CLARK
19   produced, sworn, and examined on behalf of the
20   Plaintiffs, pursuant to the Plaintiffs' Amended Notice
21   of Rule 30(b)(6) Video Deposition, on Thursday,
22   January 27, 2022, at the office of the Kansas Attorney
23   General's Office, 120 Southwest 10th Street, Topeka,
24   Kansas 66612, before me, Vicki R. Kunkel, Certified
25   Court Reporter and Registered Professional Reporter.
```

1 (Pages 1 to 4)

CAPT. MITCHELL CLARK  1/27/2022

## Page 5

```
 1          A P P E A R A N C E S
 2   For Plaintiffs:
 3   MS. LESLIE A. GREATHOUSE
     SPENCER FANE, LLP
 4   1000 Walnut Street, Suite 1400
     Kansas City, Missouri 64106
 5   816-474-8100
     lgreathouse@spencerfane.com
 6
     MR. JOSHUA M. PIERSON
 7   AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS
     6701 West 64th Street, Suite 210
 8   Overland Park, Kansas 66202
     913-490-4110
 9   sbrett@aclukansas.org
10   For Defendants:
11   MR. ARTHUR CHALMERS
     OFFICE OF THE ATTORNEY GENERAL
12   120 SW 10th Avenue, 2nd Floor
     Topeka, Kansas 66612
13   785-368-6244
     art.chalmers@ag.ks.gov
14
     MR. LUTHER L. GANIEANY, JR.
15   KANSAS HIGHWAY PATROL
     122 SW 7th Street
16   Topeka, Kansas 66603
     785-296-5986
17
18   Also Present:
19   Mr. Dedric Moore, Legal Videographer
     Ms. Vicki Kunkel, KS CSR 413
20   Alaris Litigation Services
     1608 Locust Street
21   Kansas City, Missouri 64108
     816-221-1160
22
23
24
25
```

## Page 6

```
 1        (The deposition commenced at
 2   9:10 AM with Mr. Ganieany not being present.)
 3        VIDEOGRAPHER:  We are now on the
 4   record.  Today's date is January 27, 2022, and
 5   the time is 9:10.  This is the video-recorded
 6   deposition of Capt. Mitchell Clark in the matter
 7   of Blaine Franklin Shaw, et al., versus Herman
 8   Jones, et al., Case No. 19-1343, in the US
 9   District Court of Kansas.
10        This deposition is being held at 120
11   Southwest Tenth Avenue in Topeka, Kansas.  The
12   reporter's name is Vicki Kunkel.  My name is
13   Dedric Moore.  I am the legal videographer.  We
14   are with Alaris Litigation Services.
15        Would the attorneys present please
16   introduce themselves and the parties they
17   represent.
18        MS. GREATHOUSE:  Leslie Greathouse for
19   the plaintiffs, along with Josh Pierson for the
20   plaintiffs.
21        MR. CHALMERS:  Arthur Chalmers of the
22   Kansas Attorney General's Office for the
23   defendants.
24        VIDEOGRAPHER:  And will the court
25   reporter please swear the witness.
```

## Page 7

```
 1             MITCHELL CLARK,
 2   called as a witness on behalf of the Plaintiffs,
 3   having been first duly sworn, testified as
 4   follows:
 5             EXAMINATION
 6   BY MS. GREATHOUSE:
 7   Q   Good morning.  My name Leslie Greathouse, and
 8       could you please introduce yourself and spell
 9       your name for the record.
10   A   Yes.  Good morning, Leslie.  My name is Mitchell
11       Clark.  M-i-t-c-h-e-l-l C-l-a-r-k.
12   Q   And what is your current rank with the Kansas
13       Highway Patrol?
14   A   I am a captain.
15   Q   And what troop are you working with right now?
16   A   Technically it's not a troop.  It's under the
17       Professional Standards Unit.
18   Q   Okay.  So you are part of the PSU; is that
19       correct?
20   A   That's correct.
21   Q   In fact, are you the leader of the PSU?
22   A   Yes, I am.
23   Q   And in that role do you report directly to the
24       superintendent of the Kansas Highway Patrol?
25   A   Yes, I do.
```

## Page 8

