# Exhibit 23



# PROFESSIONAL STANDARDS

### CAPTAIN MITCH CLARK

The Professional Standards Unit (PSU) is an impartial, fact-finding investigations unit tasked with safeguarding the confidentiality of the administrative investigation process, upholding the integrity of the agency, and ensuring the employees are afforded due process. The unit maintains the confidential archives of agency and employee conduct investigations. Troopers assigned to the unit conduct investigations of complaints against employee conduct or agency procedures received from within and outside the agency. Investigations assigned to supervisors throughout the state are monitored and reviewed by the Professional Standards Unit as well. Investigatory findings are utilized by the unit to identify agency training and supervisory needs. The Professional Standards Unit receives assignments from and reports directly to the Superintendent.

| 2021 ACTIVITY | |
|---|---|
| **COMPLIMENTS** | |
| Received | **193** |
| **COMPLAINTS** | |
| Investigations carried over from 2020 | **9** |
| New investigations initiated | **31** |
| Investigations concluded | **35** |
| Pending investigations as of January 2021 | **6** |
| **RESOLUTIONS** | |
| Total Allegations resolved | **62** |
| Exonerated, Unfounded, or Not sustained | **35** |
| Sustained, MBOC | **27** |

# LEGAL COUNSEL

### GENERAL COUNSEL LUTHER GANIEANY
### LEGAL COUNSEL SARAH WASHBURN

Kansas Highway Patrol legal staff provides guidance and advice on all aspects of the Patrol's law enforcement mission as well as provides advice to various Patrol commanders and senior staff for day-to-day operations. This includes representing the Patrol in civil litigation; interpretation of agency policy, Kansas Administrative Regulations; and state and federal laws; providing Legal training for staff; and reviewing in-custody medical claims. Additionally, Legal staff helps with the preparation of Memorandum of Agreement/Understanding - contract negotiation; provides legal counsel in matters concerning employment and labor law; reviews and drafts responses to agency complaints such as those filed with the Kansas Human Rights Commission, Equal Employment Opportunity Commission or complaints alleging racial or other biased-based policing. Legal also handles the filing of asset forfeitures and quiet title cases on behalf of the Patrol and response to business records subpoenas and public requests made through the Kansas Open Records Act. Legal provided support and counsel to both sworn and civilian members.



KANSAS HIGHWAY PATROL

ANSWERING THE CALL

2020 ANNUAL REPORT

EST. 1937 — HIGHWAY STATE OF KANSAS PATROL — SERVICE · COURTESY · PROTECTION

# PEER TEAM

Robert Ware and Joseph Bott
Coordinators

## PEER TEAM PROVIDES SUPPORT TO 247 CONTACTS

The Kansas Highway Patrol PEER Team continues to grow and serve the KHP and various law enforcement entities and state agencies since 1994. The team deploys to various locations across Kansas to host and assists with Critical Incident Stress Management and defusing when requested.

In 2020, the PEER team had 30 members who provided support for 247 total contacts. This includes 51 for first quarter, 83 for second quarter, 47 for third quarter, and 66 for fourth quarter. Additionally, the team participated in 12 debriefs. These debriefs were as a result of officer-involved shootings and fatality crashes.

Emotional support was provided for marital matters, employment-related issues, supervisor or subordinate relationships, financial and medical concerns, family-related concerns, bereavement, and suicidal matters.

### 2020 ACTIVITY

| | |
|---|---|
| First Quarter | 51 contacts |
| Second Quarter | 83 contacts |
| Third Quarter | 47 contacts |
| Fourth Quarter | 66 |
| TOTAL CONTACTS | 247 |
| Debriefs | 12 |

The PEER Team coordinators are proud of the team members demonstrating compassion for personnel by reaching out to them during a critical time in their lives. COVID-19 changed the way the unit supports each other; however, they have been learning how to safely reach out to peers to provide emotional stability during this time.

