# Exhibit 24

(Subject to Motion to Seal)