# Exhibit 25

(Subject to Motion to Seal)