# Exhibit 26

(Subject to Motion to Seal)