# Exhibit 27

(Subject to Motion to Seal)