# Exhibit 28

(Subject to Motion to Seal)