# Exhibit 29

(Subject to Motion to Seal)