# Exhibit 30

(Subject to Motion to Seal)