# Exhibit 31

(Subject to Motion to Seal)