**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

BLAINE FRANKLIN SHAW, *et al.*,

*Plaintiffs*,

v.

HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,

*Defendants*.

**Case No. 19-1343-KHV-GEB**

MARK ERICH, *et al.*,

*Plaintiffs*,

v.

HERMAN JONES, *KHP Superintendent*,

*Defendant.*

**Case No. 20-1067-KHV-GEB**

**PLAINTIFF JOSH BOSIRE'S DEPOSITION DESIGNATIONS**

**Lieutenant Joseph Bullock Deposition Designations**

| 6:25-7:8 |
|---|
| 8:5-15 |
| 11:5-9 |
| 11:12-19 |
| 12:2-5 |
| 18:20-19:3 |

| 25:14-18 |
|---|
| 35:23-37:11 |
| 42:4-43:24 |
| 44:4-46:2 |
| 47:1-21 |
| 56:20-57:18 |
| 62:12-64:7 |
| 64:15-65:3 |
| 67:7-14 |
| 69:7-70:13 |
| 71:2-12 |
| 71:17-72:1 |
| 79:2-81:15 |
| 81:18-25 |
| 82:9-16 |
| 92:1-16 |
| 93:16-94:1 |
| 98:5-19 |
| 99:9-13 |
| 101:15-102:13 |
| 102:16-19 |
| 103:14-104:9 |
| 105:18-23 |
| 106:3-11 |

| |
|---|
| 108:22-109:16 |
| 113:22-114:16 |
| 114:21-115:14 |
| 120:2-14 |
| 121:13-122:5 |
| 125:19-25 |
| 133:7-21 |
| 134:12-18 |
| 139:5-140:7 |
| 143:6-11 |
| 144:6-9 |
| 144:23-145:7 |
| 146:9-14 |
| 149:10-20 |
| 150:15-151:18 |

**<u>Trooper Justin Rohr Deposition Designations</u>**

| |
|---|
| 5:20-23 |
| 6:1-5 |
| 6:13-15 |
| 10:17-22 |
| 16:9-13 |
| 17:6-16 |
| 18:9-11 |

| 18:24-19:8 |
|---|
| 21:16-23 |
| 50:4-15 |
| 51:13-16 |
| 51:24-53:24 |
| 54:18-55:23 |
| 56:1-18 |
| 57:5-9 |
| 57:18-24 |
| 58:4-23 |
| 64:1-9 |
| 64:21-65:5 |
| 66:21-24 |
| 69:9-11 |
| 74:11-14 |
| 74:18-25 |
| 75:7-8 |
| 75:10-76:20 |
| 77:17-25 |
| 78:7-13 |
| 83:13-16 |
| 84:4-6 |
| 84:10-85:2 |
| 85:12-19 |

| 91:8-10 |
|---|
| 91:15-92:8 |
| 97:16-25 |
| 98:5-8 |
| 111:23-112:2 |
| 112:7-25 |
| 113:4-114:21 |
| 115:1-13 |
| 115:16-21 |
| 117:12-25 |
| 118:3-7 |
| 121:23-122:12 |
| 129:1-4 |
| 143:16-145:8 |
| 145:11-20 |
| 146:18-19 |
| 146:23-147:2 |
| 148:13-18 |
| 149:18-23 |
| 216:21-217:13 |

**Lieutenant Greg Jirak Deposition Designations**

| 6:5-7 |
|---|
| 9:23-25 |

| 12:22-13:1 |
|---|
| 13:10-12 |
| 27:25-28:4 |
| 32:10-19 |
| 53:13-20 |
| 54:15-55:1 |
| 58:5-8 |
| 58:13-17 |
| 59:18-19 |
| 60:2-9 |
| 60:23-62:1 |
| 65:20-66:4 |
| 67:3-68:8 |
| 68:25-69:22 |
| 74:2-5 |
| 74:18-20 |
| 74:25-75:3 |
| 94:16-18 |
| 96:10-25 |
| 97:21-98:1 |
| 99:25-100:11 |
| 100:15-20 |
| 101:12-102:20 |
| 109:18-24 |

| 124:6-126:8 |
|---|
| 126:13-23 |
| 127:9-15 |

**John Douglas Rule Deposition Designations**

| 7:19-22 |
|---|
| 16:4-6 |
| 22:5-13 |
| 60:13-19 |
| 61:6-9 |
| 61:20-23 |
| 62:4-10 |
| 71:8-12 |
| 73:24-74:1 |
| 81:9-17 |
| 84:3-10 |
| 95:20-24 |
| 101:22-102:17 |
| 107:7-14 |
| 112:8-15 |
| 132:4-6 |
| 132:25-133:7 |

