IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, et al., )<br>  )<br>       Plaintiffs, )<br>  )<br>v.  )<br>  )<br>HERMAN JONES, in his official capacity as )<br>the Superintendent of the Kansas Highway )<br>Patrol, et al., )<br>  )<br>       Defendants. )<br>_____) | No. 19-01343-KHV |
| MARK ERICH, et al., )<br>  )<br>       Plaintiffs, )<br>  )<br>v.  )<br>  )<br>HERMAN JONES, in his official capacity as )<br>the Superintendent of the Kansas Highway )<br>Patrol, )<br>  )<br>       Defendant. )<br>_____) | No. 20-01067-KHV |

**ORDER**

On January 3, 2023, the Court orally granted defendants' Motion To Sever Or For Separate Trials (Doc. #350) filed December 23, 2022. The Court also ruled that the trials be held in Kansas City, Kansas instead of Wichita, Kansas. Blaine Shaw's Fourth Amendment claim against Doug Schulte is set for a five-day jury trial starting February 6, 2023. Joshua Bosire's Fourth Amendment claim against Brandon McMillan is set for a five-day jury trial starting February 13, 2023.

The Order of Consolidation (Doc. #84) filed November 10, 2020, which consolidated Case No. 19-01343 and Case No. 20-01067, is VACATED. All claims against Herman Jones in both cases will be jointly tried on a date to be determined.

IT IS SO ORDERED.

Dated this 23rd day of January, 2023.

s/ Kathryn H. Vratil

KATHRYN H. VRATIL
United States District Judge
