**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Blaine Franklin Shaw, *et al.* | |
| Plaintiffs, | |
| v. | Case No. 6:19-CV-01343 |
| Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.,* | |
| Defendants. | |
| Mark Erich, *et al.* | |
| Plaintiffs, | |
| v. | Case No. 20-CV-01067 |
| Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.,* | |
| Defendants. | |

## **DEFENDANT SCHULTE'S FINAL WITNESS AND EXHIBIT DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(3)(A), Defendant Douglas Schulte submits the following:

1

## Witnesses

|   | *Name and Contact Information* | *Subject matter and Synopsis of facts* |
|---|---|---|
| 1 | Blaine Shaw [may call if the need arises] | Historical facts pertaining to reasonable suspicion analysis and his claimed damages.<br><br>Shaw was traveling West on I 70. He was pulled over by Trooper Schulte for speeding. He admits he was speeding. He made a video during the stop and subsequent detention and search of his father's van and will identify and discuss the video's contents.<br>He will be examined about conversations with Schulte that are recorded on the trooper's dash camera.<br>He will be cross examined concerning his credibility and the nature, extent and cause of his alleged damages. |
| 2 | Doug Schulte, KHP [expect to call] | His employment as a KHP trooper, the historical facts pertaining to reasonable suspicion analysis, his suspicions, the involved traffic stop and detentions, and his subjective intent and understanding and his background and circumstances as they may concern the punitive damages claim.<br><br>The synopsis of facts that Schulte will testify to is contained in his factual contentions in the pretrial order, pp. 28-31. That synopsis is incorporated here. In this connection, Schulte will testify to and explain that he had, and why |

|   |   |   |
|---|---|---|
|   |   | he had, reasonable suspicion, particularly in light of his experience and specialized training, to detain Plaintiff for a canine sniff.<br>Schulte will also testify to his background and modest income. He will testify that his conduct was not motivated by an evil motive or intent or reckless or callous indifference to the Shaw's constitutional rights and the processes he engaged in to decide to whether to detain Shaw, including his documentation on the dash cam video that he employed the required reasonable suspicion calculus to detain Shaw.<br>Schulte will testify to what was discovered in the search of the Shaw van and his conversations with Shaw about his Colorado marijuana licenses. |
| 3 | Trooper Ian Gray, KHP<br>[may call if need arises] | His observations at the December 29, 2017 canine sniff and search of the Shaw van. |
| 4 | Trooper James McCord<br>[may call if need arises] | The December 20, 2017 stop, conversations he had with Schulte regarding Shaw's detention; the contents/property in the back of the Shaw van and the search of the van. |
| 5 | Witnesses needed, if any, to establish foundation for exhibits listed below<br>[may call if the need arises] |   |

3

# Exhibits

|     | *Description* | *Offered* | *Admitted* |
| --- | --- | --- | --- |
| 801 | 801_DigiTicket Citation.pdf [OAG000001] | | |
| 802 | 802_KHP Police Dog Service Report.pdf [OAG000002-3] | | |
| 803 | 803_In-Car video D. Schulte.mp4 | | |
| 804 | 804_E. Shaw, Colorado Identification Card, #14-112-0701.pdf [OAG000007] | | |
| 805 | 805_E. Shaw, Medical Marijuana Registry, certificate.pdf [OAG000008-9] | | |
| 806 | 806_Photos of material taken from Shaw vehicle 1.pdf [OAG001868] | | |
| 807 | 807_Photo of material taken from Shaw vehicle.pdf [OAG001869] | | |
| 808 | 808_Photos of material taken from Shaw vehicle.pdf [OAG001870] | | |
| 809 | 809_Video recordings produced by B. Shaw regarding the 12/20/17 traffic stop.mp4 | | |
| 810 | 810_Still image from the dash cam video-giving ticket.pdf | | |
| 811 | 811_Still image from the dash cam video-brake lights on.pdf | | |
| 812 | 812_Still image from the dash cam video-walking back.pdf | | |
| 813 | 813_Still image from the dash cam video-asking to talk.pdf | | |
| 814 | 814_Still image from the dash cam video-view inside van 1.pdf | | |
| 815 | 815_Still image from the dash cam video view inside van 2.pdf | | |
| 816 | 816_Christmas photo of B. Shaw family.pdf | | |
| 817 | 817_Social Security Records B. Shaw.pdf (possibly subject to court order regarding declared confidentially) | | |
| 818 | 818_materials from search of B. Shaw van (conventionally presented) | | |
|     |     | | |

OFFICE OF KANSAS ATTORNEY
GENERAL KRIS KOBACH

/s/ Arthur S. Chalmers
Arthur S. Chalmers #11088
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: 785-368-6244
FAX: 785-291-3767
Email: art.chalmers@ag.ks.gov
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of January, 2023, I electronically sent a copy of DEFENDANT SCHULTE'S FINAL WITNESS AND EXHIBIT DISCLOSURES to all counsel of record.

s/Arthur S. Chalmers
Arthur S. Chalmers