### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al*.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al*.,<br><br>    *Defendants*. | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al*.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERMAN JONES, *KHP Superintendent,*<br><br>    *Defendant.* | **Case No. 20-1067-KHV-GEB** |

### PLAINTIFF BLAINE SHAW'S LOCAL RULE 5.4.2(b)
### <u>NOTICE OF PROPOSED SEALED OR REDACTED FILING</u>

  Plaintiff Blaine Shaw files this Notice of Proposed Sealed or Redacted Filing. On January 25, 2023, Mr. Shaw filed Doc. #411 provisionally under seal. That document is a notice of decision and decision of Mr. Shaw's prior unrelated social security disability application. It is an exhibit to Doc. #408, Mr. Shaw's motion in limine regarding his disability claim and decision regarding that claim.

  Mr. Shaw seeks to maintain the information under seal and intends to file a motion to seal or redact pursuant to Local Rule 5.4.2(c) within 7 days.

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
s/ Sharon Brett
Sharon Brett             KS # 28696
Kunyu Ching              *Pro hac vice*
6701 W. 64th St., Suite 210
Overland Park, KS 66202
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kdeloach@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss             *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org

and

**SPENCER FANE LLP**
s/ Madison A. Perry
Leslie A. Greathouse       KS # 18656
Patrick McInerney          KS # 22561
Madison A. Perry           KS # 27144
Olawale O. Akinmoladun     KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 25th day of January 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

                s/ Madison A. Perry
                Attorney for Plaintiffs