# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>   *Defendants*. | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al.*,<br><br>   *Plaintiffs,*<br><br>v.<br><br>HERMAN JONES, *KHP Superintendent,*<br><br>   *Defendant.* | **Case No. 20-1067-KHV-GEB** |

### PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE CERTAIN NAMED PLAINTIFFS FROM ATTENDANCE AT ALL OR PART OF THE BENCH TRIAL

This matter is set for a consolidated bench trial of all claims against Colonel Herman Jones, Superintendent of the Kansas Highway Patrol in *Shaw v. Jones*, Case No. 19-cv-1343, and *Erich v. Jones*, Case No. 20-cv-1067, beginning May 1, 2023. (Doc. #457 at 1). At the March 6, 2023 pretrial conference, the Court indicated that all plaintiffs should be present for the consolidated bench trial. *Id.* at 2. Because of extenuating circumstances affecting certain Plaintiffs, those Plaintiffs hereby submit this Motion requesting that they be excused from all or part of the bench trial, as described below. In support of their Motion, Plaintiffs state as follows:

*Plaintiffs Mark Erich and Shawna Maloney*

1. Plaintiffs Mark Erich and Shawna Maloney bring their claim against Col. Jones for declaratory and injunctive relief. Both Mr. Erich and Ms. Maloney will be present in court for the start of the May 1 consolidated bench trial, and both intend to testify at the beginning of their case in chief. Plaintiffs anticipate that the bench trial will last approximately one week.

2. However, attendance for the entirety of the trial would pose significant hardships to them. Mr. Erich and Ms. Maloney live in Ohio and have a four-year-old child. Mr. Erich works full-time. Attending the full anticipated bench trial would require Mr. Erich to take considerable time off work, at a financial loss to their family. It would also require Mr. Erich and Ms. Maloney to find round-the-clock childcare for their young child and their pets, who would not travel with them to Kansas for the trial.

3. The May 1, 2023 trial date was calendared on February 21, 2023 (No. 20-cv-1067, Doc. #34). Since that time, Mr. Erich and Ms. Maloney have been unable to find care for their child and pets.

4. Mr. Erich has also had difficulty securing arrangements with his employer to be absent from work for the entire week. At this point, attendance for the full trial will result in lost income, as well as expenses for travel from Ohio to Kansas City and lodging for the entirety of the trial.

5. Furthermore, Mr. Eric and Ms. Maloney recently incurred significant expenses related to the unexpected death of an immediate family member. The lost income, coupled with the unexpected funeral expenses, make full trial attendance financially burdensome for them.

6. Given that Mr. Erich and Ms. Maloney do not have a claim for damages against Col. Jones, they will not recover any compensation for pursuing their claim which could offset the financial burden that full trial attendance would create.

7. Plaintiffs have conferred with Defendant, who does not oppose this Motion.

8. Mr. Erich and Ms. Maloney therefore respectfully request that, following the completion of their testimony, the Court excuse them from further in-person attendance.

*Plaintiff Samuel Shaw*

9. Plaintiff Samuel Shaw also maintains his claim against Col. Jones for declaratory and injunctive relief.[1]

10. Samuel Shaw suffers from significant cognitive disabilities as a result of a traumatic brain injury that he sustained in high school. As a result, Mr. Shaw struggles in new situations and when he is around unfamiliar people. Since the inception of this case, Mr. Shaw's ability to cope in such settings has declined significantly. Mr. Shaw's immediate family believes that his attendance at trial would be disruptive to his mental health and wellbeing.

11. Neither party anticipates calling Samuel Shaw as a witness at trial.

12. Plaintiffs have conferred with Defendant, who does not oppose this Motion.

13. Mr. Shaw therefore respectfully requests that he be excused in full from attending the bench trial against Col. Jones.

---

[1] Samuel Shaw's claim for monetary relief against Trooper Doug Schulte settled prior to trial, and the Court entered a Consent Judgment on that claim on January 13, 2023. Doc. #366.

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
s/ Sharon Brett
Sharon Brett                     KS # 28696
Kunyu Ching                     *Pro hac vice*
15601 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kching@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss                     *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org

and

**SPENCER FANE LLP**
s/ Madison A. Perry
Leslie A. Greathouse            KS # 18656
Patrick McInerney               KS # 22561
Madison A. Perry                KS # 27144
Olawale O. Akinmoladun          KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of March 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

                                              s/ Madison A. Perry
                                              Attorney for Plaintiffs