IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Blaine Franklin Shaw, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>*Defendants*. | **Case No. 6:19-CV-1343-KHV-GEB** |
| Mark Erich and Shawna Maloney, i*ndividually and as mother and natural guardian of minors D.M and M.M,*<br><br>*Plaintiffs,*<br><br>v.<br><br>HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol*,*<br><br>*Defendant.* | **Case No. 20-CV-01067-KHV-GEB** |

**PLAINTIFFS' MOTION TO UTILIZE UNOFFICIAL TRANSCRIPTS**

Pursuant to Local Rule 80.1, Plaintiffs request leave to utilize unofficial transcripts in submitting their proposed findings of fact and conclusions of law. On May 12, 2023, the Court ordered Plaintiffs to file proposed findings of fact and conclusions of law by May 20, 2023. To meet that deadline, Plaintiffs need to rely on unofficial trial transcripts.

WHEREFORE, Plaintiffs respectfully request that the Court authorize use of uncertified transcripts for Plaintiffs' proposed findings of fact and conclusions of law.

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
Sharon Brett           KS # 28696
Kunyu Ching            *Pro hac vice*
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kching@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss            *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org

and

**SPENCER FANE LLP**
s/ Madison A. Perry
Leslie A. Greathouse    KS # 18656
Patrick McInerney       KS # 22561
Madison A. Perry        KS # 27144
Olawale O. Akinmoladun  KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 16th day of May 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

                                                  *s/* Madison A. Perry
                                                  Attorney for Plaintiffs

KC 20416980.1