IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Blaine Franklin Shaw, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>*Defendants*. | **Case No. 6:19-CV-1343-KHV-GEB** |
| Mark Erich and Shawna Maloney, i*ndividually and as mother and natural guardian of minors D.M and M.M,*<br><br>*Plaintiffs,*<br><br>v.<br><br>HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol*,*<br><br>*Defendant.* | **Case No. 20-CV-01067-KHV-GEB** |

**PLAINTIFFS' FURTHER REPLY REGARDING THEIR
MOTION TO UTILIZE UNOFFICIAL TRANSCRIPTS**

Plaintiffs offer the following reply:

1. To the extent Defendant Jones suggests that Local Rule 80.1 prohibits all quotations or citations to unofficial transcripts, that is incorrect. Rather, the rule permits doing so when it is authorized by the Court. Clearly, the rule envisioned exceptions may be warranted. For example,

in situations such as this where time does not permit use of certified transcripts, but where unofficial transcripts could nonetheless be beneficial.

2. Plaintiffs disagree that providing the Court with citations in an unofficial transcript would be confusing regarding the proper record for the Court's decision or record for any appeal. To be clear, Plaintiffs intention is that the Court rely on the official trial record in coming to a decision, and the Federal Rules of Appellate Procedure clearly set forth the appropriate record for any appeal. Plaintiffs merely proposed authorization for Plaintiffs to cite rough transcripts of testimony to assist the Court in culling down thirteen days of witness testimony which included sixteen live witnesses.

3. Defendant's assertion that the unofficial transcripts are not equally available to the parties is simply not true. On May 17, Defendant's counsel emailed Plaintiffs' counsel requesting a copy of the unofficial transcripts that Plaintiffs propose to use for the findings of fact. After inquiry, Plaintiffs' counsel was informed that Defendant would need to pay the court reporters for the transcripts. Because Plaintiffs had already ordered and paid for rough transcripts, Defendant could do so at a reduced rate per page. Plaintiffs' counsel responded to Defendant's counsel request:

> The unofficial transcripts we anticipate using for the proposed findings of fact and conclusions of law are the rough transcripts from the following days of trial. We're still drafting so I guess I can't guarantee we will use each one, but that's what we anticipate using.
>
> Shaw Trial
> 2/6 (through 1:30 p.m.)
> 2/7
>
> Bosire Trial
> 4/24
> 4/25
> 4/46
> 4/27

Jones Trial
5/1
5/2
5/3
5/4
5/5
5/10
5/12

We were required to pay the court reporters for the transcripts. My understanding is that I'm not permitted to share copies but that you can request them directly from the court reporters at their rates. The court reporters throughout the trials were:
- Nancy Wiss
- Kim Greiner
- Dani Murray

4. Plaintiffs did not intend to file unofficial transcripts as it was their understanding that the Court has access to them. However, Plaintiffs will certainly do so if instructed by the Court.

WHEREFORE, Plaintiffs respectfully request that the Court authorize citation and quotation of uncertified transcripts for Plaintiffs' proposed findings of fact and conclusions of law.

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
Sharon Brett           KS # 28696
Kunyu Ching            *Pro hac vice*
10561 Barkley Street, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kching@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss            *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org
and

**SPENCER FANE LLP**
s/ Madison A. Perry
Leslie A. Greathouse    KS # 18656
Patrick McInerney       KS # 22561
Madison A. Perry        KS # 27144
Olawale O. Akinmoladun  KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

*s/* Madison A. Perry
Attorney for Plaintiffs