CLERK'S COURTROOM MINUTE SHEET – **CIVIL JURY**
Case No: 19-cv-01343 -KHV and 20-cv-01067-KHV

| CAPTION: | APPEARANCES: |
|---|---|
| BLAINE SHAW, et al., | Sharon Brett, |
| | Patrick McInerney, |
| Plaintiffs, | Madison Perry, |
| | Leslie Greathouse |
| v. | |
| HERMAN JONES, *in his official capacity as the Superintendent of the Kansas Highway Patrol* | Arthur Chalmers |
| Defendant. | |
| MARK ERICH, et al., | Sharon Brett, |
| | Patrick McInerney, |
| Plaintiffs, | Madison Perry, |
| | Leslie Greathouse |
| v. | |
| HERMAN JONES, *in his official capacity as the Superintendent of the Kansas Highway Patrol* | Arthur Chalmers |
| Defendant. | |

| JUDGE: | Kathryn H. Vratil |
|---|---|
| **CLERK:** | **Audra Harper** |
| **COURT REPORTER:** | **Nancy Wiss/Dani Murray/Kim Greiner** |

| DATE: | 5/1/23 | 5/2/23 | 5/3/23 | 5/4/23 | 5/5/23 | 5/10/23 | 5/12/23 | 5/26/23 |
|---|---|---|---|---|---|---|---|---|
| Start time: | 10:43 AM | 10:32 AM | 10:32 AM | 12:41 PM | 10:35 AM | 8:14 AM | 10:34 AM | 1:22 PM |
| End time: | 5:30 PM | 4:56 PM | 5:00 PM | 3:09 PM | 12:57 PM | 2:00 PM | 1:48 PM | 2:37 PM |

1

BENCH TRIAL

**5/1/2023**
Opening Arguments
Plaintiff presents evidence

**5/2/2023**
Continuation of plaintiff's evidence

**5/3/2023**
Continuation of plaintiff's evidence

**5/4/2023**
Continuation of plaintiff's evidence

**5/5/2023**
Defendant presents evidence
Continuation of plaintiff's evidence

**5/10/2023**
Continuation of plaintiff's evidence

**5/12/2023**
Continuation of plaintiff's evidence
Plaintiff rests
Defendant rests
Close of Evidence
Closing argument by plaintiff

**5/26/2023**
Closing argument by defendant
Remainder of plaintiff's closing argument
Rebuttal by defendant
Judge to take under advisement and make written ruling