# EXHIBIT SHEET

Case No: 19-cv-01393-KHV & 20-cv-01067                Plaintiff/Defendant Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 12 | Letter from Bullock to Bosire (April 24, 2019) | X | X | X | X |
| 13 | Letter from Bullock to Bosire (June 4, 2019) | X | X | X | X |
| 14 | Letter from Bullock to Bosire (July 25, 2019) | X | X | X | X |
| 19 | KHP PSU File and Correspondence regarding Bosire Investigation | X | X | X | X |
| 20 | McMillan Signed Statement regarding Bosire PSU Investigation | X | X | X | X |
| 24 | May 19, 2021 Email from Hogelin to Bullock | X | X | X | X |
| 27 | August 9, 2019 Letter from Jones to Bosire, used in J. Bullock Deposition | X | X | X | X |
| 29 | J. Rohr Dash Cam of Stop – Detention of Erich - Maloney | X | X | X | X |
| 32 | Erich Warning, CAD Incident Report, Police Service Dog Report | X | X | X | X |
| 34 | Pictures of Inside RV Damage | X | X | X | X |
| 35 | Pictures of RV Restroom | X | X | X | X |
| 36 | Pictures of RV Exterior | X | X | X | X |
| 62 | KHP Policy FOR-52 | X | X | X | X |
| 67 | Email and KHP Training Powerpoint | X | X | X | X |
| 71 | Investigation Log, Bosire PSU Investigation | X | X | X | X |
| 72 | October 1, 2019 Version of KHP Policy ADM-07 | X | X | X | X |
| 73 | June 21, 2019 Version of KHP Policy ADM-07 | X | X | X | X |
| 74 | KHP Policy ROC-05 | X | X | X | X |
| 75 | Vasquez v. Lewis | X | X | X | X |
| 86a | Transcript of Rohr Dash Cam (Erich/Maloney Stop) | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 86b | Video of Rohr Dash Cam with scrolling transcript (Erich/Maloney Stop) | | | | |
| 87 | Police Service Dog Report March 9, 2018 | X | X | X | X |
| 88 | Police Service Dog Report November 22, 2017 | X | X | X | X |
| 89 | Police Service Dog Report June 18, 2017 | X | X | X | X |
| 90 | Police Service Dog Report February 2, 2017 | X | X | X | X |
| 91 | Police Service Dog Report October 9, 2015 | X | X | X | X |
| 92 | Police Service Dog Report August 11, 2015 | X | X | X | X |
| 93 | Police Service Dog Report June 10, 2015 | X | X | X | X |
| 94 | Police Service Dog Report August 30, 2016 | X | X | X | X |
| 97 | E-mail from John Rule to Hogelin, Lewis, Carr and Jirak regarding In-Service attaching Powerpoint October 28, 2020 | X | X | X | X |
| 98 | E-mail from Vanderwide to Bullock regarding McMillan follow up-completion 2019-0130 September 5, 2019 | X | X | X | X |
| 99 | E-mail to Jimmie Atkinson and Christopher Bauer from Sarah Washburn with Powerpoint presentation regarding Advanced Interdiction Lesson Plan and PPT June 6, 2018 | X | X | X | X |
| 100 | E-mail from Josh Biera to Calderon, Becker, Etris, Tiede, Lawson, Biera and Makings regarding US v. Esteban January 10, 2018 | X | X | X | X |
| 101 | E-mail from John Rule to Wolting, Ranieri, Simone and Stahl regarding US v. Esteban January 7, 2018 | X | X | X | X |
| 110 | Correspondence from Bullock to McMillan regarding Internal Investigation-PSU Case # 2019-0130 July 25, 2019 | X | X | X | X |
| 118 | May 27, 2020, Citation to Daniel Kelly | X | X | X | X |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 119 | May 27, 2020, McCord Dash Cam Video | X | X | X | X |
| 119a | Transcript of McCord Dash Cam (Daniel Kelly Stop) | | | | |
| 119b | Video of McCord Dash Cam with scrolling transcript (Daniel Kelly Stop) | | | | |
| 121 | February 5, 2021, Rule Dash Cam Video (Pt.1) | X | X | X | X |
| 121a | Transcript of Rule Dash Cam (Parts 1 and 2) (Suzanne Dunn Stop) | | | | |
| 121b | Video of Rule Dash Cam with scrolling transcript (Parts 1 & 2) (Dunn Stop) | | | | |
| 122 | February 5, 2021, Rule Dash Cam Video (Pt.2) | X | X | X | X |
| 127 | Photo of hand | X | X | X | X |
| 128 | September 5, 2022, Curtis Martinez Cell Phone Video (Pt.1) | X | X | X | X |
| 128a | Transcript of Curtis Martinez Cell Phone Video (Parts 1 and 2) | | | | |
| 128b | Transcript of Curtis Martinez Cell Phone Video (Parts 1 and 2) | | | | |
| 129 | September 5, 2022, Curtis Martinez Cell Phone Video (Pt.2) | X | X | X | X |
| 130 | Plaintiffs' Deposition Designation of Rohr - Video | | | | |
| 130a | Plaintiffs' Deposition Designation of Rohr – Transcript | | | | |
| 131 | Plaintiffs' Deposition Designation of Rule - Video | X | X | X | X |
| 131a | Plaintiffs' Deposition Designation of Rule – Transcript | | | | |
| 132 | Plaintiffs' Deposition Designation of Jirak - Video | X | X | X | X |
| 132a | Plaintiffs' Deposition Designation of Jirak – Transcript | | | | |
| 133 | Plaintiffs' Deposition Designation of Wolting - Video | | | | |
| 133a | Plaintiffs' Deposition Designation of Wolting – Transcript | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 134 | Moon Deposition Designations of all parties - Video | X | X | X | X |
| 134a | Moon Transcript with **all parties'** Designations and Defendant's Objections | | | | |
| 137 | Rohr's Transcript[1] with **all parties'** Designations and Objections | | | | |
| 138 | Rule Transcript with **all parties'** Designations and Objections | | | | |
| 139 | Jirak Transcript with **all parties'** Designations and Objections | | | | |
| 140 | Wolting Transcript with **all parties'** Designations and Objections | | | | |
| 901 | Training materials | X | X | X | X |
| 902 | KHP policy ENF-01 | X | X | X | X |
| 903 | KHP policy ENF-01 | X | X | X | X |
| 904 | KHP policy OPS-39 | X | X | X | X |
| 905 | KHP policy FOR-44 | X | X | X | X |
| 907 | Significant seizures summary | | X | | X |
| 914a | KHP policies | X | X | X | X |
| 918 | digiTicket data summaries | | X | | X |
| 953 | Curtis Martinez citation | X | X | X | X |
| 954 | Martinez stop dashcam | X | X | X | X |
| 954a | Transcript of Proffitt Dash Cam (Curtis Martinez Stop) | | | | |
| 954b | Video of Proffitt Dash Cam with scrolling transcript (Curtis Martinez Stop) | | | | |

---

[1] The Court asked the parties to stipulate to corrections in Rohr's deposition transcript so that it conforms to what is heard on the video deposition. Corrections are included in text boxes on Ex. 137.