*(Revised 5/93)*     **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**
**Blaine Shaw, et al. v. Herman Jones,** *in his official capacity as the Superintendent of the Kansas Highway Patrol*
**CASE NO: 19-cv-1343**
And
**Mark Erich, et al. v. Herman Jones,** *in his official capacity as the Superintendent of the Kansas Highway Patrol*
**CASE NO: 20-cv-1067**

| WITNESSES FOR Plaintiff | | | WITNESSES FOR Defendant | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 5/1/2023 | Shawna Maloney | ( x ) | 5/5/2023 | Sarah Washburn | ( x ) |
| 5/1/2023 | Mark Elrich | ( x ) | | | ( ) |
| 5/1/2023 | Trooper Justin Rohr | (via deposition) | | | ( ) |
| 5/2/2023 | Trooper Scott Proffitt | ( x ) | | | ( ) |
| 5/2/2023 | Suzanne Dunn | ( x ) | | | ( ) |
| 5/2/2023 | Trooper James McCord | ( x ) | | | ( ) |
| 5/2/2023 | Trooper Chandler Rule | (via deposition) | | | ( ) |
| 5/3/2023 | Jonathan Mummolo | ( x ) | | | ( ) |
| 5/3/2023 | Lt. Greg Jirak | (via deposition) | | | ( ) |
| 5/3/2023 | Trooper Ryan Wolting | (via deposition) | | | ( ) |
| 5/3/2023 | Captain Mitchell Clark | ( x ) | | | ( ) |
| 5/3/2023 | Randy Moon | (via deposition) | | | ( ) |
| 5/4/2023 | Randy Moon | (via deposition) | | | ( ) |
| 5/4/2023 | Captain Brent Hogelin | ( x ) | | | ( ) |
| 5/4/2023 | Lt. Joseph Bullock | ( x ) | | | ( ) |
| 5/5/2023 | Captain Brent Hogelin | ( x ) | | | ( ) |
| 5/10/2023 | Captain Brent Hogelin | ( x ) | | | ( ) |

| Date | Name | |  | |
|---|---|---|---|---|
| 5/10/2023 | Colonel Herman Jones | ( x ) | | ( ) |
| 5/10/2023 | Chief Hassan Aden | ( x ) | | |
| 5/12/2023 | Chief Hassan Aden | ( x ) | | |