IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Blaine Franklin Shaw, *et al*.<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 6:19-CV-01343 |
| Mark Erich, *et al*.<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Herman Jones, in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 20-CV-01067 |

　　　　This matter comes before the court on the Objections and Motion to Exclude Exhibits 86b, 119b, 121b, 128b, 954b; to Exclude Exhibit 128a; and to Correct Transcriptions in Exhibits 86a, 119a & 954a (Doc. #527) which defendant filed on May 18, 2023. Said motion is OVERRULED as to defendant's objections and motion to exclude Exhibits 86b, 119b, 121b, 128b and 954b for substantially the reasons stated in Plaintiffs' Response to Defendant's Objections and Motion to Exclude Exhibits 86b, 119b, 121b, 128b, 954b; to Exclude Exhibit 128a; and to Correct Transcriptions in Exhibits 86a, 119a, & 954a (Doc. # 530) filed May 24, 2023. Defendant's objection to Exhibit 128a is also OVERRULED for substantially the reasons stated in plaintiff's response. Plaintiffs agree with defendant's proposed corrections to Exhibit 86a, which is corrected as follows:

1

2

Exhibit 86a,   p. 6, l. 6, should read: "he is indexed in Triple I."

p. 7, ll. 8-9, should read: "The Triple I is positive (inaudible), but it was in 2004."

With respect to defendant's proposed corrections to Exhibits 119a and 954a, the court will rely on the audio of the videos, so defendant's objections to the transcripts are moot.

Dated this 13th day of June, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge