IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BLAINE FRANKLIN SHAW, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 19-1343-KHV |
| | ) | |
| **HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol, et al.,** | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| **MARK ERICH, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 20-1067-KHV |
| | ) | |
| **HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol, et al.,** | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## ORDER TO SHOW CAUSE

This matter is before the Court on plaintiffs' <u>Motion To Strike Defendant Jones' Untimely Objections And Counter Designations</u> (Doc. #488 in Case No. 19-1343 and Doc. #57 in Case No. 20-1067) filed April 24, 2023.

Plaintiffs filed this motion before the bench trial commenced, and many of the issues contained in the motion were addressed during that trial. Further, while the parties objected to each other's deposition designations and defendant did not timely file his objections or counter-designations, the full transcripts for all relevant depositions in this case are available to the Court. Plaintiffs' motion would appear to be moot.

**IT IS THEREFORE ORDERED** that on or before 5:00 P.M. on June 27, 2023, plaintiffs show good cause in writing why this Court should not overrule their motion to strike as moot.

Dated this 20th day of June, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge