IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al*.,<br><br>*Defendants*. | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al*.,<br><br>*Plaintiffs,*<br><br>v.<br><br>HERMAN JONES, *KHP Superintendent,*<br><br>*Defendant.* | **Case No. 20-1067-KHV-GEB** |

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs provide the following response to the Court's Orders to Show Cause on the substitution of Erik Smith as Defendant in this action and the proposed terms of the Court's injunction, as filed on July 21, 2023 (Case No. 19-1343-KHV-GEB at Doc. #539 and Case No. 20-1067-KHV-GEB at Doc. #86).

### SUBSTITUTION OF ERIK SMITH AS DEFENDANT

Plaintiffs respectfully submit that it would be proper for the Court to substitute Erik Smith, current Superintendent of the Kansas Highway Patrol (KHP), as Defendant in this action. This action was originally filed against Col. Herman Jones, in his official capacity as the Superintendent

of the Kansas Highway Patrol. On July 1, 2023, Col. Jones retired from service. Governor Kelly then appointed Col. Smith to the vacant Superintendent position on July 7, 2023.

Because this lawsuit involves a claim against the Superintendent in his official capacity, it is just and proper to substitute Erik Smith as Defendant now that he has assumed that position. *See Lewis v. Clarke*, 581 U.S. 155, 162 (2017) (citing *Hafer v. Melo*, 502 U.S. 21, 25 (1991)); Fed. R. Civ. P. 25(d).

## PLAINTIFFS' POSITION ON PROPOSED INJUNCTIVE RELIEF

Plaintiffs likewise support the entry of an injunction against Defendant Smith consistent with the Court's ruling on the merits of their claim. *See* Mem. and Order, Doc. #539, at 71; *Green v. Mansour*, 474 U.S. 64, 68 (1985) ("Remedies designed to end a continuing violation of federal law are necessary to vindicate the federal interest in assuring the supremacy of that law.").

Plaintiffs suggest the following minor revisions (in red) to the proposed injunction:

- I.B.d.:  d. the duration of the stop (including detention, if any);

- I.B.f.:  f. the ~~presence, names~~ and number of any passengers present, if any, and names of the passengers if voluntarily given;

- I.D.:  . . . to identify troopers who need repeated corrective action. All documentation from I.B. and I.C. should be submitted to the trooper and supervisor's Troop Commander and maintained and preserved for no less than three years for investigatory and audit purposes.

- II.B.:  When a trooper seeks consent for a search, the ~~officer~~ trooper shall affirmatively inform . . .

- II.C.:  When a trooper seeks to re-engage with a driver or occupant of the vehicle to continue conversation after a traffic stop has concluded, the trooper shall affirmatively inform the subject of his or her right to refuse and to revoke consent at any time, and document the subject's consent on a written form which explains these rights. The written form shall include separate signature lines for the trooper to certify that the trooper has read and explained these rights to the subject, and for the subject to affirm that he or she understands the right to refuse and to revoke consent to continue the conversation ~~the search~~.

- II.D.: The KHP shall maintain a log which lists each request for a search, the ~~officer~~ trooper who requested the search, the supervisor who reviewed the request and the action taken on the request.

- VII.: . . .Within 90 days of his or her appointment, the Special Master shall develop a plan for conducting outcome assessments . . .

## REQUEST FOR CLARIFICATION

Finally, Plaintiffs seek clarification on one component of the Court's Memorandum and Order. On page 75, the Court ordered, adjudged, and decreed that "[w]hen troopers develop reasonable suspicion with regard to motorists **on I-70**, they must give no weight" to particular factors related to their state of origin, destination, or travel route. Mem. and Order, Doc. #539, at 75 (emphasis added). KHP troopers operate on numerous highways throughout the state of Kansas and have jurisdiction over traffic enforcement on numerous major interstate corridors connecting so-called "drug source states," including among others, I-35 and its various connector highways. Plaintiffs seek to clarify that the Court's order applies to the KHP's practices as a whole, rather than only on those occurring on I-70.

## CONCLUSION

For the foregoing reasons, Plaintiffs consent to the substitution of Col. Erik Smith for Col. Herman Jones as Defendant in this action, and respectfully submit that the Court should enter the injunctive relief that it proposed in its July 21, 2023 Memorandum and Order with the proposed revisions stated above if the Court deems appropriate.

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

Sharon Brett                KS # 28696
Kunyu Ching                 *Pro hac vice*
15601 Barkley St., Suite 500
Overland Park, KS 66212
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kching@aclukansas.org


**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Brian Hauss                 *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org

and

**SPENCER FANE LLP**

s/ Madison A. Perry
Leslie A. Greathouse         KS # 18656
Patrick McInerney            KS # 22561
Madison A. Perry             KS # 27144
Olawale O. Akinmoladun       KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com

*Attorneys for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 3rd day of August 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

s/ Sharon Brett
Attorney for Plaintiffs

KC 20506676.2