IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BLAINE FRANKLIN SHAW, et al., | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | No. 19-CV-1343-KHV |
| HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol, | ) | |
| Defendant. | ) | |
| MARK ERICH, et al., | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | No. 20-CV-1067-KHV |
| HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol, | ) | |
| Defendant. | ) | |

### DEFENDANT'S RESPONSE TO THE ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT SUBSTITUTE ERIK SMITH, THE CURRENT SUPERINTENDENT OF THE KHP, AS DEFENDANT IN THIS CASE

COMES NOW the Defendant, and submits the following response to this Court's July 21, 2023 order to show cause why the Court should not substitute Erik Smith, the current Superintendent of the KHP, as defendant in this case. (Case number 20-CV-01067-KHV-GEB, Doc 86; case number 19-CV-1343-KHV, Doc 539).

Defendant does not object to the proposed substitution, as required by Fed. R. Civ. P. 25(d).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

*/s/ Stanley R. Parker*
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax:     (785) 291-3767
Email:  stanley.parker@ag.ks.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August 2023, the above and foregoing was filed and served using the Court's CM/ECF system, which sent electronic notice to all counsel of record.

*/s/ Stanley R. Parker*
Stanley R. Parker