IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BLAINE FRANKLIN SHAW, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 19-1343-KHV |
| | ) | |
| **HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol, et al.,** | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| **MARK ERICH, et al.,** | ) ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 20-1067-KHV |
| | ) | |
| **HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol,** | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

**ORDER**

On July 21, 2023, the Court ordered the parties to show cause why the Court should not substitute Erik Smith, the current Superintendent of the Kansas Highway Patrol, as defendant in the above cases. The parties agree that Smith should be substituted for Herman Jones as defendant. Pursuant to Rule 25(d), Fed. R. Civ. P., and for substantially the reasons stated in Plaintiffs' Response To Order To Show Cause (Doc. #541 in Case No. 19-1343 and Doc. #88 in Case No. 20-1067) and Defendant's Response To The Order To Show Cause Why The Court Should Not Substitute Erik Smith, The Current Superintendent Of The KHP, As Defendant In This Case (Doc. #542 in Case No. 19-1343 and Doc. #89 in Case No. 20-1067), the Court substitutes

Erik Smith, the current Superintendent of the Kansas Highway Patrol, for Herman Jones as defendant in the above cases.

**IT IS SO ORDERED**.

Dated this 8th day of August, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
