IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 19-1343-KHV |
| MARK ERICH et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HERMAN JONES, in his official capacity as the Superintendent of the Kansas Highway Patrol, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 20-1067-KHV |

## AFFIDAVIT OF LUTHER GANIEANY

STATE OF KANSAS          )
                         )
COUNTY OF SHAWNEE        )

I, Luther Ganieany, of lawful age, being first duly sworn upon oath, alleges and states as follows:

1. I am the General Counsel and Records Custodian for the Kansas Highway Patrol.

2. In 2023, the Kansas Highway Patrol has an authorized staffing level for troopers of 525.

3. As of August 1, 2023, the Kansas Highway Patrol has 425 troopers, including all levels of command.

4. Of these 425, 86 are Lieutenants or field supervisors.

5. The Kansas Highway Patrol is a state-wide law enforcement agency responsible for traffic enforcement in all 105 counties of Kansas.

6. This responsibility includes approximately 9,386 miles of interstate and state highways.

Further Affiant sayeth naught.

_____
Luther Ganieany
General Counsel for Kansas Highway Patrol

SUBSCRIBED AND SWORN before me on this __21__ day of __Aug.__, 2023.

_____
Erica Kay Price
Notary Public

My appointment expires:

> ERICA KAY PRICE
> Notary Public - State of Kansas
> My Appointment Expires 9/20/25

Exhibit 1