IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ERIK SMITH in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>*Defendants*. | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ERIK SMITH, *KHP Superintendent,*<br><br>*Defendant.* | **Case No. 20-1067-KHV-GEB** |

**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE
WHY THE COURT SHOULD NOT OVERRULE PLAINTIFFS'
<u>MOTION TO STRIKE UNTIMELY DEPOSITION DESIGNATIONS</u>**

Plaintiffs maintain that the Court should strike Defendant Jones' objections and counter-designations because they were untimely. Pretrial deadlines exist for good reason: to give both parties the opportunity and the same amount of time to review submissions and respond or object as necessary. Defendant Jones did not timely file his objections and counter-designations, resulting in limited time for Plaintiffs to review and respond. Although Plaintiffs ultimately were able to submit their objections, their motion to strike Defendant's counter-designations and objections was still proper and fully supported. From review of the Court's order, it appears that the Court

either did not consider the untimely objections and counter-designations as evidence in this case or overruled the objections and did not base its decision on any portion of the untimely counter-designations. Nevertheless, an order striking the untimely objections and counter-designations would provide clarity that the untimely objections and counter-designations should not become part of the formal record in the event of any appeal.

For the foregoing reasons, the Court should not overrule Plaintiffs' motion to strike untimely objections and counter-designations. Plaintiffs maintain their request for the Court to strike Defendant Jones' objections and counter-designations because they were untimely.

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
s/ Sharon Brett
Sharon Brett                KS # 28696
Kunyu Ching                 *Pro hac vice*
15601 Barkley St., Suite 500
Overland Park, KS 66212
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kching@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss                 *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org

and

**SPENCER FANE LLP**
s/ Madison A. Perry
Leslie A. Greathouse          KS # 18656

3

|  |  |
|---|---|
| Patrick McInerney | KS # 22561 |
| Madison A. Perry | KS # 27144 |
| Olawale O. Akinmoladun | KS # 25151 |

1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September 2023, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

s/ Madison A. Perry
Attorney for Plaintiffs