# Exhibit 1

# CONFIDENTIAL

## UNIFORM NOTICE TO APPEAR AND COMPLAINT
### Kansas Highway Patrol

Case No. _____ County – Judicial District **20-EW**

**State of Kansas**
**County of ELLSWORTH**

The Undersigned, Being Duly Sworn, Upon their Oath, Deposes and Says:

On the **9** day of **March**, **2018** at **05:41** (Time)

Last Name, Suffix: **ERICH**
First: **MARK**  Middle: **DOUGLAS**
Street Address: **2605 LOGAN DR**
City: **LOVELAND**  State: **CO**  Zip Code: **80538**
DOB: **12/12/1984**  Sex: **M**  Wt: **270**  Ht: **6' 0"**
DL State: **CO**  DL No: **161600489**  ☐ CDL

Within the limits of the above named county and state at
Location: **I 070 E 226**
Did Unlawfully Operate a Year: **2006**  Make: **WINNEBAGO**
Model: **CHALET**  VIN: _____
Lic. No: **O060903**  Lic. Yr: **2018**  Lic. State: **CO**

And did then and there commit the following:

☐ Accident ☐ Commercial Veh. ☐ Haz. Mat. ☐ Con. Zone ☐ School Zone
Speeding ☐ Pace ☐ Radar ☐ Stopwatch ☐ Lidar ☐ Aircraft ☐ Other
Alleged Speed _____ Legal Speed _____ ID No. _____

| # | Violation |
|---|---|
| 1 | **E001373361** ☒ Infr. ☐ Misdemeanor ☐ Felony ☐ Unk. Severity<br>Violation: **IMPROP DRIVING ON LANED ROADWAY/USE OF CENTER LANE**<br>Section No. **08-1522**  Warning<br>KAR No. _____  CFR No. _____ |
| 2 | ☐ Inf. ☐ Misdemeanor ☐ Felony ☐ Unk. Severity<br>Violation: _____<br>Section No. _____<br>KAR No. _____  CFR No. _____ |
| 3 | ☐ Inf. ☐ Misdemeanor ☐ Felony ☐ Unk Severity<br>Violation: _____<br>Section No. _____<br>KAR No. _____  CFR No. _____ |
| 4 | ☐ Inf. ☐ Misdemeanor ☐ Felony ☐ Unk. Severity<br>Violation: _____<br>Section No. _____<br>KAR No. _____  CFR No. _____ |
| 5 | ☐ Inf. ☐ Misdemeanor ☐ Felony ☐ Unk. Severity<br>Violation: _____<br>Section No. _____<br>KAR No. _____  CFR No. _____ |
| 6 | ☐ Inf. ☐ Misdemeanor ☐ Felony ☐ Unk. Severity<br>Violation: _____<br>Section No. _____<br>KAR No. _____  CFR No. _____ |

☐ MUST APPEAR in court if marked
E-Statement Response: **NA**
Docket Fee _____
Total Due **WARNING**

NOTICE TO APPEAR: Must contact or pay court on or before
**Warning**

Court Comments:

Resolution: **Signed Personal Recognizance**
Officer: **ROHR, J.**  No. **242**
Asst. Officer: _____  No. _____
Agency: **Kansas Highway Patrol**  Agency No. **KSKHPQ000**

Acknowledges that the person (offender) promises to appear on or before the date set at or with the designated court

## COURT ACTION

**A. PLEA:**
☐ Guilty  ☐ Nolo Contendere
☐ Not Guilty  ☐ Bond Forfeited

**B. FINDING BY:**
☐ Court  ☐ Jury
Date of Conviction _____
☐ Found Guilty
☐ Found Guilty, as Amended: _____
☐ Found Not Guilty
☐ Dismissed

**C.** ☐ K.S.A. 8-1567 Diversion (Date) _____

**D. JUDGMENT:**
☐ Fine  $ _____
☐ Costs  $ _____
☐ Jail Days  $ _____

**E. DRIVER'S LICENSE:**
☐ Suspended  For _____ (Period of Time)
☐ Revoked  For _____ (Period of Time)
☐ Restricted  For _____ (Period of Time)
Other orders: _____

**F. ORIGINAL CITE:**
☐ 8-1566
☐ 8-1567
☐ 8-1568
When convicted for:
☐ Vehicular Battery or
☐ Aggravated Vehicular Homicide

**G. COUNSEL:**
☐ Yes
☐ No
☐ Written Waiver

Counsel's Name _____

"I certify that the above is a true and correct abstract of the court record in this case as required by K.S.A. 8-2115."

_____
(Signature of Judge or Clerk)

**PLAINTIFF**
**TRIAL EXHIBIT**
U. S. District Court of Kansas / 19-CV-01343-KHV-GEB
**32**

**Erich OAG000004**