

# CONSENT TO SEARCH / VOLUNTARY CONTACT / CONSENT FOR K-9 FORM

Consent to Search     Voluntary Contact     Consent for K-9

## Consent to Search

I, _____ do hereby voluntarily grant my consent to _____, a member of the Kansas Highway Patrol to search the following:  Vehicle and Contents     Residence     Business located in _____ County, Kansas.

## Voluntary Contact

I, _____ do hereby voluntarily grant my consent to _____, a member of the Kansas Highway Patrol to ask me questions not pertaining to a traffic stop.

## Consent for K-9

I, _____ do hereby voluntarily grant my consent to _____, a member of the Kansas Highway Patrol to conduct a sniff of the exterior of my:  Vehicle     Residence     Business

### Right to Refuse

I understand that I have the right to refuse to consent to the search described and to refuse to sign this form. I further state that no promises, threats, force or physical or mental coercion of any manner have been used to obtain my consent described above or to sign this form. I further understand that I have the right to withdraw, limit or revoke my consent at any time.

| **Signature:** | **Officer Signature:** |
|---|---|
| **Date & Time:** | **Date & Time:** |
| **Time Search Began:** | **Time Search Ended:** |