

# VEHICLE DETENTION REPORT

**Case Number:**

**Type of Vehicle Investigation:**  Reasonable Suspicion        Consent              Probable Cause
*If consent, complete HP-102 on page 6/7*

## Part 1

| | | | | |
|---|---|---|---|---|
| **Officer Name:** | **Officer Radio #:** | **Troop:** | **Zone:** | **Yrs. of Service:** |

**Location of Stop:** USE DIGITICKET TEMPLATE        **Date & Time:**

| | |
|---|---|
| **Name of Driver:** | **DOB:** |
| **Address of Driver:** | **Sex:** |

**Race or Ethnicity:**  W        B        H        A        AI        U        Other:          **Number of Passengers:**

**Name of Passenger(s)\*\*Voluntarily Requested/Given\*\*:**

**Occupants Relation:**  Family        Friends        Other:

| | | |
|---|---|---|
| **Vehicle Registration State:** | **Vehicle Registration #:** | **Vehicle Make:** |
| **Vehicle Model:** | **Vehicle Year of Make:** | **Vehicle Color:** |
| **Origin of Travel:** | **Destination of Travel:** | **Purpose of Travel:** |

| | |
|---|---|
| **Violation(s) Statute #:** | **Name of Violation(s):** |

**Describe Violation(s):**

**Warning / Citation Issued:**  Warning        Citation        **Time Stop Concluded:**

## Part 2

**Unusually Nervous Behavior:**  Yes        No        **Explain Behavior:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Drug Odor:** | Yes | No | N/A | **R/O Present:** | Yes | No | N/A |
| **Masking Odor:** | Yes | No | N/A | **Rental Vehicle:** | Yes | No | N/A |
| **Third Party / One-way Rental:** | Yes | No | N/A | **Story Doesn't Match LPR History:** | Yes | No | N/A |
| **Conflicting Stories:** | Yes | No | N/A | **Most Direct Route:** | Yes | No | N/A |
| **Luggage Match Story:** | Yes | No | N/A | **Vehicle Alterations:** | Yes | No | N/A |
| **Lived-In Appearance** | Yes | No | N/A | **Excessive Cell Phones:** | Yes | No | N/A |
| **Lack of Confidence:** | Yes | No | N/A | **Overly Dressed:** | Yes | No | N/A |
| **Disclaimers:** | Yes | No | N/A | **Other:** | Yes | No | N/A |

**Describe all factors in the Officer's Narrative Section:**

**Criminal History Summary:**

**Voluntary Encounter Requested:  Yes        No      \*\*If yes, complete HP-102 on page 6/7\*\***
**Description of Effort to Re-engage:**

**Summary of Additional Questioning:**

**Time Voluntary Encounter Concluded:**

## Part 3

**K-9 Requested:  Yes        No        K-9 Present Without Request:  Yes        No**
**All Supporting Reasonable Suspicion must be described in the officer's narrative:**

| **Consent for K-9 Deployment:  Yes        No      \*\*IF YES, COMPLETE HP-102 ON PAGE 6/7\*\*** | |
|---|---|
| **Name of K-9 Handler:** | **Agency of K-9 Handler:** |
| **Time of K-9 Deployment:** | **Result of K-9 Deployment:** |

**Probable Cause Search:  Yes        No        All Factors Supporting Probable Cause must be described in officer's narrative:**

**Results of search (List all contraband found and disposition):**

**Time Concluded:**

## Officer Narrative of Vehicle Investigation

**Officer Signature:**                                                  **Date:**

## Supervisor's Review of Vehicle Investigation Report

**Name & Radio Number of Supervisor Reviewing:**

| | | |
|---|---|---|
| **Reviewing Supervisor Watched Video:** | Yes    No | **Remarks:** |
| **All Required Forms/Data Fields Completed:** | Yes    No | **Remarks:** |

### Adequate Articulation of:

| | | | |
|---|---|---|---|
| **Reasonable Suspicion for Detention:** | Yes    No    N/A | **Remarks:** | |
| **Reasonable Suspicion for K-9:** | Yes    No    N/A | **Remarks:** | |
| **Transition to Voluntary Encounter:** | Yes    No    N/A | **Remarks:** | |
| **Consent to K-9 Deployment:** | Yes    No    N/A | **Remarks:** | |
| **Consent to Search:** | Yes    No    N/A | **Remarks:** | |
| **Probable Cause to Search:** | Yes    No    N/A | **Remarks:** | |

| **Policy Violation(s) Observed:** | **Remedial Training / Corrective Action Recommended:** |
|---|---|
| Yes    No | Yes    No |

**Supervisor's Comments:**

**Supervisor Signature:**                                                                 **Date:**

## Supervisor's Report of Deficiencies

**Nature of Deficiency:**

**Recommended Remedial/Corrective Action:**

**Supervisor Signature:**                                          **Date:**

**Forward to Troop Commander**