| Case # | Date | Location | Driver Name | Requesting Trooper |
|---|---|---|---|---|
| Example | | | | |

| Supervisor Approving Search |
|---|
|  |