IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BLAINE FRANKLIN SHAW, | ) | |
| SAMUEL SHAW, and JOSHUA BOSIRE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 19-1343-KHV |
| DOUG SCHULTE, | ) | |
| BRANDON MCMILLAN and | ) | |
| ERIK SMITH, in his official capacity as | ) | |
| the Superintendent of the Kansas Highway | ) | |
| Patrol, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MARK ERICH and SHAWNA MALONEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 20-1067-KHV |
| ERIK SMITH, | ) | |
| in his official capacity as the Superintendent | ) | |
| of the Kansas Highway Patrol, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

**PURSUANT TO** the jury Verdict (Doc. #438) returned on February 8, 2023, that judgment is entered as follows:

Judgment is entered in favor of plaintiff Blaine Franklin Shaw and against defendant Douglas Schulte in the amount of $1.00, plus post judgment interest at the rate of 5.24% per annum, along with costs.

1

**PURSUANT TO** the jury Verdict (Doc. #499) filed on April 27, 2023, that judgment is entered as follows:

Judgment is entered in favor of plaintiff Joshua Bosire and against defendant Brandon McMillan in the amount of $20,163.70 and punitive damages in the amount of $20,000.00 plus post judgment interest at the rate of 5.24% per annum, along with costs.

**PURSUANT TO** the Memorandum and Order (Doc. #352) filed on December 26, 2022, defendant Erik Smith is granted judgment on plaintiffs' claim that defendant Smith violated plaintiffs' constitutional right to interstate travel and plaintiffs Joshua Bosire, Blaine Franklin Shaw, Mark Erich, and Shawna Maloney shall take nothing on this claim.

**FURTHER PURSUANT TO** the Memorandum and Order (Doc. #539 in No. 19-1343 and Doc. #86 in No. 20-1067) filed on July 21, 2023, plaintiffs Joshua Bosire, Blaine Franklin Shaw, Mark Erich, and Shawna Maloney are granted judgment on plaintiffs' claim that defendant Erik Smith violated plaintiffs' rights under the Fourth Amendment.

**IT IS ORDERED AND ADJUDGED** that plaintiffs Joshua Bosire, Blaine Franklin Shaw, Mark Erich, and Shawna Maloney are granted declaratory relief pursuant to Permanent Injunction (Doc. #582 in No. 19-1343 and Doc. #129 in No. 20-1067) filed on November 20, 2023.

Dated: 11/21/2023                    SKYLER B. O'HARA
                                     CLERK OF THE COURT

                                     s/ Audra Harper
                                     Deputy Clerk