# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>HERMAN JONES in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>       *Defendants.* | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>HERMAN JONES, *KHP Superintendent*,<br><br>       *Defendant.* | **Case No. 20-1067-KHV-GEB** |

## DECLARATION OF JOSHUA BOSIRE

1.      My name is Joshua Bosire. I am capable of making this declaration and am personally acquainted with the facts herein stated.

2.      I continue to make regular trips from my home in Wichita to Colorado and vice-versa to visit my daughter by use of Kansas highways, namely I-35 and I-70.

3.      During my trips to Colorado—and any other time I drive on Kansas highways—I continue to experience anxiety and nervousness over the possibility that a KHP trooper might decide to pull me over. The injunction the Court has ordered would help relieve some of that

anxiety and nervousness when I need to travel on Kansas highways in the future, including to visit my daughter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16 day of January, 2024 in Wichita, Kansas.

Joshua Bosire