# Carswell, Dwight

| | |
|---|---|
| From: | Carswell, Dwight |
| Sent: | Thursday, January 18, 2024 2:19 PM |
| To: | 'sbrett@aclukansas.org'; 'kching@aclukansas.org'; 'bhauss@aclu.org'; 'pmcinerney@spencerfane.com'; 'mperry@spencerfane.com' |
| Cc: | Wiard, Kurtis |
| Subject: | FW: 23-3264 Shaw, et al v. Smith "Order filed" (6:19-CV-01343-KHV) |
| Attachments: | Aden testimony transcript.pdf |

All,

Appellant does not intend to order the transcript from the April 24-27, 2023, Bosire trial. We do not intend to challenge the district court's findings regarding that stop or the conclusion that Bosire was detained without reasonable suspicion. Given that, we believe the cost of the transcript (around $2,000) would be an unnecessary expense. The reason we ordered the transcript of the Shaw trial was because that stop involved a "Two-Step," and the testimony from that trial may be relevant on that issue. But the Bosire stop did not involve a Two-Step.

For the Shaw trial, we did not request Hassan Aden's testimony because Art Chalmers previously purchased that transcript. I spoke to the court reporter, and she will file that testimony with the rest of the transcripts. I've also attached a copy.

Best,
Dwight

Dwight Carswell | Deputy Solicitor General
Office of Kansas Attorney General Kris W. Kobach
120 SW 10th Ave., 2nd Floor | Topeka, KS 66612
Office: (785) 368-8410 | Fax: (785) 296-6296
dwight.carswell@ag.ks.gov | www.ag.ks.gov

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via e-mail, may be subject to disclosure unless otherwise protected by law.*

**From:** ca10_cmecf_notify@ca10.uscourts.gov <ca10_cmecf_notify@ca10.uscourts.gov>
**Sent:** Tuesday, January 9, 2024 11:56 AM
**To:** Carswell, Dwight <Dwight.Carswell@ag.ks.gov>
**Subject:** 23-3264 Shaw, et al v. Smith "Order filed" (6:19-CV-01343-KHV)

***CAUTION:*** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees**

**apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/09/2024 at 10:55:13 AM Mountain Standard Time and filed on 01/09/2024

| | |
|---|---|
| **Case Name:** | Shaw, et al v. Smith |
| **Case Number:** | 23-3264 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11057766] Order filed by Clerk of the Court vacating the 01/08/2024 minute order [11057418-2]. Appellant may order the additional transcripts. Please see attached order for additional information. Served on 01/09/2024. [23-3264, 23-3267]

**Notice will be electronically mailed to:**

Sharon Brett: sbrett@aclukansas.org, etseng@aclukansas.org
Mr. Dwight Carswell: dwight.carswell@ag.ks.gov, nikki.desch@ag.ks.gov
Kunyu Ching: kching@aclukansas.org
Mrs. Leslie Greathouse: lgreathouse@spencerfane.com, aseacat@spencerfane.com
Mr. Brian Matthew Hauss, Senior Attorney: bhauss@aclu.org
Patrick A. McInerney: pmcinerney@spencerfane.com, patrick-mcinerney-8892@ecf.pacerpro.com
Mr. Stanley R. Parker: stanley.parker@ag.ks.gov, donna.wells@ag.ks.gov
Ms. Madison A. Perry: mperry@spencerfane.com, madison-perry-3686@ecf.pacerpro.com, jshelby@spencerfane.com
Mr. Anthony John Powell: anthony.powell@ag.ks.gov, nikki.desch@ag.ks.gov
Kurtis K. Wiard: kurtis.wiard@ag.ks.gov, nikki.desch@ag.ks.gov

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 23-3264 23-3267_designation of addtl trans.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/09/2024] [FileNumber=11057766-0]
[4c556d572efacecf3fa3a7358467885db138ab6728b00a0d0426b84954e1f061e8c0dde0185de1b0b8be9a0f4d04
65e918047dca3deb3e0a43a694c4f976cd33]]