UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

FILED
United States Court of Appeals
Tenth Circuit

**January 30, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

| | |
|---|---|
| BLAINE FRANKLIN SHAW, individually and on behalf of a class; SAMUEL JAMES SHAW, individually and on behalf of a class; JOSHUA BOSIRE, individually and on behalf of a class; MARK ERICH; SHAWNA MALONEY, individually and as the mother and natural guardian of minor D. M. minor M. M.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>ERIK SMITH, in his official capacity as the Superintendent of the Kansas Highway Patrol,<br><br>    Defendant - Appellant,<br><br>and<br><br>DOUG SCHULTE, Master Trooper, in his individual capacity; BRANDON MCMILLAN, Technical Trooper, in his individual capacity,<br><br>    Defendants. | No. 23-3264<br>(D.C. No. 6:19-CV-01343-KHV)<br>(D. Kan.) |
| _____ | |
| MARK ERICH; SHAWNA MALONEY,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>ERIK SMITH, in his official capacity as the Superintendent of the Kansas Highway | No. 23-3267<br>(D.C. No. 6:20-CV-01067-KHV-GEB)<br>(D. Kan.) |

Patrol,

    Defendant - Appellant.

_____

# ORDER
_____

Before **HOLMES**, Chief Judge, and **PHILLIPS**, Circuit Judge.
_____

    This matter is before the court on a motion for stay pending appeal.  We entered an order on January 29, 2024, requiring a response from appellees to the stay motion by February 1, 2024, at 7:00 a.m. (MST).  We hereby vacate that order.

    Appellees must file a response to the motion for stay pending appeal by 8:00 a.m. (MST) on February 6, 2024.  In addition, in order to facilitate the court's consideration of the motion and response, we enter a temporary stay of the district court's injunctive order that will be in effect until further order of this court.

                                                 Entered for the Court

                                                 CHRISTOPHER M. WOLPERT, Clerk