IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BLAINE FRANKLIN SHAW, *et al.*,

    *Plaintiffs*,

v.

ERIK SMITH in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,

    *Defendants*.

**Case No. 19-1343-KHV-GEB**

---

MARK ERICH, *et al.*,

    *Plaintiffs,*

v.

ERIK SMITH, *KHP Superintendent,*

    *Defendant.*

**Case No. 20-1067-KHV-GEB**

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT TO ORDER TRIAL TRANSCRIPTS FOR APPEAL**

Plaintiffs Blaine Shaw, Samuel Shaw, Joshua Bosire, Mark Erich, and Shawna Maloney hereby submit this reply brief in support of their Motion to Compel Defendant to Order Trial Transcripts for Appeal (Doc. #601).

Defendant Erik Smith's opposition[1] to Plaintiffs' is unpersuasive and ignores the multiple reasons why the transcripts of the Bosire trial are necessary for this appeal. Smith chose not to

---

[1] The docket text entry for Smith's response incorrectly states that the brief was filed by Plaintiff Mark Erich. Doc. #603.

address the vast majority of Plaintiffs' arguments in support of their motion. He did not address the procedural rules and case law from this District that Plaintiffs cited unequivocally placing the burden of providing the complete transcripts on him as the appellant. Doc. #601 at 2–3. Nor did Smith respond to Plaintiffs' point that the Bosire trial included testimony from multiple witnesses that supports the existence of a widespread KHP practice of violating motorists' Fourth Amendment rights through detentions absent reasonable suspicion. *Id.* at 4. And Smith failed to address the inescapable fact that the Court based its injunction ruling—the subject of his appeal—on the cumulative totality of the evidence from all three trials, including the Bosire trial. *Id.* Thus, contrary to Smith's assertions, the transcripts are necessary even though he is not challenging the jury verdict.

Finally, Smith appears to misunderstand the transcript ordering process. The question before the Court does not, as Smith suggests, turn on the appellant's "belief" that certain transcripts are necessary for the appeal. *See* Doc. #603 at 2. Rather, the question the Court must decide is whether the transcripts are essential to providing the Tenth Circuit "a complete and accurate record of the proceedings related to the issues on appeal." 10th Cir. R. 10.2(A)(1); *see also United States v. Vasquez*, 985 F.2d 491, 494 (10th Cir. 1993) ("When the record on appeal fails to include copies of the documents necessary to decide an issue on appeal, the Court of Appeals is unable to rule on that issue."). Plaintiffs have provided numerous reasons why the Bosire trial transcripts are needed for a complete record. Smith's only response is that the Court should not grant Plaintiffs' motion because he is not challenging the jury verdict, and therefore, "he does not believe [it] is necessary[.]" Doc. #603 at 2. Because he cannot show that record is complete and accurate absent the Bosire trial transcripts, Smith's "belief" is unavailing.

Plaintiffs respectfully request the Court require Smith to order the trial transcripts from the Bosire trial for the record on appeal.

Dated: January 31, 2024

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
s/ Kunyu Ching
Kunyu Ching                KS # 29807
Sharon Brett               KS # 28696
10561 Barkley St., Ste. 500
Overland Park, KS 66212
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kching@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss                *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org

and

**SPENCER FANE LLP**
s/ Leslie A. Greathouse
Leslie A. Greathouse       KS # 18656
Patrick McInerney          KS # 22561
Madison A. Perry           KS # 27144
Olawale O. Akinmoladun     KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com

wakinmoladun@spencerfane.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2024, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

s/Kunyu Ching
Attorney for Plaintiffs