**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> ERIK SMITH in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al*., <br><br> *Defendants*. | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al*., <br><br> *Plaintiffs,* <br><br> v. <br><br> ERIK SMITH, *KHP Superintendent,* <br><br> *Defendant.* | **Case No. 20-1067-KHV-GEB** |

## BILL OF COSTS- EXHIBIT A

Itemization of Costs

|   | | Date of Expense | Amount | Notes | |
|---|---|---|---|---|---|
| | **Fees of the Clerk** | | | | |
| | **Subtotal** | | 0 | | |
| | **Fees for Service** | | | | |
| 1 | Service of records subpoenas on 5 sheriff's offices in Kansas | 2/8/2021 | $5,200.00 | | 2061 |
| 2 | Service of Deposition Subpoena on Randy Moon (part of this is witness fee need to pull receipt to breakdown) | 6/27/2021 | $215.00 | | 2061 |
| 3 | Service of subpoena on Global Software Corporation | 3/9/2021 | $134.00 | | 2061 |
| 4 | Service of subpoena on Midwest HIDTA | 3/9/2021 | $59.00 | | 2061 |
| 5 | Summons served on DEA HIDTACV | 7/2/2021 | $130.00 | | 2061 |
| 6 | Service of trial subpoena on Randy Moon | 4/24/2023 | $110.00 | | 2061 |
| | **Subtotal** | | **$5,848.00** | | |
| | **Fees for Deposition Transcripts** | | | | |
| 7 | Blaine Shaw | 1/19/2021 | $276.60 | | |
| 8 | Josh Bosire | 12/15/2020 | $356.60 | | |
| 9 | Herman Jones | 10/21/2021 | $2,597.45 | | 2038 |
| 10 | Sarah Washburn | 8/25/2021 | $1,766.45 | | 2038 |
| | | 1/13/2023 | $165.00 | | 2038 |
| 11 | Doug Rule | 7/28/2021 | $1,187.20 | | 2038 |
| 12 | Doug Schulte | 3/9/2021 | $3,457.45 | | 2038 |
| 13 | Brandon McMillan | 3/5/2021 | $3,089.65 | | 2038 |
| 14 | Randy Moon | 8/11/2021 | $1,423.20 | | 2038 |
| | | | $1,088.00 | | 2038 |
| 15 | Brent Hogelin | 10/11/2021 | $1,484.25 | | 2038 |
| | | 2/11/2022 | $2,311.62 | | 2038 |
| 16 | Ryan Wolting | 8/11/2021 | $1,796.20 | | 2038 |
| | | 1/13/2023 | $450.00 | | 2038 |
| 17 | Justin Rohr | 1/4/2022 | $1,275.00 | | 2038 |
| | | 1/4/2022 | $1,619.40 | | 2038 |
| 18 | Mitchell Clark | 2/11/2022 | $2,447.92 | | 2038 |

| # | Description | Date | Amount | | Code |
|---|---|---|---|---|---|
| 19 | Chandler Rule | 7/28/2021 | $2,349.35 | | 2038 |
| 20 | Greg Jirak | 8/5/2021 | $1,900.80 | | 2038 |
| 21 | Joe Bullock | 10/6/2021 | $2,081.25 | | 2038 |
| | | 1/13/2023 | $450.00 | | 2038 |
| 22 | Christi Asbe | 7/14/2022 | $3,387.65 | | 2038 |
| 23 | Global Software Matthew Schaefer | 4/20/2021 | $503.30 | | 2038 |
| | | | **$37,464.34** | | |

**Fees for Other Transcripts**

| # | Description | Date | Amount | | Code |
|---|---|---|---|---|---|
| 24 | Curtis Martinez cell phone and McCord Dash Cam transcript | 5/3/2023 | $1,188.60 | | 2730 |
| 25 | Rohr Dash Cam video transcription | 5/9/2023 | $390.40 | | 2730 |
| 26 | Transcript of opening statement of Shaw v. Schulte | 2/9/2023 | $60.50 | | 2038 |
| 27 | Trial Day day two rough transcript | 2/28/2023 | $680.15 | | 2730 |
| 28 | Rough Draft transcripts of Bosire v. Schulte | 3/9/2023 | $1,830.00 | There is a pending refund of $442.25. | 2825 |
| 29 | Bench Trial Transcripts | 4/12/2023 | $3,050.00 | | 2825 |
| 30 | Shaw v. Schulte day one transcript | 5/2/2023 | $329.40 | | 2825 |
| 31 | Shaw v. Schulte day two transcript | 5/2/2023 | $338.55 | | 2825 |
| 32 | Transcription of dash cam videos (10 invoices | 1/28-1/29/2021 | $1,114.47 | | 2038 |
| 33 | Transcript of 8.10.21 Hearing | 8/13/2021 | $179.45 | | 2042 |
| 34 | Transcript of 9.3.21 Hearing | 9/10/2021 | $261.60 | | 2042 |
| 35 | Motion hearing transcripts on Motion to Exclude or limit Testimony of Christi Asbe and Pfl's 4th Amendment claim against Jones in MSJ | 1/4/2023 | $429.55 | | 2200 |
| | | | **$9,852.67** | | |

| | | | | |
|---|---|---|---|---|
| **Subtotal- all transcript fees** | | | **$47,317.01** | |

**Fees for Copies**

| | | | | |
|---|---|---|---|---|
| **Subtotal** | | | 0 | |

| | | | | |
|---|---|---|---|---|
| **Grand total** | | | **$53,165.01** | |