IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>ERIK SMITH in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>　　　　*Defendants*. | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al.*,<br><br>　　　　*Plaintiffs,*<br><br>v.<br><br>ERIK SMITH, *KHP Superintendent,*<br><br>　　　　*Defendant.* | **Case No. 20-1067-KHV-GEB** |

## BILL OF COSTS- EXHIBIT B

Fees for service of summons and subpoenas　　　　$5848.00

(Itemization of Costs- Items 1-6)

Documentation of expenses appears on the following pages.



**Attorneys Process Service of Kansas, LLC**
**P.O. Box 781444**
**Wichita, KS 67278-1444**

Phone: 316-634-0000    Fax: 855-WEFINDU

" Detection to Perfection "

Bill To

MS. MADISON A. PERRY
ATTORNEY AT LAW
1000 WALNUT, SUITE 1400
KANSAS CITY, MO 64106

| Date | Invoice # |
|---|---|
| 2/8/2021 | 20215042 |

Member of National Assoc. of Professional Process Servers Since 1993



PLEASE RETURN THIS STUB WITH YOUR REMITTANCE.  YOUR PAYMENT IS DUE UPON RECEIPT.

| | | |
|---|---|---|
| CLIENT: | BLAINE FRANKLIN SHAW | |
| CASE NO: | 19-cv-01343 | |
| SPECIAL PROCESS SERVICE FEE: | (52) SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION<br><br>( INCLUDES TWELVE SEPARATE PROCESS SERVERS; 2091 MILES ) | 5,200.00 |
| SERVED: | 52 SEPARATE KANSAS COUNTY SHERIFF DEPARTMENTS | |
| DATE AND TIME: | JANUARY 27, 2021 -  FEBRUARY 8, 2021<br><br>(SEE ATTACHED PROOF OF SERVICE AFFIDAVITS) | |
| *Thank you for the privilege of your business!* | Total | $5,200.00 |

**Web Site**    www.kansasprocessservice.org    **E-mail**    dbranda@kansasprocessservice.org    **F.E.I.N.**    45-4633030

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

# INVOICE



Invoice #HAT-2021005158
3/9/2021

Alyssa Seacat
SPENCER FANE LLP
1000 Walnut
Suite 1400
Kansas City, MO 64106

**Case Number:  6:19-CV-01343**

Plaintiff/Petitioner:
**BLAINE FRANKLIN SHAW, et al.**

Defendant/Respondent:
**HERMAN JONES IN HIS OFFICIAL CAPACITY AS THE SUPERINTENDENT OF THE KANSAS HIGHWAY PATROL, et al.**

Served: 3/8/2021 10:42 am
To be served on: Midwest HIDTA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 59.00 | 59.00 |
| **TOTAL CHARGED:** | | | **$59.00** |

**BALANCE DUE:**  $59.00

HPS has locations across the Midwest ready to handle all your process service and investigation needs!  Simply go to: www.hpsprocess.com and place your order or email for a quote.

Did you know HPS:  DISCOUNTS BULK WORK, ISSUES WITNESS FEE CHECKS, OFFERS DIFFICULT TO FIND LOCATE SERVICES.  All of this and much more is available to you.  Please visit our web site for additional information.  Thank you!!

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

**INVOICE**



Invoice #HAT-2021005020
3/9/2021

Alyssa Seacat
SPENCER FANE LLP
1000 Walnut
Suite 1400
Kansas City, MO 64106

**Case Number:  6:19-CV-01343**

Plaintiff/Petitioner:
**BLAINE FRANKLIN SHAW, et al.**

Defendant/Respondent:
**HERMAN JONES IN HIS OFFICIAL CAPACITY AS THE SUPERINTENDENT OF THE KANSAS HIGHWAY PATROL, et al.**

Served: 3/8/2021 9:14 am
To be served on: Global Software Corporation RA: Steve Meston

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service @ Oklahoma City, OK | 1.00 | 67.00 | 67.00 |
| Service attempted @ Midwest City, OK | 1.00 | 67.00 | 67.00 |
| **TOTAL CHARGED:** | | | **$134.00** |

| | |
|---|---|
| **BALANCE DUE:** | **$134.00** |

HPS has locations across the Midwest ready to handle all your process service and investigation needs!  Simply go to:
www.hpsprocess.com and place your order or email for a quote.

