|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE TENTH CIRCUIT<br>_____ | **FILED**<br>**United States Court of Appeals**<br>**Tenth Circuit**<br><br>**February 15, 2024**<br><br>**Christopher M. Wolpert**<br>**Clerk of Court** |
| BLAINE FRANKLIN SHAW, individually and on behalf of a class, et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>ERIK SMITH, in his official capacity as the Superintendent of the Kansas Highway Patrol,<br><br>    Defendant - Appellant,<br><br>and<br><br>DOUG SCHULTE, Master Trooper, in his individual capacity, et al.,<br><br>    Defendants.<br>_____ | No. 23-3264<br>(D.C. No. 6:19-CV-01343-KHV)<br>(D. Kan.) |
| MARK ERICH, et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>ERIK SMITH, in his official capacity as the Superintendent of the Kansas Highway Patrol,<br><br>    Defendant - Appellant. | No. 23-3267<br>(D.C. No. 6:20-CV-01067-KHV-GEB)<br>(D. Kan.) |

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, and **PHILLIPS**, Circuit Judge.

_____

Appellant has filed a motion to stay the district court's permanent injunction pending appeal. Appellees have responded, and appellant has replied.[1]

In deciding whether to grant a stay pending appeal, we consider the traditional factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted).

We conclude that appellant has satisfied his burden to establish that the *Nken* factors weigh in favor of granting a stay. We therefore grant the motion and stay the district court's permanent injunction dated November 20, 2023, until further order of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

---

[1] We entered a temporary stay to facilitate our review of the filings. Having completed our review, we now vacate the temporary stay.