IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ERIK SMITH in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>*Defendants*. | **Case No. 19-1343-KHV-GEB** |
| MARK ERICH, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ERIK SMITH, *KHP Superintendent,*<br><br>*Defendant.* | **Case No. 20-1067-KHV-GEB** |

**STATEMENT OF CONSULTATION AS REQUIRED BY LOCAL RULE 54.2(c)(1)**

Plaintiffs, by and through their undersigned counsel, hereby submit this Statement of Consultation, as required by Local Rule 54.2(c)(1).

1. In compliance with D. Kan. Rule 54.2(a), upon filing their motion for attorneys' fees in this case, Plaintiffs promptly initiated consultation with Defendants regarding the fee award in this case.

2. Plaintiffs sent Defendants their detailed billing records on February 1, 2024.

3. The parties met via zoom on February 13, 2024 to confer regarding Plaintiffs' fee request. This meeting was attended by Stan Parker for Defendants, and Sharon Brett, Kunyu Ching, Brian Hauss, and Patrick McInerney for Plaintiffs.

4. During that meeting, counsel for Defendant state that he had not yet reviewed Plaintiffs' billing records in detail. The parties therefore agreed to reconvene on February 20, 2024.

5. On February 20, 2024, the parties once again met via zoom. Stan Parker appeared for Defendants, and Sharon Brett, Brian Hauss, and Patrick McInerney appeared for Plaintiffs.

6. At that meet and confer, the parties worked diligently to resolve disputes. For example, Plaintiffs agreed to reduce the rates for the Spencer Fane timekeepers by 15% across the board. Plaintiffs also explained the meaning of certain attorney tasks, such as the coding of the Kansas Highway Patrol's canine search forms, which were not searchable or aggregated when produced to Plaintiffs during discovery.

7. Although the parties reached some resolution on the rates for Spencer Fane LLP timekeepers, Defendants raised some concerns regarding certain items, including the number of timekeepers on team meetings. Defendants noted that they had not yet completed their review of Plaintiffs' timesheets. Plaintiffs requested that Defendants complete their review of the spreadsheets and notify Plaintiffs of their concerns no later than February 23, 2024.

8. Defendants never provided Plaintiffs with a list of concerns or objections following the meet and confer and did not respond to follow up emails from Plaintiffs' counsel.

9. Plaintiffs notified Defendant that they would submit their Memorandum in support of the fee petition, but that Plaintiffs remain willing to continue to work with Defendants to resolve disagreements.

10. The above is a true and accurate statement of the consultation that occurred regarding Plaintiffs' fee petition.

Dated: March 4, 2024

Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**
s/ Sharon Brett
Sharon Brett                KS # 28696
Kunyu Ching                 KS # 29807
Overland Park, KS 66202
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org
kching@aclukansas.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Brian Hauss                 *Pro Hac Vice*
125 Broad Street, Floor 18
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bhauss@aclu.org

and

**SPENCER FANE LLP**
s/ Madison A. Perry
Leslie A. Greathouse        KS # 18656
Patrick McInerney           KS # 22561
Madison A. Perry            KS # 27144
Olawale O. Akinmoladun      KS # 25151
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Phone: (816) 474-8100
Fax: (816) 474-3216
lgreathouse@spencerfane.com
pmcinerney@spencerfane.com
mperry@spencerfane.com
wakinmoladun@spencerfane.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 4th day of March 2024, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record.

             s/ Sharon Brett
             Attorney for Plaintiffs