IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ERIK SMITH in his official capacity as the Superintendent of the Kansas Highway Patrol, *et al.*,<br><br>    *Defendants*. | **Case No. 19-1343-KHV-GEB**<br><br>**10th Cir. Case No. 23-3264** |
| MARK ERICH, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>ERIK SMITH, *KHP Superintendent,*<br><br>    *Defendant.* | **Case No. 20-1067-KHV-GEB**<br><br>**10th Cir. Case No. 23-3267** |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to D. Kan. Rule 83.5.5(b), Sharon Brett hereby withdraws as counsel of record for all Plaintiffs in this case, as she will no longer be employed by the ACLU of Kansas effective March 28, 2024. Plaintiffs will continue to be represented by the following attorneys, admitted to practice before this Court: Kunyu Ching; Leslie Greathouse; Patrick McInerney; and Olawale Akinmoladun.

                                              Respectfully submitted by,

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF KANSAS**

s/ Sharon Brett
Sharon Brett                KS # 28696
10561 Barkley St, Suite 500
Overland Park, KS 66212
Phone: (913) 490-4110
Fax: (913) 490-4119
sbrett@aclukansas.org

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 27th day of March 2024, a copy of the foregoing was filed and served via the Court's electronic filing system on all counsel of record. A copy was also mailed via first class mail to all Plaintiffs at their home address: Blaine Shaw, Samuel Shaw, Joshua Bosire, Mark Erich, and Shawna Maloney.

                                                 s/ Sharon Brett
                                                 Sharon Brett