IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLAINE FRANKLIN SHAW, <br> SAMUEL JAMES SHAW, and <br> JOSHUA BOSIRE <br>                          Plaintiffs, <br> v. <br> ERIK SMITH, *in his official capacity as* <br> *Superintendent of the Kansas Highway Patrol,* <br> DOUGLAS SCHULTE, and <br> BRANDON MCMILLAN <br>                          Defendants. | CIVIL ACTION <br><br> **No. 6:19-cv-01343-KHV** |

### JUDGMENT AS TO ATTORNEYS' FEES AND COURT COSTS

Pursuant to the **MEMORANDUM AND ORDER** [Doc. 630] filed on APRIL 12, 2024, the Court enters judgment as to the awarding of attorneys' fees and court costs only[1] in the instant case and in Case 6:20-cv-01067-KHV-GEB, *Erich et al v. Jones et al* as follows:

Defendants Douglas Schulte, Brandon McMillan and Erik Smith in his official capacity as Superintendent of the Kansas Highway Patrol shall pay plaintiffs $1,985,837.10 in attorney fees and $363,148.28 in non-taxable costs.

**IT IS SO ENTERED**.

Dated this **12**[TH] day of **APRIL**, **2024**, at Kansas City, Kansas.

                                                      SKYLER B. O'HARA
                                                      Clerk of the District Court

                                                      By:

                                                      /s/ Jeffrey S. Hokanson
                                                      Deputy Clerk

---

[1] The Court entered Final Judgment [Doc. 583] as to the instant case on November 21, 2023.