KANSAS CITY  640

10 SEP 2024  PM 4  L

Jasmine Tipton
1646 Bradly Avenue
Junction City, KS
66441

Honorable Judge Vratil
United States District Court
500 State Avenue
Kansas City, KS
66101

66101-243599