```
 1   Q   Okay.  There are a couple of notebooks there next
 2       to you.  This may be a problem because I will be
 3       moving a lot.
 4            The first thing, I'm going to have the
 5       witness mark or the court reporter mark would be
 6       this Notice of the Deposition.  If you would pass
 7       that one on to Art, and I will get yours in a
 8       second.
 9            MR. PIERSON:  Did you want to start
10       with Exhibit 118?
11            MS. GREATHOUSE:  Yes.  I'm glad you
12       knew that.
13   Q   (By Ms. Greathouse) If you would please take a
14       moment to look at the deposition notice, and when
15       you have finished looking at that, let me know.
16   A   Leslie, I have reviewed that.
17   Q   All right.  Have you seen that document,
18       Exhibit 118, before?
19   A   I have.
20   Q   Okay.  And as I understand you are here today to
21       testify on behalf of Categories 1, 2, 3, 16, 17
22       and 18 in that notice; is that correct?
23   A   Yes.
24   Q   All right.  And you understand the testimony that
25       you are going to give today is the official
```

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376

www.alaris.us                                    Fax: 314.644.1334

CAPT. MITCHELL CLARK  1/27/2022

## Page 9

1  testimony of the Kansas Highway Patrol; is that
2  correct?
3  A  I understand that.
4  Q  Right.
5      MR. CHALMERS:  Let me interject just
6  for a moment to make sure the record is clear.
7  The notice, which has been marked as Exhibit 118,
8  is subject to clarifications pursuant to
9  Rule 30(b)(6) and filed on December 30, 2021, as
10  Exhibit A is a description of the clarifications
11  of the categories which include some of the
12  categories that you have identified in your
13  question that Capt. Clark is going to address.
14      So I don't want there to be any
15  confusion.  He is here to provide testimony as a
16  representative of the Kansas Highway Patrol on
17  those topics subject to the clarifications
18  reached by the parties.
19      MS. GREATHOUSE:  Thank you.  That was
20  exactly where I was going next.  So you took care
21  of that for me.
22  Q  (By Ms. Greathouse) And you do understand,
23  Captain, that the attorneys for the Kansas
24  Highway Patrol and attorneys for the plaintiffs
25  have come to some agreements that narrow or

## Page 10

1  specify those categories that you are going to
2  testify about; is that correct?
3  A  That sounds familiar.  Yes.
4  Q  All right.  Have you given your deposition
5  before?
6  A  In this matter?
7  Q  In any matter.
8  A  No.  I have never done a deposition.
9  Q  All right.  Have you testified in court before?
10  A  Yes, I have.
11  Q  On approximately how many times have you
12  testified in court?
13  A  I have been in law enforcement 31 years.  So to
14  give a number would be -- I have no idea.  Quite
15  a few times.
16  Q  Would you say it's been more than ten times you
17  have testified this court?
18  A  Yes.  Absolutely.
19  Q  Would you say it's been more than 20 times that
20  you have testified in court?
21  A  I believe so.
22  Q  I am going to go through a few rules of the
23  deposition so you and I have the same
24  understanding today.  You understand the
25  testimony that you are giving here today, even

## Page 11

1  though we are in the informal setting of a
2  conference room, has the same force and effect as
3  if you were sitting in a courtroom with a judge
4  with a black robe; is that right?
5  A  Yes, I understand.
6  Q  And we will be very careful in going back and
7  forth and making sure that you let me finish my
8  question and I let you finish the answer so that
9  the court reporter is able to get it down in an
10  answer and question format all the way through
11  the transcript that she will prepare.  Do you
12  understand that?
13  A  I understand.
14  Q  So sometimes it may feel artificial because you
15  know where I am going and you can answer before I
16  finish the question, but I still do need you to
17  let me get the entire question out.  Do you
18  understand?
19  A  I understand.
20  Q  So if at some point today I stop you and say,
21  "Wait.  Let me get my whole question out," you
22  understand I'm not trying to be rude.  I'm just
23  trying to make sure the record is clear.  Do you
24  understand that?
25  A  I understand.

## Page 12

1  Q  Also because the court reporter is taking it
2  down, if we use phrases like "uh-huh" or
3  "huh-uh," those are pretty hard to transcribe and
4  to read.  So if you happen to use a phrase like
5  that, I may ask you:  Was that a "no" or was that
6  a "yes" in order to clarify for the record.  Do
7  you understand that?
8  A  I do.
9  Q  Okay.  If at any point today you need to take a
10  break, because, we will to take breaks, let me
11  know when you need a break.  All right?
12  A  Okay.
13  Q  The only thing I would ask that we not take a
14  break while there's a question pending.  So if
15  you would just answer the question and then take
16  the break.  All right?
17  A  Okay.
18  Q  Is there any reason that you can't go forward
19  with the deposition today?
20  A  No.
21  Q  Okay.  All right.  How long have you been in your
22  role in charge of the PSU?
23  A  Approximately 17 months.
24  Q  All right.  Prior to taking this particular role,
25  what was your position in the highway patrol?

3 (Pages 9 to 12)

CAPT. MITCHELL CLARK  1/27/2022

Page 13

1    A  I was a lieutenant in the Troop L, the Governor's
2    executive protection.
3    Q  All right.  Can you just give me kind of a brief
4    history, maybe moving from that position with the
5    Governor detail backwards to the various roles
6    you have held for the KHP so I have a general
7    understanding?
8    A  Sure.  Prior to the Troop L position, I was at
9    Troop N.  I was an administrative lieutenant.  I
10   did that -- I'm not exactly sure on the time.
11   Maybe a year, if that.
12   Q  And Troop N is what troop --
13   A  The criminal interdiction.
14   Q  That's what I thought.  I wanted to make sure I
15   remembered right.
16   A  Yes, ma'am.  Prior to the administrative
17   lieutenant role, going back to 2015 I was
18   promoted to lieutenant, and that would have been
19   a road supervisor over Troop N, the criminal
20   interdiction unit.
21        Prior to that, I spent five years as a
22   technical trooper, as a task force officer
23   assigned to the drug enforcement administration,
24   and then prior to that, I was a road trooper.
25   Q  And what year did you join the KHP?

Page 14

1    A  2004.
2    Q  And can you tell me when did you graduate from
3    high school?
4    A  1985.
5    Q  All right.  And what did you do following law
6    school or following high school?
7    A  Thank you for that.  I went to junior college for
8    year and a half and then joined the workforce.
9    Q  What did you study while you were in junior
10   college?
11   A  Junior college was agriculture and mechanics.
12   Q  Once you completed your study there, what was
13   your career history after that and leading up to
14   the KHP?
15   A  For a while I was -- I joined the Merchant
16   Marines.  That was during the civilian part of
17   the Desert Storm.  After coming back from that is
18   when I was offered employment as a city officer.
19   That's when I began my law enforcement career in
20   1991.
21   Q  So what city did you start to work for as a law
22   enforcement officer?
23   A  City of Pratt.
24   Q  Okay.  And approximately how long were you with
25   the police force in Pratt?

Page 15

1    A  With the police force, about two years.  During
2    that time I became certified at Kansas law
3    enforcement training.  Then I was hired by the
4    Pratt County Sheriff's Department.
5    Q  So you were -- were you with the City of Pratt
6    and then you went to Pratt County or did I
7    misunderstand?
8    A  You are correct.  I was with the city and then
9    went to the Pratt County Sheriff's Department.
10   Q  Approximately how long were you with that
11   sheriff's department?
12   A  Four to five years.
13   Q  So if I have got my numbers right, we are about
14   to 1998; is that about right?
15   A  Actually we will jump back in my time there.  I
16   was hired by the Newton Police Department in '96.
17   Q  Okay.
18   A  I spent a year with them.  I thought it was time
19   to leave law enforcement.  I got married at that
20   time, and my wife got offered another job so we
21   moved for her.
22   Q  So in '96 where did you move?
23   A  We moved to Johnson County.
24   Q  All right.  And how long were you in -- what were
25   you doing in the time that you were living in

Page 16

1    Johnson County?
2    A  At that time I was hired by Brink's Services that
3    transport money.
4    Q  And then how long were you with Brink's
5    approximately?
6    A  Not very long.  It was within 48 hours that I
7    realized leaving law enforcement was not what I
8    should have or wanted to do.  At the time I was
9    working to get back into law enforcement.  I was
10   then hired by the City of Olathe as an officer.
11   Q  And how long did you work for the City of Olathe?
12   A  Well, up until 2004 when I started with the
13   highway patrol.
14   Q  So when you were with Olathe --
15   A  '97.
16   Q  -- from 1997 until 2004 when you came to patrol?
17   A  Yes, ma'am.
18   Q  All right.  Thank you.  Other than the year and a
19   half of community college work, have you had any
20   other formal education?
21   A  Yeah.  I took classes at Johnson County Community
22   College for a brief period.
23   Q  Have you ever earned a post-high school degree?
24   A  I have not earned a degree.
25   Q  All right.  And you indicated that you had gone

4 (Pages 13 to 16)

CAPT. MITCHELL CLARK  1/27/2022

Page 17

1  to the Kansas Law Enforcement Academy.  I don't
2  remember the right name.  Correct?
3  A  Correct.  KLETC.
4  Q  Okay.  And have you done any other formal
5  training in law enforcement other than your sort
6  of annual renewal that you all have to do?
7  A  Obviously, I graduated from Highway Patrol
8  Academy in 2004.  Now, there's a wide array of
9  training that -- everything from firearms, being
10  a firearms instructor, less lethal chemical
11  munitions instructor.  I have been to DARE
12  school.  I have taught DARE.  Firearms
13  instructor.  I don't know if I said that.
14  Interview training.  Officer safety school.
15  Q  Have you done any interdiction training outside
16  of the KHP?
17  A  I think I attended one training while I was with
18  Olathe.
19  Q  And during the time that you have been at the KHP
20  have you been sent to take any classes or obtain
21  any certifications outside of the education and
22  training programs that the KHP offers?
23  A  Yes.
24  Q  Can you tell me what those are, please.
25  A  I have been to Desert Storm once.  This was

Page 18

1  before joining Troop N.  The commercial motor
2  vehicle interdiction training, and I did --
3  there's another formal training that I'm not able
4  to recall the name of.
5  Q  Is your current role with the PSU the only time
6  that you have worked in the KHP's PSU unit?
7  A  Yes.
8  Q  And have you had any formal training in the
9  public standards, investigations, that you are
10  now overseeing?
11  A  I have no other prior formal training.  No.
12  Q  And have you taken any since you started in this
13  role?
14  A  Yes.
15  Q  Tell me what education you have received since
16  you started this role 17 months ago?
17  A  Within a few months of being promoted into the
18  unit, I went to an FBI training course in
19  internal affairs managing a unit.
20  Q  All right.  And how long was that training
21  course?
22  A  I'm estimating approximately 30 hours.
23  Q  So it was over the course of two or three days or
24  was it more than that?
25  A  A minimum of three days.  Yes.

Page 19

1  Q  Okay.
2      VIDEOGRAPHER:  Off the record at 9:32.
3      (Discussion held off the record.)
4      VIDEOGRAPHER:  We are back on the
5      record at 9:35.
6  Q  (By Ms. Greathouse) All right.  First, I would
7  like to talk about Category 1 that is in
8  deposition notice that is Exhibit 118.  I will
9  note that some of the agreements that
10  Mr. Chalmers and our team have come up is when I
11  am asking questions that they will be limited to
12  traffic stops with regard to this category.  Do
13  you understand that?
14  A  I believe so.
15  Q  And that we are also going to talk about a
16  particular document which we have numbered in
17  this case, OAG 008766, which is a spreadsheet of
18  information with regard to the investigation of
19  complaints; is that correct?
20  A  Is that the list that I could reference anywhere
21  as well?
22  Q  Yes.  If you would look at Tab 1 to your
23  notebook.
24  A  Okay.
25  Q  Do you recognize that exhibit?

Page 20

1  A  I do.
2  Q  And can you identify that document for the
3  record?
4  A  This was a list that was queried and put together
5  by Lt. Joe --
6      MR. CHALMERS:  Is it Burdick?
7      THE WITNESS:  I'm sorry?
8      MR. CHALMERS:  Is it Burdick?
9      THE WITNESS:  No.
10  Q  (By Ms. Greathouse) Is it Bullock?
11  A  Thank you.  Bullock.  Took me a moment there.
12  This was what he put together and provided to
13  counsel.
14  Q  Were you part of the PSU when that document was
15  created?
16  A  I was.
17  Q  All right.  And I'm going to go ahead and have
18  Josh mark that in that notebook Exhibit 119.
19      MR. CHALMERS:  Ms. Greathouse, to
20  expedite matters, I think if I'm correct there's
21  an update with some additional information after
22  10/27 when that was prepared.
23      MS. GREATHOUSE:  I don't happen to
24  have that.
25      MR. CHALMERS:  No.  You don't have it.

5 (Pages 17 to 20)

CAPT. MITCHELL CLARK  1/27/2022

Page 21

1    I think that Capt. Clark has it if you want to
2    reference that.
3    Q  (By Ms. Greathouse) Okay.  So, Capt. Clark, I
4    understand that you have run an updated list
5    similar to what is Exhibit 119?
6    A  I did.  For further querying in regards to some
7    specific asking about other cases of complaints.
8    And so what I complied is a Word document in
9    conjunction with all of these cases.  So they are
10   highlighted in a different color.
11   Q  Okay.
12   A  They are not necessarily formatted on an Excel
13   spreadsheet like this.
14   Q  All right.  Do we have just one copy or do we
15   have multiple copies?
16   A  I just brought one to reference myself.  I would
17   be more than happy --
18          MS. GREATHOUSE:  I don't know how we
19   will ask questions on that, Art, if we have only
20   got one copy.  Let's go off the record for a
21   minute.
22          VIDEOGRAPHER:  Off the record at 9:40.
23   (Discussion held off the record.)
24          VIDEOGRAPHER:  We are back on the
25   record at 9:52.

Page 22

1    Q  (By Ms. Greathouse) Okay.  While we wait for the
2    other exhibit to get to us, I'm just going to ask
3    a couple of general questions.  First, let's
4    start with this chart that is Exhibit 119.  Can
5    you tell me what database this information was
6    extracted from?
7    A  This comes from our IAPro, our internal
8    professional affairs unit database that houses
9    our investigations.
10   Q  And who has access to that particular database?
11   A  Only PSU personnel.
12   Q  And I saw something about a reference about
13   BlueTeam.  Is that a phrase that makes sense to
14   you?
15   A  Yes.
16   Q  Can you tell me what BlueTeam is?
17   A  BlueTeam is -- BlueTeam essentially more or
18   less an electronic delivery system, and when we
19   send out a report through the chain, that's how
20   it's done.
21   Q  When you say you sent out a report through the
22   chain, what do you mean?
23   A  For when we complete an investigation, depending
24   on, you know, if we send it to the captain and we
25   include all, from the captain, major, and the

Page 23

1    colonels.  That's how it's delivered.  Once it's
2    received by the captain, he reviews it and then
3    he sends it on up to his major and so forth.
4    Q  All right.  And let me make sure I understand.
5    You have just described a captain and then sort
6    of a chain of command related to that.  Are you
7    talking about the captain over the particular KHP
8    employee that has been the subject of the
9    investigation?
10   A  That's correct.  Over each troop there's a
11   commander, a captain, and then there's a major
12   who has multiple troops.  So the captain would
13   then send it to his designated major, if that
14   makes sense.
15   Q  Right.  So is the BlueTeam always sort of the
16   captain and above in the entire KHP or the
17   BlueTeam identified per complaint?
18   A  I'm not sure I you understand when you say "per
19   complaint."  If you would identify that.  I'm not
20   for sure.
21   Q  So if you are doing an investigation of, you
22   know, let's say, Officer -- Trooper Smith and --
23   I'm making up a name here.  And so would there be
24   a BlueTeam for Trooper Smith or is BlueTeam a
25   permanent designation inside KHP?

Page 24

1    A  It's not a permanent designation.  Again, it's
2    just another way to deliver these records, these
3    reports.  And we -- much like an email system,
4    you are telling it, "This is who I'm sending it
5    to," and also associated to his major.  Does that
6    clear that up for you.  No?
7    Q  No.  It sounds like you are describing that the
8    members of the BlueTeam would be different for
9    any particular investigation you are conducting
10   based on who the trooper is that's being
11   investigated; is that correct?
12   A  The BlueTeam is associated with the IAPro.  It is
13   connected to that.  The IAPro houses the reports.
14   But the BlueTeam, again, is just to facilitate
15   sending these out to whomever.
16   Q  So is it correct to say that when they are sent
17   out via the IAPro, you might select particular
18   people that would get the report as opposed to it
19   being sent to everyone who might qualify as the
20   BlueTeam?
21   A  Yeah.  We only designate it, again, to who is
22   connected to you, know, Trooper Smith, as you
23   used it as an example.  Trooper Smith is under
24   Commander so-and-so.  We put that Commander
25   so-and-so is going to receive this.  His major is

6 (Pages 21 to 24)

CAPT. MITCHELL CLARK  1/27/2022

Page 25

1  notified.
2       Again, the BlueTeam is just a delivery
3  system.
4  Q  Thank you.  If you would look at Exhibit 119, I
5  want to get an understanding of some of the
6  terminology used on this form before we go into
7  the depth of Exhibit 120.  All right?
8  A  Yes.
9  Q  For the record, I don't think I have identified
10  Exhibit 120 yet.  And since we are referencing
11  it, it probably makes sense to have you to go
12  ahead and have you identify for the record what
13  is Exhibit 120.
14  A  So 120 is an expanded more or less of the
15  information on Exhibit 119.  I have gone through
16  each case, and just to provide more information
17  about that to explain in addition to another
18  query was done to expand -- and forgive me.  I
19  can't remember exactly what are other questions
20  that were asked of me to look into.  And in that
21  it gave me a few extra more.  I'm sorry.  I want
22  to say 13 or 16 more but don't hold me to that.
23  Q  All right.  So you are saying that somewhere
24  between 13 or 16, around that number, additional
25  investigations are included in 120 that are not

Page 26

1  in Exhibit 119; is that correct?
2  A  That is correct.
3  Q  All right.  Thank you.  Now, looking at the
4  column on 119 that is entitled "Allegations," can
5  you tell me overall, you know, what that term
6  "allegation" mean?
7  A  So when a complainant citizen calls in alleging
8  whatever the -- their complaint is, we give it
9  the best in terms of definition of the
10  allegation.  That's the best way I can explain it
11  to you.  It's strictly a bias based.  Clearly
12  that's the only way we are going to identify that
13  allegation.
14  Q  Okay.  So are those allegations actually based on
15  a formal classification identified by the KHP?
16  A  Not necessarily by the KHP.  In IAPro there's
17  more or less kind of -- you know, you can go
18  through and check does this sound like what this
19  allegation fits under.  So some of them are, you
20  know -- like just looking at the top one of 119,
21  "Enforcement harassment."  If they are alleging
22  that I wasn't -- I wasn't stopped for the
23  violation that you are accusing me of.
24  Q  All right.  And are those classifications set by
25  KHP policy?

Page 27

1  A  No.  Not that I am aware of.  No.  There's
2  nothing that I am aware of.
3  Q  All right.  Now, also in looking at Exhibit 119,
4  the column entitled "PSU case," is that the case
5  number that is assigned by the PSU to any
6  particular investigation?
7  A  So any time that we open an investigation in the
8  IAPro, that's generated through the IAPro system.
9  Q  All right.  And once the IAPro identifies a PSU
10  case number, that case number sticks with that
11  investigation until it's complete; is that
12  correct?
13  A  That's correct.
14  Q  And I assume the column called "Case Started" is
15  just like it sounds.  It's the date that the
16  complaint was received; is that correct?
17  A  Yes.
18  Q  So does that mean it was the date that it was
19  logged into the IAPro or the date it came into
20  the KHP?
21  A  It may be either/or.  It may be the date that's
22  started in the case.  We could have a complainant
23  call in, you know, at the end of the business
24  hours, and the following day as we are trying to
25  sort through things, we could then initiate the

Page 28

1  case number then.
2  Q  All right.  But is it fair to say that the "Case
3  Started" column is intended to be, you know, the
4  date that the complaint came in, give or take the
5  business day hours.
6  A  I would say that's a fair statement.
7  Q  All right.  And the column entitled "Employee"
8  identifies the particular trooper that the PSU is
9  investigating; is that correct?
10  A  That's correct.
11  Q  And "Complainant" column is name of the person
12  who has made the complaint about the particular
13  trooper; isn't that correct?
14  A  Correct.
15  Q  Okay.  And then we have a column entitled
16  "Findings."  Can you tell me what the
17  designations in that column are intended to
18  communicate?
19  A  That's the conclusion of the investigation, the
20  findings by that investigator of the allegations.
21  Q  All right.  And how -- well, the particular
22  designations that are there, are those set by KHP
23  policy?
24  A  Those are in KHP policy.
25  Q  All right.  And is that in the policy that covers

7 (Pages 25 to 28)

CAPT. MITCHELL CLARK  1/27/2022

Page 29

1    complaint reporting and administrative
2    investigations?
3    A  ADM-07?
4    Q  Yes.
5    A  Yes.
6    Q  All right.  If you would then please turn to
7    Tab A in your notebook.  I'm sorry.  16A in case
8    I wasn't clear.
9        Under Tab A in your notebook you will
10   see that there are four different versions of
11   ADM-07.  So if you would just take a moment to
12   sort of look through that and confirm that you
13   have four versions of ADM-07 there in front of
14   you.
15       MR. CHALMERS:  He may or may not have
16   it.  Under the tab I have "Criminal
17   Interdiction."
18       MS. GREATHOUSE:  Did we get the wrong
19   one in there?
20       MR. CHALMERS:  I have E and F 07, as
21   well as 07.
22       MS. GREATHOUSE:  We are having fun
23   with copies and people doing copying today.
24   Let's go off the record.
25       THE WITNESS:  So for now I am finding

Page 30

1    everything.
2        VIDEOGRAPHER:  We are off at 10:05.
3        (Discussion held off the record.)
4        VIDEOGRAPHER:  Back on record at
5    10:08.
6    Q  (By Ms. Greathouse) Captain, I have been using
7    the phrase ADM-07, but I don't think I
8    established what the "ADM" in this policy stands
9    for?
10   A  Administration.
11   Q  All right.  If I use "administration" or "admin,"
12   that is appropriate; is that correct?
13   A  That's correct.
14   Q  All right.  So looking at 121 in your notebook,
15   can you identify that document for the record.
16   A  This is an internal KHP policy for complaint
17   reporting and administrative investigations.
18   This basically outlines for troopers and
19   commanders on how to receive and handle
20   complaints.
21   Q  Does this document also set forth how the PSU
22   unit will conduct investigations?
23   A  It does.
24   Q  All right.  And this particular version of ADM-07
25   was effective on October 1st of 2019; is that

Page 31

1    correct?
2    A  That's correct.
3    Q  And then there were prior versions of this
4    particular policy before that date; is that
5    correct?
6    A  That's correct.
7    Q  All right.  So is this version that is marked as
8    Exhibit 121 the current version of ADM-07?
9    A  It is.
10   Q  And does it accurately describe the process that
11   the PSU uses when conducting an investigation?
12   A  Yes.
13   Q  Are there any practices that regularly occur
14   inside the PSU that are different from exhibit --
15   ADM-07 that you are aware of?
16   A  Any other practices beyond what's outlined in
17   ADM-07?  There are no other practices that I know
18   that we operate under.
19   Q  All right.  So is the intent for ADM-07 to be a
20   comprehensive description of what goes on in the
21   PSU; is that correct?
22   A  Yes.
23   Q  All right.  So looking at the II on page 1 of
24   Exhibit 121, do you see the highlighted number
25   there that says 26.2.1?

Page 32

1    A  I do.
2    Q  What is that?
3    A  So if you go up above in the box where it says
4    "Subject," there are the applicable CALEA
5    standards.  It falls under CALEA.  That's the
6    best way I can explain it to you.  We are CALEA
7    certified.  CALEA has more or less their
8    standards of what we follow, and, 26.2.1 is
9    obviously CALEA.
10   Q  Can you tell me what CALEA is for the record?
11   A  I can't give anything beyond what CALEA -- it has
12   an acronym.  More or less it's a -- it's for law
13   enforcement agencies to be a part of to, I guess,
14   enhance the agency for best practices, for also
15   to help be more efficient in ways, make sure that
16   we are being updated following -- the phrase I'm
17   looking for escapes me.  But more or less to
18   enhance law enforcement to make the improvements.
19   Q  All right.  So is it fair to say that in putting
20   together policy ADM-07, the KHP was attempting to
21   meet the CALEA standards that are listed in the
22   caption of this policy on this first page?
23   A  And you are going back to No. 2 for policy,
24   26.2.1?
25   Q  I'll re-ask my question because I don't think it

8 (Pages 29 to 32)

CAPT. MITCHELL CLARK  1/27/2022

Page 33

1   was clear.
2   A  Okay.
3   Q  In the caption on page 1 of Exhibit 121, there is
4   a list of applicable CALEA standards; is that
5   correct?
6   A  That is correct.
7   Q  Is it fair to say that the KHP adopted ADM-07 in
8   order to meet the CALEA standards that are listed
9   on that page?
10  A  I don't know that that's -- if I understand your
11  question correctly that you are asking, the
12  ADM-07 was created based on CALEA standards.  Is
13  that your question?
14  Q  Well, let's start with a different question
15  because I can see that I am not asking a clear
16  question.  So do you understand that -- well, you
17  told me that the KHP has received CALEA
18  certification; is that correct?
19  A  That is correct.
20  Q  And in order to get CALEA certification, CALEA
21  checks on whether the KHP meets its standards; is
22  that correct?
23  A  That's correct.
24  Q  And do you understand that part of the CALEA
25  standards are that a law enforcement organization

Page 34

1   has a written set of policies and procedures
2   meeting the CALEA standards?
3   A  That is correct.
4   Q  So with that understanding, is Exhibit 121, which
5   is ADM-07, intended to meet the CALEA standards
6   listed in the caption on page 1 of that policy?
7   A  Yes.  Thank you for clarifying.
8   Q  Okay.  If you would go down to the definition
9   section on page 1 of Exhibit 07, you see that in
10  the second sentence -- well, let's start with the
11  first sentence.  It's defining "complaint" as an
12  allegation of misconduct made by any person
13  against a patrol employee; is that correct?
14  A  Correct.
15  Q  So what you are doing is investigating complaints
16  in the PSU; is that correct?
17  A  Yes.
18  Q  Now, the second sentence says "Expressions of
19  discontent with policies, procedures, patrol
20  operations or statutes are not conduct complaints
21  and may be addressed at the troop level by a
22  regional commander or at general headquarters."
23  Is that correct?
24  A  Correct.
25  Q  So in that sentence it talks about policies and

Page 35

1   procedures.  Do you see that?
2   A  Yes.
3   Q  Can you tell me what your understanding is of the
4   difference between a policy and a procedure?
5   A  I don't know that there's necessarily a
6   difference.  When we internally -- I know that
7   it's understood at least by myself when we are
8   talking about policies and procedures, we are
9   referring to these guidelines.  These policies.
10  Q  Okay.  So is it your understanding that as an
11  example ADM-07 sets forth the policies and
12  procedures of the KHP?
13  A  I'm just giving you my understanding as it's
14  always been explained.  In talking through the
15  academy on up that, you know, these were used
16  together, policies and procedures.
17  Q  All right.  If you look, then, towards the bottom
18  of the definition or the last definition on
19  page 1, here we actually have a definition of
20  "BlueTeam."  Would you take a look at that
21  definition, and when you are done, let me know.
22      (Mr. Ganieany entered the deposition
23  room.)
24  A  I'm through.
25  Q  (By Ms. Greathouse) So this definition of

Page 36

1   BlueTeam in the policy describes BlueTeam as both
2   the set of employees who can put information into
3   IAPro and where it can be distributed out; is
4   that correct?
5   A  How KHP uses the BlueTeam is -- the only time
6   that I have ever known that BlueTeam is used is
7   just how I explained earlier in testimony that
8   this is how we are delivering/sending out these
9   cases.  While I understand the definition is
10  describing that it seems to be a two-flow process
11  from troopers to other members, I have never -- I
12  have never used it in any other capacity other
13  than with the Professional Standards Unit in my
14  time there, and I'm not able to speak any beyond
15  that.  This was not a system that, again, that I
16  had ever been exposed to or had knowledge of.
17  Q  Tell me who can input a complaint into IAPro.
18  A  Through IAPro itself, only the PSU person.
19  Q  Okay.  If you would turn to page 2 of
20  Exhibit 121.  On Sections (b) and (C) there in
21  the top half of that page, there's a reference to
22  an FOR-1 (sic) and an FOR-40.  Do you see that?
23  A  I do see that.
24  Q  Can you tell me what the difference is between an
25  FOR-41 and an FOR-40?

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

CAPT. MITCHELL CLARK  1/27/2022

Page 37

1  A  I'm going to take a moment and just read it.
2  Q  Please do.
3  A  So Form 41, this would be basically a standard
4     form that if a citizen was making a complaint,
5     that traditionally they would have been given
6     this form to write their statement or information
7     down.  That was more customary, how things were
8     handled, back before, you know, the systems like,
9     you know, this were begun.
10          The Form 40 is more or less, again,
11    for delivering a complaint internally.  Like if a
12    citizen makes a complaint, we are taking down
13    their information, and then we are forwarding
14    it -- this is going to forward it on obviously to
15    his chain of command, his next level.
16 Q  All right.  As I understand it, a Form 41 is
17    prepared by someone outside the KHP and Form 40
18    would be prepared by someone internally; is that
19    correct?
20 A  That's correct.  Again, traditionally we were a
21    paper -- that's how things were handled.  So the
22    policy still reflects back to more or less to how
23    things were handled back then, if that makes
24    sense.
25 Q  And if you look at the 13th page of Exhibit 121,

Page 38

1     that actually a copy of the paper Form 41; is
2     that correct?
3  A  That is correct.
4  Q  Is there a version, sort of an electronic option,
5     for Exhibit 41 that the KHP now has, say, on the
6     intranet?
7  A  I would say it would be this.
8  Q  Right.  There's like a fillable form on the
9     intranet where somebody can fill this out?
10 A  Having never done one, yes, I believe that's
11    possible.
12 Q  Now, if you look at (B)(1) on page 2 of the
13    policy, it states that employees are not to
14    interfere with or discourage or delay the making
15    or investigation of a complaint; is that correct?
16 A  That's correct.
17 Q  Tell me what happens if an employee violates that
18    particular part of this policy.
19 A  Never hearing of one or having addressed this
20    myself or knowing of any cases, I would think
21    that would be very detrimental to that officer.
22 Q  But you don't have any personal experience or
23    knowledge of what happens?
24 A  No.  No, I don't.
25 Q  All right.  And so if you would look at exhibit

Page 39

1     or Policy (C)(1) on that same page, again, that
2     particular section talks about how an FOR-40 or
3     that internal reporting mechanism can be used or
4     alternatively a BlueTeam entry can be used to
5     make -- or for an employee to make a complaint;
6     is that correct?
7  A  That is correct.
8  Q  Is it fair to say that you don't know how a
9     BlueTeam entry would happen in accordance with
10    (C)(1)?
11 A  I'm going to maybe explain a little further.  I
12    have never, again outside of Professional
13    Standards -- I have never seen or heard -- never
14    been exposed to it.  Let me say that.  Was it
15    being utilized?  I'm going to believe it was.  At
16    what point, I don't know.  Again for PSU, this is
17    how we deliver the cases out.  That's not at all
18    to say that this policy -- that it's not being
19    utilized in this manner.  I want to be clear on
20    that.  I just -- I have never utilized it within
21    the agency other than my time in the PSU.
22 Q  Would it appear to you that from (C)(1) that
23    there may be a team of people who have the
24    ability to enter information through a Form 40
25    directly into your system?

Page 40

1  A  When you are saying a team of people, are you
2     saying just exclusive members or for -- I just
3     want to --
4  Q  I will clarify my question.  From Exhibit (C)(1)
5     (sic) on page 2 of Exhibit 121, does it appear to
6     you that there is a group of people called the
7     BlueTeam who can enter employee conduct
8     complaints for FOR-40s directly into the PSU
9     system?
10 A  I'm sorry.  I keep hearing you referring to the
11    BlueTeam as a group of individuals.  That's just
12    a term.  So if I'm misunderstanding you --
13 Q  Well, the policy does say that -- well, let's
14    read one.
15          "When an employee of the agency has
16    knowledge of known or reasonably suspected of
17    known or reasonably suspected (sic) misconduct of
18    another employee, it will be promptly reported on
19    an Employee Conduct Complaint form," in
20    parentheticals, "FOR-40 or BlueTeam entry and
21    forwarded without delay through the chain of
22    command to the Professional Standards Unit when
23    one or more of the following criteria is met."
24          And then it goes on.  Did I read that
25    correctly?

ALARIS LITIGATION SERVICES
www.alaris.us                Phone: 1.800.280.3376                Fax: 314.644.1334

## CAPT. MITCHELL CLARK  1/27/2022

Page 41

1    A  You did.
2    Q  So in this policy there is a reference to the
3       phrase "BlueTeam entry."  Do you see that?
4    A  I do.
5    Q  What does that mean?
6    A  Again, that's just the name of what -- all I have
7       ever heard of is BlueTeam.  Again, going back to
8       when I explained to you that PSU sends out the
9       cases through BlueTeam, it's the delivery system.
10      The software package.  That's the name of it.  So
11      it's -- when I say "BlueTeam," that's what they
12      are referring to.
13           Then whomever -- in this case (C)(1).
14      If a trooper needs to go in and say, "I'm going
15      to follow policy here, and I'm going to go
16      through BlueTeam that's what they would do is go
17      through BlueTeam and do it that way.
18   Q  So you are saying that employees -- certain
19      authorized employees can go into BlueTeam and
20      make this kind of a complaint?
21   A  It's my understanding this is all uniformed
22      personnel.  I don't know myself if it's strictly
23      just for lieutenants and above.
24   Q  All right.  If you look at page 1 of Exhibit 121,
25      that BlueTeam definition says that BlueTeam is

Page 42

1       accessible via the Kansas Highway Patrol Intranet
2       for authorized agency employees to record, input,
3       document, and distribute information regarding
4       incidents brought to the attention of the agency
5       which fit the definition of a complaint."
6            Is that correct?
7    A  That is correct.
8    Q  So where this definition of BlueTeam includes
9       authorized agency employees, it appears to
10      identify a set of employees as authorized to
11      access BlueTeam; is that correct?
12           MR. CHALMERS:  Let me object the
13      testimony as it misstates the policy and
14      testimony.  The definition BlueTeam is a data
15      entry point for IAPro.  You are talking about the
16      ability to access that data.  You are trying to
17      act as if there's a team of people.  And he has
18      told you a number of times there aren't.  I think
19      you are misstating the testimony.
20   Q  (By Ms. Greathouse) I'm certainly not attempting
21      to misstate your testimony.  I'm trying to
22      understand.  While the phrase "BlueTeam" includes
23      the word "team," it's not actually a team of
24      people; is that what you are saying?
25   A  That's exactly what I'm saying.  Yeah.  As I have

Page 43

1       tried to explain, it's a system, more or less,
2       just how we distribute a complaint received or
3       send out for our purposes these investigations.
4       And for how it looks for PSU is entirely
5       different from the field.  So I just want to be
6       clear on that.  Ours is -- when I go into the
7       IAPro where the case is, I send it out that way.
8       And it looks different to whom I'm sending it to
9       through the BlueTeam.  I know that may sound
10      confusing, but the BlueTeam itself is -- it's a
11      delivery system for the record.
12   Q  Okay.  So on page 2 where we are talking about
13      use of the phrase "BlueTeam entry" in (C)(1),
14      that is just simply a reference to the fact that
15      someone is going to do data entry into the
16      BlueTeam system?
17   A  Yes, ma'am.
18   Q  Thank you.  All right.  Now, also in (C)(1)
19      there's a list of conduct which should be
20      reported by employees to the PSU; is that
21      correct?
22   A  That's correct.
23   Q  All right.  And how often in the 17 months that
24      you have been with the PSU have there been
25      investigations into -- that came in on a FOR-40

Page 44

1       or an employee complaint?
2    A  I have never received one formally this way.
3       When an incident occurs that a matter arises to
4       the level that obviously PSU needs to be
5       notified, that's going to be done by a supervisor
6       or commander that they have this information an
7       employee was involved in a situation.
8    Q  All right.  So while you are saying it would be a
9       supervisor or commander, it is possible for
10      anyone in the KHP to submit an FOR-40; is that
11      correct?
12   A  That's correct.
13   Q  So if, for example, one trooper felt another
14      trooper was violating someone's rights in the
15      field, they could make an FOR-40 complaint; is
16      that correct?
17   A  That's correct.
18   Q  Looking at (C)(1)(f) on that page, would you read
19      that to yourself real quickly and then when you
20      are done, let me know.
21   A  I have read it.
22   Q  All right.  So one of the categories of conduct
23      that could be or should be reported under FOR-40
24      is something that will adversely affect the
25      operation, efficiency, or morale within the

11 (Pages 41 to 44)

CAPT. MITCHELL CLARK  1/27/2022

Page 45

1  workplace; is that correct?
2  A  That's correct.
3  Q  Explain to me how it would be a conduct that
4    should be reported if someone is adversely
5    affecting the morale.
6  A  A possibility would be if you have any employee
7    who is out there who is spreading negative
8    information, gossip, more or less, things that
9    would be harmful to, you know, specific members
10   of the agency.  Subjection to that matter.
11 Q  So would actually submitting an FOR-40 on
12   somebody adversely affect the morale of members
13   of the KHP?
14 A  I'm sorry.  You are saying submitting the form
15   would that affect the morale or you are talking
16   about -- let me have you repeat the question.
17 Q  If one trooper submitted an FOR-40 in regard to
18   another trooper, would that be a category that
19   would adversely affect the morale within the
20   workplace?
21 A  Just by submitting a complaint?
22 Q  Yes.
23 A  I'm not sure how I could -- I'm not sure how I
24   could answer if an unknown complaint would affect
25   the morale.  It would definitely affect the

Page 46

1    trooper that's making a complaint.  That would be
2    the individual probably affected more so of what
3    they may have to face.
4  Q  All right.  So you are saying a complainant would
5    be more likely to have a morale problem than the
6    trooper about which a complaint is made; is that
7    correct?
8  A  I'm not going to say that they would have
9    morale -- they would have the morale problem.
10   Obviously, whether you are in law enforcement or
11   not, any time you come forward and you have a
12   matter that you are reporting on another member
13   of your team, colleague, whatnot, I think anybody
14   is going to realize that, you know, that's going
15   to be a very difficult situation and what they
16   may face from their other peers.
17 Q  Right.  Because if an employee submits an FOR-40
18   with regard to another employee, the complaining
19   employee's name would be included in the
20   complaint; is that correct?
21 A  It could be.  It could be anonymous.
22 Q  Right.  If somebody uses their own name, it would
23   be listed on the complaint; is that correct?
24 A  That's correct.
25 Q  And complainant's name would be revealed to the

Page 47

1    person or the trooper about which the complaint
2    is being made; is that correct?
3  A  That's correct.
4  Q  If you would look at (C)(3) on that page, it
5    reads "These reporting requirements do not
6    prevent supervisors from fulfilling their
7    responsibility to take authorized corrective
8    actions."
9        Do you see that?
10 A  I do.
11 Q  What does that mean?
12 A  I guess the best way I would understand this is
13   that commander, that supervisor, has the ability
14   because they are responsible over their
15   employees.  Obviously, that's what their duties
16   are.  They would make recommendations of what
17   they believe should take place, and they can
18   handle the matter.
19 Q  Does this Section (C)(3) mean that supervisors
20   can take authorized corrective actions with
21   troopers and not report it via an FOR-40?
22 A  I don't interpret it that way, and I have
23   never -- again, with my time in the agency, not
24   just the PSU, don't know of a situation where a
25   lieutenant would handle a matter that, you know,

Page 48

1    for whatever the punishment, whatever the
2    situation is and whatever they believe is
3    appropriate in terms of handling that.  They
4    would just do that without notifying the chain of
5    command, the commander, the captain, and the
6    major.
7  Q  So if I understand you correctly, if a supervisor
8    felt that a trooper that they were supervising
9    violated the constitutional rights of someone
10   during a stop, they would be required to make an
11   FOR-40 report?
12 A  They would be required to report that and
13   obviously to PSU.  Not necessarily through them,
14   but somebody in the chain of command would then
15   notify PSU.  It could be just the colonel who
16   says, "By the way, this is what the situation
17   is."
18 Q  So I think I understand, though, in the 17 months
19   that you have been in this role, no one
20   internally has reported a violation of a person
21   who is being stopped during a traffic stop, their
22   constitutional rights; is that correct?
23 A  Internally of one employee over another employee
24   reporting.  Is that your question?
25 Q  I will rephrase my question.

12 (Pages 45 to 48)

CAPT. MITCHELL CLARK  1/27/2022

Page 49

1     Is it accurate to say that in the 17
2   months that you have been with the PSU no FOR-40
3   or internal employee complaint has been reported
4   to the PSU about a field violation of the
5   constitutional rights of someone who is stopped?
6   A   That's correct.  I have not received any of
7   those.
8   Q   If you would turn to page 3 of the policy.  At
9   the top of that page it talks about when an
10  employee can go outside the normal chain of
11  command to initiate a complaint; is that correct?
12  A   That's correct.
13  Q   In the time that you have been in your role with
14  the PSU, have you received any complaints that
15  came outside the normal chain of command?
16  A   Yes.  I have not received any.
17  Q   And looking at Category (H) on page 3, here,
18  again, it's talking about reporting done by
19  supervisors and commanders.  Do you see that?
20  A   I do.
21  Q   Does that appear to just be, sort of, additional
22  information that aligns with (C) that we are
23  talking about on the prior page?
24  A   Correct.
25  Q   All right.  (J) at the bottom of page 3 talks

Page 50

1   about a complaint procedure pamphlet.  Do you see
2   that?
3   A   I do.
4   Q   Can you describe for me what that is.
5   A   So the complaint procedure pamphlet basically is
6   like just what it says.  It's a pamphlet that is
7   not -- they are given to citizens.  They may even
8   be -- if you want to walk into the headquarters,
9   they make accessible there.  But it explains the
10  professional standards more or less.
11  Q   All right.  Is this a pamphlet that troopers
12  carry with them that they could give to someone
13  in the field who might be complaining?
14  A   I know I have handed them out.  I can't sit here
15  and say that every member of the agency has one.
16  But, yes, they could hand them out if they had
17  had them available.
18  Q   This does say -- never mind.
19         The policy, though, does indicate that
20  a copy of the complaint procedure pamphlet should
21  be given to the complainant; is that correct?
22  A   It does.
23  Q   Are you aware of a procedure or a process by
24  which the PSU makes sure that that pamphlet does
25  get to complainants?

Page 51

1   A   No, I'm not.  Again, I know it's obviously in
2   policy, but I have spoken about it as well that
3   we had this pamphlet available.
4   Q   All right.  Turning to page 4, Categories (K),
5   (L), and (M) all appear to just be a description
6   of the ways in which someone could register a
7   complaint with the PSU; is that correct?
8   A   That's correct.
9   Q   And (N) talks about third-party complaints.  Do
10  you see that?
11  A   I do.
12  Q   Do I understand that correctly to be, you know,
13  as an example, if I made a report to the KHP
14  about something that happened to Mr. Pierson?  Is
15  that what it means by a third-party complaint?
16  A   Correct.
17  Q   All right.  And then earlier you mentioned an
18  anonymous complaint, and (O) on page 4 of 121
19  identifies how anonymous complaints can be taken
20  and investigated; is that correct?
21  A   That's correct.
22  Q   How many anonymous complaints have come into the
23  PSU since you were involved in it?
24  A   I'm sorry.  I couldn't give you a number.  I'm
25  sitting here trying to think of anything specific

Page 52

1   that stands to mind.  The best I can recall --
2   I'm not saying that we haven't received any.
3   Nothing is just coming to mind.
4   Q   Is it fair to say you don't know one way or
5   another whether there has been any anonymous
6   complaints while you have been in PSU?
7   A   I cannot speak of anything.  Again, I'm not
8   saying that they have never not come in.
9   Q   If you would look at (Q) on page 4, that
10  describes the policy for how a complaint can be
11  withdrawn; is that correct?
12  A   That's correct.
13  Q   In the time that you have been with the PSU, how
14  often have complaints been withdrawn?
15  A   I have not had a complaint where someone has
16  withdrawn a complaint.
17  Q   So if a complaint has been made and is given a
18  case number by IAPro, that withdrawn complaint
19  would stay in the system but it would just be
20  noted as withdrawn; is that accurate?
21  A   I think it would probably be appropriately shown
22  as closed, and you would have to just explain why
23  it was closed.  Again, I have not had any of
24  those.
25  Q   All right.  Now, if we would turn to page 5 at

13 (Pages 49 to 52)

CAPT. MITCHELL CLARK  1/27/2022

Page 53

1    the top, this section of the policy describes how
2    the PSU goes about doing their investigation; is
3    that correct?
4    A  That's correct.
5    Q  All right.  Now, are there times when complaints
6    are investigated by someone other than the PSU?
7    A  Yes.
8    Q  Okay.  And under what circumstances would that
9    happen?
10   A  For instance, if we had a citizen calling and
11   complaining that you had a trooper driving fast,
12   complaining about their driving or something like
13   that.  Obviously, we would identify the trooper
14   if we knew the radio number.  If there was
15   nothing beyond something like that, we would
16   notify the commander and say, "We received this
17   information about this.  This is something that
18   we feel that you should address, look into."
19   There's nothing beyond that.  That would be
20   handled at the troop level.
21   Q  So would that be what you refer to as relatively
22   less serious misconduct complaint?
23   A  Yes.
24   Q  Okay.  Is there somewhere that there is a list of
25   what qualifies as relatively less serious

Page 54

1    misconduct such that it could be investigated at
2    the, sort of, supervisory level?
3    A  Nothing specifically broken down as an example
4    that I could give.
5    Q  So who decides if something qualifies as a less
6    serious misconduct?
7    A  Most of the time the lieutenants in my unit or
8    myself.  One of us make that.  If they felt that
9    just to clear it, "Hey, this was the incident.
10   It was the driving -- nothing more than the
11   driving of the trooper, the lieutenants are
12   capable of making that decision themselves."
13   Q  Approximately how many times in the time that you
14   have been with the PSU has the PSU referred a
15   relatively less serious misconduct matter to the
16   troop level for investigation?
17   A  It's a number of times that we have a citizen
18   report something like that.
19   Q  Does it happen weekly?
20   A  Not weekly.
21   Q  Okay.  Does it happen monthly?
22   A  I'd say, you know, that's probably the best way.
23   Maybe one a month.
24   Q  All right.  It looks like there are a couple of
25   other different ways that a complaint might be

Page 55

1    investigated by someone other than the PSU, and
2    those are listed in (C)(3) and (4); is that
3    correct?
4    A  I'm sorry.  Could you repeat your question,
5    please?
6         MS. GREATHOUSE:  Could I ask you to
7    read it back, please.
8         (The previous question was read by the
9    reporter.)
10   A  To answer your question, yes.  That's correct.
11   Q  (By Ms. Greathouse) So if the investigation is
12   actually of a member of the Professional
13   Standards Unit or there's some other conflict of
14   interest, then the superintendent would identify
15   somebody else to do that investigation; is that
16   correct?
17   A  That is correct.
18   Q  All right.  And if -- there's another exception
19   in 3, and it indicates that "The PSU may, after
20   consultation with the affected regional
21   commanders, assign an investigator from a troop
22   other than that of the accused employee to
23   conduct an administrative investigation."
24        Do you see that?
25   A  I do.

Page 56

1    Q  Can you give me an example of when that would
2    happen?
3    A  I can't give you a specific case.  It's nothing
4    that I have been involved in in my time with the
5    PSU.
6    Q  Is it fair to say you do not know what (C)(3)
7    describes?
8    A  Let me back up a second and correct.  So there's
9    one instance where in my time with the PSU there
10   was a situation where a commander was assigned an
11   investigation.  This was -- this was when there
12   was this trooper under this commander that had
13   other allegations on other investigations that
14   were ongoing at the time.  So it was determined
15   by the colonels and myself that because of this
16   case the commander could do that one.
17   Q  Let me see if I understand what you are saying.
18   Are you saying that, then, there were two
19   investigations going on about one employee.  You
20   separated those two investigations?
21   A  Well, they came in at different times.  They were
22   different matters.  And I'm trying to think
23   what -- without being specific on this
24   investigation --
25   Q  Let me ask you:  Was this investigation a traffic

14 (Pages 53 to 56)

CAPT. MITCHELL CLARK  1/27/2022

Page 57

1  stop?
2  A  It was connected to a traffic stop.  Let's say
3     that.  Yes.
4  Q  So I think it's within the scope of this
5     deposition so I think you can talk about the
6     specifics.
7  A  Okay.  This case -- there was information where a
8     trooper had arrested an off-duty LEO from another
9     agency, and there was allegations that the
10    trooper told him that, you know, if you -- I
11    won't attend the driver's license hearing so you
12    won't lose your driver's license.  That was the
13    allegation.
14 Q  All right.  And that one was sent out to be
15    investigated by the commander or that one that
16    was the one that PSU kept?
17 A  That's the one that PSU kept.  I'm trying to
18    recall.  The other one had to do with this same
19    trooper that -- he had wrecked his patrol car.
20    He was off duty and going to transport his
21    vehicle to the headquarters and had wrecked his
22    patrol car.
23 Q  All right.  So it was the accident that was
24    investigated at the troop level; correct?
25 A  Correct.

Page 58

1  Q  All right.  Is that particular complaint or
2     either of those particular complaints listed on
3     Exhibit 120?  Exhibit 120 is your Word document.
4  A  No.
5  Q  All right.  So even though one of those two is a
6     traffic stop, the one against the other law
7     enforcement officer, that stop is not listed on
8     120; is that correct?
9  A  Correct.  The traffic stop one was, again, as a
10    result of the allegation that he had made the
11    statement that he wouldn't attend the driver's
12    license hearing.
13 Q  All right.  So if a stop is as a result of a
14    traffic stop but the violation or the complaint
15    that comes in is not actually about the stop
16    itself, it wasn't listed on Exhibit 120?
17       MR. CHALMERS:  Counsel, I think that
18    120 is responsive to your request for production
19    that wanted information about stops where there
20    was alleged improper detention, search, or
21    arrest.  You categorize it as No. 1 of your
22    topics.  So I think that -- he wouldn't know
23    that.  I think that 120 is addressing a slightly
24    different thing than maybe your question is
25    asking.

Page 59

1  Q  (By Ms. Greathouse) Let me clarify.  Your
2     understanding of Exhibit 120 is not that it
3     includes every complaint that came out of a
4     traffic stop; is that correct?
5  A  That's correct.
6  Q  It just contains a subset of complaints that
7     arose out of traffic stops; is that correct?
8  A  On 120?
9  Q  Yes.
10 A  From what I had the understanding of, duties were
11    more defined -- defined more narrowly the scope
12    of what we were exclusively meeting here on.  And
13    the case, the example that I gave you, was
14    nothing close to those.
15 Q  Thank you for that explanation.
16       Okay.  Turning on to page 6 of
17    Exhibit 121, at the top of there under (F) it
18    describes how the affected employee will be
19    notified about a complaint regarding them; is
20    that correct?
21 A  Correct.
22 Q  And then (G) identifies how interviews and
23    written statements are to be taken; is that
24    correct?
25 A  Correct.

Page 60

1  Q  And just realizing I missed one on the prior
2     page, turning back to (5)(e), at the bottom is
3     the policy on how the complainant will be
4     notified that the complaint has been received; is
5     that correct?
6  A  That's correct.
7  Q  All right.  And then (H) describes the duties of
8     an investigator; is that correct?
9  A  That's correct.
10 Q  And these duties may be of somebody in the PSU or
11    maybe of somebody outside of the PSU if the
12    investigation has been assigned outside; is that
13    correct?
14 A  That's correct.
15 Q  Okay.  Let's look at the last two sentences of
16    (H)(1).  They read, "Each report will be
17    completed with a finding of fact and conclusion.
18    Investigators will also note in their report
19    discrepancies in policy, training, and/or
20    equipment when applicable."  Do you see that?
21 A  I do.
22 Q  Do you know -- are you familiar with the fact
23    that those two sentences are what was added to
24    this policy when it was revised in October of
25    2019?

15 (Pages 57 to 60)

CAPT. MITCHELL CLARK  1/27/2022

Page 61

1    A  Yes.
2    Q  All right.  Can you let me why those two
3        sentences were added?
4    A  I was not involved with changes to this policy.
5        So I wasn't -- when we get, you know, the
6        updates, it's sent out and we review them.  But I
7        wasn't a part of the discussions or involvement.
8              MR. CHALMERS:  We probably didn't
9        accurately anticipate that question.  If you need
10       an answer to it, we can maybe take a break at
11       some point and try to educate the witness as to
12       why that was added.
13             MS. GREATHOUSE:  Okay.  Let's do that
14       over the break.  So we are going to come back to
15       that.
16   Q  (By Ms. Greathouse) All right.  Now, is it
17       correct that the duties of an investigator when
18       they are investigating a complaint does not
19       include making recommendations for what should
20       happen to the employee about which the complaint
21       is made?
22   A  Correct.  We don't have any input.  We make no
23       recommendations.
24   Q  And is that true at all levels of the PSU or only
25       the investigator level?

Page 62

1    A  PSU exclusively.  We are not -- we just -- we
2        take no role in that.  We are not asked.
3    Q  So as an example, if the PSU made a finding that
4        they felt that a person's constitutional rights
5        were violated in the field and that finding is
6        contained in the report, at the conclusion of the
7        investigation who would make a decision about
8        what discipline should occur based on that
9        finding?
10   A  That would be up to the executive commanders or
11       colonels have the final say.
12   Q  All right.  All right.  If you go to page 7 and
13       look at (J), (J) appears to be another way in
14       which a particular complaint might not be
15       investigated by the PSU; is that correct?
16   A  That's correct.
17   Q  So any time there's actually a complaint of
18       criminal misconduct against a member of the KHP,
19       the superintendent will designate someone to do
20       the investigation or ask another law enforcement
21       agency to do that investigation; is that correct?
22   A  That's correct.
23   Q  How long has that been the policy of the KHP?
24   A  I'm sorry.  I couldn't answer as to how long.
25   Q  So as long as you have been involved with the PSU

Page 63

1        that has been the policy; is that correct?
2    A  That's correct.
3    Q  Did you ever conduct an investigation, find out
4        by the PSU, before you were in the PSU?
5    A  I'm sorry.  If you are asking was there ever I a
6        part --
7    Q  I'll rephrase my question.
8    A  Okay.
9    Q  We have found some parts or some sections of this
10       policy where the PSU may ask someone else to
11       conduct an investigation; correct?
12   A  Correct.
13   Q  Were you ever asked by the PSU to conduct an
14       investigation before you were a member of the
15       PSU?
16   A  No, I was not.
17   Q  Now, Section (K) on page 7 of Exhibit 121 talks
18       about employee's status during investigations; is
19       that correct?
20   A  Correct.
21   Q  And it indicates that employees who are being
22       investigated may be placed on administrative
23       leave with certain other stipulations; is that
24       correct?
25   A  Correct.

Page 64

1    Q  In your time with the PSU, have any employees
2        ever been placed on administrative leave under
3        this section?
4    A  Yes.
5    Q  Okay.  I'm not going to ask specifics.  But I am
6        wondering how many times that has occurred while
7        you have been with the PSU.
8    A  I'd say estimated six times.
9    Q  All right.  And are any of those approximately
10       six times listed on Exhibit 120?
11   A  To answer your question, no.
12   Q  All right.  So then is it fair to say that in the
13       time that you have been with or a part of the
14       PSU, no employees have been placed on
15       administrative leave because of a violation of
16       the sort described by Category 4 in the Notice of
17       the Deposition, which is a trooper's use of
18       driver's state of origin or designation in
19       forming reasonable suspicion to prolong traffic
20       stops or detain motorists."  Is that correct?
21   A  That's correct.
22   Q  Going back up to (J) on that same page 7 of
23       Exhibit 121, (J)(3) indicates that "A criminal
24       investigation by a Patrol employee of persons
25       known to be employed by the Patrol will be

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376

www.alaris.us                                          Fax: 314.644.1334

CAPT. MITCHELL CLARK  1/27/2022

Page 65

1  conducted only with the approval and at the
2  direction of the Superintendent"; is that
3  correct?
4  A  Let me read that, please.
5  Q  Yes.
6  A  That's correct.
7  Q  All right.  In your time at the PSU has there
8  been any -- maybe you already told me that there
9  had been no complaints of criminal misconduct
10  since you were with the PSU; is that correct?
11        Why don't I ask my question again.  It
12  wasn't very good.
13  A  Thank you.
14  Q  Okay.  Under (J) on page 7 of Exhibit 121, in the
15  time that you have been in charge of the PSU have
16  there been any complaints of criminal misconduct
17  made against a member of the KHP?
18  A  Yes.
19  Q  All right.  And who typically conducted those
20  investigations?
21  A  Those are outside agencies.
22  Q  All right.  So in each one of those cases an
23  outside agency was asked to conduct that
24  investigation.  Is that what you are saying?
25  A  They were either asked or obviously they were the

Page 66

1  agency that was involved at the time of that
2  employee's -- whatever the situation was
3  criminally.
4  Q  All right.  So have any of those complaints of
5  criminal misconduct by members of the patrol come
6  in as an investigation internally?
7  A  Yes.
8  Q  And in those scenarios how is it determined who
9  will conduct those investigations?
10  A  I'm sorry.  I want to go back to your question
11  and make sure I understood.  I answered quickly.
12        You are asking that they were made by
13  members of the agency, the complaint?  Did I
14  misunderstand that?
15  Q  I will rephrase.  Looking at Policy (J)(3) on
16  page 7 of Exhibit 121, have any criminal
17  investigations by patrol employees of persons
18  employed by the patrol happened while you were in
19  charge of the PSU?
20  A  So it's a little confusing to me.  If I'm
21  understanding your question, you are asking that
22  has any criminal investigations been conducted by
23  any KHP employees on another KHP employee?
24  Q  Why don't you look at Policy (J)(3) on page 7.
25  Take a look at that and my question is:  Has what

Page 67

1  is described in (J)(3) occurred while you were in
2  charge of the PSU?
3  A  So no members -- in my time with PSU, no members
4  of KHP have conducted any criminal investigations
5  that I am aware of.
6  Q  And you mean they haven't conducted a criminal
7  investigation of another member of the KHP; is
8  that correct?
9  A  That's correct.
10  Q  Turning to page 8 of Exhibit 121, there is an
11  identification of various time limits and how
12  time extensions can be obtained on a PSU
13  investigation.  Do you see that?
14  A  I do.
15  Q  How often does the PSU take more than the 45
16  calendar days to conduct an investigation?
17  A  It's not very often.
18  Q  Can you give me like, maybe, a percentage?
19  A  Obviously, last year was my first full year.
20  There may have been two, three incidences where
21  those were extended.
22  Q  Approximately how many investigations did the PSU
23  conduct last year, your first complete year with
24  the PSU?  And I'm looking for an approximation.
25  A  Okay.  Mid- to low 30s.

Page 68

1  Q  That's all investigations?  They only did 30
2  investigations in the entire of '20 -- well, 2021
3  was your first complete year; is that correct?
4  A  Correct.
5  Q  So you are saying there were only 30 complaints
6  in 2021 or am I misunderstanding?
7  A  No.  I'm talking that we opened up investigations
8  on.  People have called and complained that,
9  "Hey, I got -- I was stopped for speeding, and I
10  wasn't speeding."  That's -- while we receive
11  that, that's a matter that -- you know, that's
12  not a conduct.  There's no policy violations, and
13  so we tell them, "Hey, that's a matter that you
14  need to take up with the court."
15  Q  So would that kind of a complaint be logged into
16  IAPro?
17  A  No.
18  Q  All right.  So just real quick, would you flip
19  back to Exhibit 1, which is the Excel spreadsheet
20  or it's the first page in the notebook, under
21  Tab 1 in the notebook.
22  A  I am there.
23  Q  All right.  So in looking at the PSU case column,
24  the very bottom -- let's see.  It's probably
25  about six or seven -- has case numbers that begin

17 (Pages 65 to 68)

CAPT. MITCHELL CLARK  1/27/2022

Page 69

1    with the year 2020; is that correct?
2  A  Correct.
3  Q  When the first complaint comes in in 2020, is it
4    given the number one?
5  A  It is.
6  Q  And then there would be 2020-2; right?
7  A  Correct.  Correct.
8  Q  Is there any reason that you would skip numbers?
9  A  So any time we enter any information on an
10    employee, that number is generated.  So if I'm
11    going to jump to or in the 2020 at the bottom you
12    are seeing 2020-0439.
13         Any time we get commendations on
14    somebody, that's entered into IAPro.  So there's
15    a number generated.  Anything, use of force,
16    anything on a pursuit, things like that, that is
17    entered in there, and that's the numbers.  That's
18    how the numbers are produced.
19  Q  So you are saying that the PSU case number does
20    not include only complaints.  It includes
21    compliments and other events arising to a certain
22    level; is that correct?
23  A  That's correct.
24  Q  How -- is there a list of those other events
25    rising to a level that they are put into IAPro

Page 70

1    anywhere?
2  A  And it's not that it rises to a level.  It's a
3    matter of collecting and tracking information.
4    So, for instance, when we -- at the end of year
5    we look at how many pursuits did we have.  We go
6    through IAPro, and we collect a lot of that
7    information because that's where it's tracked.
8  Q  How do you -- I guess what I'm talking is:  How do
9    you decide what type of information, other
10    information, you are going to collect?
11  A  So this was put together -- and I can't tell you
12    exactly how it was originated but in conjunction
13    with CALEA and PSU, and I can't -- I can't speak
14    to any more about that.  But things that they
15    felt were necessary to track, and it also goes
16    into the progression of, you know, law
17    enforcement.  You know, now that we need to be
18    tracking all of our use of force, pointing
19    weapons, and things like that.  If that gives you
20    a fair understanding.
21  Q  So I think what you are saying, though, as you
22    sit here today, you are not aware of a list of
23    those things that should be included in IAPro?
24  A  So anything, you know, that's pursuits, use of
25    force.  Again, the commendations.  I may be

Page 71

1    forgetting something.  That's all data entered
2    into IAPro.
3  Q  All right.  Approximately how many commendations
4    or compliments come into the PSU, let's say, in
5    your first full year with the PSU?
6  A  200.
7  Q  All right.  So I think you indicated that there
8    was something like 30 complaints that came in; is
9    that correct?
10  A  Yes.
11  Q  So we are looking at about 230 combined
12    complaints and compliments; correct?
13  A  Correct.
14  Q  So, then, the balance of the things reported if
15    we look at that number on Exhibit 1, which was
16    something like 430 something, the balance of that
17    number would be these other events such as
18    pursuit and use of force; correct?
19  A  That's correct.
20  Q  Okay.  Turning back to page 8 of Exhibit 121,
21    looking at (P), it indicates that when an
22    investigation is complete, it's first going to be
23    submitted to you; is that correct?
24  A  Forgive me a moment.  I think I have -- when we
25    flipped back, I didn't get back.  So I'm sorry.

Page 72

1    Page 8.
2  Q  Page 8.
3  A  Letter (P).
4  Q  Letter (P).  So when the investigation is
5    complete, that report first comes to you; is that
6    correct?
7  A  These are the ones conducted outside of PSU.  Is
8    that what we're talking about here?
9  Q  Well, you tell me.  Is (P) only about
10    investigations done outside the PSU or does it
11    include investigations inside the PSU?
12  A  So (P) for this purpose, those investigations
13    that are handled outside of PSU.  That's what
14    that is addressing.  While I am in the PSU, my
15    lieutenants they will have me, you know,
16    generally review their investigation, and it's
17    forwarded out.  So (P) to me is speaking that
18    these investigations that are outside of PSU then
19    will come to me.
20  Q  Okay.  So the actual title of (P) is "Submission
21    of Completed Investigations," but you think it's
22    submission of completed investigations done
23    outside the PSU?
24  A  That's what I'm understanding.  Again --
25  Q  Where is the policy about what happens after an

18 (Pages 69 to 72)

CAPT. MITCHELL CLARK  1/27/2022

Page 73