# PROFESSIONAL STANDARDS UNIT

Captain Mitch Clark

The Professional Standards Unit (PSU) is an impartial, fact-finding investigations unit tasked with safeguarding the confidentiality of the administrative investigation process, upholding the integrity of the agency, and ensuring the employees are afforded due process. The unit maintains the confidential archives of agency and employee conduct investigations. Troopers assigned to the unit conduct investigations of complaints against employee conduct or agency procedures received from within and outside the agency. Investigations assigned to supervisors throughout the state are monitored and reviewed by the Professional Standards Unit as well. Investigatory findings are utilized by the unit to identify agency training and supervisory needs. The Professional Standards Unit receives assignments from and reports directly to the Superintendent.

### 2020 ACTIVITY

| COMPLIMENTS | |
|---|---|
| Compliments received | 199 |
| **COMPLAINTS & INVESTIGATIONS** | |
| Investigations carried over from 2019 | 4 |
| New investigations initiated | 46 |
| Total investigations concluded | 39 |
| Pending investigations as of Jan 1 2021 | 11 |
| **RESOLUTIONS** | |
| TOTAL ALLEGATIONS RESOLVED | 67 |
| Exonerated, Unfounded, or Not sustained | 41 |
| Sustained | 25 |
| Closed | 1 |



# OTHER DEPARTMENTS

## PSU

### CAPTAIN ERIC PIPPIN
PROFESSIONAL STANDARDS UNIT



The Professional Standards Unit (PSU) provides fact-finding investigative services for the agency. The unit focuses on safeguarding administrative investigative processes; upholding agency integrity, and ensuring employee due process rights. Confidential archives of agency employee administrative investigations are maintained. Troopers assigned to the unit investigate concerns regarding employee conduct, competency, and agency procedures received from both in and outside the agency. Additionally, PSU staff provides training on administrative investigation processes to new employees and supervisors. PSU monitors and reviews investigations assigned to supervisors throughout the state as well. Investigatory findings are utilized to identify agency training and supervisory needs. PSU receives assignments from, and reports findings directly to the superintendent.

| COMPLIMENTS | |
|---|---|
| 155 | Citizen compliments |
| **COMPLAINTS** | |
| 11 | 2018 Cases carried over |
| 41 | Cases initiated |
| 52 | Cases completed |
| 86 | Total 2019 complaints |
| 22 | Sustained |
| 64 | Unfounded or not sustained |



2018 Annual Report

## 2018 AGENCY-WIDE STATISTICS



Administered **1,215** evidentiary alcohol tests



Arrested **1,160** impaired drivers



Issued **15,924** total seat belt violations



CHART responded to **121** requests for assistance, crash investigations, and crime scene reconstructions



Issued **1,531** child restraint violations and installed **343** child seats



Conducted **5,624** criminal interdiction searches



Spent **5,384.25** hours preparing for court



Conducted **469** check lanes



Patrolled **12,423,063** miles

# OTHER DEPARTMENTS

## L TROOP

### CAPTAIN BRETT JOHNSON
PROTECTIVE SERVICES

The Protective Services Detail handles security for the Governor and the First Family in public. Visiting dignitaries also may be provided protection at the request of the Governor or the Kansas Highway Patrol superintendents. Protective Services works with the Executive Aircraft Operations section to provide aerial transport for the Governor and other public officials.



## PSU

### CAPTAIN ERIC PIPPIN
PROFESSIONAL STANDARDS UNIT (PSU)

The Professional Standards Unit (PSU) provides fact-finding investigative services for the agency, focused on safeguarding administrative investigative processes, upholding agency integrity, and ensuring employee due process rights. The unit maintains the confidential archives of agency employee administrative investigations.

Troopers assigned to the unit investigate concerns regarding employee conduct, competency, and agency procedures received from both in, and outside, the agency. Additionally, PSU staff provide training on administrative investigation processes to new employees and supervisors. Professional Standards monitors and reviews investigations assigned to supervisors throughout the state, as well. Investigatory findings are utilized to identify agency training and supervisory needs.

The Professional Standards Unit receives assignments from, and reports findings directly to, the superintendent.

### 2018 STATISTICS

**COMPLIMENTS**

**197........Complements Received**

**COMPLAINTS**

8............Cases Carried Over From 2017
54...........New Cases Opened
51...........Completed Cases
11...........Cases Pending

99...........Total Allegations
12...........Sustained
70...........Unfounded, Not Sustained, or Exonerated
17...........Pending Allegations