**Trooper Ryan Wolting Deposition Designations**

| 6:9-13 |
|---|
| 6:22-24 |
| 18:20-19:6 |
| 19:16-18 |
| 20:1-3 |
| 36:3-6 |
| 40:25-41:3 |
| 59:13-16 |
| 59:22-60:2 |
| 60:16-19 |
| 101:3-8 |
| 102:7-18 |
| 102:23-25 |
| 103:4-104:7 |
| 106:24-107:4 |
| 107:14-24 |
| 112:5-11 |
| 113:15-114:5 |
| 114:24-115:6 |
| 116:6-8 |
| 120:9-11 |
| 125:15-19 |
| 125:22-126:3 |

| 126:15-19 |
|---|
| 145:7-146:9 |
| 151:22-152:18 |

**Captain Brent Hogelin Vol. I Deposition Designation**

| 6:12-17 |
|---|
| 16:17-20 |
| 16:24-17:7 |
| 32:23-33:5 |
| 37:22-38:1 |
| 38:5-12 |
| 38:19-39:6 |
| 47:8-11 |
| 58:3-12 |
| 59:4-7 |
| 60:20-61:7 |
| 61:11-62:8 |
| 62:11-17 |
| 63:2-11 |
| 64:21-23 |
| 65:8-19 |
| 66:14-23 |
| 67:4-17 |
| 68:5-10 |

| 68:13-22 |
|---|
| 68:25-69:4 |
| 69:9-24 |
| 70:13-71:2 |
| 72:19-73:18 |
| 73:22-74:13 |
| 75:13-21 |
| 93:5-19 |
| 94:5-95:9 |
| 95:12-18 |
| 95:24-96:2 |
| 96:14-17 |
| 96:23-97:1 |
| 102:11-17 |
| 110:1-6 |
| 110:21-111:8 |

**Captain Brent Hogelin Vol. II Deposition Designation**

| 7:2-5 |
|---|
| 7:15-23 |
| 8:7-11 |
| 10:10-16 |
| 11:2-5 |
| 11:18-12:7 |

| 18:16-22 |
| --- |
| 19:14-20:14 |
| 23:14-19 |
| 28:7-10 |
| 29:5-8 |
| 45:5-46:12 |
| 47:2-19 |
| 51:21-52:1 |
| 52:8-21 |
| 53:16-18 |
| 55:6-10 |
| 55:14-25 |
| 56:3-13 |
| 62:10-14 |
| 66:20-67:2 |
| 67:22-68:2 |
| 80:7-17 |
| 86:15-25 |
| 95:23-96:21 |
| 110:13-14 |
| 110:17-24 |
| 111:15-113:16 |
| 126:19-127:10 |
| 127:14-17 |

| 127:23-128:13 |
|---|

**Sarah Washburn Deposition Designations**

| 7:2-8:25 |
|---|
| 10:14-11:17 |
| 16:24-17:25 |
| 21:2-22:25 |
| 23:6-24:10 |
| 28:19-23 |
| 30:23-31:10 |
| 31:24-32:2 |
| 33:4-12 |
| 43:17-22 |
| 44:25-46:6 |
| 47:23-48:4 |
| 51:14-52:7 |
| 52:20-53:12 |
| 58:21-25 |
| 100:11-103:25 |
| 104:16-105:5 |
| 106:20-108:4 |
| 108:23-109:25 |
| 111:19-112:16 |
| 116:9-119:5 |

**Captain Mitchell Clark Deposition Designations**

| 7:7-25 |
| --- |
| 8:24-9:3 |
| 30:14-23 |
| 31:13-22 |
| 34:8-17 |
| 59:16-25 |
| 60:7-9 |
| 60:15-21 |
| 61:16-62:11 |
| 72:25-73:21 |
| 75:9-15 |
| 75:19-23 |
| 76:4-12 |
| 76:16-77:2 |
| 77:5-25 |
| 78:14-17 |
| 82:24-83:11 |
| 83:20-24 |
| 84:9-17 |
| 85:23-87:8 |
| 87:16-19 |
| 88:24-25 |
| 89:3-20 |

| 90:17-91:11 |
|---|
| 100:13-101:4 |
| 106:10-14 |
| 145:1-4 |
| 145:23-2 |
| 147:10-18 |
| 148:9-150:6 |
| 150:12-151:5 |
| 152:16-18 |
| 153:6-14 |
| 153:21-154:3 |
| 154:9-20 |

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
s/ Sharon Brett
Sharon Brett KS # 28696
Kunyu Ching *Pro hac vice*
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kdeloach@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654

bhauss@aclu.org

and

**SPENCER FANE LLP**
s/ Madison A. Perry
Leslie A. Greathouse KS # 18656
Patrick McInerney KS # 22561
Madison A. Perry KS # 27144
Olawale O. Akinmoladun KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

s/ Madison A. Perry
Attorney for Plaintiffs