Did you know HPS:  DISCOUNTS BULK WORK, ISSUES WITNESS FEE CHECKS, OFFERS DIFFICULT TO FIND LOCATE SERVICES.  All of this and much more is available to you.  Please visit our web site for additional information.  Thank you!!

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a



**Attorneys Process Service of Kansas, LLC**
P.O. Box 781444
Wichita, KS 67278-1444

Phone: 316-634-0000    Fax: 855-WEFINDU

"Detection to Perfection"

| Date | Invoice # |
|---|---|
| 6/27/2021 | 20215162 |

Bill To
MS. MADISON A. PERRY
ATTORNEY AT LAW
1000 WALNUT, SUITE 1400
KANSAS CITY, MO 64106

Member of National Assoc. of Professional Process Servers Since 1993



PLEASE RETURN THIS STUB WITH YOUR REMITTANCE.  YOUR PAYMENT IS DUE UPON RECEIPT.

| | | |
|---|---|---|
| CLIENT: | BLAINE & SAMUAL SHAW / FRANKLIN BOSIRE | |
| MARION COUNTY, KS SPECIAL PROCESS SERVICE FEE: | INCLUDES 140 MILES ROUND TRIP FROM WICHITA, KS | 215.00 |
| SERVED: | RANDY MOON | |
| AT: | 34A LAKESHORE DRIVE, MARION, KS | |
| DATE AND TIME: | JUNE 24, 2021  @  7:15 P.M. | |
| PAPERS: | LETTER AND SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION | |
| *Thank you for the privilege of your business!* | Total | $215.00 |

Web Site   www.kansasprocessservice.org    E-mail    dbranda@kansasprocessservice.org    F.E.I.N.    45-4633030

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

**INVOICE**



Invoice #HAT-2021005159
7/2/2021

Original Date: 4/13/2021

Alyssa Seacat
SPENCER FANE LLP
1000 Walnut
Suite 1400
Kansas City, MO 64106

**Case Number:  6:19-CV-01343**

Plaintiff/Petitioner:
**BLAINE FRANKLIN SHAW, et al.**

Defendant/Respondent:
**HERMAN JONES IN HIS OFFICIAL CAPACITY AS THE SUPERINTENDENT OF THE KANSAS HIGHWAY PATROL, et al.**

Non-Served: 4/13/2021
To be served on: DEA-HIDTA Program

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service Fee | 1.00 | 130.00 | 130.00 |
| TOTAL CHARGED: | | | $130.00 |

| | |
|---|---:|
| **BALANCE DUE:** | **$130.00** |

HPS has locations across the Midwest ready to handle all your process service and investigation needs!  Simply go to:
www.hpsprocess.com and place your order or email for a quote.

Did you know HPS:  DISCOUNTS BULK WORK, ISSUES WITNESS FEE CHECKS, OFFERS DIFFICULT TO FIND LOCATE SERVICES.  All of this and much more is available to you.  Please visit our web site for additional information.  Thank you!!

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (816) 842-9801
Tax Num: 47-2808929

**INVOICE**



Invoice #HAT-2023006956
4/24/2023

Alyssa Seacat
SPENCER FANE LLP
1000 Walnut
Suite 1400
Kansas City, MO 64106

**Case Number:  19-1343**

Plaintiff/Petitioner:
**BLAINE FRANKLIN SHAW, et al.**

Defendant/Respondent:
**HERMAN JONES, KHP SUPERINTENDENT**

Non-Served: 4/20/2023
To be served on: Randy Moon

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 75.00 | 75.00 |
| Rush Service Requested | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $110.00 |

**BALANCE DUE:**  $110.00

HPS has locations across the Midwest ready to handle all your process service and investigation needs!

Please visit our web site for additional information on what HPS offers.  Thank you!!

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

Page 1 / 1