```
 1    investigator inside the PSU completes their
 2    investigation?
 3  A  On page 10, (7), "Investigation Duties and
 4    Responsibilities," while that's the commander of
 5    Professional Standards Unit, where I receive the
 6    processing and investigation and complaints, it's
 7    understood with my lieutenants that I have
 8    operational control.  They will update me through
 9    the investigation, and, again, I will review
10    those investigations.
11  Q  All right.  So what you are saying is that when
12    an investigation is complete with the PSU, inside
13    the PSU, it comes -- the next step is that it
14    comes to you; is that correct?
15  A  Correct.
16  Q  And (Q) identifies the next action that you take
17    as the commander of the PSU; is that correct?
18  A  Correct.
19  Q  So it looks like the first thing you do is review
20    that investigation; is that correct?
21  A  That's correct.
22  Q  And then it also indicates that you review the
23    endorsements.  Do you see that?
24  A  Yes.
25  Q  What does "endorsements" mean?
```

Page 74

```
 1  A  My understanding is that they have identified all
 2    of the areas within the investigation and
 3    complaint-wise that they have addressed those.
 4    You know, let's say there's a complaint alleging
 5    that he was rude, unprofessional in the
 6    investigation.  He didn't have his hat on.  They
 7    would note in there that this is also a violation
 8    of policy not alleged in the complaint.
 9  Q  So I believe that there's a category called
10    "Misconduct not Based on Complaint"; is that
11    correct?
12  A  That's correct.
13  Q  And so you are saying that an endorsement, as an
14    example, might be misconduct not based on the
15    complaint that the investigator found during
16    their investigation; is that correct?
17  A  Correct.
18  Q  Thank you.  Then the next step you did take is to
19    add appropriate recommendations to that report;
20    is that correct?
21  A  It does say that.
22  Q  And what does that mean?  What do you do in that
23    regard?
24  A  So how I interpret that is when I am reviewing --
25    for instance, you know, let's say the lieutenant
```

Page 75

```
 1    is putting more of his own thoughts and opinions
 2    into it, I would say, "Hey, let's remove these
 3    items here."
 4  Q  And when you say "lieutenant," you are referring
 5    to the investigator, the lieutenant who is doing
 6    the investigation inside the PSU; is that
 7    correct?
 8  A  That is correct.
 9  Q  All right.  So you may recommend changes to the
10    report before it's sent on internally; is that
11    correct?
12  A  That's correct.
13  Q  All right.  And then you send the report to the
14    superintendent as the next step; is that correct?
15  A  It's sent from PSU.
16  Q  From Team Blue (sic), is that how it would go?
17  A  It was sent through BlueTeam by the author, the
18    investigator, the lieutenant.
19  Q  All right.  Now, one of the other things that is
20    done at this stage is that there's a
21    classification of each final report; is that
22    correct?
23  A  That's correct.
24  Q  Well, let me actually -- is that classification
25    set at the time the complaint comes in or is it
```

Page 76

```
 1    set at the end?
 2  A  It's set at the end of the completion of
 3    investigation.
 4  Q  And then in (Q)(1)(a) we have this list of
 5    classifications; is that correct?
 6  A  Correct.
 7  Q  Who makes the classification on each
 8    investigation?
 9  A  That's basically the investigator.
10  Q  So when you get the final report, it obtains a
11    classification; is that correct?
12  A  That's correct.
13  Q  Do you ever change the classification?
14  A  There's not been a case where I have had to
15    change a classification.
16  Q  All right.  Do you believe you could change a
17    classification if you needed to?
18  A  I believe so.
19  Q  All right.  Real quickly, could you go through
20    and describe for me what the six classifications
21    are that could be given to a final report?
22  A  Those classifications are unfounded -- do you
23    want me read what they are or just give you?
24  Q  If you would if you want to read them, that's
25    find.
```

19 (Pages 73 to 76)

CAPT. MITCHELL CLARK  1/27/2022

Page 77

1    A  Unfounded, the allegations are not supported by
2    the facts or are false allegations.
3    Q  I'm going to ask you to slow down because the
4    court reporter is typing like a wild women.
5    A  Thank you for that, and I apologize.
6         "Exonerated.  The allegation is
7    factual and did occur; however, the involved
8    employee acted lawfully and properly within the
9    bounds of policy and acceptable conduct.
10        "No. 3, not sustained.  Insufficient
11   evidence exists to prove or disprove the
12   allegation.  This disposition shall be assigned
13   to any anonymous complaint which after
14   investigation lacks corroborative information or
15   evidence.
16        "No. 4, sustained.  The allegation is
17   found to be factual and substantiated by
18   competent evidence.
19        "Five, misconduct not based on
20   complaint, MBOC.  Misconduct not alleged in
21   complaint but supported by facts during the
22   investigation."
23        And, "No. 6 is closed.  The
24   investigation of the allegation is terminated."
25   Q  All right.  So I want to make sure if I

Page 78

1    understand these correctly.  So "Unfounded" is
2    basically that was the allegation -- you find it
3    to not be true; is that correct?
4    A  More or less.  It's not supported by the facts.
5    Q  Right.  And then "Exonerated" is that something
6    occurred but it wasn't a violation of anything,
7    is that correct?
8    A  Correct.
9    Q  "Not Sustained" just means you can't tell.
10   There's not enough information to find out what
11   happened; is that accurate?
12   A  Yeah.  You can't prove or disprove this case.
13   This complaint.
14   Q  And then "Sustained" is where, in fact, something
15   happened and you confirmed that it is a
16   violation; is that correct?
17   A  That's correct.
18   Q  "Misconduct Not Based on Complaint" is something
19   happened and it was a violation, but it's not
20   what the complainant actually complained about?
21   A  That's correct.
22   Q  All right.  And then "Closed" is, you know, it
23   was terminated sort of mid-investigation for some
24   reason; is that correct?
25   A  That's correct.

Page 79

1    Q  All right.  So I want to make sure I understand
2    the difference between "Sustained" and
3    "Misconduct Not Based on Complaint."  If you
4    found that they violated -- that there was some
5    sort of violation, and it was what was complained
6    about, it should be identified as "Sustained" --
7    or, yeah, "Sustained"; is that correct?
8    A  That is correct.
9    Q  And if it's something that they didn't complain
10   about but the investigator found, then it would
11   be a "Misconduct Not Based on Complaint"; is that
12   correct?
13   A  Correct.
14   Q  What happens if the thing that was complained
15   about was found to be -- you know, they were
16   exonerated on the issue that was complained
17   about, but the investigator saw something that
18   was a violation that wasn't complained about, how
19   would that be classified?
20   A  It would be classified as "Sustained" if they saw
21   something that was in violation of policy.
22   Q  Let me clarify.  Let's say that the complaint is
23   about Issue A, and when it's investigated, the
24   investigator determines that Issue A they can
25   exonerate.  They don't find anything that

Page 80

1    supports Issue A.  Right?
2         But, as the investigator is looking at
3    it, they see Misconduct B, and they find the
4    trooper did conduct Misconduct B.  How would that
5    be classified?
6    A  They would classify each one specifically.
7    Q  All right.  So there would be two different
8    categories, one would get "Unfounded" or
9    "Exonerated."  And the other would get what?
10   A  If it was sustained, if B was sustained, they
11   would put sustained for that violation.
12   Q  But in order for something to be sustained, it
13   actually has to be complained about.  Or do I not
14   understand that?
15   A  No.  That's not accurate.  In the investigation,
16   as we look at everything, they can complain about
17   multiple things.  Each complaint is going to get
18   a classification.
19   Q  All right.  But if the complainant only lists A
20   and does not list B but B is identified by the
21   investigator, would the investigator add
22   Category B to the report?
23   A  They would.
24   Q  And then they would find that Category B was
25   sustained if it, in fact, occurred?

20 (Pages 77 to 80)

## Page 81

1    A  That's correct.  For that violation.
2    Q  So when would "Misconduct Not Based on Complaint"
3        be used?
4    A  "Misconduct Based on Complaint" (sic), again,
5        nothing was alleged.  That's conduct through the
6        investigation that's when they would classify
7        that.  If the investigator sees that, you know,
8        this was another -- we determine this to be a
9        policy violation.  It wasn't addressed by the
10       complainant, but we determine that is a
11       misconduct based on the complaint.
12   Q  In my hypothetical where the complainant contains
13       complaints about A and the investigator finds B,
14       wouldn't B be "Misconduct Not Based on
15       Complaint"?
16            I'm not trying to argue.  I just don't
17       understand.
18   A  Right.  So they would list, you know, whatever
19       this specific policy is.  It could be that during
20       the first portion of the traffic stop he had his
21       mic pack on.  He is in the car.  Let's say his
22       mic pack is letting him know -- the mic pack is
23       the mic -- it's about to go dead.
24            "I'm going to take it off my person
25       and put it in charger while I am in my car here

## Page 82

1        performing my work."
2            I forget to put the mic pack on.  I go
3        up and conduct my business, but I don't have my
4        mic pack on.  That would be misconduct based on
5        complaint.  That would be that instance, if I
6        answered your question correctly.
7    Q  Did you just misspeak because it's "Misconduct
8        Not Based on Complaint"?
9    A  Correct.  Correct.
10   Q  All right.  So something like the mic not being
11       put back on or not wearing a hat might come out
12       as "Misconduct Not Based on Complaint"; correct?
13   A  Correct.
14   Q  Let's go to the -- let's change that -- the
15       misconduct that the investigator sees isn't the
16       original complaint.  Let's say that the
17       investigator decides that there is an improper
18       detention in the field.  Would that get a
19       "Misconduct Not Based on Complaint"?
20   A  No.
21   Q  Okay.  What would that get?
22   A  If it was determined that that did happen, that
23       would be sustained.
24   Q  All right.  Okay.  And then if we would look at
25       on page 9, it's (Q)(c), do you see that?

## Page 83

1    A  Yes.
2    Q  So in the report there would be an -- there's an
3        explanation that is given; is that correct?
4    A  There is.
5    Q  And is that something prepared by you or by the
6        investigator?
7    A  That would be by the investigator.
8    Q  All right.  Would you read the last sentence of
9        (Q)(c) please out loud.
10   A  "Recommended measures to correct the deficiency
11       should be included, if known."
12   Q  Can you tell me what that means?
13   A  That would be a recommendation to appropriately
14       address whatever the issue was.  If it's -- if it
15       was a matter that required more -- for instance,
16       a DUI investigation.  You didn't do it to what is
17       standard in our training.  A recommendation could
18       be to attend more specific training on DUI
19       investigations.  SFST testing.
20   Q  All right.  So the PSU will include
21       recommendations for some corrective measures that
22       should be taken with regard to the trooper; is
23       that correct?
24   A  That's correct.
25   Q  All right.  So what's the difference between sort

## Page 84

1        of a corrective measure that the PSU would
2        recommend and discipline that you said that the
3        PSU does not recommend?
4    A  What's the difference?
5    Q  Yes.
6    A  Simply because we are not -- we are not involved
7        in any discussions or consideration for
8        discipline.
9    Q  So is it fair to say that additional training is
10       not considered discipline?
11   A  I would like to think that it's more to address
12       that there were deficiencies, to help that
13       trooper be successful and also for the agency to
14       be successful.
15   Q  And I appreciate that.  My question is:  Does the
16       KHP view training, recommended training, as a
17       result of PSU investigation as discipline?
18            MR. CHALMERS:  Just to be clear, I
19       don't have a problem with him answering that, but
20       I don't think that's a category so you are
21       getting his answer and not necessarily KHP's
22       answer.
23            You can go ahead and answer.
24            MS. GREATHOUSE:  I think it's in the
25       policy that we have done the notice about.  So I

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                    Fax: 314.644.1334

CAPT. MITCHELL CLARK  1/27/2022

| Page 85 | Page 87 |
|---|---|
| 1 will disagree, but we can deal with that a | 1 A  Well, more or less that it's coming from us on |
| 2 different day. | 2    behalf of the colonel or we are letting them know |
| 3         MR. CHALMERS:  We talked about -- go | 3    that the investigation is complete.  It's a |
| 4 ahead. | 4    notification from PSU that the investigation is |
| 5 A  I'm sorry.  To answer your question. | 5    complete. |
| 6         MR. CHALMERS:  You can go ahead and | 6 Q  All right.  And then the complainant is also |
| 7 answer it. | 7    notified of the final outcome; is that correct? |
| 8 A  Okay.  Yes. | 8 A  Eventually.  Yes. |
| 9         Please -- if you don't mind, would you | 9 Q  Eventually.  Does that take longer than telling |
| 10 please repeat that for me. | 10    the employee?  I'm just asking why you used the |
| 11         MS. GREATHOUSE:  I'm going to ask the | 11    word "eventually." |
| 12 reporter to read it back, please. | 12 A  Because it's -- I think once the final conclusion |
| 13         MR. CHALMERS:  I do think it fits into | 13    from the colonel's executive command that we will |
| 14 Category 18. | 14    let them know, and that letter -- that letter |
| 15         MS. GREATHOUSE:  That's what we are | 15    does come from the colonel. |
| 16 sitting over here saying the same thing.  I do | 16 Q  All right.  And when you say that letter does |
| 17 think it is appropriate because he has designated | 17    come from the colonel, do you mean that it's |
| 18 on 18. | 18    actually signed by the superintendent? |
| 19         I'm sorry.  We were asking you to read | 19 A  Yes. |
| 20 and then we started talking. | 20         MS. GREATHOUSE:  I think this would be |
| 21         (The previous question was read by the | 21 a good time for a break. |
| 22 reporter.) | 22         VIDEOGRAPHER:  Off the record at |
| 23 A  So when you view the additional training | 23 11:44. |
| 24 recommendation from the PSU as discipline, while | 24         (Discussion held off the record.) |
| 25 I'm sure that there are those that would say that | 25         VIDEOGRAPHER:  We are back on the |

| Page 86 | Page 88 |
|---|---|
| 1 any time that they are being addressed on, if you | 1 record at 12:21. |
| 2 want to call them deficiencies or any | 2 Q  (By Ms. Greathouse) Okay.  Captain, I had asked |
| 3 recommendation, they may view that as discipline. | 3    you a question about page 6 of Exhibit 121, and |
| 4 I don't see that it's the same. | 4    you had indicated that you would go back and see |
| 5 Q  (By Ms. Greathouse) All right.  So then after the | 5    if you can determine the answer to that.  Do you |
| 6    report is finished, the employee is notified of | 6    recall? |
| 7    the disposition of the complaint; is that | 7 A  I do. |
| 8    correct? | 8 Q  And I specifically had asked why the change was |
| 9 A  Correct. | 9    made adding the last two sentences to |
| 10 Q  And who makes that notification? | 10    Section (H)(1) on that page.  Can you now answer |
| 11 A  We submit -- we submit the letter on behalf of | 11    that question? |
| 12    the colonel.  We let them know that the | 12 A  I can. |
| 13    investigation was contemplated by the PSU and is | 13 Q  Can you tell me why that change was made? |
| 14    being forwarded on for more or less a review by | 14 A  That was added for CALEA standards.  The language |
| 15    the executive commander and colonels for final | 15    was specific to meet that level through the CALEA |
| 16    approval and review. | 16    accreditation.  That's not to say that those |
| 17 Q  All right.  So when you say "the colonel," who | 17    practices -- those were not being done.  It's |
| 18    are you referring to? | 18    just for the CALEA standards. |
| 19 A  Colonel Jones. | 19 Q  All right.  In fact, there's an addition of a |
| 20 Q  So the superintendent of the KPH; is that | 20    number, one of those CALEA numbers there as well; |
| 21    correct? | 21    is that correct? |
| 22 A  Yes, ma'am. | 22 A  That is correct.  That's what that reference -- |
| 23 Q  And so I think I understood you to say that the | 23    specific to the CALEA. |
| 24    PSU submits the proposed letter but that it | 24 Q  All right.  Okay.  Okay.  So let's finish up here |
| 25    actually goes out from the superintendent? | 25    with Exhibit 121.  I think when we took a break |

22 (Pages 85 to 88)

## CAPT. MITCHELL CLARK  1/27/2022

Page 89

1 we were just finishing up with page 9.  So let's
2 turn over to page 10.
3          I'm sorry.  Just a second.  At the
4 second half of page 10 there is a section called
5 "Investigative Duties and Responsibilities."  Do
6 you see that?
7 A  Yes.
8 Q  And that is setting out your duties as the
9 commander of the PSU; is that correct?
10 A  That's correct.
11 Q  And does this accurately describe what you do in
12 your job day to day?
13 A  It does.
14 Q  All right.  So let's look at I.  This is near the
15 bottom of page 10, and specifically I(a)
16 indicates that you are to notify the
17 superintendent immediately of all complaints
18 containing serious allegations of misconduct.  Do
19 you see that?
20 A  I do.
21 Q  What qualifies as a serious allegation of
22 misconduct such that you would report it to the
23 superintendent?
24 A  Well, I don't have a specific list, but I will
25 tell you any time there's an investigation that

Page 90

1 we are going to open and a member, especially if
2 it's substantial enough that I myself believe
3 that it's going to lead to where the employee is
4 going to be placed on administrative leave, I
5 will call the superintendent or the colonel.
6 Q  All right.  So I think you said that you had
7 approximately six instances where somebody had
8 been placed on administrative leave since you
9 have been the commander of the PSU; is that
10 correct?
11 A  That's correct.
12 Q  So does that indicate that you probably used this
13 particular procedure and notified the lieutenant
14 colonel about six times where there was a serious
15 allegation of misconduct?
16 A  Yes.
17 Q  I swore I had that off.  Can you give me an
18 example of something that you would take to the
19 superintendent under this particular section?
20 A  If there was an allegation against a commander --
21 say if that individual felt they were being
22 threatened, which would be a criminal case, I
23 would immediately notify the superintendent.
24 Q  Any other examples come to mind?
25 A  Again, anything -- anything that's going to --

Page 91

1 you know, when we go back to -- on page 2 when we
2 are talking about obligation to report -- I mean
3 anything between (a) and (f).  Anything
4 significant of those for sure are going to be --
5 where I am going to notify the superintendent.
6 Q  I'm sorry.  You said (a) and (f) on which page?
7 A  Page 2, (C)(1)(a) through (f).
8 Q  Okay.  So that would include when you believe
9 that there's been a violation of a person's
10 constitutional rights; is that correct?
11 A  That's correct.
12 Q  Okay.  Then when you go to the next page,
13 page 11, top of the page indicates that you will
14 publish annual statistical summaries of
15 administrative investigations in the KHP annual
16 report; is that correct?
17 A  That's correct.
18 Q  If I remember those annual reports correctly,
19 there's like a little box that includes some
20 statistics from PSU; is that correct?
21 A  Yes.
22 Q  And what are the -- do you remember what the
23 categories are that are reported?
24 A  I'm sorry.
25 Q  I suspected.  I didn't know if you would be able

Page 92

1 to.  So I'm going to -- let's go ahead and mark
2 this as --
3          THE REPORTER:  125.
4          MS. GREATHOUSE:  Thank you.
5          If you would go ahead and --
6          MR. PIERSON:  Just the one?
7          MS. GREATHOUSE:  Yes.  It's two sided
8 again because of the copy shops.
9 Q  (By Ms. Greathouse) I will -- just for the
10 record, I suspected when I asked you this, you
11 might have trouble remembering those.  This is
12 the first page and PSU page from the 2020 annual
13 report.  Does that look familiar to you as to the
14 kind of thing you see in the annual report?
15 A  Yes.
16 Q  All right.  And on the second page you list how
17 many compliments were received in a particular
18 year; is that right?
19 A  That's correct.
20 Q  And it says 199, and you guessed 200.  So you did
21 pretty well; right?
22          Is 2020 your first full year or was
23 '21 your first full year?
24 A  '21.
25 Q  All right.  That wouldn't have been your year.

23 (Pages 89 to 92)

CAPT. MITCHELL CLARK  1/27/2022

Page 93

1    You list complaints and investigations; is that
2    right?
3    A   Yes.
4    Q   And so this is really just sort of the number of
5    them that were instigated and concluded or were
6    pending at year end on either side; is that
7    right?
8    A   That's correct.
9    Q   And then you give a summary of resolutions of
10   what has happened; is that correct?
11   A   Correct.
12   Q   So here those look like those categories that we
13   previously talked about that were listed in
14   ADM-07?
15   A   You are referring to on the "Resolutions,"
16   "Exonerated, Unfounded, or Not Sustained"?
17   Q   Yes.
18   A   Yes.
19   Q   Great.  So you would be in one number lumping
20   together "Exonerated, Unfounded, and Not
21   Sustained"?
22   A   Correct.
23   Q   And listing as sustained 25; is that right?
24   A   Correct.
25   Q   So this indicates at least in '21 the PSU

Page 94

1    investigated or resolved a total of 67
2    complaints; is that correct?
3    A   This is 2020.
4    Q   I apologize if I said it wrong.  I will re-ask
5    the question.  Does this indicate that in 2020
6    the PSU resolved 67 complaints?
7    A   No.  Allegations.
8    Q   Okay.  So -- because the complaint may have more
9    than one allegation; is that correct?
10   A   Correct.  Correct.
11   Q   All right.  So the number of complaints, would
12   that be included in that second category right
13   above that says complaints and investigations?
14   A   "Total investigations concluded."
15   Q   All right.  Thirty-nine.  So it appears that a
16   majority of the complaints contain more than one
17   allegation.  Does that seem accurate based on
18   these numbers?
19   A   Yes.  Some have more than one.
20   Q   And when you are coming up with those statistics
21   such as the sustained number, is that pulled from
22   IAPro in the same way that the data on
23   Exhibit 119, the spreadsheet was created from?
24   A   Correct.
25   Q   It would just be counting up -- in the finding it

Page 95

1    would be counting up the number of sustained for
2    that particular year?
3    A   Correct.
4    Q   Why does -- why is it important for the KHP to
5    publish these statistics?
6    A   I think it's both for internally so the officers
7    have an idea as to what the agency is doing.
8    But, most importantly, for the public, it gives
9    them the information that I believe for
10   transparency.  We want them to have confidence in
11   us that, you know, we are looking at issues that
12   are -- we don't condone a type of conduct and
13   behavior.
14   Q   Is it fair to say these are published because the
15   KHP wants to be accountable to the people of
16   Kansas for what it is doing?
17   A   Completely.
18   Q   Okay.  If you go back to page 11 of ADM-07,
19   number -- letter (N) indicates that you prepare
20   an annual administrative review of all
21   complaints; is that correct?
22   A   Correct.
23   Q   And after you prepare that, what happens to that
24   report?
25   A   That's -- basically that's sent to executive

Page 96

1    command.  That's where it goes.
2    Q   And do you know what executive command does with
3    it when they get it?
4    A   No, I don't.
5    Q   So part of your annual report to the executive
6    command indicates an identification of employees
7    receiving a relatively high number of complaints;
8    is that correct?
9    A   On (N)(1)?
10   Q   Yes.
11   A   I see that.  Yes.
12   Q   And does, in fact, your report contain that?
13   A   I don't believe it did.
14   Q   And is it fair to say that you prepared a
15   year-end report for 2020; is that correct?
16   A   Correct.
17   Q   Was it the first year you did a year-end report?
18   A   It was.
19   Q   Have you completed a year-end report for 2021
20   yet?
21   A   No.
22   Q   So that one is still underway?
23   A   Correct.
24   Q   So do I understand your testimony to be that your
25   2020 report did not identify a list of employees

24 (Pages 93 to 96)

CAPT. MITCHELL CLARK  1/27/2022

Page 97

1    with a relatively high number of complaints; is
2    that correct?
3    A   Correct.
4    Q   Was that because there weren't employees with a
5    relatively high number of complaints or is that
6    because you didn't realize it should be in the
7    report?
8    A   I will go ahead and tell you that should be in
9    the report.  I was basically following what the
10    previous report was before me.
11    Q   Now I helped you out for 2021.
12    A   Thank you.
13    Q   All right.  Now, if you look at Category (2) it
14    says that you should list common causes of
15    complaint which could be addressed through public
16    information, policy, training, equipment, or
17    disciplinary issues.  Do you see that?
18    A   Yes.
19    Q   Did your report in 2020 contain that information?
20    A   I can't recall.
21    Q   All right.  And what do you understand the reason
22    would be that the KHP should track information
23    like individuals with a relatively high number of
24    complaints or causes of complaints that are
25    showing a trend?

Page 98

1    A   For purposes of, one, are there training
2    deficiencies?  Are we missing something in the
3    academy that we can identify that we can improve
4    on?  If, for instance, I mean if we have several
5    employees out of a certain class that may be
6    exhibiting similar issues, do we identify that
7    there was -- maybe that was an instructor issue.
8    Maybe there was not the proper things being
9    taught.
10    It's important for, one, best
11    practices, you know, for the agency, but overall
12    for the people that, again, that they are doing
13    the right things.
14    Q   So what have you done as commander of the PSU to
15    ensure that trends for misconduct or lack of
16    training that you just described are addressed?
17    A   On each case -- this isn't just something at the
18    end of year that we sit there and wait and say,
19    "Okay.  What's the figure?"  This is -- this
20    is -- on each case we look at specifically in a
21    manner that is -- try to identify how did -- how
22    did we get to this position that we are in.
23    Q   And what do you do to identify, sort of,
24    institutional trends that may be a problem for
25    the KHP as the PSU?

Page 99

1    A   Well, if there's anything significant from these
2    reports.  I mean if there's anything that we feel
3    are necessary to address through the commanders,
4    again, through the executive command, through
5    training.
6    Q   That would be on individual complaints; correct?
7    A   We do that individually.  Yes.
8    Q   I'm asking:  Does the PSU do anything sort of
9    statistical or on the aggregate to identify where
10    problems are and make recommendations to fix
11    potentially bad trends?
12    A   So I know I spoke earlier that we collect data on
13    the pursuits, uses of force, same things like
14    that.  We look at all of that information too,
15    you know.  Are we having -- let's say we were
16    having a lot of -- in our pursuits we are
17    wrecking a lot of patrol cars.  We are going to
18    say, "Hey, 2021, for this year, our accidents,
19    troopers involved, was up 76 percent."  Was that
20    specifically to a troop?  Do we identify that
21    this is poor supervision?"
22    We look at things like that.
23    Q   So you use those other categories that are
24    recorded under the case numbers.  But is there
25    any way that you are using the results of

Page 100

1    complaints in a similar manner?
2    A   So these are broken down -- we break them down in
3    a larger number than this, I mean, to show -- at
4    the end of year there's a bigger breakdown of
5    this to show what the -- you know, was there
6    equipment issues.  Things like that.  And, again,
7    I keep going back to one that's fairly common
8    where troopers are not having their mic packs on
9    or they are not turning them on.
10    Q   Do you do any sort of aggregated reporting on the
11    allegation category that is included in IAPro?
12    A   Yes.
13    Q   So -- okay.  Real quickly.  If you would go to
14    the next version of ADM-07.  We talked about
15    there were four versions of it in there.  The
16    next one which is marked as Exhibit 122.  Is this
17    the version of ADM-07 that existed before the one
18    that we have just been talking about, which was
19    effective on October 5th of 2019?
20    A   Correct.
21    Q   All right.  And this version is Exhibit 122
22    was, in effect, between May 16 of 2017 and
23    June 21st of 2019; is that correct?
24    A   Yes.
25    Q   And it reflects the policy of the KHP regarding

25 (Pages 97 to 100)

CAPT. MITCHELL CLARK  1/27/2022

## Page 101

1    complaint recording and administrative
2    investigations for that time period; is that
3    correct?
4    A  That's correct.
5    Q  All right.  Let's move on to Exhibit 123.  Same
6    drill here, but let me know when you are there.
7    A  I am there.
8    Q  All right.  Is Exhibit 123 the KHP's policies
9    that describes how it would address complaint
10   reporting and administrative investigations
11   between February 1st of 2006 and May 16th of
12   2017?
13   A  Correct.
14   Q  All right.  And then if you would turn to
15   Exhibit 124.  Now, Exhibit 124 is also titled
16   "ADM-07"; is that correct?
17   A  Correct.
18   Q  And it has an effective date February 1st, 2006,
19   and a rescinding date of February 1st, 2006.  Do
20   you know why that is?
21   A  I don't.
22   Q  Okay.
23   A  I have never -- I'm not going to say that I have
24   never seen it, but I haven't seen it.
25   Q  But this version of ADM-07 is called "Employee

## Page 102

1    Conduct Complaints"; is that correct?
2    A  Correct.
3    Q  And that's a different title than the later
4    versions of ADM-07; is that correct?
5    A  That's correct.
6    Q  And this Exhibit 124 also does not include any
7    CALEA standards.  Do you see that?
8    A  I do see that.
9    Q  Do you know if the KHP received this CALEA
10   certification sometime between the 2006 date
11   and/or around this 2006 date when -- I guess it's
12   actually the 2017 date included on Exhibit 123,
13   which is the immediately preceding policy?
14   A  We didn't see -- sorry.
15   Q  No.  It's fine.  Go ahead.
16   A  We didn't receive CALEA accreditation until 2015.
17   Q  All right.  So do you know why there appears to
18   be a complete overhaul of Policy Admin 2017 on or
19   around February 1st of 2006?
20   A  I'm sorry.  I don't.
21   Q  Is it accurate that Exhibit 124 would have been
22   the KHP's policy that would have been followed
23   during the time that this policy was in effect
24   whenever that was?
25       MR. CHALMERS:  It really is outside

## Page 103

1    what he has been asked to testify to.  If he
2    knows, he can answer.
3    A  I'm sorry.  Could you repeat the question.
4        MS. GREATHOUSE:  I think Art's point
5    is good.  So I will withdraw that line of
6    questioning.
7    Q  (By Ms. Greathouse) All right.  Let's look back
8    at Exhibit 119, which is that spreadsheet under
9    Tab 1 in the notebook.  Are you familiar with the
10   fact that one of the plaintiffs in this case is
11   listed on Exhibit 119?
12   A  I am.
13   Q  All right.  So that Joshua Bosire who shows up as
14   Complaint 2019-0130; is that correct?
15   A  That's correct.
16   Q  And it indicates that the allegation was
17   "Bias-based racial"; is that correct?
18   A  That's correct.
19   Q  Can you tell what bias-based racial means?
20   A  Stop solely for being of color.
21   Q  And do you know if that was the only allegation
22   that was made by Mr. Bosire in his complaints?
23   A  I don't believe it was the only allegation.
24   Q  But only one allegation is reported on this
25   report.  Is there a reason for that?

## Page 104

1    A  I didn't prepare this so I don't know.
2    Q  All right.  But there certainly are some
3    allegations on here that -- some of the
4    categories here -- some of the rows here include
5    more than one allegation; correct?
6    A  You are saying some of these cases have other
7    allegations?
8    Q  I will re-ask my question because it was poor.
9    In the "Allegation" column on Exhibit 119, some
10   of the rows in that column contain more than one
11   allegation; is that correct?
12   A  That is correct.
13   Q  All right.  So it does appear that it is possible
14   to include more than one allegation for reporting
15   in IAPro; is that correct?
16   A  Correct.
17   Q  And so, as you sit here today, you don't know why
18   only one of the allegations is included in the
19   IAPro on Mr. Bosire?
20   A  I want to clarify when you say there is only one
21   entered.  That's on Exhibit 119.  That's not to
22   say that in IAPro under Case 2019-0130 that the
23   other allegations are not listed.
24   Q  Well, why would IAPro have only spit out one
25   allegations on his line but two allegations on

26 (Pages 101 to 104)

## CAPT. MITCHELL CLARK  1/27/2022

Page 105

1   somebody's else's line?
2   A  This is an Excel spreadsheet that was prepared.
3   This is not a generated Excel IAPro form.  So
4   this was prepared by Lt. Joe Bullock.
5   Q  Okay.  So are you saying that Exhibit 119 is not
6   an accurate depiction of the data contained in
7   IAPro?
8   A  That's correct.  What I'm -- to be clear, when
9   you are mentioning the allegations, this report
10  was prepared by Lt. Joe Bullock in this manner,
11  this format.
12  Q  But you understand it was produced by the KHP in
13  response to a request that the plaintiffs made
14  for data about this category of information; is
15  that correct?
16  A  Yes.  I'm understanding that.
17  Q  Right.  So when this document was created, it was
18  created in a way that does not provide all of the
19  information on these complaints contained in
20  IAPro; is that accurate?
21          MR. CHALMERS:  Well, the categories
22  that you have listed don't require him to know or
23  be able to answer that.  My recollection is that
24  Lt. Bullock said that this was a report that was
25  prepared pursuant to the statutes that talk about

Page 106

1   reporting allegations of racial bias.  But it was
2   produced, certainly, in response to your Request
3   for Production of Documents because it is a
4   document that fit the category that you made
5   requests on.
6   Q  (By Mr. Chalmers) Okay.  Now, on Mr. Bosire's
7   line or row on Exhibit 119, it lists his finding
8   as unfounded.  Do you see that?
9   A  Yes.
10  Q  (By Ms. Greathouse) And, in fact, some of the
11  allegations or at least one of the allegations
12  made against Troopers McMillan and Schulte was
13  sustained; is that correct?
14  A  That's correct.
15  Q  So when aggregate reporting is being done by
16  Officer McMillan, did -- not McMillan -- Officer
17  Bullock did on Exhibit 119, is the KHP making
18  sure that every finding is included when it's
19  counting up the number of findings at your end?
20  A  I believe they are.  Yes.
21  Q  All right.  So just because Mr. Bosire's
22  complaint is included here as unfounded, you are
23  telling me that it would not have been included
24  in the unfounded number on the 2019 annual
25  report; is that right?

Page 107

1   A  Your question is asking if this wouldn't be on
2   the 2019 report on the bias-based?
3   Q  Is it accurate -- I will re-ask my question.
4   A  Okay.
5   Q  Is it accurate to say that in the 2019 report
6   Mr. Bosire's complaint would have been counted as
7   sustained?
8   A  Each allegation is tracked.  So -- I'm sorry.
9   The allegation of bias-based, that's the one that
10  it is showing as unfounded.  The other that is
11  sustained, that would be also listed.
12  Q  All right.  So you are saying that Mr. Bosire's
13  complaint would have resulted in one count of
14  unfounded and one count of sustained?
15  A  Right.
16  Q  Okay.  Can you tell me, again, so I can
17  understand -- and I apologize because I know you
18  made some explanation of this early, but I have a
19  better understanding of this now that we have
20  been talking for a couple of hours -- what is the
21  difference is between Exhibits 119 and 120 that
22  you prepared?
23  A  120 is -- provides more further explanation about
24  into the stop.  It also -- there's explanation
25  about on one may have been handled outside of the

Page 108

1   troop.  It gives, in some ways, what they
2   addressed in terms of if it was handled outside
3   the troop on recommendations.
4   Q  All right.  So do you have a general
5   understanding that Exhibit 119 was really only
6   intended to gather race-based allegations?
7   A  When this was -- when this first would have been
8   presented to my office, I probably was -- it was
9   probably mentioned to me.  But obviously
10  Lt. Bullock was completing this.
11  Q  Right.
12  A  So --
13  Q  I understand.  But you understand that you have
14  been designated to speak on behalf of the KHP for
15  files in Exhibit 119; correct?
16  A  I understand that.  Yes.
17  Q  Right.  So I'm trying to understand if 119 is
18  only limited to race-based allegations and
19  doesn't include other allegations such as
20  improper detentions, searches, or arrests.
21          MR. CHALMERS:  Just so the record is
22  clear, I think he has been designated to testify
23  about the testimony concerning the elicited
24  complaints on the document, not the creation of
25  the document itself.  But I certainly don't

27 (Pages 105 to 108)

CAPT. MITCHELL CLARK  1/27/2022

## Page 109

1    object to him testifying to what he knows about
2    it.
3    A  I'm sorry.
4    Q  (By Ms. Greathouse) You can answer.
5    A  Could you repeat your question, please.
6         MS. GREATHOUSE:  Would you read the
7    question, please.
8         (The previous question was read by the
9    reporter.)
10   Q  (By Ms. Greathouse) I'm going to re-ask that
11   question because.  Strike it.  And I will ask the
12   question again.
13        Is Exhibit 119 limited only to
14   race-based allegations such that it does not
15   include other complaints regarding improper
16   detentions, searches, or arrests?
17   A  That would be correct.  These are bias-based.
18   Q  All right.  So just -- let's look at the very
19   first one.  Well, let's not -- that's 2015.
20   Let's look at Case No. 2016-0355.  Do you see
21   that one?
22   A  I do.
23   Q  That one the allegation is defined "Enforcement
24   Harassment." do you see that?
25   A  I do.

## Page 110

1    Q  Is that a bias-based allegation?
2    A  Not biased but specifically harassing this
3    individual.
4    Q  Okay.  So I was trying to understand why -- well,
5    strike that.  Can you tell me why that particular
6    complaint made by Katie Barnett against Joseph
7    Seller should have been included on Exhibit 119?
8    A  I can only assume when you did the -- excuse
9    me -- when the search was being done, it was
10   being more broad, and this was pulled into --
11   through that query.
12   Q  When -- looking at Exhibit 120 and the
13   explanation of Case No. 2016-0355, do you see
14   that on page 3 of Exhibit 120?
15   A  Yes.
16   Q  This indicates that the driver was accusing the
17   trooper of harassing her.  Do you see that?
18   A  Yes.
19   Q  Do you understand that that was perhaps
20   harassment based on gender or sexual harassment
21   or do you believe that was law enforcement
22   harassment?  I'm trying to figure out why it
23   showed up on 119.
24   A  Right.  Law enforcement harassment is what I
25   believe.  Again, when you are doing the queries

## Page 111

1    through the IAPro, I believe Lt. Bullock did a
2    very broad query to make sure he encapsulated all
3    that he could to be accurate for this report, and
4    that fell into it.
5    Q  So to confirm, Exhibit 120 is your inquiry into
6    IAPro to identify complaints against KHP
7    employees regarding improper detentions,
8    searches, or arrests from 2016 to the present; is
9    that correct?
10   A  Correct.
11   Q  All right.  And so you have drawn in allegations
12   more than just bias-based complaints; is that
13   correct?
14   A  That's correct.
15   Q  Are bias-based complaints the bulk of complaints
16   that the KHP received each year?
17   A  No.  No, I don't believe they are.
18   Q  But certainly on Exhibit 120, bias-based
19   complaints are the vast majority; is that
20   correct?
21   A  120 is also encapsulated in 119.  So, yes.
22        Was I clear on that?  Exhibit 120
23   lists all of the cases on Exhibit 119 as well.
24   Q  All right.  So if a case is listed on both 119
25   and 20 -- 120, it could be included on 120, even

## Page 112

1    though it didn't include a complaint of improper
2    detention, search, or arrest?
3    A  The difference of Exhibit 120 and 119 is I added
4    the additional search for the detention --
5    unlawful detention or extended detention,
6    improper stops.
7    Q  Let's go through Exhibit 120, and I need you to
8    identify for me which of these complaints are
9    about improper detention, searches, or arrests
10   because we don't need to talk about them today
11   unless they are in that category.
12   A  Okay.  So that on Exhibit 120, to show those, I
13   have highlighted those in a more orange-reddish
14   font.  Starting on page 3, the first one that
15   appears, 2016-0456.
16   Q  Okay.  So if we look through Exhibit 120, we see
17   one of those with red font on page 3; is that
18   correct?
19   A  That's correct.
20   Q  We see one on page 4; is that correct?
21   A  That's correct.
22   Q  We see one on page 5; is that correct?
23   A  Yes.
24   Q  We see one on page 6?
25   A  Correct.

28 (Pages 109 to 112)

CAPT. MITCHELL CLARK  1/27/2022

## Page 113

1   Q   We see two on page 7; is that correct?
2   A   Yes.
3   Q   We see one on page 8; is that correct?
4   A   Yes.
5   Q   We see two on page is it nine?  Page 9?
6   A   I think you are right.
7   Q   On the page that starts with Sean Swords, we see
8       one; correct?
9   A   Okay.  I may have --
10  Q   Did I miss --
11  A   Gotten off somewhere.
12  Q   Let's go back.  On to the page that starts with
13      "McMillan and Schulte" --
14  A   Correct.
15  Q   -- we had two.
16  A   That's correct.
17  Q   Then on the next page with Sean Swords we had
18      one; correct?
19  A   Correct.
20  Q   And then on the next pages, we have four; is that
21      correct?
22  A   That's correct.
23  Q   And on the last page, we have two; is that
24      correct?
25  A   That's correct.

## Page 114

1   Q   So that would be, if my numbers are correct, 16
2       of those bias-based -- not bias-based but
3       improper detention, search, or arrest complaints
4       that were made between -- well, Complaint No.
5       2016-0456 through Complaint 2021-0287; is that
6       correct?
7   A   Correct.
8   Q   All right.  So how many of those 16 you listed on
9       here were sustained?
10  A   I show one for sure.  I am going back to
11      double-check.
12      I show the one.
13  Q   And is the one that you show as being sustained
14      dated -- or Case No. 2009-0521, Phillip
15      Hendrickson with a complaint by Jay Maska?
16  A   That's correct.
17  Q   Can you tell me what happened because there's not
18      very much listed here?
19  A   Okay.  This was a -- this was a stop, obviously,
20      for the speed.  The trooper felt that he was --
21      he had reasonable suspicion.  He did a consensual
22      encounter.  Concluded the traffic stop and did a
23      consensual encounter.  He asked for consent,
24      denied, and he detained the driver for a canine.
25  Q   What about that was -- what resulted in a

## Page 115

1       sustained finding there?
2   A   That Jay Maska was improperly detained and
3       traffic stop was extended.
4   Q   So are you telling me the trooper thought he had
5       reasonable suspicion but after investigation you
6       determined -- PSU determined that he didn't have
7       sufficient reason to detain and conduct a canine
8       search; is that correct?
9   A   That's correct.
10  Q   Can you tell me what the reasonable suspicion
11      factors were that Hendrickson cited?
12  A   I'm going back from recollection.  This was
13      traveling from California -- or excuse me --
14      Colorado.  And not destined for Kansas but I
15      believe outside of Kansas.  There's questions
16      about or information about where he was going to
17      school at.  The trooper believed that was
18      inaccurate.  I forget there was -- the trooper
19      mis -- thought the name of the school was
20      something different and felt confident in his
21      information compared to what he was given.
22      Beyond that -- I'm sorry.
23  Q   Did that particular case involve a rental car?
24  A   I can't recall.  I can check on that.
25  Q   Did you say that the travel was from east to west

## Page 116

1       or west to east?  I heard you say California, but
2       I didn't hear coming or going.
3   A   It wasn't California.  I feel confident in saying
4       they were returning from a short trip from
5       Colorado.
6   Q   So they were driving from west to east; is that
7       accurate?
8   A   Yes, sir.
9   Q   What was the plates -- what was the state on the
10      plates?
11  A   I would have to check on that.
12  Q   Was where the car was licensed listed as a
13      reasonable suspicion factor?
14  A   I can't recall.  I would have to check on that as
15      well.
16  Q   Do you recall if traveling from a drug-source
17      state was a factor listed?
18  A   I'm sorry.  I don't recall.
19  Q   Do you recall if the stop was on 70?
20  A   It was on I-70.
21  Q   Was there a recitation of the -- of Mr. Maska
22      traveling on a known drug corridor?
23  A   I can't recall if that was one of the reasons
24      cited.
25  Q   Sorry.  I have read through these, but I didn't

29 (Pages 113 to 116)

CAPT. MITCHELL CLARK  1/27/2022

Page 117

1    have the opportunity to in advance.
2          I think you said this, but I want to
3    confirm.  With regard to the complaint by Jay
4    Maska against Hendrickson, that was sustained
5    because it was determined that he improperly
6    detained Maska for too long without sufficient
7    reason; is that accurate?
8    A  That is accurate.
9    Q  Could you please look at Complaint 2018-0294 in
10   Exhibit 120.
11   A  What's the trooper's name on that?
12   Q  Connor Rule.
13   A  And what was the case number again?  2018 --
14   Q  -- 18-0294.
15   A  Okay.  I am there.
16   Q  About a third of the way through the first
17   paragraph on that one, it says, "Trooper Rule's
18   articulable observations of possible criminal
19   activity led to him engaging in a consensual
20   encounter."
21         Can you tell me what you mean by that?
22   A  Traffic stop was concluded and engaged in
23   consensually --
24   Q  A consent to search, is that what you are saying?
25   A  Yeah.

Page 118

1    Q  All right.  What were Trooper Rule's observations
2    of possible criminal activity on this one?
3    A  I'm sorry.  I didn't list all of that.
4    Q  And you don't have a recollection of what the
5    reasonable suspicion was; is that correct?
6    A  No.  I'm sorry.  I don't.
7    Q  Can you tell me what you meant by the last
8    sentence in that first paragraph?
9    A  Can you start with the first part?  Are you
10   talking just as it begins?
11   Q  I will re-ask my question.  The last sentence of
12   the first paragraph regarding Angela Corder's
13   complaint against Chandler Rules reads, "Letter
14   to trooper notes KHP policy and procedure
15   violations:  FOR-27, electronic citations with
16   DigiTickets."  Can you tell me what that means?
17         MR. CHALMERS:  For what it's worth, I
18   don't think you finished the sentence of what.
19   A  Letter to trooper notes KHP policy and procedure
20   violations; For-27, electronic citations with
21   Digitickets."
22   Q  (By Ms. Greathouse) Well, you know what.  Art
23   just made a good point.
24         Let me ask.  There is a break or
25   return in typing language between "DigiTickets"

Page 119

1    and what appears to be "III" in the next line.
2    Is that an accidental return or are those
3    intentionally separate paragraphs?
4    A  I would say that's probably an error on my part
5    breaking that.  The III(B)(2) goes with that.
6    Q  All right.  So from "Letter to trooper" through
7    the end of this summary of Case No. 2018-2094,
8    can you tell me what all of that means?
9    A  Of all what means?
10   Q  From "letter to trooper" to the end of this
11   summary.
12   A  These were -- these were showing the -- what was
13   noted in terms of -- I believe this would be
14   MNBOC, misconduct not based on complaint.  So --
15   and where that ends on III(B)(2), it's noted on
16   COM-04 following the III(B)(2).  COM-04 is a
17   policy violation.
18   Q  All right.  So I think you are saying the end of
19   this paragraph is the PSU making a misconduct not
20   included in the complaint finding against
21   Chandler Rule; is that correct?
22   A  That is correct.
23   Q  What was that misconduct that was found that
24   wasn't in the complaint?  Can you interpret this
25   for me?

Page 120

1    A  So on the Form 27, electronic citation with
2    DigiTickets, information was not properly filled
3    out -- filled in on the DigiTicket, and then the
4    COM-04, I don't believe that -- going back from
5    my recollection, I don't think he called in the
6    traffic stop when he first stopped the vehicle.
7    That is either near the end of the traffic stop
8    that he called in or he concluded the traffic
9    stop and then called in the information to
10   dispatch.
11   Q  So why are those two allegations included as an
12   MBOC instead of a sustained?
13   A  They were violations that we discovered in the
14   investigation.  These are misconducts not based
15   on complaint.  The complainant didn't allege
16   these.  We discovered the issue during the
17   investigation from Angela Corder's original
18   complaint.  The PSU noted that these were
19   violations of policy.
20   Q  Earlier you told me that if there was a finding
21   of something that was a violation, it would be
22   referred to as sustained, not -- the MBOC was
23   something different than it being sustained.  So
24   I'm trying to understand if there were these
25   violations, why was that not sustained?

30 (Pages 117 to 120)

## Page 121

1    A   We are noting that these were policy violations.
2        Misconduct -- again, this was not alleged in
3        anything in the complaint.  There was no
4        information about any of this.
5    Q   Okay.  Let's talk a little bit so we have some
6        comparison here with Mr. Bosire's complaint,
7        which is a couple of pages later.  An earlier --
8        and correct me if I'm misstating anything because
9        I am not attempting to do that -- you stated to
10       me that one allegation was unfounded and that was
11       the racial allegation with Mr. Bosire.  But the
12       allegation of improper detention was sustained;
13       is that correct?
14   A   Of Mr. Bosire?
15   Q   Bosire.
16   A   I believe that's correct.
17   Q   Right.  Okay.  The reason one is unfounded and
18       one was sustained is because both of them were
19       made by Mr. Bosire; is that correct?
20   A   I believe that's correct.
21   Q   And do you know whether IAPro actually lists as
22       one of the allegations improper detention?
23   A   I would believe it does.  And, again, I just want
24       to clarify, when you are saying that the IAPro
25       listed, the investigator has to input that.  He

## Page 122

1        specifically shows what the allegation is, and
2        then he has to put the finding in there.
3    Q   Right.  But for purposes of statistical reporting
4        or running reports, that data would have to be in
5        IAPro in order to be able to spit out that
6        allegation; correct?
7    A   That's correct.
8    Q   Right.  So my question is:  Do you know whether
9        the investigator included only racial bias, as
10       Mr. Bosire's complaint, or also concluded
11       whatever the allegation phrase would be for
12       "improper detention"?
13   A   I'm quite confident that that was -- the bias was
14       not the only one put into to show.
15   Q   Okay.  Because I am trying to understand, then,
16       why the report on the Bosire stop in Exhibit 120
17       lists only "Unfounded" in the top right, and the
18       racial bias in that top level and doesn't -- and
19       only includes the improper detention and having
20       that allegation sustained in the body of your
21       text?
22   A   And that's a fair question.  I simply was
23       producing just what the information off 119.
24       Obviously, when you are pointing that out, yeah.
25       I should have made that clear to show what the

## Page 123

1        finding was to break down that other allegation.
2    Q   Right.  Okay.  So we know that with Bosire's stop
3        you are listing, the list -- the identification
4        on Exhibit 120 of Bosire's complaint as
5        "Unfounded" in the top right corner is
6        inaccurate.  It's not complete is a better way of
7        saying it.  Is that right?
8    A   That would be fair to say.  Yes.
9    Q   And, likewise, when we go back to that allegation
10       by Angela Corder against Chandler Rule, again,
11       the "Unfounded" in the upper right-hand corner is
12       incomplete because there's also at an MBOC
13       finding on that one; is that accurate?
14   A   That would be accurate.
15   Q   How many of the other of these don't give me the
16       full picture of what happened?
17   A   I couldn't give you a number.
18           MS. GREATHOUSE:  Okay.  We probably
19       need to have that checked out, Art, because
20       clearly I don't have all the information on
21       these.
22           MR. CHALMERS:  Well, we can talk about
23       it, but it goes nowhere as far as your claims go.
24           MS. GREATHOUSE:  The judge gets to
25       determine that, not you.

## Page 124

1            MR. CHALMERS:  The fact that he is
2        taking 119, which you asked him to do and then
3        provides his notes to be able to give responses
4        to it, it wasn't ever intended to be this sort of
5        listing that you think is existing.  You can talk
6        about whether or not it would be appropriate for
7        some supplemental production as concerns some of
8        these.  I don't have a position only as we sit
9        here now.
10   Q   (By Ms. Greathouse) Let me ask it this way.
11           MR. GANIEANY:  I think part of the
12       problem you are having is Exhibit 119, I believe,
13       is our annual report on bias-based policing we
14       sent to the AG's office, and it only has to
15       contain a specific range of information.
16           MR. CHALMERS:  I think that's what
17       Bullock's testimony had been, but you can talk
18       about the question which is now you are wanting
19       to look at getting additional discovery as it
20       concerns some of the complaints that are
21       described in 119 and 120, and I'm not committing
22       to it one way or the other.  But I understand
23       where you are coming from.  I understand that's
24       what you are asking.
25   Q   (By Ms. Greathouse) Let me ask this question:

ALARIS LITIGATION SERVICES
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

CAPT. MITCHELL CLARK  1/27/2022

## Page 125

1   Can you identify all investigations into internal
2   KHP employee complaint detentions, searches, or
3   arrests made by any KHP trooper, as you sit here
4   today, other than what's on Exhibit 120?
5   A   Can I show other ones?  Is that what you are
6   asking me?
7   Q   We asked -- one of the categories we asked for
8   you to testify about limited to traffic stops and
9   from 2016 to now.  Was any investigation into
10  internal KHP employee complaints regarding
11  improper detentions, searches, or arrests made by
12  any KHP trooper, and then it goes on.  But let's
13  just talk about that.  You are here today ready
14  to testify about any investigation in that
15  category?
16  A   Internal complaints made by a KHP employee about
17  another one?  Is that --
18  Q   No.  It's any PSU investigation.
19        MR. CHALMERS:  I don't think that's
20  what you said initially, and that's not No. 1.  I
21  think he is here under a different category to
22  address that and has done the search to be able
23  to answer your questions about complaints made
24  concerning an extended detention from a traffic
25  stop.

## Page 126

1   Q   (By Ms. Greathouse) All right.  Now, Category III
2   is another category that you have been designated
3   to testify about; is that correct?
4   A   "Any litigation or complaints initiated by
5   motorists alleging an unlawful stop, detention,
6   or search by KHP"?
7   Q   Yes.
8   A   Yes.
9   Q   Okay.  How many complaints were initiated by
10  motorists alleging an unlawful stop, detention,
11  or search by a KHP trooper for the years 2016
12  through the present?
13  A   That's the -- that's what Exhibit 120 shows is
14  those 16.
15  Q   All right.  So those 16 you can't actually tell
16  me how each of those resulted when it comes to
17  the allegation of an unlawful stop, detention, or
18  arrest?
19  A   The only one -- on only one that -- and we have
20  already spoke about it -- is the Phillip
21  Hendrickson, 2019-0521.  That was the only one
22  that was sustained.
23  Q   That's not true.  We know it was sustained for
24  Bosire; right?
25  A   But we show that as sustained.  And you are

## Page 127

1   correct.  I don't have that to show as sustained,
2   if that's what you are getting at.
3   Q   Right.  I'm talking about in the upper right-hand
4   corner --
5   A   -- right.
6   Q   -- where we have attempted to list the results?
7   A   Yes.
8   Q   It says "Unfounded" for Mr. Bosire?
9   A   You are correct.
10  Q   And it says "Unfounded" for Angela Corder.  But,
11  in fact, there was MBOC finding.
12  A   There is an MBOC.  Yes.
13  Q   So how many of those 16 had a sustained finding
14  that's not identified here?
15  A   I can't answer that.  I only focused on the
16  improper detentions to show sustained.  I showed
17  sustained for that improper stop detention.  That
18  was my focus.
19  Q   So the only one of those you found out of these
20  16 was Mr. Bosire?
21  A   No.
22  Q   Mr. Bosire and the one you can't answer the
23  reasonable suspicion factors for; is that
24  correct?
25  A   Phillip Hendrickson, 2019-0521.

## Page 128

1   Q   The Jay Maska complaint?
2   A   That is correct.
3   Q   All right.  So.  As you sit here today, are you
4   confident that the 14, other than Bosire and
5   Maska, were not sustained for improper detention,
6   search, or arrest?
7   A   I'm confident.
8   Q   Has any litigation been initiated by motorists
9   alleging an unlawful stop or detention or search
10  by a KHP trooper between 2016 through the
11  present?  And I know about the lawsuit we have
12  here today regarding.
13  A   Right.  None that I am aware of.
14  Q   And did you -- what did you do to identify
15  whether there were any such lawsuits?
16  A   When I looked at all of these cases, there was no
17  information to show there was any litigation.
18  Q   So the only place you looked to identify
19  potential litigation was in IAPro?
20  A   Correct.
21  Q   You did no other inquiry as to whether there was
22  litigation against the KHP?
23  A   That's correct.
24        MS. GREATHOUSE:  Art, I think this is
25  another category on which your witness is

ALARIS LITIGATION SERVICES
Phone: 1.800.280.3376
www.alaris.us                                              Fax: 314.644.1334

CAPT. MITCHELL CLARK  1/27/2022

Page 129

1    unprepared.
2         MR. CHALMERS:  Tell her "no."  There
3    aren't here.
4         MS. GREATHOUSE:  Let's put it on the
5    record the attorney is making himself a witness
6    and testifying that there are --
7         MR. CHALMERS:  I am not a witness.  It
8    has already been produced in discovery.  And when
9    you prepare someone to provide testimony on
10   behalf of the KHP, there's lots of sources that
11   can use to provide the answer.  If you want to
12   know the answer to the question, there it is.
13   Q   (By Ms. Greathouse) So is it fair to say you
14      could only after the attorney for the KHP gave
15      you the answer sitting here today?
16   A   The answer that I provided to you was through the
17      resource of the IAPro, that information is not in
18      there.  It's not contained in there.  Such
19      instances with Mr. Bosire's case, that is listed
20      in IAPro.
21   Q   As having litigation?
22   A   Yes.
23   Q   Is the policy of KHP to include in IAPro any time
24      a complainant files litigation?
25   A   There's no policy.

Page 130

1    Q   Right.  So you don't -- is it fair to say that
2       you don't actually know, other than as Art indicated
3       today, whether there's been any litigation
4       between 2016 and today alleging an unlawful stop,
5       detention, or search; is that correct?
6    A   I don't know anything beyond the information that
7       you checked through IAPro.
8         MR. GANIEANY:  Could I have a minute
9    to talk with him?
10        MS. GREATHOUSE:  Yes.  We can take a
11   break.
12        MR. GANIEANY:  I need like two
13   minutes.
14        MS. GREATHOUSE:  Off the record at
15   1:36.
16        (Discussion held off the record.)
17        VIDEOGRAPHER:  We are back on the
18   record at 1:40.
19   Q   (By Ms. Greathouse) All right.  Between 2016 and
20      the present, have there been any internal KHP
21      employee complaints regarding improper,
22      detentions searches, or arrests?
23   A   No.
24   Q   Have we to date discussed, I mean -- strike that.
25      I will start again.

Page 131

1         During the course of the deposition
2    have we addressed all KHP policies, procedures,
3    or customs regarding the making, receiving, or
4    investigating of employee complaints of trooper
5    misconduct?
6    A   Yes.
7    Q   And during the deposition today have we covered
8       all KHP policies, procedures, or customs
9       regarding making or receiving or investigating of
10      complaints by the public against a KHP trooper?
11   A   Yes.
12   Q   So after you have had an opportunity to confer
13      again, I want to ask one more time.  Do you know
14      whether there was any litigation initiated by
15      motorists alleging an unlawful stop, detention,
16      or search against the KHP from 2016 to the
17      present other than the current case?
18   A   I do know.
19   Q   Okay.  And what is the answer to that?
20   A   The answer is just as I explained earlier, and I
21      will be a little more in depth.  When I checked
22      the IAPro system, there were no other
23      litigations.  That information is entered by PSU
24      personnel that comes from our Legal.  So we would
25      have that information, and it would show in the

Page 132

1    cases.
2    Q   So am I understanding you to say the KHP Legal
3       would inform PSU if litigation was started and it
4       would be included in IAPro?
5    A   Not specifically.  Maybe just KHP.  Again, I'm
6       kind of speaking about something maybe a little
7       bit more beyond my operation.  Well beyond my
8       operations.  But there are no -- there are no
9       known litigations that showed on any of these
10      cases.  It's not there.
11   Q   When you say "any of these cases," do you mean
12      those on 120, Exhibit 120?  Or when you say
13      "these," what were you referring to?
14   A   The cases that we have spoken about.
15   Q   And all right.  You understand that my question
16      about litigation isn't limited to 120; is that
17      correct?
18   A   Maybe I wasn't aware of that.
19   Q   Because do you understand that there could be
20      litigation filed without a PSU complaint before
21      that; right?
22   A   Well, you are making me aware of something again.
23      We are talking about something that I have never
24      been involved in.
25        MS. GREATHOUSE:  Right.  So I'm just

33 (Pages 129 to 132)

## CAPT. MITCHELL CLARK  1/27/2022

### Page 133

1 trying to determine if we can answer the question
2 here today by the witness, by the KHP, whether --
3      MR. CHALMERS:  It can be answered by
4 the KHP if that's what you want.  By the witness,
5 no.
6      MS. GREATHOUSE:  Well, he is the KHP
7 for purposes of testimony.
8      MR. CHALMERS:  In which case he can
9 answer because we have told him there aren't any.
10      MS. GREATHOUSE:  Let's get the answer
11 from the witness instead of the attorney, but I'm
12 pretty sure you don't want me citing you to the
13 judge on a motion as the witness.
14 Q   (By Ms. Greathouse) So can you, the witness,
15 answer whether or not there has been any
16 litigation filed against the KHP from 2016 to the
17 present initiated by motorists alleging an
18 unlawful stop, detention, or search by a KHP
19 trooper?
20      MR. CHALMERS:  Are you talking about
21 other than the litigation this involved?
22      MS. GREATHOUSE:  Other than this
23 litigation.
24      MR. CHALMERS:  The individuals.
25      MS. GREATHOUSE:  I will re-ask the

### Page 134

1 question.
2 Q   (By Ms. Greathouse) Can the witness answer
3 pursuant to the 30(b)(6) notice whether there has
4 been any litigation filed between the years 2016
5 and the present initiated by motorists alleging
6 an unlawful stop, detention, or search by a KHP
7 trooper other than the current case?
8 A   There are not any.
9 Q   Okay.  If you would turn to Tab 16B in your
10 notebook.
11 A   16B?
12 Q   16B.
13      MS. GREATHOUSE:  Josh, what is that
14 the number?
15      MR. PIERSON:  126.
16      MS. GREATHOUSE:  Thank you.
17 Q   (By Ms. Greathouse) Can you please identify
18 Exhibit 126 for me.
19 A   This is a Policy No. FOR-23 for "Employee Conduct
20 Complaint Investigations File Checklist, HP-160."
21 Q   All right.  And can you tell me how this
22 particular policy is used within the KHP?
23 A   I don't know it to be used so much for today's --
24 when I say "today's purposes," for the patrol
25 operations.  As you see, the effective date is

### Page 135

1 back in 2009.  This was before we had the IAPro
2 BlueTeam, I believe.
3 Q   So is it fair to say that exhibit FOR-23 -- or
4 excuse me -- Policy FOR-23 does not describe
5 procedure currently used inside the KHP?
6 A   I want to basically expand on that.  This was a
7 form that was utilized more so when complaints
8 were also pushed out into the field for whoever
9 they designated to conduct the investigation.
10 Q   Do you know when the PSU unit was formed inside
11 the KHP?
12 A   I'm sorry.  I can't give you that date.
13 Q   Let me ask it this way.  Do you know whether the
14 PSU was formed after May 29, 2009, which is the
15 effective date of Exhibit 126?
16 A   The PSU was in existence before 2009.
17 Q   All right.  So when you just said this was used
18 when investigations were pushed out into the
19 field, what did you mean by that?
20 A   So when they would assign, you know, an
21 investigation to be conducted by another member
22 out in the field, they would use this to show on
23 the checklist on what's been completed, what the
24 investigation contains.
25 Q   And so are you saying that -- I will ask the

### Page 136

1 question this way.  Why is it that, then, Exhibit
2 FOR-23 is not really used today?  I think that's
3 what you were saying.  But if I misunderstand,
4 please correct me.
5 A   Sure.  And I'm not to say that it still couldn't
6 be used.  It could be a form that would still be
7 utilized if one felt it was necessary.
8 Q   All right.  So to summarize, I think you are
9 saying that Form FOR-23 would be used if an
10 investigation is conducted by a troop commander
11 or section supervisor; is that correct?
12 A   Yes.  It can be used, again, for outside PSU
13 purposes for an investigation.
14 Q   Okay.  So this form, Exhibit 126, is not solely
15 related to PSU investigations; is that correct?
16 A   That's correct.
17 Q   So what other kinds of investigations would it be
18 used on?
19 A   I can't answer that.  I have never seen it used.
20 That's before I was in PSU.  Again, I have never
21 been a part of investigation prior to PSU.
22 Q   So this does say, though, that it is the policy
23 related to employee conduct complaints; is that
24 right?
25 A   That's right.

34 (Pages 133 to 136)

## CAPT. MITCHELL CLARK  1/27/2022

Page 137

1   Q   And employee conduct complaints, are those all
2       handled through the PSU?
3   A   Since I have been there, yes, other than the one
4       that we spoke about earlier that the one
5       commander handled.
6   Q   But that commander was handling it after it had
7       been reported to the PSU, right?
8   A   Right.
9   Q   Let's go on and look under the next tab -- let me
10      mark that as Exhibit -- can you please identify
11      Exhibit 127 for the record.
12  A   Form FOR-40, "Employee Conduct Complaint."
13  Q   What is the purpose of Exhibit 127.
14  A   So this -- this is an internal form that we use
15      when we notify a member who is basically
16      alleged -- has a complaint made against them, and
17      we will utilize this to show the information
18      about the complaint letting them know what the
19      allegation is, and we will send this out to the
20      employee.
21  Q   Okay.  So if we look at the last page of
22      Exhibit 127, that's actually the form that you
23      were just referring to; is that correct?
24  A   That's correct.
25  Q   So your testimony, if I understand you correctly,

Page 138

1       is that this is the policy that authorizes the
2       creation of the form that is used to notify a KHP
3       employee that there has been a conduct complaint
4       regarding this; is that correct?
5   A   Correct.
6   Q   And is this form still actively used today?
7   A   It is.
8   Q   And so has the policy been changed at all since
9       March 13 of 2009?
10  A   I'm unsure.  I would like to believe this may be
11      the most updated one, but I can't say that.
12          MS. GREATHOUSE:  Does anybody want to
13      educate the witness so we get an answer to
14      the question that is listed on the notice.  Do we
15      need to take a break?
16          MR. GANIEANY:  Sure.
17          VIDEOGRAPHER:  Off the record at 1:54.
18          (Discussion held off the record.)
19          VIDEOGRAPHER:  We are back on the
20      record at 1:54.
21  Q   (By Ms. Greathouse) Can you tell me whether
22      Exhibit 127 is the current version of Policy
23      No. FOR-40?
24  A   It is the current version.
25  Q   And would this form be the way you would identify

Page 139

1       to the employee being investigated whether or not
2       that investigation is going to be done by the PSU
3       or troop command?
4   A   Yes.
5   Q   Looking at the last part of the policy on page 3
6       of Exhibit 127, do you see the section called
7       "Routing and Disposition?"
8   A   Yes.
9   Q   So can you please read the part of (A) before
10      (1).
11  A   "The supervisor who records the complaint shall
12      forward the form to the troop commander who will
13      review the form as required and either:"
14  Q   And so then it gives Options (1) and (2)?
15  A   Correct.
16  Q   What does it mean "The supervisor who records the
17      complaint"?
18  A   That would be the one that is taking the
19      complaint or investigating it.  For our purposes
20      or PSU, that's who we list.
21  Q   So a supervisor recording the complaint would be
22      somebody inside the PSU or somebody outside the
23      PSU or both?
24  A   It could be both.
25  Q   And so whoever first intakes the complaint is the

Page 140

1       person responsible for forwarding it to the troop
2       commander?
3   A   For purposes for this form, yes.
4   Q   And so if that person is outside of the PSU, how
5       would they determine whether the investigation
6       was assigned?
7   A   They wouldn't be.  That wouldn't be their
8       decision.
9   Q   Yet it's on the form; right?
10  A   It is on the form.  They can complete the
11      information they want to, but they wouldn't be
12      the one saying, "Well, PSU is going to do this."
13          For PSU's purposes, when we fill this
14      out, we are reporting it to the commander and
15      letting them know this is a complaint, and then
16      obviously the employee needs to be served with
17      this for notification.
18  Q   Okay.  Is it fair to say that at this point in
19      time under your command of the PSU that this
20      report would be filled out by somebody in the
21      PSU?
22  A   Correct.
23  Q   Are you aware of any situation of which a person
24      outside of the PSU has filled out an FOR-40 since
25      you have commanded the PSU?

35 (Pages 137 to 140)

CAPT. MITCHELL CLARK  1/27/2022

Page 141

1    A  Not since I have taken command.  No.
2    Q  What does the first sentence of paragraph (A)(1)
3       on page 3 under IV mean where it says, "Forward
4       to the appropriate regional commander and/or
5       general headquarters for further review and
6       assignment"?
7    A  Again, we are going back to 2009.  If this were
8       completed out in the field, then that's how they
9       would forward it.
10   Q  Okay.  So is it fair to say that this policy,
11      FOR-40, has not caught up with the times?
12   A  Well, I think you could say that.
13   Q  It doesn't describe the actual procedure that is
14      occurring inside the PSU today.  Is that what I
15      understand?
16   A  When you are referring to this portion of it on
17      routing, that would be accurate.
18   Q  Okay.  So what are the PSU's standards and
19      policies that are used when reviewing allegations
20      of unlawful traffic stops or prolonged
21      detentions?
22   A  What policies are we utilizing?
23         MS. GREATHOUSE:  Would you please read
24      the question.
25         (The previous question was read by the

Page 142

1       reporter.)
2    A  When we are talking about that, we are looking
3       at -- looking for what the information is.  We
4       are basically -- when we have all the evidence
5       presented to us including the officer's
6       statements, we look at that all in totality, and
7       there are times we will consult even with Legal
8       to get more -- to make sure that there is
9       understanding.  We will do as much research as we
10      need to.  But in terms of a specific policy
11      outline for detentions, there's not any.
12   Q  (By Ms. Greathouse) Well, there are policies and
13      procedures adopted by the KHP that address field
14      detentions and searches and seizures; isn't that
15      correct?
16   A  I would believe that's correct, but, again, you
17      are -- we are talking about collecting all the
18      information.  We are not going to just go
19      specifically.  We want to make the best informed
20      decision about the matter.
21   Q  All right.  But what -- are there policies for --
22      we will start with policies.  Are there specific
23      policies that are referred to by the PSU when
24      doing its investigation or is it just done based
25      on the general knowledge of the members of the

Page 143

1       PSU?
2    A  I'm sitting here trying to think of what, if any,
3       specific policies.
4          I'm sorry.  I'm not coming to mind
5       any.
6    Q  So, as an example, the KHP has a policy, OPS-39,
7       that is on criminal procedures, arrest, search,
8       and seizure.  Is that the kind of thing that
9       would be reviewed by the PSU in doing an
10      investigation on an allegation of an unlawful
11      traffic stop or prolonged detention?
12   A  It could be.  Again, when we are reviewing that,
13      we have the luxury of reviewing PowerDMS, which
14      houses all of our policies.  So we do.  We search
15      the policies.  But when you are referring to this
16      specific one, yes, we would exhaust all of it to
17      try to get as much information to make the right
18      informed decision.
19   Q  Tell me how that search of the policies or
20      procedures would happen inside of the PSU.
21   A  Well, we obviously -- we have our glossary that
22      breaks them down in enforcement.  There's -- you
23      know, all they -- they are broken down.  We could
24      do a search by specifics.  Maybe a word search
25      for "interdiction," things like that, if we are

Page 144

1       not able to just recall what specific policy.
2    Q  All right.  So if you were doing an investigation
3       related a canine search, is it fair to say that
4       you would look at police service dog unit policy?
5    A  Yeah.  We could do that.
6    Q  Would it be typical to review it when you get a
7       complaint on a canine search?
8    A  It's possible.
9    Q  But it's not policy that the policies are
10      searched and reviewed with each complaint; is
11      that fair?
12   A  It's not policy.  It's not policy to sit here and
13      describe for each type of complaint this is what,
14      step one, step two.
15         MS. GREATHOUSE:  I think I have one
16      short area left.  I would like to take a break.
17      I need to run down the hall.  Five minutes.
18         VIDEOGRAPHER:  Off the record at 2:06.
19         (Discussion held off the record.)
20         VIDEOGRAPHER:  We are back on record
21      at 2:42 -- excuse me.  2:12.
22   Q  (By Ms. Greathouse) The last category to talk
23      about is the KHP's disciplinary policies and
24      procedure.  So if you would look at the documents
25      under Exhibit 18 -- under Tab 18, and that will

36 (Pages 141 to 144)

CAPT. MITCHELL CLARK  1/27/2022

## Page 145

1   be 128.  Can you please identify Exhibit 128 for
2   the record.
3   A   Policy No. ROC-05, R-O-(C)-0-5, "Discipline
4   and/or Corrective Actions."
5   Q   And this policy in this version went into effect
6   on January 14th of 2020; is that correct?
7   A   That's correct.
8   Q   And it was replacing a prior version of this that
9   went into effect in 2017; is that correct?
10   A   That's correct.
11   Q   Are you familiar with Exhibit 128?
12   A   I am.
13   Q   Is Exhibit 128 something you use in your job as
14   commander of the PSU?
15   A   Yes.
16   Q   Can you describe to me how you use Exhibit 128 in
17   your job was commander of the PSU?
18   A   Well, if there are violations of anything,
19   information for allegations, that would fit in
20   any of the categories for disciplinary action,
21   also talking about remedial training and
22   counseling, things like that.
23   Q   All right.  So let's start off -- can you read
24   what the purpose of Exhibit 128 is.
25   A   "To provide disciplinary measures and/or

## Page 146

1   corrective actions as a means to address conduct
2   unbecoming of employees of this agency."
3   Q   What do you understand what "conduct unbecoming"
4   means?
5   A   Well, we have a policy on general conduct.
6   Q   Okay.  And can you describe -- do you know that
7   policy number?  This wasn't a test.  I'm just
8   asking if you happen to know it.
9   A   Is that 04?
10   Q   All right.  It's all right.  And generally what
11   do you understand it describes as conduct
12   unbecoming?
13   A   Well, again, I usually refer to my policy.  I
14   wasn't specifically thinking this would be one to
15   have available.  Anything that's not proper,
16   rude.  Anything that would be disrespectful
17   subordination-wise, things of that matter.
18   Q   So is this policy, ROC-05, only used with regard
19   to that kind of conduct that you just described?
20   A   Is ROC-05 just for that type of conduct?  ROC-05
21   even talks about also nonexclusive list for
22   grounds for dismissal, demotion, or suspension.
23   Q   And those go beyond conduct --
24   A   -- correct.
25   Q   -- not becoming?

## Page 147

1   A   That's correct.
2   Q   Is it fair to say that, maybe, the purpose that's
3   written on 128 is a little bit broader than just
4   conduct unbecoming?
5   A   Beyond unbecoming.  Yes.
6   Q   All right.  And then the policy itself is that
7   unbecoming conduct by employees either on or off
8   duty shall not be tolerated; right?
9   A   That's correct.
10   Q   But, again, this policy is used to identify
11   discipline and corrective actions beyond what is
12   described in that policy line; is that accurate?
13   A   That's accurate.
14   Q   All right.  So is it fair to say that this policy
15   is applied not only to personal conduct
16   detrimental to the KHP but also to deficiencies
17   in work?
18   A   Correct.
19   Q   So if you look at the bottom of the first page,
20   there's a reference to supervisory officers in
21   (A).  Do you see that?
22   A   Yes.
23   Q   And as you understand it, the phrase "supervisory
24   officer" there is a reference to anyone in a
25   supervisory capacity in the KHP?

## Page 148

1   A   That's correct.
2   Q   And what is the purpose of sub-IV of Exhibit 128?
3   What is that part of the policy intended to do?
4   A   Well, as it says, "Securing compliance with all
5   rules, regulations, policies, and orders but to
6   be able to take action for any violations,
7   including but not limited to," and it gives (1)
8   through (5).
9   Q   Is it fair to say that IV entitled "Supervisor's
10   Authority to Issue Corrective Action" lists a
11   variety or a set of categories of corrective
12   action that can be taken by supervisors?
13   A   Yes.
14   Q   All right.  And one of those categories is
15   remedial training and counseling, is that
16   correct?
17   A   (b)?
18   Q   Yes.
19   A   Yes.
20   Q   And is remedial training and counseling one of
21   the lower levels of discipline and corrective
22   actions that are taken by the KHP?
23   A   What do you mean by one of the lower levels?
24   Q   Well, would you identify that discipline goes
25   from fairly mild to fairly severe?

37 (Pages 145 to 148)

CAPT. MITCHELL CLARK  1/27/2022

Page 149

1   A   Okay.
2   Q   And where on the mild to severe rating of
3       discipline would you identify remedial training
4       and counseling?
5   A   Above verbal.  But, you know, as we talked
6       earlier, when we are doing remedial training, we
7       are wanting to correct issues.  We are wanting to
8       improve the trooper.  It goes without saying.
9   Q   And is it correct to say that remedial training,
10      according to the KHP, should be the first option
11      when addressing minor rule violations, inadequate
12      job performance, or deficient work habits?
13  A   Could be.
14  Q   Well, that's what the policy says; right?
15  A   Okay.  Yes.
16  Q   So does the KHP view a constitutional violation
17      as a minor rule violation?
18  A   I have never had that conversation with anybody,
19      but I would like to believe that they don't view
20      that as minor.
21  Q   So you are familiar with the PSU investigation
22      that happened with regard to Josh Bosire, one of
23      the plaintiffs in the case because we have talked
24      about that today; right?
25  A   Yes.

Page 150

1   Q   Do you know what corrective and remedial action
2       was taken with regard to Trooper McMillan?
3   A   I think there was remedial training regarding --
4       there may have been some -- attending some legal
5       and possibly more specific training to
6       interdiction, but I can't speak specifically.
7   Q   Do you agree that those things that you have just
8       described qualify as remedial training and
9       counseling?
10  A   Would they qualify?  If he is in error, he needs
11      training.
12  Q   My question was whether -- for the record, we are
13      going to show what has been previously marked as
14      Exhibit 3 to the McMillan deposition.  Would you
15      please review that letter and when you are done
16      let me know.
17  A   Yes.  I have reviewed it.
18  Q   And you see that the corrective action given to
19      Trooper McMillan was two different things, the
20      first being a one-hour legal review with legal
21      counsel, and the second to be riding with a
22      trooper supervisor for one shift; is that
23      correct?
24  A   That's correct.
25  Q   Would you identify those two things as remedial

Page 151

1       training and counseling?
2   A   I would.
3   Q   Do you see any other corrective action given to
4       Trooper McMillan in this letter, Exhibit 3?
5   A   No, I don't.
6   Q   All right.  Now, the purpose -- can you tell us
7       from the letter what the purpose of a ride-along
8       with a supervisor for Troop N would be?
9   A   Well, I think to put it into practical -- what
10      has obviously -- for the legal standard, what was
11      given to him also to be understood and maybe be
12      firsthand applied from that supervisor out
13      working the road.
14  Q   And Troop N is interdiction; correct?
15  A   It is.
16  Q   And so is it fair to say they are the troopers
17      that are most skilled at sort of the stop and
18      detention for reasonable cause and searches
19      inside of the KHP?
20  A   That's a fair statement.
21  Q   And is that to get that expertise why Trooper
22      McMillan would have been asked to do the
23      ride-along with a Troop N supervisor?
24  A   Yes.
25  Q   So would you agree in order for that ride-along

Page 152

1       to provide practical application there should
2       have been at least one stop that occurred during
3       that ride-along?
4   A   I think it would have been beneficial.
5   Q   So if there wasn't a stop during that particular
6       ride-along, there wouldn't be much practical
7       application that occurred, would there?
8   A   I could agree with you on that.
9   Q   So I want to confirm that ROC-05 is the current
10      policy of the KHP; is that correct?
11  A   Yes.  I believe it is.
12  Q   And is this the only policy that you're aware of
13      that identified discipline and corrective actions
14      inside the KHP?
15  A   I believe so.
16  Q   So you are not aware of any other policies and
17      procedures that identify discipline for the KHP;
18      correct?
19  A   And, again, I have the luxury of searching my
20      policies.  So this was obviously No. 5 I am
21      familiar with.
22          MS. GREATHOUSE:  Once again, I didn't
23      get a definitive answer as to if this is the only
24      policy.  Does somebody want to whisper in his ear
25      so the KHP can answer that question?

38 (Pages 149 to 152)

CAPT. MITCHELL CLARK  1/27/2022

Page 153

1    MR. GANIEANY:  Yes.  Give me just a
2 second here.
3    MS. GREATHOUSE:  Thank you.
4    (There was a pause in the
5 proceedings.)
6  A  ROC-05 is the only policy with respect to
7 disciplinary and corrective actions.
8  Q  (By Ms. Greathouse) I think one last question
9 about this policy is the identification of the
10 types of corrective actions and discipline that
11 can be meted out inside the KHP.  You have listed
12 it progressively in this report from least to
13 most.
14  A  I could say that's fair.
15  Q  And is it also fair to say that Section IV that
16 starts on page 1 and continues through about an
17 inch on top of page 3 is an identification of
18 corrective actions that the KHP might take as
19 separate from discipline?  Is that correct.
20    I'm going re-ask that question because
21 I misidentified something.  So is it correct to
22 say that when you look at this policy, IV,
23 starting on page 1 and going through page 2, is
24 entitled "Supervisor's Authority to Issue
25 corrective Action," and VI starting on page 3 and

Page 154

1 going through to the bottom of page 5 describes
2 discipline by the KHP?
3  A  That is correct.
4  Q  So what do you understand the difference to be
5 between corrective action and discipline?
6  A  Do I understand the difference between the two?
7  Q  Yes.
8    Well, I'm going to re-ask the
9 question.  According to the KHP, what is the
10 difference between assigning a corrective action
11 and assigning discipline?
12  A  Corrective actions is the ability to counsel,
13 verbal reprimands, remedial training as far as
14 the discipline.  You can -- if necessary, you can
15 suspend.  You can demote.  So there's a big
16 difference.
17  Q  Is it fair to say in having looked at that letter
18 that was sent to Trooper McMillan that he was
19 given only corrective action, not discipline?
20  A  I would say that's fair.
21  Q  While you were in charge of the PSU, does -- so
22 is it still just corrective action that's being
23 given for violations of constitutional rights?
24  A  I don't know of any case that doesn't -- that
25 doesn't address it with what we have before us

Page 155

1 here.
2  Q  When you say "before us here," what are you
3 pointing at?
4  A  I'm referring to the letter where it is talking
5 about the Brandon McMillan case where there's
6 legal counsel training and then for ride-alongs.
7  Q  My question was a little different than that.
8 And that is:  While you have been in charge of
9 the PSU, have you ever meted out discipline and
10 not just corrective action for a violation of
11 constitutional rights?
12  A  Well, again, I don't -- I don't address -- I'm
13 not involved as we talked about earlier on
14 discipline.
15  Q  Fair enough.  Are you aware of what corrective
16 actions or discipline are given on matters after
17 they are investigated?
18  A  Yes.
19  Q  All right.  Are you aware of anything but
20 corrective action having been assigned following
21 a finding of a constitutional violation during
22 the time that you have been in charge of the PSU?
23  A  I am not aware.
24  Q  Okay.  And when we talked about the other
25 sustained finding on Exhibit 120, can you tell me

Page 156

1 what corrective actions or discipline was meted
2 out with regard to that sustained finding of an
3 improper detention, search, or arrest?
4  A  In this one I do know that the Trooper self also
5 admitted that he became aware himself following
6 this.  I'm going to say either following that
7 stop or during the investigation time that he was
8 self-aware looking back on it he realized that he
9 had made an error and improperly detained.  I
10 can't -- I can't recall what -- if there was any
11 remedial, what the remedial may have been.
12  Q  You don't recall if there was any remedial action
13 taken on the stop of Jay Maska; is that correct?
14  A  I don't recall.
15    MS. GREATHOUSE:  I think we are done.
16 I have no more questions.
17    MR. CHALMERS:  I don't have any
18 questions.
19    I had asked if they should email me
20 information about the Maska stop in hopes we
21 would be able to provide before this part of the
22 deposition had concluded.  It hasn't happened.
23 So what I will have is Hogelin here to respond to
24 that.
25    MS. GREATHOUSE:  Okay.

ALARIS LITIGATION SERVICES

## CAPT. MITCHELL CLARK  1/27/2022

### Page 157

```
1          MR. CHALMERS:  When he gets around to
2  it.
3          MS. GREATHOUSE:  Okay.  Thank you.
4          VIDEOGRAPHER:  What about read and
5  sign?
6          MR. CHALMERS:  He will read and sign.
7          VIDEOGRAPHER:  That will conclude the
8  deposition at 2:38.
9          (The deposition concluded at
10  2:38 PM.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 159

```
1              ALARIS LITIGATION SERVICES
2  February 10, 2022
3  MR. ARTHUR CHALMERS
    OFFICE OF THE ATTORNEY GENERAL
4  120 SW 10th Avenue, 2nd Floor
    Topeka, Kansas 66612
5
   IN RE: BLAINE FRANKLIN SHAW, et al. v. HERMAN
6      JONES in his official capacity as the
       Superintendent of the Kansas Highway
7      Patrol, et al.
8  Dear Mr. Chalmers,
9  Please find enclosed your copies of the deposition of
   CAPT. MITCHELL CLARK taken on January 27, 2022 in the
10  above-referenced case. Also enclosed is the original
    signature page and errata sheets.
11
12  Please have the witness read your copy of the
13  transcript, indicate any changes and/or corrections
14  desired on the errata sheets, and sign the signature
15  page before a notary public.
16
17  Please return the errata sheets and notarized
18  signature page within 30 days to our office at 711 N
19  11th Street, St. Louis, MO 63101 for filing.
20
21  Sincerely,
22
23
24  Vicki Kunkel, KS CSR 413
25
```

### Page 158

```
1
2       C E R T I F I C A T E
3  STATE OF KANSAS   )
                      ) SS.
4  COUNTY OF CHASE   )
5
6       I, VICKI R. KUNKEL, a Certified Shorthand
    Court Reporter, authorized by law to take depositions
7  anywhere in the State of Kansas, do certify that
    pursuant to Plaintiffs' Amended Notice of Rule
8  30(b)(6) Video Deposition, at the Kansas Attorney
    General's Office, 120 Southwest 10th Street, Topeka,
9  Kansas,
10      MITCHELL CLARK
11  came before me, was by me duly sworn to testify the
    whole truth of his knowledge of the matters in
12  controversy aforesaid, was examined and his
    examination then written in shorthand by me and
13  afterwards typed, the reading and signing of the
    deposition being expressly requested; and said
14  deposition is herewith returned.
15      I further certify that I am not counsel,
    attorney, or relative of either party, or clerk or
16  stenographer of either party, or otherwise interested
    in the event of this suit.
17
18      IN TESTIMONY WHEREOF, I have hereunto set
    my hand and seal this _____ day of _____,
19  2022.
20
21
    _____
22  Vicki R. Kunkel, KS CSR 413
    Certified Shorthand Reporter
23
24
25
```

### Page 160

```
1              ERRATA SHEET
    Witness Name: CAPT. MITCHELL CLARK
2  Case Name: BLAINE FRANKLIN SHAW, et al. v. HERMAN
       JONES in his official capacity as the
3      Superintendent of the Kansas Highway
       Patrol, et al.
4  Date Taken: JANUARY 27, 2022
5  Page #_____   Line #_____
6  Should read: _____
7  Reason for change: _____
8
9  Page #_____   Line #_____
10  Should read: _____
11  Reason for change: _____
12
13  Page #_____   Line #_____
14  Should read: _____
15  Reason for change: _____
16
17  Page #_____   Line #_____
18  Should read: _____
19  Reason for change: _____
20
21  Page #_____   Line #_____
22  Should read: _____
23  Reason for change: _____
24
25  Witness Signature: _____
```

40 (Pages 157 to 160)

CAPT. MITCHELL CLARK  1/27/2022

Page 161

1  STATE OF _____)

2  COUNTY OF _____)

3

4  I, CAPT. MITCHELL CLARK, do hereby certify:

5      That I have read the foregoing deposition;

6      That I have made such changes in form

7  and/or substance to the within deposition as might

8  be necessary to render the same true and correct;

9      That having made such changes thereon, I

10  hereby subscribe my name to the deposition.

11      I declare under penalty of perjury that the

12  foregoing is true and correct.

13      Executed this _____ day of _____,

14  20____, at _____.

15

16

17

18      _____

19      CAPT. MITCHELL CLARK

20

21      _____

22      NOTARY PUBLIC

23  My Commission Expires:

24  121281

25

41 (Page 161)

CAPT. MITCHELL CLARK 1/27/2022

**A**

ability 39:24
42:16 47:13
154:12
able 11:9 18:3
36:14 91:25
105:23 122:5
124:3 125:22
144:1 148:6
156:21
above-refere...
159:10
Absolutely
10:18
academy 17:1,8
35:15 98:3
acceptable
77:9
access 22:10
42:11,16
accessible 42:1
50:9
accident 57:23
accidental 119:2
accidents 99:18
accountable
95:15
accreditation
88:16 102:16
accurate 49:1
52:20 78:11
80:15 94:17
102:21 105:6
105:20 107:3
107:5 111:3
116:7 117:7,8
123:13,14
141:17 147:12
147:13
accurately 31:10
61:9 89:11
accused 55:22
accusing 26:23
110:16
acronym 32:12
act 42:17

acted 77:8
action 73:16
145:20 148:6
148:10,12
150:1,18 151:3
153:25 154:5
154:10,19,22
155:10,20
156:12
actions 3:19
47:8,20 145:4
146:1 147:11
148:22 152:13
153:7,10,18
154:12 155:16
156:1
actively 138:6
activity 117:19
118:2
actual 72:20
141:13
add 74:19 80:21
added 60:23
61:3,12 88:14
112:3
adding 88:9
addition 25:17
88:19
additional 20:21
25:24 49:21
84:9 85:23
112:4 124:19
address 9:13
53:18 83:14
84:11 99:3
101:9 125:22
142:13 146:1
154:25 155:12
addressed
34:21 38:19
74:3 81:9 86:1
97:15 98:16
108:2 131:2
addressing
58:23 72:14
149:11
ADM 30:8

ADM-07 3:8,10
3:12,13 29:3,11
29:13 30:7,24
31:8,15,17,19
32:20 33:7,12
34:5 35:11
93:14 95:18
100:14,17
101:16,25
102:4
ADM-40 3:17
admin 30:11
102:18
administration
13:23 30:10,11
administrative
3:8,10,12 13:9
13:16 29:1
30:17 55:23
63:22 64:2,15
90:4,8 91:15
95:20 101:1,10
admitted 156:5
adopted 33:7
142:13
advance 117:1
adversely
44:24 45:4,12
45:19
affairs 18:19
22:8
affect 44:24
45:12,15,19,24
45:25
aforesaid
158:12
AG's 124:14
agencies 32:13
65:21
agency 32:14
39:21 40:15
42:2,4,9
45:10 47:23
50:15 57:9
62:21 65:23
66:1,13 84:13
95:7 98:11

146:2
aggregate 99:9
106:15
aggregated
100:10
ago 18:16
agree 150:7
151:25 152:8
agreements
9:25 19:9
agriculture 14:11
ahead 20:17
25:12 84:23
85:4,6 92:1,5
97:8 102:15
al 1:3,8,13 4:3,7
4:12 6:7,8
159:5,7 160:2
160:3
Alaris 5:20 6:14
159:1
aligns 49:22
allegation 26:6
26:10,13,19
34:12 57:13
58:10 77:6,12
77:16,24 78:2
89:21 90:15
90:20 94:9,17
100:11 103:16
103:21,23,24
104:5,9,11,14
107:8,9
109:23 110:1
121:10,11,12
122:1,6,11,20
123:1,9 126:17
137:19 143:10
allegations
26:4,14 28:20
56:13 57:9
77:1,2 89:18
94:7 104:3,7
104:18,23,25
104:25 105:9
106:1,11,11
108:6,18,19

109:14 111:11
120:11 121:22
141:19 145:19
allege 120:15
alleged 58:20
74:8 77:20
81:5 121:2
137:16
alleging 26:7,21
74:4 126:5,10
128:9 130:4
131:15 133:17
134:5
alternatively
39:4
Amended 4:20
158:7
AMERICAN 5:7
and/or 3:19
60:19 102:11
141:4 145:4,25
159:13 161:7
Angela 118:12
120:17 123:10
127:10
annual 3:15 17:6
91:14,15,18
92:12,14
95:20 96:5
106:24 124:13
anonymous
46:21 51:18,19
51:22 52:5
77:13
answer 11:8,10
11:15 12:15
45:24 55:10
61:10 62:24
64:11 84:21,22
84:23 85:5,7
88:5,10 103:2
105:23 109:4
125:23 127:15
127:22 129:11
129:12,15,16
131:19,20 133:1
133:9,10,15

CAPT. MITCHELL CLARK  1/27/2022

134:2 136:19
138:13 152:23
152:25
answered 66:11
82:6 133:3
answering
84:19
anticipate 61:9
anybody 46:13
138:12 149:18
apologize 77:5
94:4 107:17
appear 39:22
40:5 49:21
51:5 104:13
appears 42:9
62:13 94:15
102:17 112:15
119:1
applicable 32:4
33:4 60:20
application
152:1,7
applied 147:15
151:12
appreciate
84:15
appropriate
30:12 48:3
74:19 85:17
124:6 141:4
appropriately
52:21 83:13
approval 65:1
86:16
approximately
10:11 12:23
14:24 15:10
16:5 18:22
54:13 64:9
67:22 71:3
90:7
approximation
67:24
area 144:16
areas 74:2
argue 81:16

arises 44:3
arising 69:21
arose 59:7
array 17:8
arrest 58:21
112:2 114:3
126:18 128:6
143:7 156:3
arrested 57:8
arrests 108:20
109:16 111:8
112:9 125:3,11
130:22
Art 8:7 21:19
118:22 123:19
128:24 130:2
Art's 103:4
art.chalmers@...
5:13
Arthur 5:11 6:21
159:3
articulable
117:18
artificial 11:14
asked 25:20
62:2 63:13
65:23,25
88:2,8 92:10
103:1 114:23
124:2 125:7,7
151:22 156:19
asking 19:11 21:7
33:11,15 58:25
63:5 66:12,21
70:8 85:19
87:10 99:8
107:1 124:24
125:6 146:8
assign 55:21
135:20
assigned 13:23
27:5 56:10
60:12 77:12
140:6 155:20
assigning
154:10,11
assignment

141:6
associated
24:5,12
assume 27:14
110:8
attached 3:22
attempted
127:6
attempting
32:20 42:20
121:9
attend 57:11
58:11 83:18
attended 17:17
attending 150:4
attention 42:4
attorney 4:22
5:11 6:22
129:5,14 133:11
158:8,15 159:3
attorneys 6:15
9:23,24
author 75:17
Authority 148:10
153:24
authorized
41:19 42:2,9
42:10 47:7,20
158:6
authorizes 138:1
available 50:17
51:3 146:15
Avenue 5:12
6:11 159:4
aware 27:1,2
31:15 50:23
67:5 70:22
128:13 132:18
132:22 140:23
152:12,16
155:15,19,23
156:5

**B**

b 3:1,3 36:20
38:12 80:3,4
80:10,20,20

80:22,24
81:13,14 148:17
back 11:6 13:17
14:17 15:15
16:9 19:4
21:24 30:4
32:23 37:8,22
37:23 41:7
55:7 56:8
60:2 61:14
64:22 66:10
68:19 71:20
71:25,25 82:11
85:12 87:25
88:4 91:1
95:18 100:7
103:7 113:12
114:10 115:12
120:4 123:9
130:17 135:1
138:19 141:7
144:20 156:8
backwards 13:5
bad 99:11
balance 71:14,16
Barnett 110:6
based 24:10
26:11,14 33:12
62:8 74:10,14
77:19 78:18
79:3,11 81:2,4
82:12,19 94:17
110:20 119:14
120:14 142:24
basically 30:18
37:3 50:5
76:9 78:2
95:25 97:9
135:6 137:15
142:4
becoming
146:25
began 14:19
begins 118:10
begun 37:9
behalf 4:19 7:2

8:21 86:11
87:2 108:14
129:10
behavior 95:13
believe 10:21
19:14 38:10
39:15 47:17
48:2 74:9
76:16,18 90:2
91:8 95:9
96:13 103:23
106:20 110:21
110:25 111:1,17
115:15 119:13
120:4 121:16
121:20,23
124:12 135:2
138:10 142:16
149:19 152:11
152:15
believed 115:17
beneficial 152:4
best 26:9,10
32:6,14 47:12
52:1 54:22
98:10 142:19
better 107:19
123:6
beyond 31:16
32:11 36:14
53:15,19
115:22 130:6
132:7,7 146:23
147:5,11
bias 26:11 106:1
122:9,13,18
bias-based
103:17,19
107:2,9 109:17
110:1 111:12,15
111:18 114:2,2
124:13
biased 110:2
big 154:15
bigger 100:4
bit 121:5 132:7
147:3

CAPT. MITCHELL CLARK  1/27/2022

black 11:4
Blaine 1:3 4:2
  6:7 159:5
  160:2
Blue 75:16
BlueTeam
  22:13,16,17,17
  23:15,17,24,24
  24:8,12,14,20
  25:2 35:20
  36:1,1,5,6 39:4
  39:9 40:7,11
  40:20 41:3,7,9
  41:11,16,17,19
  41:25,25 42:8
  42:11,14,22
  43:9,10,13,16
  75:17 135:2
body 122:20
Bosire 103:13
  103:22 104:19
  121:11,14,15,19
  122:16 126:24
  127:8,20,22
  128:4 149:22
Bosire's 106:6
  106:21 107:6
  107:12 121:6
  122:10 123:2,4
  129:19
bottom 35:17
  49:25 60:2
  68:24 69:11
  89:15 147:19
  154:1
bounds 77:9
box 32:3 91:19
Brandon 155:5
break 12:10,11,14
  12:16 61:10,14
  87:21 88:25
  100:2 118:24
  123:1 130:11
  138:15 144:16
breakdown
  100:4
breaking 119:5

breaks 12:10
  143:22
brief 13:3 16:22
Brink's 16:2,4
broad 110:10
  111:2
broader 147:3
broken 54:3
  100:2 143:23
brought 21:16
  42:4
bulk 111:15
Bullock 20:10,11
  105:4,10,24
  106:17 108:10
  111:1
Bullock's 124:17
Burdick 20:6,8
business 27:23
  28:5 82:3

_____ C _____

c 5:1 36:20 39:1
  39:10,22 40:4
  41:13 43:13,18
  44:18 47:4,19
  49:22 55:2
  56:6 82:25
  83:9 91:7
  158:1,1
C-l-a-r-k 7:11
CALEA 32:4,5,6
  32:7,9,10,11,21
  33:4,8,12,17
  33:20,20,24
  34:2,5 70:13
  88:14,15,18,20
  88:23 102:7,9
  102:16
calendar 67:16
California 115:13
  116:1,3
call 27:23 86:2
  90:5
called 7:2 27:14
  40:6 68:8
  74:9 89:4

101:25 120:5,8
  120:9 139:6
calling 53:10
calls 26:7
canine 114:24
  115:7 144:3,7
capable 54:12
capacity 1:7 4:6
  36:12 147:25
  159:6 160:2
Capt 1:21 2:3
  6:6 9:13 21:1,3
  159:9 160:1
  161:4,19
captain 4:18
  7:14 9:23
  22:24,25
  23:2,5,7,11,12
  23:16 30:6
  48:5 88:2
caption 32:22
  33:3 34:6
car 57:19,22
  81:21,25
  115:23 116:12
care 9:20
career 14:13,19
careful 11:6
carry 50:12
cars 99:17
case 1:5,15 4:5
  4:14 6:8 19:17
  25:16 27:4,4
  27:10,10,14,22
  28:1,2 29:7
  41:13 43:7
  52:18 56:3,16
  57:7 59:13
  68:23,25
  69:19 76:14
  78:12 90:22
  98:17,20
  99:24 103:10
  104:22 109:20
  110:13 111:24
  114:14 115:23
  117:13 119:7

129:19 131:17
  133:8 134:7
  149:23 154:24
  155:5 159:10
  160:2
cases 21:7,9
  36:9 38:20
  39:17 41:9
  65:22 104:6
  111:23 128:16
  132:1,10,11,14
categories 8:21
  9:11,12 10:1
  44:22 51:4
  80:8 91:23
  93:12 99:23
  104:4 105:21
  125:7 145:20
  148:11,14
categorize
  58:21
category 19:7
  19:12 45:18
  49:17 64:16
  74:9 80:22,24
  84:20 85:14
  94:12 97:13
  100:11 105:14
  106:4 112:11
  125:15,21
  126:1,2 128:25
  144:22
caught 141:11
cause 151:18
causes 97:14,24
certain 41:18
  63:23 69:21
  98:5
certainly 42:20
  104:2 106:2
  108:25 111:18
Certificate 2:5
certification
  33:18,20
  102:10
certifications
  17:21

certified 4:24
  15:2 32:7
  158:6,22
certify 158:7,15
  161:4
chain 22:19,22
  23:6 37:15
  40:21 48:4,14
  49:10,15
Chalmers 5:11
  6:21,21 9:5
  19:10 20:6,8
  20:19,25
  29:15,20
  42:12 58:17
  61:8 84:18
  85:3,6,13
  102:25 105:21
  106:6 108:21
  118:17 123:22
  124:1,16
  125:19 129:2,7
  133:3,8,20,24
  156:17 157:1,6
  159:3,8
Chandler 118:13
  119:21 123:10
change 76:13,15
  76:16 82:14
  88:8,13 160:7
  160:11,15,19,23
changed 138:8
changes 61:4
  75:9 159:13
  161:6,9
charge 12:22
  65:15 66:19
  67:2 154:21
  155:8,22
charger 81:25
chart 22:4
CHASE 158:4
check 26:18
  115:24 116:11
  116:14
checked 123:19
  130:7 131:21

CAPT. MITCHELL CLARK  1/27/2022

checklist 3:16
  134:20 135:23
checks 33:21
chemical 17:10
circumstances
  53:8
citation 120:1
citations 118:15
  118:20
cited 115:11
  116:24
citing 133:12
citizen 26:7
  37:4,12 53:10
  54:17
citizens 50:7
city 5:4,21 14:18
  14:21,23 15:5
  15:8 16:10,11
CIVIL 5:7
civilian 14:16
claims 123:23
clarifications
  9:8,10,17
clarify 12:6 40:4
  59:1 79:22
  104:20 121:24
clarifying 34:7
Clark 1:21 2:3
  4:18 6:6 7:1,11
  9:13 21:1,3
  158:10 159:9
  160:1 161:4,19
class 98:5
classes 16:21
  17:20
classification
  26:15 75:21
  75:24 76:7,11
  76:13,15,17
  80:18
classifications
  26:24 76:5
  76:20,22
classified 79:19
  79:20 80:5
classify 80:6

81:6
clear 9:6 11:23
  24:6 29:8
  33:1,15 39:19
  43:6 54:9
  84:18 105:8
  108:22 111:22
  122:25
clearly 26:11
  123:20
clerk 158:15
close 59:14
closed 52:22
  52:23 77:23
  78:22
colleague 46:13
collect 70:6,10
  99:12
collecting 70:3
  142:17
college 14:7,10
  14:11 16:19,22
colonel 48:15
  86:12,17,19
  87:2,15,17
  90:5,14
colonel's 87:13
colonels 23:1
  56:15 62:11
  86:15
color 21:10
  103:20
Colorado 115:14
  116:5
column 26:4
  27:4,14 28:3,7
  28:11,15,17
  68:23 104:9
  104:10
COM-04 119:16
  119:16 120:4
combined 71:11
come 9:25
  19:10 46:11
  51:22 52:8
  61:14 66:5
  71:4 72:19

82:11 87:15,17
  90:24
comes 22:7
  58:15 69:3
  72:5 73:13,14
  75:25 126:16
  131:24
coming 14:17
  52:3 87:1
  94:20 116:2
  124:23 143:4
command 23:6
  37:15 40:22
  48:5,14 49:11
  49:15 87:13
  96:1,2,6 99:4
  139:3 140:19
  141:1
commanded
  140:25
commander
  23:11 24:24
  24:24 34:22
  44:6,9 47:13
  48:5 53:16
  56:10,12,16
  57:15 73:4,17
  86:15 89:9
  90:9,20 98:14
  136:10 137:5,6
  139:12 140:2
  140:14 141:4
  145:14,17
commanders
  30:19 49:19
  55:21 62:10
  99:3
commenced 6:1
commendatio...
  69:13 70:25
  71:3
commercial 18:1
Commission
  161:23
committing
  124:21
common 97:14

100:7
communicate
  28:18
community
  16:19,21
compared
  115:21
comparison
  121:6
competent
  77:18
complain 79:9
  80:16
complainant
  26:7 27:22
  28:11 46:4
  50:21 60:3
  78:20 80:19
  81:10,12 87:6
  120:15 129:24
complainant's
  46:25
complainants
  50:25
complained
  68:8 78:20
  79:5,14,16,18
  80:13
complaining
  46:18 50:11
  53:11,12
complaint 3:7,9
  3:11,16,17
  23:17,19 26:8
  27:16 28:4,12
  29:1 30:16
  34:11 36:17
  37:4,11,12
  38:15 39:5
  40:19 41:20
  42:5 43:2 44:1
  44:15 45:21
  45:24 46:1,6
  46:20,23 47:1
  49:3,11 50:1,5
  50:20 51:7,15
  51:18 52:10,15

52:16,17,18
  53:22 54:25
  58:1,14 59:3
  59:19 60:4
  61:18,20 62:14
  62:17 66:13
  68:15 69:3
  74:4,8,10,15
  75:25 77:13
  77:20,21 78:13
  78:18 79:3,11
  79:22 80:17
  81:2,4,11,15
  82:5,8,12,16
  82:19 86:7
  94:8 97:15
  101:1,9 103:14
  106:22 107:6
  107:13 110:6
  112:1 114:4,5,15
  117:3,9 118:13
  119:14,20,24
  120:15,18
  121:3,6 122:10
  123:4 125:2
  128:1 132:20
  134:20 137:12
  137:16,18
  138:3 139:11,17
  139:19,21,25
  140:15 144:7
  144:10,13
complaint-wise
  74:3
complaints 3:13
  19:19 21:7
  30:20 34:15
  34:20 40:8
  49:14 51:9,19
  51:22 52:6,14
  53:5 58:2
  59:6 65:9,16
  66:4 68:5
  69:20 71:8,12
  73:6 81:13
  89:17 93:1
  94:2,6,11,13,16

95:21 96:7
97:1,5,24,24
99:6 100:1
102:1 103:22
105:19 108:24
109:15 111:6,12
111:15,15,19
112:8 114:3
124:20 125:10
125:16,23
126:4,9 130:21
131:4,10 135:7
136:23 137:1
complete 22:23
27:11 67:23
68:3 71:22
72:5 73:12
87:3,5 102:18
123:6 140:10
completed
14:12 60:17
72:21,22
96:19 135:23
141:8
Completely
95:17
completes 73:1
completing
108:10
completion
76:2
compliance
148:4
complied 21:8
compliments
69:21 71:4,12
92:17
comprehensive
31:20
concerning
108:23 125:24
concerns 124:7
124:20
conclude 157:7
concluded 93:5
94:14 114:22
117:22 120:8

122:10 156:22
157:9
conclusion
28:19 60:17
62:6 87:12
condone 95:12
conduct 3:13,16
3:17 30:22
34:20 40:7,19
43:19 44:22
45:3 55:23
63:3,11,13
65:23 66:9
67:16,23
68:12 77:9
80:4 81:5
82:3 95:12
102:1 115:7
134:19 135:9
136:23 137:1
137:12 138:3
146:1,3,5,11,19
146:20,23
147:4,7,15
conducted 65:1
65:19 66:22
67:4,6 72:7
135:21 136:10
conducting
24:9 31:11
confer 131:12
conference 11:2
confidence
95:10
confident
115:20 116:3
122:13 128:4,7
confirm 29:12
111:5 117:3
152:9
confirmed 78:15
conflict 55:13
confusing 43:10
66:20
confusion 9:15
conjunction
21:9 70:12

connected
24:13,22 57:2
Connor 117:12
consensual
114:21,23
117:19
consensually
117:23
consent 114:23
117:24
consideration
84:7
considered
84:10
constitutional
48:9,22 49:5
62:4 91:10
149:16 154:23
155:11,21
consult 142:7
consultation
55:20
contain 94:16
96:12 97:19
104:10 124:15
contained 62:6
105:6,19
129:18
containing
89:18
contains 59:6
81:12 135:24
contemplated
86:13
continues
153:16
control 73:8
controversy
158:12
conversation
149:18
copies 21:15
29:23 159:9
copy 21:14,20
38:1 50:20
92:8 159:12
copying 29:23

Corder 123:10
127:10
Corder's 118:12
120:17
corner 123:5,11
127:4
correct 7:19,20
8:22 9:2 10:2
15:8 17:2,3
19:19 20:20
23:10 24:11,16
26:1,2 27:12
27:13,16 28:9
28:10,13,14
30:12,13 31:1,2
31:5,6,21 33:5
33:6,18,19,22
33:23 34:3,13
34:14,16,23
34:24 36:4
37:19,20 38:2
38:3,15,16
39:6,7 42:6,7
42:11 43:21,22
44:11,12,16,17
45:1,2 46:7,20
46:23,24 47:2
47:3 48:22
49:6,11,12,24
50:21 51:7,8
51:16,20,21
52:11,12 53:3
53:4 55:3,10
55:16,17 56:8
57:24,25 58:8
58:9 59:4,5,7
59:20,21,24
59:25 60:5,6
60:8,9,13,14
61:17,22 62:15
62:16,21,22
63:1,2,11,12,19
63:20,24,25
64:20,21 65:3
65:6,10 67:8
67:9 68:3,4
69:1,2,7,7,22

69:23 71:9,12
71:13,18,19,23
72:6 73:14,15
73:17,18,20,21
74:11,12,16,17
74:20 75:7,8
75:11,12,14,22
75:23 76:5,6
76:11,12 78:3,7
78:8,16,17,21
78:24,25 79:7
79:8,12,13 81:1
82:9,9,12,13
83:3,10,23,24
86:8,9,21 87:7
88:21,22 89:9
89:10 90:10,11
91:10,11,16,17
91:20 92:19
93:8,10,11,22
93:24 94:2,9
94:10,10,24
95:3,21,22
96:8,15,16,23
97:2,3 99:6
100:20,23
101:3,4,13,16
101:17 102:1,2
102:4,5 103:14
103:15,17,18
104:5,11,12,15
104:16 105:8
105:15 106:13
106:14 108:15
109:17 111:9,10
111:13,14,20
112:18,19,20
112:21,22,25
113:1,3,8,14,16
113:18,19,21,22
113:24,25 114:1
114:6,7,16
115:8,9 118:5
119:21,22
121:8,13,16,19
121:20 122:6,7
126:3 127:1,9

CAPT. MITCHELL CLARK  1/27/2022

127:24 128:2
128:20,23
130:5 132:17
136:4,11,15,16
137:23,24
138:4,5 139:15
140:22 142:15
142:16 145:6,7
145:9,10
146:24 147:1,9
147:18 148:1,16
149:7,9
150:23,24
151:14 152:10
152:18 153:19
153:21 154:3
156:13 161:8,12
corrections
  159:13
corrective 3:19
  47:7,20 83:21
  84:1 145:4
  146:1 147:11
  148:10,11,21
  150:1,18 151:3
  152:13 153:7
  153:10,18,25
  154:5,10,12,19
  154:22 155:10
  155:15,20
  156:1
correctly 33:11
  40:25 48:7
  51:12 78:1
  82:6 91:18
  137:25
corridor 116:22
corroborative
  77:14
counsel 20:13
  58:17 150:21
  154:12 155:6
  158:15
counseling
  145:22 148:15
  148:20 149:4
  150:9 151:1

count 107:13,14
counted 107:6
counting 94:25
  95:1 106:19
County 15:4,6,9
  15:23 16:1,21
  158:4 161:2
couple 8:1 22:3
  54:24 107:20
  121:7
course 18:18,21
  18:23 131:1
court 1:1 4:1,25
  6:9,24 8:5
  10:9,12,17,20
  11:9 12:1 68:14
  77:4 158:6
courtroom 11:3
covered 131:7
covers 28:25
created 20:15
  33:12 94:23
  105:17,18
creation 108:24
  138:2
criminal 13:13,19
  29:16 62:18
  64:23 65:9,16
  66:5,16,22
  67:4,6 90:22
  117:18 118:2
  143:7
criminally 66:3
criteria 40:23
CSR 5:19
  158:22 159:24
current 7:12
  18:5 31:8
  131:17 134:7
  138:22,24
  152:9
currently 135:5
customary 37:7
customs 131:3,8

_____
D
_____

D 2:1

D.M 1:12 4:11
DARE 17:11,12
data 42:14,16
  43:15 71:1
  94:22 99:12
  105:6,14 122:4
database 22:5
  22:8,10
date 6:4 27:15
  27:18,19,21
  28:4 31:4
  101:18,19
  102:10,11,12
  130:24 134:25
  135:12,15
  160:4
dated 114:14
day 27:24 28:5
  85:2 89:12,12
  158:18 161:13
days 18:23,25
  67:16 159:18
dead 81:23
deal 85:1
Dear 159:8
December 9:9
decide 70:9
decides 54:5
  82:17
decision 54:12
  62:7 140:8
  142:20 143:18
declare 161:11
Dedric 5:19 6:13
defendants 1:9
  1:17 4:8,16
  5:10 6:23
deficiencies
  84:12 86:2
  98:2 147:16
deficiency
  83:10
deficient 149:12
defined 59:11,11
  109:23
defining 34:11
definitely 45:25

definition 26:9
  34:8 35:18,18
  35:19,21,25
  36:9 41:25
  42:5,8,14
definitive
  152:23
degree 16:23
  16:24
delay 38:14
  40:21
deliver 24:2
  39:17
delivered 23:1
delivering 37:11
delivering/se...
  36:8
delivery 22:18
  25:2 41:9
  43:11
demote 154:15
demotion
  146:22
denied 114:24
department
  15:4,9,11,16
depending
  22:23
depiction 105:6
deposition 1:20
  3:3 4:18,21 6:1
  6:6,10 8:6,14
  10:4,8,23
  12:19 19:8
  35:22 57:5
  64:17 131:1,7
  150:14 156:22
  157:8,9 158:8
  158:13,14
  159:9 161:5,7
  161:10
depositions
  158:6
depth 25:7
  131:21
describe 31:10
  50:4 76:20

89:11 135:4
141:13 144:13
145:16 146:6
described 23:5
  64:16 67:1
  98:16 124:21
  146:19 147:12
  150:8
describes 36:1
  52:10 53:1
  56:7 59:18
  60:7 101:9
  146:11 154:1
describing 24:7
  36:10
description 3:2
  9:10 31:20
  51:5
Desert 14:17
  17:25
designate 24:21
  62:19
designated
  23:13 85:17
  108:14,22
  126:2 135:9
designation
  23:25 24:1
  64:18
designations
  28:17,22
desired 159:14
destined 115:14
detail 13:5
detain 64:20
  115:7
detained 114:24
  115:2 117:6
  156:9
detention
  58:20 82:18
  112:2,4,5,5,9
  114:3 121:12,22
  122:12,19
  125:24 126:5
  126:10,17
  127:17 128:5,9

ALARIS LITIGATION SERVICES

130:5 131:15
133:18 134:6
143:11 151:18
156:3
**detentions**
108:20 109:16
111:7 125:2,11
127:16 130:22
141:21 142:11
142:14
**determine** 81:8
81:10 88:5
123:25 133:1
140:5
**determined**
56:14 66:8
82:22 115:6,6
117:5
**determines**
79:24
**detrimental**
38:21 147:16
**difference** 35:4
35:6 36:24
79:2 83:25
84:4 107:21
112:3 154:4,6
154:10,16
**different** 21:10
24:8 29:10
31:14 33:14
43:5,8 54:25
56:21,22
58:24 80:7
85:2 102:3
115:20 120:23
125:21 150:19
155:7
**difficult** 46:15
**DigiTicket**
120:3
**DigiTickets**
118:16,21,25
120:2
**direction** 65:2
**directly** 7:23
39:25 40:8

**disagree** 85:1
**disciplinary**
97:17 144:23
145:20,25
153:7
**discipline** 3:19
62:8 84:2,8
84:10,17
85:24 86:3
145:3 147:11
148:21,24
149:3 152:13
152:17 153:10
153:19 154:2,5
154:11,14,19
155:9,14,16
156:1
**discontent**
34:19
**discourage**
38:14
**discovered**
120:13,16
**discovery**
124:19 129:8
**discrepancies**
60:19
**discussed**
130:24
**Discussion** 19:3
21:23 30:3
87:24 130:16
138:18 144:19
**discussions**
61:7 84:7
**dismissal**
146:22
**dispatch** 120:10
**disposition**
77:12 86:7
139:7
**disprove** 77:11
78:12
**disrespectful**
146:16
**distribute** 42:3
43:2

**distributed** 36:3
**District** 1:1,1 4:1,1
6:9
**document** 8:17
19:16 20:2,14
21:8 30:15,21
42:3 58:3
105:17 106:4
108:24,25
**documents**
106:3 144:24
**dog** 144:4
**doing** 15:25
23:21 29:23
34:15 53:2
75:5 95:7,16
98:12 110:25
142:24 143:9
144:2 149:6
**double-check**
114:11
**drawn** 111:11
**drill** 101:6
**driver** 110:16
114:24
**driver's** 57:11,12
58:11 64:18
**driving** 53:11,12
54:10,11 116:6
**drug** 13:23
116:22
**drug-source**
116:16
**DUI** 83:16,18
**duly** 7:3 158:11
**duties** 47:15
59:10 60:7,10
61:17 73:3
89:5,8
**duty** 57:20
147:8

──────────
**E**
──────────
**e** 2:1 3:1 5:1,1
29:20 60:2
158:1,1
**ear** 152:24

**earlier** 36:7
51:17 99:12
120:20 121:7
131:20 137:4
149:6 155:13
**early** 107:18
**earned** 16:23
16:24
**east** 115:25 116:1
116:6
**educate** 61:11
138:13
**education**
16:20 17:21
18:15
**effect** 11:2
100:22 102:23
145:5,9
**effective** 30:25
100:19 101:18
134:25 135:15
**efficiency**
44:25
**efficient** 32:15
**either** 58:2
65:25 93:6
120:7 139:13
147:7 156:6
158:15,16
**either/or** 27:21
**electronic** 22:18
38:4 118:15,20
120:1
**elicited** 108:23
**else's** 105:1
**email** 24:3
156:19
**employed**
64:25 66:18
**employee** 3:13
3:16,17 23:8
28:7 34:13
38:17 39:5
40:7,15,18,19
44:1,7 45:6
46:17,18
48:23,23 49:3

49:10 55:22
56:19 59:18
61:20 64:24
66:23 69:10
77:8 86:6
87:10 90:3
101:25 125:2
125:10,16
130:21 131:4
134:19 136:23
137:1,12,20
138:3 139:1
140:16
**employee's** 3:4
46:19 63:18
66:2
**employees**
36:2 38:13
41:18,19 42:2
42:9,10 43:20
47:15 63:21
64:1,14 66:17
66:23 96:6
96:25 97:4
98:5 111:7
146:2 147:7
**employment**
14:18
**encapsulated**
111:2,21
**enclosed** 159:9
159:10
**encounter**
114:22,23
117:20
**endorsement**
74:13
**endorsements**
73:23,25
**ends** 119:15
**enforcement**
10:13 13:23
14:19,22 15:3
15:19 16:7,9
17:1,5 26:21
32:13,18
33:25 46:10

CAPT. MITCHELL CLARK  1/27/2022

58:7 62:20
70:17 109:23
110:21,24
143:22
engaged 117:22
engaging 117:19
enhance 32:14
  32:18
ensure 98:15
enter 39:24
  40:7 69:9
entered 35:22
  69:14,17 71:1
  104:21 131:23
entire 11:17
  23:16 68:2
entirely 43:4
entitled 26:4
  27:4 28:7,15
  148:9 153:24
entry 39:4,9
  40:20 41:3
  42:15 43:13,15
equipment
  60:20 97:16
  100:6
ERICH 1:11 4:10
errata 2:7
  159:10,14,17
  160:1
error 119:4
  150:10 156:9
escapes 32:17
especially 90:1
essentially
  22:17
established
  30:8
estimated 64:8
estimating
  18:22
et 1:3,8,13 4:3,7
  4:12 6:7,8
  159:5,7 160:2
  160:3
event 158:16
events 69:21,24

71:17
eventually 87:8
  87:9,11
evidence 77:11
  77:15,18 142:4
exactly 9:20
  13:10 25:19
  42:25 70:12
examination
  2:4 7:5 158:12
examined 4:19
  158:12
example 24:23
  35:11 44:13
  51:13 54:3
  56:1 59:13
  62:3 74:14
  90:18 143:6
examples
  90:24
Excel 21:12
  68:19 105:2,3
exception 55:18
exclusive 40:2
exclusively
  59:12 62:1
excuse 110:8
  115:13 135:4
  144:21
Executed 161:13
executive 13:2
  62:10 86:15
  87:13 95:25
  96:2,5 99:4
exhaust 143:16
exhibit 3:6 8:10
  8:18 9:7,10
  19:8,25 20:18
  21:5 22:2,4
  25:4,7,10,13
  25:15 26:1
  27:3 31:8,14
  31:24 33:3
  34:4,9 36:20
  37:25 38:5,25
  40:4,5 41:24
  58:3,3,16

59:2,17 63:17
64:10,23
65:14 66:16
67:10 68:19
71:15,20 88:3
88:25 94:23
100:16,21
101:5,8,15,15
102:6,12,21
103:8,11 104:9
104:21 105:5
106:7,17 108:5
108:15 109:13
110:7,12,14
111:5,18,22,23
112:3,7,12,16
117:10 122:16
123:4 124:12
125:4 126:13
132:12 134:18
135:3,15 136:1
136:14 137:10
137:11,13,22
138:22 139:6
144:25 145:1,11
145:13,16,24
148:2 150:14
151:4 155:25
exhibiting 98:6
exhibits 3:22
  107:21
existed 100:17
existence
  135:16
existing 124:5
exists 77:11
exonerate
  79:25
exonerated
  77:6 78:5
  79:16 80:9
  93:16,20
expand 25:18
  135:6
expanded 3:6
  25:14
expedite 20:20

experience
  38:22
expertise 151:21
Expires 161:23
explain 25:17
  26:10 32:6
  39:11 43:1
  45:3 52:22
explained 35:14
  36:7 41:8
  131:20
explains 50:9
explanation
  59:15 83:3
  107:18,23,24
  110:13
exposed 36:16
  39:14
Expressions
  34:18
expressly
  158:13
extended 67:21
  112:5 115:3
  125:24
extensions
  67:12
extra 25:21
extracted 22:6

**F**

f 29:20 44:18
  59:17 91:3,6,7
  158:1
face 46:3,16
facilitate 24:14
fact 7:21 43:14
  60:17,22
  78:14 80:25
  88:19 96:12
  103:10 106:10
  124:1 127:11
factor 116:13,17
factors 115:11
  127:23
facts 77:2,21
  78:4

factual 77:7,17
fair 28:2,6
  32:19 33:7
  39:8 52:4
  56:6 64:12
  70:20 84:9
  95:14 96:14
  122:22 123:8
  129:13 130:1
  135:3 140:18
  141:10 144:3,11
  147:2,14 148:9
  151:16,20
  153:14,15
  154:17,20
  155:15
fairly 100:7
  148:25,25
falls 32:5
false 77:2
familiar 10:3
  60:22 92:13
  103:9 145:11
  149:21 152:21
FANE 5:3
far 123:23
  154:13
fast 53:11
FBI 18:18
February 101:11
  101:18,19
  102:19 159:2
feel 11:14 53:18
  99:2 116:3
fell 111:4
felt 44:13 48:8
  54:8 62:4
  70:15 90:21
  114:20 115:20
  136:7
field 43:5 44:15
  49:4 50:13
  62:5 82:18
  135:8,19,22
  141:8 142:13
figure 98:19
  110:22

File 3:16 134:20
filed 9:9 132:20
   133:16 134:4
files 108:15
   129:24
filing 159:19
fill 38:9 140:13
fillable 38:8
filled 120:2,3
   140:20,24
final 62:11 75:21
   76:10,21 86:15
   87:7,12
find 63:3 76:25
   78:2,10 79:25
   80:3,24 159:9
finding 29:25
   60:17 62:3,5,9
   94:25 106:7
   106:18 115:1
   119:20 120:20
   122:2 123:1,13
   127:11,13
   155:21,25
   156:2
findings 28:16
   28:20 106:19
finds 81:13
fine 102:15
finish 11:7,8,16
   88:24
finished 8:15
   86:6 118:18
finishing 89:1
firearms 17:9,10
   17:12
first 7:3 8:4 19:6
   22:3 32:22
   34:11 67:19,23
   68:3,20 69:3
   71:5,22 72:5
   73:19 81:20
   92:12,22,23
   96:17 108:7
   109:19 112:14
   117:16 118:8,9
   118:12 120:6

139:25 141:2
147:19 149:10
   150:20
firsthand 151:12
fit 42:5 106:4
   145:19
fits 26:19 85:13
five 13:21 15:12
   77:19 144:17
fix 99:10
flip 68:18
flipped 71:25
Floor 5:12 159:4
focus 127:18
focused 127:15
follow 32:8
   41:15
followed
   102:22
following 14:5,6
   27:24 32:16
   40:23 97:9
   119:16 155:20
   156:5,6
follows 7:4
font 112:14,17
FOR-1 36:22
FOR-23 3:16
   134:19 135:3,4
   136:2,9
For-27 118:15
   118:20
FOR-40 36:22
   36:25 39:2
   40:20 43:25
   44:10,15,23
   45:11,17 46:17
   47:21 48:11
   49:2 137:12
   138:23 140:24
   141:11
FOR-40s 40:8
FOR-41 36:25
force 11:2 13:22
   14:25 15:1
   69:15 70:18
   70:25 71:18

99:13
foregoing 161:5
   161:12
forget 82:2
   115:18
forgetting 71:1
forgive 25:18
   71:24
form 25:6 37:3
   37:4,6,10,16,17
   38:1,8 39:24
   40:19 45:14
   105:3 120:1
   135:7 136:6,9
   136:14 137:12
   137:14,22
   138:2,6,25
   139:12,13
   140:3,9,10
   161:6
formal 16:20
   17:4 18:3,8,11
   26:15
formally 44:2
format 11:10
   105:11
formatted 21:12
formed 135:10
   135:14
forming 64:19
forth 11:7 23:3
   30:21 35:11
forward 12:18
   37:14 46:11
   139:12 141:3,9
forwarded
   40:21 72:17
   86:14
forwarding
   37:13 140:1
found 63:9
   74:15 77:17
   79:4,10,15
   119:23 127:19
FOUNDATION
   5:7
four 15:12 29:10

29:13 100:15
   113:20
Franklin 1:3 4:2
   6:7 159:5
   160:2
front 29:13
fulfilling 47:6
full 67:19 71:5
   92:22,23
   123:16
fun 29:22
further 21:6
   39:11 107:23
   141:5 158:15

────────
G
G 59:22
Ganieany 5:14
   6:2 35:22
   124:11 130:8,12
   138:16 153:1
gather 108:6
gender 110:20
general 5:11
   13:6 22:3
   34:22 108:4
   141:5 142:25
   146:5 159:3
General's 4:23
   6:22 158:8
generally 72:16
   146:10
generated 27:8
   69:10,15 105:3
getting 84:21
   124:19 127:2
give 8:25 10:14
   13:3 26:8 28:4
   32:11 50:12
   51:24 54:4
   56:1,3 67:18
   76:23 90:17
   93:9 123:15,17
   124:3 135:12
   153:1
given 10:4 37:5
   50:7,21 52:17

69:4 76:21
83:3 115:21
150:18 151:3,11
154:19,23
155:16
gives 70:19
   95:8 108:1
   139:14 148:7
giving 10:25
   35:13
glad 8:11
glossary 143:21
go 10:2 12:18
   20:17 21:20
   25:6,11 26:17
   29:24 32:3
   34:8 41:14,15
   41:16,19 43:6
   49:10 62:12
   66:10 70:5
   75:16 76:19
   81:23 82:2,14
   84:23 85:3,6
   88:4 91:1,12
   92:1,5 95:18
   97:8 100:13
   102:15 112:7
   113:12 123:9
   123:23 137:9
   142:18 146:23
goes 31:20
   40:24 53:2
   70:15 86:25
   96:1 119:5
   123:23 125:12
   148:24 149:8
going 8:4,25
   9:13,20 10:1
   10:22 11:6,15
   13:17 19:15
   20:17 22:2
   24:25 26:12
   32:23 37:1,14
   39:11,15 41:7
   41:14,15 43:15
   44:5 46:8,14
   46:14 56:19

CAPT. MITCHELL CLARK 1/27/2022

57:20 61:14
64:5,22 69:11
70:10 71:22
77:3 80:17
81:24 85:11
90:1,3,4,25
91:4,5 92:1
99:17 100:7
101:23 109:10
114:10 115:12
115:16 116:2
120:4 139:2
140:12 141:7
142:18 150:13
153:20,23
154:1,8 156:6
**good** 7:7,10
65:12 87:21
103:5 118:23
**gossip** 45:8
**Gotten** 113:11
**Governor** 13:5
**Governor's** 13:1
**graduate** 14:2
**graduated** 17:7
**Great** 93:19
**Greathouse** 2:4
5:3 6:18,18 7:6
7:7 8:11,13 9:19
9:22 19:6
20:10,19,23
21:3,18 22:1
29:18,22 30:6
35:25 42:20
55:6,11 59:1
61:13,16 84:24
85:11,15 86:5
87:20 88:2
92:4,7,9 103:4
103:7 106:10
109:4,6,10
118:22 123:18
123:24 124:10
124:25 126:1
128:24 129:4
129:13 130:10
130:14,19

132:25 133:6
133:10,14,22
133:25 134:2
134:13,16,17
138:12,21
141:23 142:12
144:15,22
152:22 153:3
153:8 156:15
156:25 157:3
**grounds** 146:22
**group** 40:6,11
**guardian** 1:12
4:11
**guess** 32:13
47:12 70:8
102:11
**guessed** 92:20
**guidelines** 35:9

───────
**H**

**H** 3:1 49:17 60:7
60:16 88:10
**habits** 149:12
**half** 14:8 16:19
36:21 89:4
**hall** 144:17
**hand** 50:16
158:18
**handed** 50:14
**handle** 30:19
47:18,25
**handled** 37:8,21
37:23 53:20
72:13 107:25
108:2 137:2,5
**handling** 48:3
137:6
**happen** 12:4
20:23 39:9
53:9 54:19,21
56:2 61:20
82:22 143:20
146:8
**happened** 51:14
66:18 78:11,15
78:19 93:10

114:17 123:16
149:22 156:22
**happens** 38:17
38:23 72:25
79:14 95:23
**happy** 21:17
**harassing** 110:2
110:17
**harassment**
26:21 109:24
110:20,20,22
110:24
**hard** 12:3
**harmful** 45:9
**hat** 74:6 82:11
**headquarters**
34:22 50:8
57:21 141:5
**hear** 116:2
**heard** 39:13
41:7 116:1
**hearing** 38:19
40:10 57:11
58:12
**held** 6:10 13:6
19:3 21:23
30:3 87:24
130:16 138:18
144:19
**help** 32:15
84:12
**helped** 97:11
**Hendrickson**
114:15 115:11
117:4 126:21
127:25
**hereunto** 158:17
**herewith** 158:14
**Herman** 1:6,16
4:6,15 6:7
159:5 160:2
**Hey** 54:9 68:9
68:13 75:2
99:18
**high** 14:3,6 96:7
97:1,5,23
**highlighted**

21:10 31:24
112:13
**highway** 1:8 4:7
5:15 7:13,24
9:1,16,24
12:25 16:13
17:7 42:1
159:6 160:3
**hired** 15:3,16
16:2,10
**history** 13:4
14:13
**Hogelin** 156:23
**hold** 25:22
**hopes** 156:20
**hours** 16:6
18:22 27:24
28:5 107:20
**houses** 22:8
24:13 143:14
**HP-160** 3:16
134:20
**huh-uh** 12:3
**hypothetical**
81:12

───────
**I**

**I-70** 116:20
**I(a)** 89:15
**IAPro** 22:7
24:12,13,17
26:16 27:8,8,9
27:19 36:3,17
36:18 42:15
43:7 52:18
68:16 69:14
69:25 70:6
70:23 71:2
94:22 100:11
104:15,19,22
104:24 105:3
105:7,20 111:1
111:6 121:21,24
122:5 128:19
129:17,20,23
130:7 131:22
132:4 135:1

**idea** 10:14 95:7
**identification**
67:11 96:6
123:3 153:9,17
**identified** 9:12
23:17 25:9
26:15 74:1
79:6 80:20
127:14 152:13
**identifies** 27:9
28:8 51:19
59:22 73:16
**identify** 20:2
23:19 25:12
26:12 30:15
42:10 53:13
55:14 96:25
98:3,6,21,23
99:9,20 111:6
112:8 125:1
128:14,18
134:17 137:10
138:25 145:1
147:10 148:24
149:3 150:25
152:17
**II** 31:23
**III** 119:1 126:1
**III(B)(2)** 119:5,15
119:16
**immediately**
89:17 90:23
102:13
**important** 95:4
98:10
**importantly**
95:8
**improper** 58:20
82:17 108:20
109:15 111:7
112:1,6,9 114:3
121:12,22
122:12,19
125:11 127:16
127:17 128:5
130:21 156:3
**improperly**

CAPT. MITCHELL CLARK 1/27/2022

115:2 117:5
156:9
improve 98:3
149:8
improvements
32:18
inaccurate
115:18 123:6
inadequate
149:11
inch 153:17
incidences
67:20
incident 44:3
54:9
incidents 42:4
include 9:11
22:25 61:19
69:20 72:11
83:20 91:8
102:6 104:4,14
108:19 109:15
112:1 129:23
included 25:25
46:19 70:23
83:11 94:12
100:11 102:12
104:18 106:18
106:22,23
110:7 111:25
119:20 120:11
122:9 132:4
includes 42:8
42:22 59:3
69:20 91:19
122:19
including 142:5
148:7
incomplete
123:12
indicate 50:19
90:12 94:5
159:13
indicated 16:25
71:7 88:4
130:2
indicates 55:19

63:21 64:23
71:21 73:22
89:16 91:13
93:25 95:19
96:6 103:16
110:16
individual 46:2
90:21 99:6
110:3
individually 1:11
4:10 99:7
individuals
40:11 97:23
133:24
inform 132:3
informal 11:1
information 3:4
3:6 19:18
20:21 22:5
25:15,16 36:2
37:6,13 39:24
42:3 44:6
45:8 49:22
53:17 57:7
58:19 69:9
70:3,7,9,10
77:14 78:10
95:9 97:16,19
97:22 99:14
105:14,19
115:16,21
120:2,9 121:4
122:23 123:20
124:15 128:17
129:17 130:6
131:23,25
137:17 140:11
142:3,18
143:17 145:19
156:20
informed 142:19
143:18
initially 125:20
initiate 27:25
49:11
initiated 126:4,9
128:8 131:14

133:17 134:5
input 36:17 42:2
61:22 121:25
inquiry 111:5
128:21
inside 23:25
31:14 72:11
73:1,12 75:6
135:5,10
139:22 141:14
143:20 151:19
152:14 153:11
instance 53:10
56:9 70:4
74:25 82:5
83:15 98:4
instances 90:7
129:19
instigated 93:5
institutional
98:24
instructor 17:10
17:11,13 98:7
Insufficient
77:10
intakes 139:25
intended 28:3
28:17 34:5
108:6 124:4
148:3
intent 31:19
intentionally
119:3
interdiction
13:13,20 17:15
18:2 29:17
143:25 150:6
151:14
interest 55:14
interested
158:16
interfere 38:14
interject 9:5
internal 18:19
22:7 30:16
39:3 49:3
125:1,10,16

130:20 137:14
internally 35:6
37:11,18 48:20
48:23 66:6
75:10 95:6
interpret 47:22
74:24 119:24
Interview 17:14
interviews
59:22
intranet 38:6,9
42:1
introduce 6:16
7:8
investigated
24:11 51:20
53:6 54:1 55:1
57:15,24
62:15 63:22
79:23 94:1
139:1 155:17
investigating
28:9 34:15
61:18 131:4,9
139:19
investigation
3:8,10,12,16
19:18 22:23
23:9,21 24:9
27:6,7,11
28:19 31:11
38:15 53:2
54:16 55:11,15
55:23 56:11
56:24,25
60:12 62:7,20
62:21 63:3,11
63:14 64:24
65:24 66:6
67:7,13,16
71:22 72:4,16
73:2,3,6,9,12
73:20 74:2,6
74:16 75:6
76:3,8 77:14
77:22,24
80:15 81:6

83:16 84:17
86:13 87:3,4
89:25 115:5
120:14,17
125:9,14,18
135:9,21,24
136:10,13,21
139:2 140:5
142:24 143:10
144:2 149:21
156:7
investigations
18:9 22:9
25:25 29:2
30:17,22 43:3
43:25 56:13
56:19,20
63:18 65:20
66:9,17,22
67:4,22 68:1,2
68:7 72:10,11
72:12,18,21,22
73:10 83:19
91:15 93:1
94:13,14 101:2
101:10 125:1
134:20 135:18
136:15,17
Investigative
89:5
investigator
28:20 55:21
60:8 61:17,25
73:1 74:15
75:5,18 76:9
79:10,17,24
80:2,21,21
81:7,13 82:15
82:17 83:6,7
121:25 122:9
Investigators
60:18
involve 115:23
involved 44:7
51:23 56:4
61:4 62:25
66:1 77:7 84:6

133:21 155:13
**involvement**
61:7
**issue** 79:16,23
79:24 80:1
83:14 98:7
120:16 148:10
153:24
**issues** 95:11
97:17 98:6
100:6 149:7
**items** 75:3
**IV** 141:3 148:9
153:15,22

**J**

**J** 49:25 62:13
62:13 64:22
64:23 65:14
66:15,24 67:1
**January** 1:22
4:22 6:4
145:6 159:9
160:4
**Jay** 114:15 115:2
117:3 128:1
156:13
**job** 15:20 89:12
145:13,17
149:12
**Joe** 20:5 105:4
105:10
**Johnson** 15:23
16:1,21
**join** 13:25
**joined** 14:8,15
**joining** 18:1
**Jones** 1:6,16 4:6
4:15 6:8 86:19
159:6 160:2
**Joseph** 110:6
**Josh** 6:19 20:18
134:13 149:22
**Joshua** 5:6
103:13
**JR** 5:14
**judge** 11:3

123:24 133:13
**jump** 15:15 69:11
**June** 100:23
**junior** 14:7,9,11

**K**

**K** 51:4 63:17
**Kansas** 1:1,7 4:1
4:7,22,24 5:4
5:7,8,12,15,16
5:21 6:9,11,22
7:12,24 9:1,16
9:23 15:2 17:1
42:1 95:16
115:14,15 158:3
158:7,8,9
159:4,6 160:3
**Katie** 110:6
**keep** 40:10
100:7
**kept** 57:16,17
**KHP** 1:16 4:15
13:6,25 14:14
17:16,19,22
23:7,16,25
26:15,16,25
27:20 28:22
28:24 30:16
32:20 33:7,17
33:21 35:12
36:5 37:17
38:5 44:10
45:13 51:13
62:18,23
65:17 66:23
66:23 67:4,7
84:16 91:15
95:4,15 97:22
98:25 100:25
102:9 105:12
106:17 108:14
111:6,16 118:14
118:19 125:2,3
125:10,12,16
126:6,11
128:10,22
129:10,14,23

130:20 131:2,8
131:10,16 132:2
132:5 133:2,4
133:6,16,18
134:6,22
135:5,11 138:2
142:13 143:6
147:16,25
148:22 149:10
149:16 151:19
152:10,14,17
152:25 153:11
153:18 154:2,9
**KHP's** 18:6
84:21 101:8
102:22 144:23
**kind** 13:3 26:17
41:20 68:15
92:14 132:6
143:8 146:19
**kinds** 136:17
**KLETC** 17:3
**knew** 8:12 53:14
**know** 8:15 11:15
12:11 17:13
21:18 22:24
23:22 24:22
26:5,17,20
27:23 28:3
31:17 33:10
35:5,6,15,21
37:8,9 39:8,16
41:22 43:9
44:20 45:9
46:14 47:24
47:25 50:14
51:1,12 52:4
54:22 56:6
57:10 58:22
60:22 61:5
68:11 70:16,17
70:24 72:15
74:4,25 78:22
79:15 81:7,18
81:22 86:12
87:2,14 91:1
91:25 95:11

96:2 98:11
99:12,15 100:5
101:6,20
102:9,17
103:21 104:1,17
105:22 107:17
118:22 121:21
122:8 123:2
126:23 128:11
129:12 130:2,6
131:13,18
134:23 135:10
135:13,20
137:18 140:15
143:23 146:6
146:8 149:5
150:1,16
154:24 156:4
**knowing** 38:20
**knowledge**
36:16 38:23
40:16 142:25
158:11
**known** 36:6
40:16,17
64:25 83:11
116:22 132:9
**knows** 103:2
109:1
**KPH** 86:20
**KS** 5:19 158:22
159:24
**Kunkel** 4:24
5:19 6:12
158:6,22
159:24

**L**

**L** 5:14 13:1,8
51:5
**lack** 98:15
**lacks** 77:14
**language** 88:14
118:25
**larger** 100:3
**law** 10:13 14:5,19
14:21 15:2,19

16:7,9 17:1,5
32:12,18
33:25 46:10
58:6 62:20
70:16 110:21
110:24 158:6
**lawfully** 77:8
**lawsuit** 128:11
**lawsuits** 128:15
**lead** 90:3
**leader** 7:21
**leading** 14:13
**leave** 15:19
63:23 64:2,15
90:4,8
**leaving** 16:7
**led** 117:19
**left** 144:16
**legal** 5:19 6:13
131:24 132:2
142:7 150:4
150:20,20
151:10 155:6
**LEO** 57:8
**Leslie** 5:3 6:18
7:7,10 8:16
**let's** 21:20 22:3
23:22 29:24
33:14 34:10
40:13 57:2
60:15 61:13
68:24 71:4
74:4,25 75:2
79:22 81:21
82:14,14,16
88:24 89:1,14
92:1 99:15
101:5 103:7
109:18,19,20
112:7 113:12
121:5 125:12
129:4 133:10
137:9 145:23
**lethal** 17:10
**letter** 2:6 72:3,4
86:11,24 87:14
87:14,16 95:19

118:13,19 119:6
119:10 150:15
151:4,7 154:17
155:4
letting 81:22
87:2 137:18
140:15
level 34:21
37:15 44:4
53:20 54:2,16
57:24 61:25
69:22,25
70:2 88:15
122:18
levels 61:24
148:21,23
lgreathouse@...
5:5
LIBERTIES 5:7
license 57:11,12
58:12
licensed 116:12
lieutenant 13:1,9
13:17,18 47:25
74:25 75:4,5
75:18 90:13
lieutenants
41:23 54:7,11
72:15 73:7
likewise 123:9
limited 19:11
108:18 109:13
125:8 132:16
148:7
limits 67:11
line 103:5
104:25 105:1
106:7 119:1
147:12 160:5,9
160:13,17,21
list 19:20 20:4
21:4 33:4
43:19 53:24
69:24 70:22
76:4 80:20
81:18 89:24
92:16 93:1

96:25 97:14
118:3 123:3
127:6 139:20
146:21
listed 32:21
33:8 34:6
46:23 55:2
58:2,7,16
64:10 93:13
103:11 104:23
105:22 107:11
111:24 114:8,18
116:12,17
121:25 129:19
138:14 153:11
listing 93:23
123:3 124:5
lists 80:19 106:7
111:23 121:21
122:17 148:10
litigation 5:20
6:14 126:4
128:8,17,19,22
129:21,24
130:3 131:14
132:3,16,20
133:16,21,23
134:4 159:1
litigations
131:23 132:9
little 39:11
66:20 91:19
121:5 131:21
132:6 147:3
155:7
living 15:25
LLP 5:3
Locust 5:20
logged 27:19
68:15
long 12:21 14:24
15:10,24 16:4
16:6,11 18:20
62:23,24,25
117:6
longer 87:9
look 8:14 19:22

25:4,20 29:12
35:17,20
37:25 38:12
38:25 41:24
47:4 52:9
53:18 60:15
62:13 66:24
66:25 70:5
71:15 80:16
82:24 89:14
92:13 93:12
97:13 98:20
99:14,22
103:7 109:18
109:20 112:16
117:9 124:19
137:9,21 142:6
144:4,24
147:19 153:22
looked 128:16
128:18 154:17
looking 8:15
26:3,20 27:3
30:14 31:23
32:17 44:18
49:17 66:15
67:24 68:23
71:11,21 80:2
95:11 110:12
139:5 142:2,3
156:8
looks 43:4,8
54:24 73:19
lose 57:12
lot 8:3 70:6
99:16,17
lots 129:10
loud 83:9
Louis 159:19
low 67:25
lower 148:21,23
Lt 20:5 105:4,10
105:24 108:10
111:1
lumping 93:19
LUTHER 5:14
luxury 143:13

152:19
_____
M
M 5:6 51:5
M-i-t-c-h-e-l-l
7:11
M.M 1:12 4:11
ma'am 13:16
16:17 43:17
86:22
major 22:25
23:3,11,13
24:5,25 48:6
majority 94:16
111:19
making 11:7
23:23 37:4
38:14 46:1
54:12 61:19
106:17 119:19
129:5 131:3,9
132:22
MALONEY 1:11
4:10
managing 18:19
manner 39:19
98:21 100:1
105:10
March 138:9
Marines 14:16
mark 1:11 4:10
8:5,5 20:18
92:1 137:10
marked 9:7 31:7
100:16 150:13
married 15:19
Maska 114:15
115:2 116:21
117:4,6 128:1,5
156:13,20
matter 6:6 10:6
10:7 44:3
45:10 46:12
47:18,25
54:15 68:11,13
70:3 83:15
142:20 146:17

matters 20:20
56:22 155:16
158:11
MBOC 77:20
120:12,22
123:12 127:11
127:12
McMillan 106:12
106:16,16
113:13 150:2,14
150:19 151:4
151:22 154:18
155:5
mean 22:22
26:6 27:18
41:5 47:11,19
67:6 73:25
74:22 87:17
91:2 98:4
99:2 100:3
117:21 130:24
132:11 135:19
139:16 141:3
148:23
means 51:15
78:9 83:12
103:19 118:16
119:8,9 146:1,4
meant 118:7
measure 84:1
measures 83:10
83:21 145:25
mechanics 14:11
mechanism
39:3
meet 32:21
33:8 34:5
88:15
meeting 34:2
59:12
meets 33:21
member 46:12
50:15 55:12
62:18 63:14
65:17 67:7
90:1 135:21
137:15

members 24:8
36:11 40:2
45:9,12 66:5
66:13 67:3,3
142:25
mentioned
51:17 108:9
mentioning
105:9
Merchant 14:15
met 40:23
meted 153:11
155:9 156:1
mic 81:21,22,22
81:23 82:2,4
82:10 100:8
Mid- 67:25
mid-investigat...
78:23
mild 148:25
149:2
mind 50:18 52:1
52:3 85:9
90:24 143:4
minimum 18:25
minor 149:11,17
149:20
minors 1:12 4:11
minute 21:21
130:8
minutes 130:13
144:17
mis 115:19
misconduct
34:12 40:17
53:22 54:1,6
54:15 62:18
65:9,16 66:5
74:10,14 77:19
77:20 78:18
79:3,11 80:3,4
81:2,4,11,14
82:4,7,12,15
82:19 89:18
89:22 90:15
98:15 119:14,19
119:23 121:2

131:5
misconducts
120:14
misidentified
153:21
missed 60:1
missing 98:2
Missouri 5:4,21
misspeak 82:7
misstate 42:21
misstates 42:13
misstating
42:19 121:8
misunderstand
15:7 66:14
136:3
misunderstan...
40:12 68:6
Mitchell 1:21 2:3
4:18 6:6 7:1,10
158:10 159:9
160:1 161:4,19
MNBOC 119:14
MO 159:19
moment 8:14
9:6 20:11 29:11
37:1 71:24
money 16:3
month 54:23
monthly 54:21
months 12:23
18:16,17 43:23
48:18 49:2
Moore 5:19 6:13
morale 44:25
45:5,12,15,19
45:25 46:5,9
46:9
morning 7:7,10
mother 1:11 4:10
motion 133:13
motor 18:1
motorists 64:20
126:5,10 128:8
131:15 133:17
134:5
move 15:22

101:5
moved 15:21,23
moving 8:3 13:4
multiple 21:15
23:12 80:17
munitions 17:11

### N

N 2:1 5:1 13:9,12
13:19 18:1 51:9
95:19 96:9
151:8,14,23
159:18
name 6:12,12
7:7,9,10 17:2
18:4 23:23
28:11 41:6,10
46:19,22,25
115:19 117:11
160:1,2 161:10
narrow 9:25
narrowly 59:11
natural 1:12 4:11
near 89:14
120:7
necessarily
21:12 26:16
35:5 48:13
84:21
necessary
70:15 99:3
136:7 154:14
161:8
need 11:16 12:9
12:11 61:9
68:14 70:17
112:7,10 123:19
130:12 138:15
142:10 144:17
needed 76:17
needs 41:14
44:4 140:16
150:10
negative 45:7
never 10:8 36:11
36:12 38:10,19
39:12,13,13,20

44:2 47:23
50:18 52:8
101:23,24
132:23 136:19
136:20 149:18
Newton 15:16
nine 113:5
nonexclusive
146:21
normal 49:10,15
notarized
159:17
notary 159:15
161:22
note 3:21 19:9
60:18 74:7
notebook 19:23
20:18 29:7,9
30:14 68:20
68:21 103:9
134:10
notebooks 8:1
noted 52:20
119:13,15
120:18
notes 118:14,19
124:3
notice 3:3 4:20
8:6,14,22 9:7
19:8 64:16
84:25 134:3
138:14 158:7
notification
86:10 87:4
140:17
notified 25:1
44:5 59:19
60:4 86:6
87:7 90:13
notify 48:15
53:16 89:16
90:23 91:5
137:15 138:2
notifying 48:4
noting 121:1
number 10:14
25:24 27:5,10

27:10 28:1
31:24 42:18
51:24 52:18
53:14 54:17
69:4,10,15,19
71:15,17 88:20
93:4,19 94:11
94:21 95:1,19
96:7 97:1,5,23
100:3 106:19
106:24 117:13
123:17 134:14
146:7
numbered 19:16
numbers 15:13
68:25 69:8,17
69:18 88:20
94:18 99:24
114:1

### O

O 51:18
OAG 19:17
OAG008766
3:5
object 42:12
109:1
obligation 91:2
observations
117:18 118:1
obtain 17:20
obtained 67:12
obtains 76:10
obviously 17:7
32:9 37:14
44:4 46:10
47:15 48:13
51:1 53:13
65:25 67:19
108:9 114:19
122:24 140:16
143:21 151:10
152:20
occur 31:13
62:8 77:7
occurred 64:6
67:1 78:6

80:25 152:2,7
occurring 141:14
occurs 44:3
October 30:25
60:24 100:19
off-duty 57:8
offered 14:18
15:20
offers 17:22
office 4:22,23
5:11 6:22
108:8 124:14
158:8 159:3,18
officer 13:22
14:18,22 16:10
17:14 23:22
38:21 58:7
106:16,16
147:24
officer's 142:5
officers 95:6
147:20
official 1:6 4:6
8:25 159:6
160:2
okay 7:18 8:1,20
12:9,12,17,21
14:24 15:17
17:4 19:1,24
21:3,11 22:1
26:14 28:15
33:2 34:8
35:10 36:19
43:12 53:8,24
54:21 57:7
59:16 60:15
61:13 63:8
64:5 65:14
67:25 71:20
72:20 82:21
82:24 85:8
88:2,24,24
91:8,12 94:8
95:18 98:19
100:13 101:22
105:5 106:6
107:4,16 110:4

112:12,16 113:9
114:19 117:15
121:5,17 122:15
123:2,18 126:9
131:19 134:9
136:14 137:21
140:18 141:10
141:18 146:6
149:1,15
155:24 156:25
157:3
Olathe 16:10,11
16:14 17:18
once 14:12
17:25 23:1
27:9 87:12
152:22
one-hour
150:20
ones 72:7 125:5
ongoing 56:14
open 27:7 90:1
opened 68:7
operate 31:18
operation
44:25 132:7
operational
73:8
operations
34:20 132:8
134:25
opinions 75:1
opportunity
117:1 131:12
opposed 24:18
OPS-39 143:6
option 38:4
149:10
Options 139:14
orange-reddish
112:13
order 12:6 33:8
33:20 80:12
122:5 151:25
orders 148:5
organization
33:25

origin 64:18
original 3:21,22
82:16 120:17
159:10
originated
70:12
outcome 87:7
outline 142:11
outlined 31:16
outlines 30:18
outside 17:15,21
37:17 39:12
49:10,15 60:11
60:12 65:21
65:23 72:7,10
72:13,18,23
102:25 107:25
108:2 115:15
136:12 139:22
140:4,24
overall 26:5
98:11
overhaul 102:18
Overland 5:8
overseeing
18:10

### P

P 5:1,1 71:21
72:3,4,9,12,17
72:20
pack 81:21,22
81:22 82:2,4
package 41:10
packs 100:8
page 2:2,8 3:2
31:23 32:22
33:3,9 34:6,9
35:19 36:19,21
37:25 38:12
39:1 40:5
41:24 43:12
44:18 47:4
49:8,9,17,23
49:25 51:4,18
52:9,25 59:16
60:2 62:12

63:17 64:22
65:14 66:16
66:24 67:10
68:20 71:20
72:1,2 73:3
82:25 88:3,10
89:1,2,4,15
91:1,6,7,12,13
91:13 92:12,12
92:16 95:18
110:14 112:14
112:17,20,22
112:24 113:1,3
113:5,5,7,12,17
113:23 137:21
139:5 141:3
147:19 153:16
153:17,23,23
153:25 154:1
159:10,15,18
160:5,9,13,17
160:21
pages 113:20
121:7
pamphlet 50:1
50:5,6,11,20
50:24 51:3
paper 37:21
38:1
paragraph
117:17 118:8,12
119:19 141:2
paragraphs
119:3
parentheticals
40:20
Park 5:8
part 7:18 14:16
20:14 32:13
33:24 38:18
61:7 63:6
64:13 96:5
118:9 119:4
124:11 136:21
139:5,9 148:3
156:21
particular 12:24

19:16 22:10
23:7 24:9,17
27:6 28:8,12
28:21 30:24
31:4 38:18
39:2 58:1,2
62:14 90:13,19
92:17 95:2
110:5 115:23
134:22 152:5
parties 6:16
9:18
parts 63:9
party 158:15,16
pass 8:6
patrol 1:8 4:7
5:15 7:13,24
9:1,16,24
12:25 16:13,16
17:7 34:13,19
42:1 57:19,22
64:24,25
66:5,17,18
99:17 134:24
159:7 160:3
pause 153:4
peers 46:16
penalty 161:11
pending 12:14
93:6
people 24:18
29:23 39:23
40:1,6 42:17
42:24 68:8
95:15 98:12
percent 99:19
percentage
67:18
performance
149:12
performing 82:1
period 16:22
101:2
perjury 161:11
permanent
23:25 24:1
person 28:11

CAPT. MITCHELL CLARK  1/27/2022

34:12 36:18
47:1 48:20
81:24 140:1,4
140:23
person's 62:4
91:9
personal 38:22
147:15
personnel 22:11
41:22 131:24
persons 64:24
66:17
pg 3:5
pgs 3:3,6,8,10
3:12,14,15,18
3:19
Phillip 114:14
126:20 127:25
phrase 12:4
22:13 30:7
32:16 41:3
42:22 43:13
122:11 147:23
phrases 12:2
picture 123:16
Pierson 5:6
6:19 8:9 51:14
92:6 134:15
place 47:17
128:18
placed 63:22
64:2,14 90:4
90:8
Plaintiff's 3:3
plaintiffs 1:4,14
4:4,13,20 5:2
6:19,20 7:2
9:24 103:10
105:13 149:23
Plaintiffs' 4:20
158:7
plates 116:9,10
please 6:15,25
7:8 8:13 17:24
29:6 37:2
55:5,7 65:4
83:9 85:9,10

85:12 109:5,7
117:9 134:17
136:4 137:10
139:9 141:23
145:1 150:15
159:9,12,17
PM 157:10
point 11:20 12:9
39:16 42:15
61:11 103:4
118:23 140:18
pointing 70:18
122:24 155:3
police 14:25
15:1,16 144:4
policies 34:1,19
34:25 35:8,9
35:11,16 101:8
131:2,8 141:19
141:22 142:12
142:21,22,23
143:3,14,15,19
144:9,23
148:5 152:16
152:20
policing 124:13
policy 26:25
28:23,24,25
30:8,16 31:4
32:20,22,23
34:6 35:4 36:1
37:22 38:13,18
39:1,18 40:13
41:2,15 42:13
49:8 50:19
51:2 52:10
53:1 60:3,19
60:24 61:4
62:23 63:1,10
66:15,24
68:12 72:25
74:8 77:9
79:21 81:9,19
84:25 97:16
100:25 102:13
102:18,22,23
118:14,19

119:17 120:19
121:1 129:23
129:25 134:19
134:22 135:4
136:22 138:1,8
138:22 139:5
141:10 142:10
143:6 144:1,4
144:9,12,12
145:3,5 146:5
146:7,13,18
147:6,10,12,14
148:3 149:14
152:10,12,24
153:6,9,22
poor 99:21
104:8
portion 81:20
141:16
position 12:25
13:4,8 98:22
124:8
possibility 45:6
possible 38:11
44:9 104:13
117:18 118:2
144:8
possibly 150:5
post-high 16:23
potential 128:19
potentially 99:11
PowerDMS
143:13
practical 151:9
152:1,6
practices 31:13
31:16,17 32:14
88:17 98:11
Pratt 14:23,25
15:4,5,6,9
preceding
102:13
prepare 11:11
95:19,23 104:1
129:9
prepared 20:22
37:17,18 83:5

96:14 105:2,4
105:10,25
107:22
present 5:18
6:2,15 111:8
126:12 128:11
130:20 131:17
133:17 134:5
presented
108:8 142:5
pretty 12:3
92:21 133:12
prevent 47:6
previous 55:8
85:21 97:10
109:8 141:25
previously
93:13 150:13
prior 12:24 13:8
13:16,21,24
18:11 31:3
49:23 60:1
136:21 145:8
probably 25:11
46:2 52:21
54:22 61:8
68:24 90:12
108:8,9 119:4
123:18
problem 8:2
46:5,9 84:19
98:24 124:12
problems 99:10
procedure 35:4
50:1,5,20,23
90:13 118:14,19
135:5 141:13
144:24
procedures
34:1,19 35:1,8
35:12,16 131:2
131:8 142:13
143:7,20
152:17
proceedings
153:5
process 31:10

36:10 50:23
processing
73:6
produced 4:19
69:18 105:12
106:2 129:8
producing
122:23
production
58:18 106:3
124:7
professional
4:25 7:17 22:8
36:13 39:12
40:22 50:10
55:12 73:5
programs 17:22
progression
70:16
progressively
153:12
prolong 64:19
prolonged
141:20 143:11
promoted 13:18
18:17
promptly 40:18
proper 98:8
146:15
properly 77:8
120:2
proposed
86:24
protection 13:2
prove 77:11
78:12
provide 9:15
25:16 105:18
129:9,11
145:25 152:1
156:21
provided 20:12
129:16
provides 107:23
124:3
PSU 7:18,21
12:22 18:5,6

CAPT. MITCHELL CLARK  1/27/2022

20:14 22:11
27:4,5,9 28:8
30:21 31:11,14
31:21 34:16
36:18 39:16,21
40:8 41:8 43:4
43:20,24 44:4
47:24 48:13,15
49:2,4,14
50:24 51:7,23
52:6,13 53:2
53:6 54:14,14
55:1,19 56:5,9
57:16,17 60:10
60:11 61:24
62:1,3,15,25
63:4,4,10,13
63:15 64:1,7
64:14 65:7,10
65:15 66:19
67:2,3,12,15
67:22,24
68:23 69:19
70:13 71:4,5
72:7,10,11,13
72:14,18,23
73:1,12,13,17
75:6,15 83:20
84:1,3,17
85:24 86:13
86:24 87:4
89:9 90:9
91:20 92:12
93:25 94:6
98:14,25 99:8
115:6 119:19
120:18 125:18
131:23 132:3
132:20 135:10
135:14,16
136:12,15,20
136:21 137:2,7
139:2,20,22
139:23 140:4
140:12,19,21
140:24,25
141:14 142:23

143:1,9,20
145:14,17
149:21 154:21
155:9,22
PSU's 140:13
141:18
public 18:9 95:8
97:15 131:10
159:15 161:22
publish 91:14
95:5
published 95:14
pulled 94:21
110:10
punishment
48:1
purpose 72:12
137:13 145:24
147:2 148:2
151:6,7
purposes 43:3
98:1 122:3
133:7 134:24
136:13 139:19
140:3,13
pursuant 4:20
9:8 105:25
134:3 158:7
pursuit 69:16
71:18
pursuits 70:5
70:24 99:13
99:16
pushed 135:8
135:18
put 20:4,12
24:24 36:2
69:25 70:11
80:11 81:25
82:2,11 122:2
122:14 129:4
151:9
putting 32:19
75:1

**Q**

qualifies 53:25

54:5 89:21
qualify 24:19
150:8,10
queried 20:4
queries 110:25
query 25:18
110:11 111:2
querying 21:6
question 9:13
11:8,10,16,17,21
12:14,15 32:25
33:11,13,14,16
40:4 45:16
48:24,25
55:4,8,10
58:24 61:9
63:7 64:11
65:11 66:10,21
66:25 82:6
84:15 85:5,21
88:3,11 94:5
103:3 104:8
107:1,3 109:5
109:7,8,11,12
118:11 122:8
122:22 124:18
124:25 129:12
132:15 133:1
134:1 136:1
138:14 141:24
141:25 150:12
152:25 153:8
153:20 154:9
155:7
questioning
103:6
questions 19:11
21:19 22:3
25:19 115:15
125:23 156:16
156:18
quick 68:18
quickly 44:19
66:11 76:19
100:13
quite 10:14
122:13

**R**

R 4:24 5:1 158:1
158:6,22
R-O-(C)-0-5
145:3
race-based
108:6,18
109:14
racial 103:17,19
106:1 121:11
122:9,18
radio 53:14
range 124:15
rank 7:12
rating 149:2
re-ask 32:25
94:4 104:8
107:3 109:10
118:11 133:25
153:20 154:8
reached 9:18
read 2:6 12:4
37:1 40:14,24
44:18,21 55:7
55:8 60:16
65:4 76:23,24
83:8 85:12,19
85:21 109:6,8
116:25 139:9
141:23,25
145:23 157:4
157:6 159:12
160:6,10,14,18
160:22 161:5
reading 158:13
reads 47:5
118:13
ready 125:13
real 44:19 68:18
76:19 100:13
realize 46:14
97:6
realized 16:7
156:8
realizing 60:1
really 93:4

102:25 108:5
136:2
reason 12:18
69:8 78:24
97:21 103:25
115:7 117:7
121:17 160:7,11
160:15,19,23
reasonable
64:19 114:21
115:5,10 116:13
118:5 127:23
151:18
reasonably
40:16,17
reasons 116:23
recall 18:4 52:1
57:18 88:6
97:20 115:24
116:14,16,18,19
116:23 144:1
156:10,12,14
receive 24:25
30:19 68:10
73:5 102:16
received 18:15
23:2 27:16
33:17 43:2
44:2 49:6,14
49:16 52:2
53:16 60:4
92:17 102:9
111:16
receiving 96:7
131:3,9
recitation 116:21
recognize
19:25
recollection
105:23 115:12
118:4 120:5
recommend
75:9 84:2,3
recommendat...
83:13,17
85:24 86:3
recommendat...

CAPT. MITCHELL CLARK  1/27/2022

47:16 61:19,23
74:19 83:21
99:10 108:3
**recommended**
83:10 84:16
**record** 6:4 7:9
9:6 11:23 12:6
19:2,3,5 20:3
21:20,22,23
21:25 25:9,12
29:24 30:3,4
30:15 32:10
42:2 43:11
87:22,24 88:1
92:10 108:21
129:5 130:14
130:16,18
137:11 138:17
138:18,20
144:18,19,20
145:2 150:12
**recorded** 99:24
**recording** 101:1
139:21
**records** 24:2
139:11,16
**red** 112:17
**refer** 53:21
146:13
**reference** 19:20
21:2,16 22:12
36:21 41:2
43:14 88:22
147:20,24
**referencing**
25:10
**referred** 54:14
120:22 142:23
**referring** 35:9
40:10 41:12
75:4 86:18
93:15 132:13
137:23 141:16
143:15 155:4
**reflects** 37:22
100:25
**regard** 19:12,18

45:17 46:18
74:23 83:22
117:3 146:18
149:22 150:2
156:2
**regarding** 42:3
59:19 100:25
109:15 111:7
118:12 125:10
128:12 130:21
131:3,9 138:4
150:3
**regards** 21:6
**regional** 34:22
55:20 141:4
**register** 51:6
**Registered**
4:25
**regularly** 31:13
**regulations**
148:5
**related** 23:6
136:15,23
144:3
**relative** 158:15
**relatively** 53:21
53:25 54:15
96:7 97:1,5,23
**remedial** 145:21
148:15,20
149:3,6,9
150:1,3,8,25
154:13 156:11
156:11,12
**remember** 17:2
25:19 91:18,22
**remembered**
13:15
**remembering**
92:11
**remove** 75:2
**render** 161:8
**renewal** 17:6
**rental** 115:23
**repeat** 45:16
55:4 85:10
103:3 109:5

**rephrase** 48:25
63:7 66:15
**replacing** 145:8
**report** 3:15 7:23
22:19,21 24:18
47:21 48:11,12
51:13 54:18
60:16,18 62:6
72:5 74:19
75:10,13,21
76:10,21
80:22 83:2
86:6 89:22
91:2,16 92:13
92:14 95:24
96:5,12,15,17
96:19,25 97:7
97:9,10,19
103:25 105:9
105:24 106:25
107:2,5 111:3
122:16 124:13
140:20 153:12
**reported** 40:18
43:20 44:23
45:4 48:20
49:3 71:14
91:23 103:24
137:7
**reporter** 4:25
4:25 6:25 8:5
11:9 12:1 55:9
77:4 85:12,22
92:3 109:9
142:1 158:6,22
**reporter's** 2:5
3:21 6:12
**reporting** 3:7,9
3:11 29:1 30:17
39:3 46:12
47:5 48:24
49:18 100:10
101:10 104:14
106:1,15 122:3
140:14
**reports** 24:3,13
91:18 99:2

122:4
**represent** 6:17
**representative**
9:16
**reprimands**
154:13
**request** 58:18
105:13 106:2
**requested** 3:4
158:13
**requests** 106:5
**require** 105:22
**required** 48:10
48:12 83:15
139:13
**requirements**
47:5
**rescinding**
101:19
**research** 142:9
**resolutions**
93:9,15
**resolved** 94:1,6
**resource** 129:17
**respect** 153:6
**respond** 156:23
**response**
105:13 106:2
**responses**
124:3
**Responsibiliti...**
73:4 89:5
**responsibility**
47:7
**responsible**
47:14 140:1
**responsive**
58:18
**result** 58:10,13
84:17
**resulted** 107:13
114:25 126:16
**results** 99:25
127:6
**return** 118:25
119:2 159:17
**returned** 158:14

**returning** 116:4
**revealed** 46:25
**review** 61:6
72:16 73:9,19
73:22 86:14
86:16 95:20
139:13 141:5
144:6 150:15
150:20
**reviewed** 8:16
143:9 144:10
150:17
**reviewing**
74:24 141:19
143:12,13
**reviews** 23:2
**revised** 60:24
**ride-along** 151:7
151:23,25
152:3,6
**ride-alongs**
155:6
**riding** 150:21
**right** 7:15 8:17
8:24 9:4 10:4
10:9 11:4 12:11
12:16,21,24
13:3,15 14:5
15:13,14,24
16:18,25 17:2
18:20 19:6
20:17 21:14
23:4,15 25:7
25:23 26:3
26:24 27:3,9
28:2,7,21,25
29:6 30:11,14
30:24 31:7,19
31:23 32:19
35:17 37:16
38:8,25 41:24
43:18,23 44:8
44:22 46:4,17
46:22 49:25
50:11 51:4,17
52:25 53:5
54:24 55:18

58:5,13 60:7
61:2,16 62:12
62:12 64:9,12
65:7,19,22
66:4 68:18,23
69:6 71:3,7
73:11 75:9,13
75:19 76:16,19
77:25 78:5,22
79:1 80:1,7,19
81:18 82:10,24
83:8,20,25
86:5,17 87:6
87:16 88:19
88:24 89:14
90:6 92:16,18
92:21,25 93:2
93:7,23 94:11
94:12,15 97:13
97:21 98:13
100:21 101:5,8
101:14 102:17
103:7,13 104:2
104:13 105:17
106:21,25
107:12,15
108:4,11,17
109:18 110:24
111:11,24 113:6
114:8 118:1
119:6,18 121:17
122:3,8,17
123:2,5,7
126:1,15,24
127:3,5 128:3
128:13 130:1,19
132:15,21,25
134:21 135:17
136:8,24,25
137:7,8 140:9
142:21 143:17
144:2 145:23
146:10,10
147:6,8,14
148:14 149:14
149:24 151:6
155:19

right-hand
 123:11 127:3
rights 44:14
 48:9,22 49:5
 62:4 91:10
 154:23 155:11
rises 70:2
rising 69:25
road 13:19,24
 151:13
robe 11:4
ROC-05 3:19
 145:3 146:18
 146:20,20
 152:9 153:6
role 7:23 12:22
 12:24 13:17
 18:5,13,16
 48:19 49:13
 62:2
roles 13:5
room 11:2 35:23
routing 139:7
 141:17
row 106:7
rows 104:4,10
rude 11:22 74:5
 146:16
rule 3:3 4:21 9:9
 117:12 119:21
 123:10 149:11
 149:17 158:7
Rule's 117:17
 118:1
rules 10:22
 118:13 148:5
run 21:4 144:17
running 122:4

_____

S

S 3:1 5:1
safety 17:14
saw 22:12 79:17
 79:20
saying 25:23
 40:1,2 41:18
 42:24,25 44:8

45:14 46:4
52:2,8 56:17
56:18 65:24
68:5 69:19
70:21 73:11
74:13 85:16
104:6 105:5
107:12 116:3
117:24 119:18
121:24 123:7
135:25 136:3
136:9 140:12
149:8
says 31:25 32:3
 34:18 41:25
 48:16 50:6
 92:20 94:13
 97:14 117:17
 127:8,10 141:3
 148:4 149:14
sbrett@acluk...
 5:9
scenarios 66:8
school 14:3,6,6
 16:23 17:12,14
 115:17,19
Schulte 106:12
 113:13
scope 57:4
 59:11
seal 158:18
Sean 113:7,17
search 58:20
 110:9 112:2,4
 114:3 115:8
 117:24 125:22
 126:6,11 128:6
 128:9 130:5
 131:16 133:18
 134:6 143:7,14
 143:19,24,24
 144:3,7 156:3
searched
 144:10
searches
 108:20 109:16
 111:8 112:9

125:2,11
130:22 142:14
151:18
searching
 152:19
second 8:8
 34:10,18 56:8
 89:3,4 92:16
 94:12 150:21
 153:2
section 34:9
 39:2 47:19
 53:1 63:17
 64:3 88:10
 89:4 90:19
 136:11 139:6
 153:15
sections 36:20
 63:9
Securing 148:4
see 29:10 31:24
 33:15 34:9
 35:1 36:22,23
 41:3 47:9
 49:19 50:1
 51:10 55:24
 56:17 60:20
 67:13 68:24
 73:23 80:3
 82:25 86:4
 88:4 89:6,19
 92:14 96:11
 97:17 102:7,8
 102:14 106:8
 109:20,24
 110:13,17
 112:16,20,22
 112:24 113:1,3
 113:5,7 134:25
 139:6 147:21
 150:18 151:3,11
seeing 69:12
seen 8:17 39:13
 101:24,24
 136:19
sees 81:7 82:15
seizure 143:8

seizures 142:14
select 24:17
self 156:4
self-aware
 156:8
Seller 110:7
send 22:19,24
 23:13 43:3,7
 75:13 137:19
sending 24:4,15
 43:8
sends 23:3 41:8
sense 22:13
 23:14 25:11
 37:24
sent 17:20
 22:21 24:16,19
 57:14 61:6
 75:10,15,17
 95:25 124:14
 154:18
sentence 34:10
 34:11,18,25
 83:8 118:8,11
 118:18 141:2
sentences
 60:15,23 61:3
 88:9
separate 119:3
 153:19
separated
 56:20
serious 53:22
 53:25 54:6,15
 89:18,21 90:14
served 140:16
service 144:4
Services 5:20
 6:14 16:2 159:1
set 26:24
 28:22 30:21
 34:1 36:2
 42:10 75:25
 76:1,2 148:11
 158:17
sets 35:11
setting 11:1 89:8

CAPT. MITCHELL CLARK 1/27/2022

seven 68:25
severe 148:25
  149:2
sexual 110:20
SFST 83:19
Shaw 1:3 4:2
  6:7 159:5
  160:2
SHAWNA 1:11
  4:10
Sheet 2:7 160:1
sheets 159:10
  159:14,17
sheriff's 15:4,9
  15:11
shift 150:22
shops 92:8
short 116:4
  144:16
shorthand
  158:6,12,22
show 100:3,5
  112:12 114:10
  114:12,13
  122:14,25
  125:5 126:25
  127:1,16 128:17
  131:25 135:22
  137:17 150:13
showed 110:23
  127:16 132:9
showing 97:25
  107:10 119:12
shown 52:21
shows 103:13
  122:1 126:13
sic 36:22 40:5
  40:17 75:16
  81:4
side 93:6
sided 92:7
sign 2:6 157:5,6
  159:14
signature 2:8
  159:10,14,18
  160:25
signed 87:18

significant 91:4
  99:1
signing 158:13
similar 21:5
  98:6 100:1
simply 43:14
  84:6 122:22
Sincerely
  159:21
sir 116:8
sit 50:14 70:22
  98:18 104:17
  124:8 125:3
  128:3 144:12
sitting 11:3
  51:25 85:16
  129:15 143:2
situation 44:7
  46:15 47:24
  48:2,16 56:10
  66:2 140:23
six 64:8,10
  68:25 76:20
  90:7,14
skilled 151:17
skip 69:8
slightly 58:23
slow 77:3
Smith 23:22,24
  24:22,23
so-and-so
  24:24,25
software 41:10
solely 103:20
  136:14
somebody 38:9
  45:12 46:22
  48:14 55:15
  60:10,11 69:14
  90:7 139:22
  139:22 140:20
  152:24
somebody's
  105:1
someone's
  44:14
sorry 20:7

25:21 29:7
40:10 45:14
51:24 55:4
62:24 63:5
66:10 71:25
85:5,19 89:3
91:6,24 102:14
102:20 103:3
107:8 109:3
115:22 116:18
116:25 118:3,6
135:12 143:4
sort 17:5 23:5
  23:15 27:25
  29:12 38:4
  49:21 54:2
  64:16 78:23
  79:5 83:25
  93:4 98:23
  99:8 100:10
  124:4 151:17
sound 26:18
  43:9
sounds 10:3
  24:7 27:15
sources 129:10
Southwest 4:23
  6:11 158:8
speak 36:14
  52:7 70:13
  108:14 150:6
speaking 72:17
  132:6
specific 21:7
  45:9 51:25
  56:3,23 81:19
  83:18 88:15
  88:23 89:24
  124:15 142:10
  142:22 143:3
  143:16 144:1
  150:5
specifically
  54:3 80:6
  88:8 89:15
  98:20 99:20
  110:2 122:1

132:5 142:19
146:14 150:6
specifics 57:6
  64:5 143:24
specify 10:1
speed 114:20
speeding 68:9
  68:10
spell 7:8
SPENCER 5:3
spent 13:21
  15:18
spit 104:24
  122:5
spoke 99:12
  126:20 137:4
spoken 51:2
  132:14
spreading 45:7
spreadsheet
  19:17 21:13
  68:19 94:23
  103:8 105:2
SS 158:3
St 159:19
stage 75:20
standard 37:3
  83:17 151:10
standards 7:17
  18:9 32:5,8,21
  33:4,8,12,21
  33:25 34:2,5
  36:13 39:13
  40:22 50:10
  55:13 73:5
  88:14,18 102:7
  141:18
stands 30:8
  52:1
start 8:9 14:21
  22:4 33:14
  34:10 118:9
  130:25 142:22
  145:23
started 16:12
  18:12,16 27:14
  27:22 28:3

85:20 132:3
starting 112:14
  153:23,25
starts 113:7,12
  153:16
state 64:18
  116:9,17 158:3
  158:7 161:1
stated 121:9
statement 28:6
  37:6 58:11
  151:20
statements
  59:23 142:6
states 1:1 4:1
  38:13
statistical 91:14
  99:9 122:3
statistics 91:20
  94:20 95:5
status 63:18
statutes 34:20
  105:25
stay 52:19
stenographer
  158:16
step 73:13 74:18
  75:14 144:14
  144:14
sticks 27:10
stipulations
  63:23
stop 11:20 48:10
  48:21 57:1,2
  58:6,7,9,13,14
  58:15 59:4
  81:20 130:20
  107:24 114:19
  114:22 115:3
  116:19 117:22
  120:6,7,9
  122:16 123:2
  125:25 126:5
  126:10,17
  127:17 128:9
  130:4 131:15
  133:18 134:6

143:11 151:17
152:2,5 156:7
156:13,20
stopped 26:22
48:21 49:5
68:9 120:6
stops 19:12
58:19 59:7
64:20 112:6
125:8 141:20
Storm 14:17
17:25
Street 4:23 5:4
5:7,15,20
158:8 159:19
strictly 26:11
41:22
strike 109:11
110:5 130:24
study 14:9,12
sub-IV 148:2
subject 9:8,17
23:8 32:4
Subjection
45:10
submission
72:20,22
submit 44:10
86:11,11
submits 46:17
86:24
submitted 45:17
71:23
submitting 45:11
45:14,21
subordination...
146:17
subscribe
161:10
subset 59:6
substance 161:7
substantial
90:2
substantiated
77:17
successful
84:13,14

sufficient 115:7
117:6
suit 158:16
Suite 5:4,7
summaries
91:14
summarize
136:8
summary 93:9
119:7,11
superintendent
1:7,16 4:7,15
7:24 55:14
62:19 65:2
75:14 86:20
86:25 87:18
89:17,23 90:5
90:19,23 91:5
159:6 160:3
supervising
48:8
supervision
99:21
supervisor 13:19
44:5,9 47:13
48:7 136:11
139:11,16,21
150:22 151:8
151:12,23
Supervisor's
148:9 153:24
supervisors
47:6,19 49:19
148:12
supervisory
54:2 147:20
147:23,25
supplemental
124:7
supported 77:1
77:21 78:4
supports 80:1
sure 9:6 11:7,23
13:8,10,14
23:4,18,20
32:15 45:23
45:23 50:24

66:11 77:25
79:1 85:25
91:4 106:18
111:2 114:10
133:12 136:5
138:16 142:8
suspected
40:16,17 91:25
92:10
suspend 154:15
suspension
146:22
suspicion 64:19
114:21 115:5,10
116:13 118:5
127:23
sustained 77:10
77:16 78:9,14
79:2,6,7,20
80:10,10,11,12
80:25 82:23
93:16,21,23
94:21 95:1
106:13 107:7,11
107:14 114:9,13
115:1 117:4
120:12,22,23
120:25 121:12
121:18 122:20
126:22,23,25
127:1,13,16,17
128:5 155:25
156:2
SW 5:12,15
159:4
swear 6:25
Swords 113:7,17
swore 90:17
sworn 4:19 7:3
158:11
system 22:18
24:3 25:3
27:8 36:15
39:25 40:9
41:9 43:1,11,16
52:19 131:22
systems 37:8

T
T 3:1 158:1,1
tab 19:22 29:7
29:9,16 68:21
103:9 134:9
137:9 144:25
take 8:13 12:9
12:10,13,15
17:20 28:4
29:11 35:20
37:1 47:7,17
47:20 61:10
62:2 66:25
67:15 68:14
73:16 74:18
81:24 87:9
90:18 130:10
138:15 144:16
148:6 153:18
158:6
taken 18:12
51:19 59:23
83:22 141:1
148:12,22
150:2 156:13
159:9 160:4
talk 19:7,15 57:5
105:25 112:10
121:5 123:22
124:5,17
125:13 130:9
144:22
talked 85:3
93:13 100:14
149:5,23
155:13,24
talking 23:7
35:8,14 42:15
43:12 45:15
49:18,23 68:7
72:8 85:20
91:2 100:18
107:20 118:10
127:3 132:23
133:20 142:2
142:17 145:21

155:4
talks 34:25
39:2 49:9,25
51:9 63:17
146:21
task 13:22
taught 17:12
98:9
team 19:10
39:23 40:1
42:17,23,23
46:13 75:16
technical 13:22
Technically 7:16
tell 14:2 17:24
18:15 22:5,16
26:5 28:16
32:10 35:3
36:17,24 38:17
68:13 70:11
72:9 78:9
83:12 88:13
89:25 97:8
103:19 107:16
110:5 114:17
115:10 117:21
118:7,16 119:8
126:15 129:2
134:21 138:21
143:19 151:6
155:25
telling 24:4
87:9 106:23
115:4
ten 10:16
Tenth 6:11
term 26:5 40:12
terminated
77:24 78:23
terminology
25:6
terms 26:9 48:3
108:2 119:13
142:10
test 146:7
testified 7:3
10:9,12,17,20

CAPT. MITCHELL CLARK  1/27/2022

testify 8:21 10:2
 103:1 108:22
 125:8,14 126:3
 158:11
testifying 109:1
 129:6
testimony 8:24
 9:1,15 10:25
 36:7 42:13,14
 42:19,21
 96:24 108:23
 124:17 129:9
 133:7 137:25
 158:17
testing 83:19
text 122:21
Thank 9:19 14:7
 16:18 20:11
 25:4 26:3
 34:7 43:18
 59:15 65:13
 74:18 77:5
 92:4 97:12
 134:16 153:3
 157:3
thereon 161:9
thing 8:4 12:13
 58:24 73:19
 79:14 85:16
 92:14 143:8
things 27:25
 37:7,21,23
 45:8 69:16
 70:14,19,23
 71:14 75:19
 80:17 98:8,13
 99:13,22
 100:6 143:25
 145:22 146:17
 150:7,19,25
think 17:17
 20:20 21:1
 25:9 30:7
 32:25 38:20
 42:18 46:13
 48:18 51:25
 52:21 56:22

57:4,5 58:17
 58:22,23
 70:21 71:7,24
 72:21 84:11,20
 84:24 85:13
 85:17 86:23
 87:12,20
 88:25 90:6
 95:6 103:4
 108:22 113:6
 117:2 118:18
 119:18 120:5
 124:5,11,16
 125:19,21
 128:24 136:2
 136:8 141:12
 143:2 144:15
 150:3 151:9
 152:4 153:8
 156:15
thinking 146:14
third 117:16
third-party 51:9
 51:15
Thirty-nine
 94:15
thought 13:14
 15:18 115:4,19
thoughts 75:1
threatened
 90:22
three 18:23,25
 67:20
Thursday 4:21
time 6:5 13:10
 15:2,15,18,20
 15:25 16:2,8
 17:19 18:5 27:7
 36:5,14 39:21
 46:11 47:23
 49:13 52:13
 54:7,13 56:4,9
 56:14 62:17
 64:1,13 65:7
 65:15 66:1
 67:3,11,12
 69:9,13 75:25

86:1 87:21
 89:25 101:2
 102:23 129:23
 131:13 140:19
 155:22 156:7
times 10:11,15,16
 10:19 42:18
 53:5 54:13,17
 56:21 64:6,8
 64:10 90:14
 141:11 142:7
title 72:20
 102:3
titled 101:15
today 8:20,25
 10:24,25 11:20
 12:9,19 29:23
 70:22 104:17
 112:10 125:4,13
 128:3,12
 129:15 130:3,4
 131:7 133:2
 136:2 138:6
 141:14 149:24
today's 6:4
 134:23,24
told 33:17 42:18
 57:10 65:8
 120:20 133:9
tolerated 147:8
top 26:20 36:21
 49:9 53:1
 59:17 91:13
 122:17,18
 123:5 153:17
Topeka 4:23
 5:12,16 6:11
 158:8 159:4
topics 9:17
 58:22
total 94:1,14
totality 142:6
track 70:15
 97:22
tracked 70:7
 107:8
tracking 70:3,18

traditionally
 37:5,20
traffic 19:12
 48:21 56:25
 57:2 58:6,9,14
 59:4,7 64:19
 81:20 114:22
 115:3 117:22
 120:6,7,8
 125:8,24
 141:20 143:11
training 15:3
 17:5,9,14,15,17
 17:22 18:2,3,8
 18:11,18,20
 60:19 83:17,18
 84:9,16,16
 85:23 97:16
 98:1,16 99:5
 145:21 148:15
 148:20 149:3
 149:6,9 150:3
 150:5,8,11
 151:1 154:13
 155:6
transcribe 12:3
transcript 3:22
 11:11 159:13
transparency
 95:10
transport 16:3
 57:20
travel 115:25
traveling 115:13
 116:16,22
trend 97:25
trends 98:15,24
 99:11
tried 43:1
trip 116:4
troop 7:15,16
 13:1,8,9,12,12
 13:19 18:1
 23:10 34:21
 53:20 54:16
 55:21 57:24
 99:20 108:1,3

136:10 139:3
 139:12 140:1
 151:8,14,23
trooper 13:22
 13:24 23:22
 23:24 24:10
 24:22,23
 28:8,13 41:14
 44:13,14 45:17
 45:18 46:1,6
 47:1 48:8
 53:11,13 54:11
 56:12 57:8,10
 57:19 80:4
 83:22 84:13
 110:17 114:20
 115:4,17,18
 117:17 118:1,14
 118:19 119:6,10
 125:3,12
 126:11 128:10
 131:4,10 133:19
 134:7 149:8
 150:2,19,22
 151:4,21 154:18
 156:4
trooper's 64:17
 117:11
troopers 30:18
 36:11 47:21
 50:11 99:19
 100:8 106:12
 151:16
troops 23:12
trouble 92:11
true 61:24 78:3
 126:23 161:8
 161:12
truth 158:11
try 61:11 98:21
 143:17
trying 11:22,23
 27:24 42:16
 42:21 51:25
 56:22 57:17
 81:16 108:17
 110:4,22

CAPT. MITCHELL CLARK  1/27/2022

120:24 122:15
133:1 143:2
**turn** 29:6 36:19
49:8 52:25
89:2 101:14
134:9
**turning** 51:4
59:16 60:2
67:10 71:20
100:9
**two** 15:1 18:23
56:18,20 58:5
60:15,23 61:2
67:20 80:7
88:9 92:7
104:25 113:1,5
113:15,23
120:11 130:12
144:14 150:19
150:25 154:6
**two-flow** 36:10
**type** 70:9 95:12
144:13 146:20
**typed** 158:13
**types** 153:10
**typical** 144:6
**typically** 65:19
**typing** 77:4
118:25

_____ **U** _____

**uh-huh** 12:2
**unbecoming**
146:2,3,12
147:4,5,7
**understand**
8:20,24 9:3
9:22 10:24
11:5,12,13,18,19
11:22,24,25
12:7 19:13 21:4
23:4,18 33:10
33:16,24 36:9
37:16 42:22
47:12 48:7,18
51:12 56:17
78:1 79:1

80:14 81:17
96:24 97:21
105:12 107:17
108:13,13,16,17
110:4,19
120:24 122:15
124:22,23
132:15,19
137:25 141:15
146:3,11
147:23 154:4,6
**understanding**
10:24 13:7
25:5 34:4
35:3,10,13
41:21 59:2,10
66:21 70:20
72:24 74:1
105:16 107:19
108:5 132:2
142:9
**understood**
35:7 66:11
73:7 86:23
151:11
**underway**
96:22
**unfounded**
76:22 77:1
78:1 80:8
93:16,20
106:8,22,24
107:10,14
121:10,17
122:17 123:5,11
127:8,10
**uniformed** 41:21
**UNION** 5:7
**unit** 7:17 13:20
18:6,18,19
22:8 30:22
36:13 40:22
54:7 55:13
73:5 135:10
144:4
**UNITED** 1:1 4:1
**unknown** 45:24

**unlawful** 112:5
126:5,10,17
128:9 130:4
131:15 133:18
134:6 141:20
143:10
**unprepared**
129:1
**unprofessional**
74:5
**unsure** 138:10
**update** 20:21
73:8
**updated** 21:4
32:16 138:11
**updates** 61:6
**upper** 123:11
127:3
**use** 12:2,4 30:11
43:13 64:17
69:15 70:18
70:24 71:18
99:23 129:11
135:22 137:14
145:13,16
**uses** 31:11 36:5
46:22 99:13
**usually** 146:13
**utilize** 137:17
**utilized** 39:15,19
39:20 135:7
136:7
**utilizing** 141:22

_____ **V** _____

**v** 1:5,15 4:5,14
159:5 160:2
**variety** 148:11
**various** 13:5
67:11
**vast** 111:19
**vehicle** 18:2
57:21 120:6
**verbal** 149:5
154:13
**version** 30:24
31:7,8 38:4

100:14,17,21
101:25 138:22
138:24 145:5
145:8
**versions** 29:10
29:13 31:3
100:15 102:4
**versus** 6:7
**VI** 153:25
**Vicki** 4:24 5:19
6:12 158:6,22
159:24
**Video** 3:3 4:21
158:8
**video-recorded**
1:20 4:18 6:5
**videographer**
5:19 6:3,13,24
19:2,4 21:22
21:24 30:2,4
87:22,25
130:17 138:17
138:19 144:18
144:20 157:4,7
**view** 84:16
85:23 86:3
149:16,19
**violated** 48:9
62:5 79:4
**violates** 38:17
**violating** 44:14
**violation** 26:23
48:20 49:4
58:14 64:15
74:7 78:6,16
78:19 79:5,18
79:21 80:11
81:1,9 91:9
119:17 120:21
149:16,17
155:10,21
**violations** 68:12
118:15,20
120:13,19,25
121:1 145:18
148:6 149:11
154:23

_____ **W** _____

**wait** 11:21 22:1
98:18
**walk** 50:8
**Walnut** 5:4
**want** 8:9 9:14
21:1 25:5,21
39:19 40:3
43:5 50:8
66:10 76:23
76:24 77:25
79:1 86:2
95:10 104:20
117:2 121:23
129:11 131:13
133:4,12 135:6
138:12 140:11
142:19 152:9
152:24
**wanted** 13:14
16:8 58:19
**wanting** 124:18
149:7,7
**wants** 95:15
**wasn't** 26:22
26:22 29:8
58:16 61:5,7
65:12 68:10
78:6 79:18
81:9 116:3
119:24 124:4
132:18 146:7
146:14 152:5
**way** 11:10 24:2
26:10,12 32:6
41:17 43:7
44:2 47:12,22
48:16 52:4
54:22 62:13
94:22 99:25
105:18 117:16
123:6 124:10
124:22 135:13
136:1 138:25
**ways** 32:15 51:6
54:25 108:1

CAPT. MITCHELL CLARK  1/27/2022

we're 72:8
weapons 70:19
wearing 82:11
weekly 54:19
  54:20
went 14:7 15:6,9
  18:18 145:5,9
weren't 97:4
west 5:7 115:25
  116:1,6
whatnot 46:13
WHEREOF
  158:17
whisper 152:24
wide 17:8
wife 15:20
wild 77:4
withdraw 103:5
withdrawn 52:11
  52:14,16,18,20
witness 2:2
  6:25 7:2 8:5
  20:7,9 29:25
  61:11 128:25
  129:5,7 133:2
  133:4,11,13,14
  134:2 138:13
  159:12 160:1
  160:25
women 77:4
wondering 64:6
word 21:8
  42:23 58:3
  87:11 143:24
work 14:21 16:11
  16:19 82:1
  147:17 149:12
worked 18:6
workforce 14:8
working 7:15
  16:9 151:13
workplace 45:1
  45:20
worth 118:17
wouldn't 58:11
  58:22 81:14
  92:25 107:1

140:7,7,11
152:6
wrecked 57:19
  57:21
wrecking 99:17
write 37:6
written 34:1
  59:23 147:3
  158:12
wrong 29:18
  94:4

———————
X
———————
X 2:1 3:1

———————
Y
———————
yeah 16:21
  24:21 42:25
  78:12 79:7
  117:25 122:24
  144:5
year 13:11,25
  14:8 15:18
  16:18 67:19,19
  67:23,23 68:3
  69:1 70:4 71:5
  92:18,22,23
  92:25 93:6
  95:2 96:17
  98:18 99:18
  100:4 111:16
year-end 96:15
  96:17,19
years 10:13
  13:21 15:1,12
  126:11 134:4

———————
Z
———————

———————
O
———————
008766 19:17
04 146:9
07 29:20,21
  34:9

———————
1
———————
1 3:5 8:21 19:7
  19:22 31:23

33:3 34:6,9
35:19 38:12
39:1,10,22
40:4 41:13,24
43:13,18 44:18
58:21 60:16
68:19,21 71:15
76:4 88:10
91:7 96:9
103:9 125:20
139:10,14 141:2
148:7 153:16
153:23
1/27/20 3:4
1:36 130:15
1:40 130:18
1:54 138:17,20
10 73:3 89:2,4
  89:15 159:2
10/1/19 3:7
10/27 20:22
10:05 30:2
10:08 30:5
100 3:10,12
1000 5:4
101 3:14
10th 4:23 5:12
  158:8 159:4
11 91:3 95:18
11:44 87:23
118 3:3 8:10,18
  9:7 19:8
119 3:4,6 20:18
  21:5 22:4
  25:4,15 26:1,4
  26:20 27:3
  94:23 103:8,11
  104:9,21 105:5
  106:7,17
  107:21 108:5
  108:15,17
  109:13 110:7
  110:23 111:21
  111:23,24 112:3
  122:23 124:2
  124:12,21
11th 159:19

12 3:6
12:21 88:1
120 3:6 4:23
  5:12 6:10 25:7
  25:10,13,14,25
  58:3,3,8,16,18
  58:23 59:2,8
  64:10 107:21
  107:23 110:12
  110:14 111:5,18
  111:21,22,25
  111:25 112:3,7
  112:12,16
  117:10 122:16
  123:4 124:21
  125:4 126:13
  132:12,12,16
  155:25 158:8
  159:4
121 3:7 30:14
  31:8,24 33:3
  34:4 36:20
  37:25 40:5
  41:24 51:18
  59:17 63:17
  64:23 65:14
  66:16 67:10
  71:20 88:3,25
12128 1 161:24
122 3:9 5:15
  100:16,21
123 3:11 101:5,8
  102:12
124 3:13 101:15
  101:15 102:6
  102:21
125 3:15 92:3
126 3:16 134:15
  134:18 135:15
  136:14
127 3:17 137:11
  137:13,22
  138:22 139:6
128 3:19 145:1,1
  145:11,13,16,24
  147:3 148:2
13 3:8,10,12

25:22,24
138:9
134 3:16
137 3:18
13th 37:25
14 128:4
1400 5:4
144 3:19
14th 145:6
158 2:5
159 2:6
16 8:21 25:22
  25:24 100:22
  114:1,8 126:14
  126:15 127:13
  127:20
160 2:7
1608 5:20
161 2:8
16A 29:7
16B 134:9,11,12
16th 101:11
17 8:21 12:23
  18:16 43:23
  48:18 49:1
18 8:22 85:14,18
  144:25,25
18-0294 117:14
19-11343-KHV...
  4:5
19-1343 6:8
19-1343-KHV-...
  1:5
1985 14:4
199 92:20
1991 14:20
1997 16:16
1998 15:14
1st 30:25 101:11
  101:18,19
  102:19

———————
2
———————
2 3:15 8:21
  32:23 36:19
  38:12 40:5
  43:12 91:1,7

CAPT. MITCHELL CLARK  1/27/2022

97:13 139:14
153:23
**2:06** 144:18
**2:12** 144:21
**2:38** 157:8,10
**2:42** 144:21
**20** 3:5 10:19
68:2 111:25
161:14
**20-1067-KHV-...**
1:15 4:14
**200** 71:6 92:20
**2004** 14:1 16:12
16:16 17:8
**2006** 101:11,18
101:19 102:10
102:11,19
**2009** 135:1,14
135:16 138:9
141:7
**2009-0521**
114:14
**2015** 13:17
102:16 109:19
**2016** 111:8 125:9
126:11 128:10
130:4,19 131:16
133:16 134:4
**2016-0355**
109:20 110:13
**2016-0456**
112:15 114:5
**2017** 100:22
101:12 102:12
102:18 145:9
**2018** 117:13
**2018-0294**
117:9
**2018-2094**
119:7
**2019** 30:25
60:25 100:19
100:23 106:24
107:2,5
**2019-0130**
103:14 104:22
**2019-0521**

126:21 127:25
**2020** 3:15 69:1
69:3,11 92:12
92:22 94:3,5
96:15,25
97:19 145:6
**2020-0439**
69:12
**2020-2** 69:6
**2021** 9:9 68:2,6
96:19 97:11
99:18
**2021-0287**
114:5
**2022** 1:22 4:22
6:4 158:18
159:2,9 160:4
**21** 92:23,24
93:25
**210** 5:7
**21st** 100:23
**230** 71:11
**25** 3:6 93:23
**26.2.1** 31:25
32:8,24
**27** 1:22 4:22
6:4 120:1
159:9 160:4
**29** 135:14
**2nd** 5:12 159:4

───────
**3**
**3** 8:21 47:4,19
49:8,17,25
55:2,19 56:6
64:23 66:15
66:24 67:1
77:10 110:14
112:14,17 139:5
141:3 150:14
151:4 153:17
153:25
**30** 3:3,8 9:9
18:22 68:1,5
71:8 159:18
**30(b)(6)** 4:21
**30(b)(6)** 9:9

134:3 158:8
**30s** 67:25
**31** 10:13

───────
**4**
**4** 51:4,18 52:9
55:2 64:16
77:16 112:20
**40** 37:10,17
39:24
**41** 37:3,16 38:1,5
**413** 5:19 158:22
159:24
**430** 71:16
**45** 67:15
**48** 16:6

───────
**5**
**5** 3:18 52:25
60:2 112:22
148:8 152:20
154:1
**5/16/17** 3:11
**5th** 100:19

───────
**6**
**6** 3:3,19 59:16
77:23 88:3
112:24
**6/21/19** 3:9
**63101** 159:19
**64106** 5:4
**64108** 5:21
**64th** 5:7
**66202** 5:8
**66603** 5:16
**66612** 4:24 5:12
159:4
**67** 94:1,6
**6701** 5:7

───────
**7**
**7** 2:4 3:3 62:12
63:17 64:22
65:14 66:16
66:24 73:3
113:1

**70** 116:19
**711** 159:18
**76** 99:19
**785-296-5986**
5:16
**785-368-6244**
5:13
**7th** 5:15

───────
**8**
**8** 3:3,14 67:10
71:20 72:1,2
113:3
**816-221-1160**
5:21
**816-474-8100**
5:5

───────
**9**
**9** 82:25 89:1
113:5
**9:10** 6:2,5
**9:32** 19:2
**9:35** 19:5
**9:40** 21:22
**9:52** 21:25
**913-490-4110**
5:8
**92** 3:15
**96** 15:16,22
**97** 16:15